AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdo Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donn Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura Van Overschelde, and Elaine Vechor

*Plaintiff(s)*

v.

The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State o Mississippi, the Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leak County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississipi Election Commission, and Yazoo County, Mississippi Election Commission

*Defendant(s)*

Civil Action No. 3:14cv532 HTW-LRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Honorable Delbert Hosemann
Secretary of State
401 Mississippi Street
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
Suite 2200
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: JUL - 9 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdo
Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donn
Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey
Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley,
Grant Sowell, Sybil Tribble, Laura Van Overschelde, and Elaine Vechor

*Plaintiff(s)*

v.

The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State o
Mississippi, the Republican Party of Mississippi, Copiah County, Mississippi Election
Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County,
Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leak
County, Mississippi Election Commission, Madison County, Mississipi Election Commission,
Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election
Commission, and Yazoo County, Mississippi Election Commission

*Defendant(s)*

Civil Action No. 3:14cv532 HTW-LRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Joe Nosef
Chairman, Mississippi Republican Party
415 Yazoo Street
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
Suite 2200
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: JUL - 9 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdo )
Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donn )
Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey )
Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, )
Grant Sowell, Sybil Tribble, Laura Van Overschelde, and Elaine Vechor )
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:14cv532 HTW-LRA
)
The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State o )
Mississippi, the Republican Party of Mississippi, Copiah County, Mississippi Election )
Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, )
Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leak )
County, Mississipi Election Commission, Madison County, Mississipi Election Commission, )
Rankin County, Mississippi Election Commission, Simpson County, Mississipi Election )
Commission, and Yazoo County, Mississippi Election Commission )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Copiah County, Mississippi Election Commission
100 Caldwell Drive
Hazlehurst, Mississippi 39083

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
Suite 2200
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: JUL - 9 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdo  )
Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donn  )
Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey  )
Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley,  )
Grant Sowell, Sybil Tribble, Laura Van Overschelde, and Elaine Vechor  )
)
*Plaintiff(s)*  )
v.  )   Civil Action No. 3:14cv532 HTW-LRA
)
The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State o  )
Mississippi, the Republican Party of Mississippi, Coplah County, Mississippi Election  )
Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County,  )
Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leak  )
County, Mississipi Election Commission, Madison County, Mississipi Election Commission,  )
Rankin County, Mississippi Election Commission, Simpson County, Mississipi Election  )
Commission, and Yazoo County, Mississippi Election Commission  )
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Hinds County, Mississippi Election Commission
121 W. Main Street
Raymond, Mississippi 39154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
Suite 2200
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: JUL - 9 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdo Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donn Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura Van Overschelde, and Elaine Vechor )
)
)
)
)
)

*Plaintiff(s)*

v.    Civil Action No. 3:14cv532 HTW-LRA

The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State o Mississippi, the Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leak County, Mississipi Election Commission, Madison County, Mississipi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississipi Election Commission, and Yazoo County, Mississippi Election Commission )
)
)
)
)
)
)

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jefferson Davis County, Mississippi Election Commission
1025 3rd Street
Prentiss, Mississippi 39474

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
Suite 2200
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: JUL - 9 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdo Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donn Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura Van Overschelde, and Elaine Vechor )
)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 3:14cv532 HTW-LRA
The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State o Mississippi, the Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leak County, Mississippi Election Commission, Madison County, Mississipi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississipi Election Commission, and Yazoo County, Mississippi Election Commission )
)
)
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lauderdale County, Mississippi Election Commission
500 Constitution Avenue
Meridian, Mississippi 39301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
Suite 2200
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: JUL - 9 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdo Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donn Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura Van Overschelde, and Elaine Vechor )
*Plaintiff(s)*

v.    Civil Action No. 3:14cv532 HTW-LRA

The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State o Mississippi, the Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leak County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississipi Election Commission, and Yazoo County, Mississippi Election Commission
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Leake County, Mississippi Election Commission
Court Square, Main Street
Carthage, Mississippi 39051

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
L. Eades Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
Suite 2200
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: JUL - 9 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdo  )
Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donn  )
Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey  )
Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley,  )
Grant Sowell, Sybil Tribble, Laura Van Overschelde, and Elaine Vechor  )
*Plaintiff(s)*  )
v.  )   Civil Action No. 3:14cv532 HTW-LRA
The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State o  )
Mississippi, the Republican Party of Mississippi, Copiah County, Mississippi Election  )
Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County,  )
Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leak  )
County, Mississipi Election Commission, Madison County, Mississipi Election Commission,  )
Rankin County, Mississippi Election Commission, Simpson County, Mississipi Election  )
Commission, and Yazoo County, Mississippi Election Commission  )
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Madison County, Mississippi Election Commission
128 W. North Street
Canton, Mississippi 39046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
Suite 2200
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: JUL - 9 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdo<br>
Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donn<br>
Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey<br>
Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley,<br>
Grant Sowell, Sybil Tribble, Laura Van Overschelde, and Elaine Vechor

*Plaintiff(s)*

v.    Civil Action No. 3:14cv532 HTW-LRA

The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State o<br>
Mississippi, the Republican Party of Mississippi, Copiah County, Mississippi Election<br>
Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County,<br>
Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leak<br>
County, Mississippi Election Commission, Madison County, Mississippi Election Commission,<br>
Rankin County, Mississippi Election Commission, Simpson County, Mississipi Election<br>
Commission, and Yazoo County, Mississippi Election Commission

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rankin County, Mississippi Election Commission
215 E. Government Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
Suite 2200
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: JUL - 9 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdo Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donn Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura Van Overschelde, and Elaine Vechor )
)
)
)
)
)
*Plaintiff(s)*
)
v.  )   Civil Action No. 3:14cv532 HTW-LRA
)
The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State o Mississippi, the Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leak County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississipi Election Commission, and Yazoo County, Mississippi Election Commission )
)
)
)
)
)
*Defendant(s)*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Simpson County, Mississippi Election Commission
100 Court Ave., Suite 2
Mendenhall, Mississippi 39114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
Suite 2200
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: JUL - 9 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdo Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donn Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura Van Overschelde, and Elaine Vechor )
)
)
)
)
*Plaintiff(s)* )
v. )  Civil Action No. 3:14cv532 HTW-LRA
)
The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State o Mississippi, the Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leak County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississipi Election Commission, and Yazoo County, Mississippi Election Commission )
)
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Yazoo County, Mississippi Election Commission
211 E. Broadway
Yazoo City, Mississippi 39194

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
Suite 2200
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: JUL - 9 2014

*Signature of Clerk or Deputy Clerk*