IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| | |
|---|---|
| TRUE THE VOTE, JANE COLN, BRANDIE CORRERO, CHAD HIGDON, JENNIFER HIGDON, GENE HOPKINS, FREDERICK LEE JENKINS, MARY JENKINS, TAVISH KELLY, DONNA KNEZEVICH, JOSEPH KNEZEVICH, DORIS LEE, LAUREN LYNCH, NORMA MACKEY, ROY NICHOLSON, MARK PATRICK, JULIE PATRICK, PAUL PATRICK, DAVID PHILLEY, GRANT SOWELL, SYBIL TRIBBLE, LAURA VANOVERSCHELDE, AND ELAINE VECHORIK<br><br>Plaintiffs,<br><br>v.<br><br>THE HONORABLE DELBERT HOSEMANN, in his official capacity as Secretary of State for the State of Mississippi, THE REPUBLICAN PARTY OF MISSISSIPPI, COPIAH COUNTY, MISSISSIPPI ELECTION COMMISSION, HINDS COUNTY, MISSISSIPPI ELECTION COMMISSION, JEFFERSON DAVIS COUNTY, MISSISSIPPI ELECTION COMMISSION, LAUDERDALE COUNTY, MISSISSIPPI ELECTION COMMISSION, LEAK COUNTY, MISSISSIPPI ELECTION COMMISSION, MADISON COUNTY, MISSISSIPPI ELECTION COMMISSION, RANKIN COUNTY, MISSISSIPPI ELECTION COMMISSION, SIMPSON COUNTY, MISSISSIPPI ELECTION COMMISSION, AND YAZOO COUNTY, MISSISSIPPI ELECTION COMMISSION<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Cause No. 3:14cv532 HTW-LRA<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## PLAINTIFF TRUE THE VOTE'S CORPORATE DISLCOSURE STATEMENT

TO THE HONORABLE DISTRICT COURT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1 and Chief Judge Lee's Order of November 30, 1999, True the Vote, a non-governmental 501(c)(3) corporation states that it has no parent corporation or publicly held corporation owning more than 10% of its stock.

Respectfully submitted,

/s/ Eades Hogue

| | |
|---|---|
| Joseph M. Nixon<br>Texas State Bar No. 15244800<br>jnixon@bmpllp.com<br>Kristen W. McDanald<br>Texas State Bar No. 24066280<br>kmcdanald@bmpllp.com<br>Kelly H. Leonard<br>Texas State Bar No. 24078703<br>kleonard@bmpllp.com<br>BEIRNE, MAYNARD & PARSONS, LLP<br>1300 Post Oak Blvd, Suite 2500<br>Houston, Texas  77056<br>(713) 623-0887   Tel.<br>(713) 960-1527   Fax<br>(*Pro Hac Vice Motions Forthcoming*) | L. Eades Hogue<br>Mississippi State Bar No. 2498<br>Louisiana State Bar No. 1960<br>ehogue@bmpllp.com<br>BEIRNE, MAYNARD & PARSONS, LLP<br>Pan-American Life Center<br>601 Poydras Street<br>Suite 2200<br>New Orleans, LA 70130<br>(504) 586-1241 Tel.<br>(504) 584-9142 Fax<br>(*Resident Attorney in Charge*) |
| James E. "Trey" Trainor, III.<br>Texas State Bar No. 24042052<br>ttrainor@bmpllp.com<br>BEIRNE, MAYNARD & PARSONS, LLP<br>401 W. 15th Street, Suite 845<br>Austin, TX 78701<br>(512) 623-6700   Tel.<br>(512) 623-6701   Fax<br>(*Pro Hac Vice Motion Forthcoming*) | |

***Counsel for Plaintiffs***
