FORM 6 (ND/SD MISS. DEC. 2011)

## UNITED STATES DISTRICT COURT
## Southern DISTRICT OF MISSISSIPPI

True the Vote, et al.,

                    Plaintiffs

v.

                    CIVIL ACTION
                    No. 3:14cv532-HTW-LRA

The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, et al.,

                    Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

**(A)** Name: Joseph M. Nixon

Firm Name: Beirne, Maynard & Parsons, LLP

Office Address: 1300 Post Oak Blvd, Ste 2500

City: Houston     State: TX     Zip: 77056
Telephone: 713-623-0887     Fax: 713-960-1527
E-Mail: jnixon@bmpllp.com

**(B)** Client(s): Plaintiffs, True the Vote, et al

Address: c/o Joseph Nixon, Beirne, Maynard & Parsons, LLP

City: Houston     State: TX     Zip: 77056
Telephone: 713-623-0887     Fax: 713-960-1527

FORM 6 (ND/SD MISS. DEC. 2011)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

The applicant represents True the Vote in other, unrelated matters in Texas.

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

The applicant practices in the areas of voting and election issues.

**(C)** Applicant is admitted to practice in the:

| [X] | State of Texas (Admitted 11/82 - Bar No. 15244800) |
| [X] | District of Columbia |

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

State Bar of Texas
Membership Department
P. O. Box 12487
Austin, TX  78711
Telephone: (800) 204-2222, ext. 1383
Website/Email: www.texasbar.com/ Email: memmail@texasbar.com

All other courts before which Applicant has been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| Northern District of Texas | 01/25/2007 |
| Eastern District of Texas | 06/13/1986 |
| Southern District of Texas | 07/11/1983 |
| Western District of Texas | 04/06/1987 |
| District of Columbia | 09/10/2010 |
| 4th Circuit Court of Appeals | 01/11/2012 |
| 5th Circuit Court of Appeals | 10/11/1983 |
| US Supreme Court | 02/24/1986 |

FORM 6 (ND/SD MISS. DEC. 2011)

| | | Yes | No |
|---|---|---|---|
| **(D)** | Has Applicant been denied admission pro hac vice in this state? | ☐ | ☒ |
| | Has Applicant had admission pro hac vice revoked in this state? | ☐ | ☒ |
| | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

| | | Yes | No |
|---|---|---|---|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

| | | Yes | No |
|---|---|---|---|
| **(F)** | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ☒ |

FORM 6 (ND/SD MISS. DEC. 2011)

      If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

**(G)** Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| None - Not Applicable | | |

**(H)** Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| None - Not Applicable | |

FORM 6 (ND/SD MISS. DEC. 2011)

|     |                                                                                                                                                                                      | Yes | No |
|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| (I) | Has Applicant read and become familiar with all of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?        | ☒   | ☐  |
|     | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?                                                                                           | ☒   | ☐  |

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: L. Eades Hogue Mississippi Bar No. 2498 Louisiana Bar No. 1960

Firm Name: Beirne, Maynard & Parsons, LLP

Office Address: Pan-American Life Center
601 Poydras Street, Suite 2200

City: New Orleans    State LA    Zip 70130
Telephone: (504) 586-1241    Fax: (504) 584-9142
E-Mail: ehogue@bmpllp.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/ L. Eades Hogue
Resident Attorney

I certify that the information provided in this Application is true and correct.

7-9-14
Date

[Applicant's Signature]
Applicant's Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

FORM 6 (ND/SD MISS. DEC. 2011)

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __9th__ day of __July__, 2014.

_____
Applicant