IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik<br><br>    Plaintiffs,<br>v.<br><br>The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission<br><br>    Defendants. | Cause No. 3:14-cv-00532-HTW-LRA |

**VERIFICATION TO MOTION FOR TEMPORARY RESTRAINING ORDER**

TRUE THE VOTE

By: _____ *[signature]*

I, Catherine Engelbrecht, am an authorized agent for the purpose of executing this document on behalf of True the Vote; I have reviewed the Motion for Temporary Restraining Order; I hereby declare and verify that regarding the facts and allegations of which I have personal knowledge, I

believe them to be true.  More specifically, I have personal knowledge that the election commissions of Copiah County, Hinds County, Jefferson Davis County, Lauderdale County, Leake County, Madison County, Rankin County, Simpson County and Yazoo County refused to provide myself and other True the Vote volunteers access to complete voter records.  Rather, we were informed that the birthdates of the voters must be redacted.   True the Vote, and myself, believe this to be improper.  I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *See* 28 U.S.C. § 1746.

_____

Catherin Engelbrecht

Executed on July  9  , 2014.