IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik<br><br>Plaintiffs,<br>v.<br><br>The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission<br><br>Defendants. | Cause No. 3:14-cv-00532-HTW-LRA |

## VERIFICATION TO MOTION FOR TEMPORARY RESTRAINING ORDER

TRUE THE VOTE

By: _____

1. "I, Phillip C. Harding III, verify the following is true and correct under penalty of perjury under the laws of the United States of America. *See* 28 U.S.C. § 1746.

2. I served as district coordinator for District 4 in Harrison County.



3. I was at the Harrison County Election Commission's Office Tuesday, July 1, 2014 on or about 2pm. I was assisting in cleaning out the supply bins that the poll managers used and restoring the pens, pencils, posters, etc.

4. In a one of the bins I found a small stack of provisional ballots, unopened. I gave the provisional ballots to an Executive Committee member who took control of them. I also found absentee ballot bags in several of the supply bins. Some had opened envelopes and applications in them. I took the applications and envelopes out because I did not know what to do with them, but believed they should be saved. After setting them aside I saw another volunteer dispose of them at executive committee members' direction.

5. Further, affiant sayeth not."

*/s/ Phillip Harding*

Phillip C. Harding III

Executed on July 9th, 2014.

Sworn to and subscribed before me, this the 9th day of July 2014. Monique Pietrowski

Notary Public

[NOTARY PUBLIC SEAL — STATE OF MISSISSIPPI, MONIQUE PIETROWSKI, NOTARY PUBLIC, ID No. 190742, Commission Expires November 22, 2015, HARRISON COUNTY]