

# TRUE the VOTE

## INCIDENT REPORT

**NAME:** Susan Morse
**DATE:** July 9, 2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #:**
**POLLING PLACE NAME:** Noxubee County, MS Circuit Court
**ADDRESS:**
**CITY:** Macon   **STATE:** MS -   **ZIP:**
**COUNTY:** Noxubee

Please complete the fields below using your notes.

**POLL SUPERVISOR:** Noxubee Co. Circuit Clerk, Freda D. Phillips
**ASST POLL SUPERVISOR:**
**CLERK 1 NAME:** n/a    **CLERK 2 NAME:** n/a
**CLERK 3 NAME:** n/a    **CLERK 4 NAME:** n/a

**OFFENDER POSITION:** Voter, Faye D. Ward, ID #5654023
**DATE/TIME OF INCIDENT:** July 9, 2014

Continue to Second Page

**EXHIBIT 2**

July 9, 2014



# TRUE the VOTE

**TYPE OF INCIDENT:** Double Voting

**DESCRIPTION OF INCIDENT:** Upon reviewing the Unofficial Voting List for the Noxubee Co. for the June 3, 2014 Democratic Primary, I identified on page 59, Faye D. Waid, ID# 5654023, address 176 Magnolia Dr., Macon, MS. 39341 as listed to have voted in the Democratic Primary.
Upon reviewing the Unofficial Voting List for Noxubee Co. for the June 24, 2014 Run Off Election, I identified on pg. 82, Faye D. Waid, ID# 5654023, address 176 Magnolia Dr., Macon M.S. 39341 as listed to have voted in the Republican Run off. (copies attached)

**REMEDY OR ACTION TAKEN:**

I certify and affirm that the above information is true and correct.

**SIGNATURE:** Susan Morse      July 9, 2014

Mail To:
True the Vote
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

County : Noxubee

## Unofficial Voting List

Date : 07/08/2014
Report No : VR-028

Precincts : All   Status : All   Registration Period Till : 7/8/2014   Election : 06/03/2014 - 2014 Primary Election   Period Till : 06/03/2014

| Voter ID | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|---|
| 5654068 | TRIPLETT, DOUGLAS | 200 W MINOR ST MACON MS 39341 | MACON | EARL NASH GYM | 07/06/1977 | D |
| 6/3/2014(D) | | | | | | |
| 5654071 | TRIPLETT, GLENDA | 444 PINEYWOOD RD MACON MS 39341 | MACON | District 3 Central | 05/19/1978 | D |
| 6/3/2014(D) | | | | | | |
| 5652669 | TUGGLE, DENNIS EARL | 177 SAWMILL LN SHUQUALAK MS 39361 | SHUQUALAK | Shuqualak | 06/28/1990 | D |
| 6/3/2014(D) | | | | | | |
| 5659989 | TURNER, MAMIE ROSE | 103 PLUM ST SHUQUALAK MS 39361 | SHUQUALAK | Shuqualak | 07/23/1977 | D |
| 6/3/2014(D) | | | | | | |
| 5654074 | TUTT, EARNESTINE | 607 GROVE CIRCLE MACON MS 39341 | MACON | District 3 Central | 04/05/1983 | D |
| 6/3/2014(D) | | | | | | |
| 5658394 | VANLENT, SRCLARE LOUISE | 2824 DWELLING PLACE RD BROOKSVILLE MS 39739 | BROOKSVILLE | Brooksville | 03/06/1987 | D |
| 6/3/2014(D) | | | | | | |
| 5654023 | WAID, FAYE G | 176 MAGNOLIA DR MACON MS 39341 | MACON | District 3 Central | 07/20/1977 | D |
| 6/3/2014(D) | | | | | | |
| 5654214 | WALKER, ALBERT | 1389 PINEYWOOD RD MACON MS 39341 | MACON | District 3 Central | 05/18/1977 | D |
| 6/3/2014(D) | | | | | | |

Statewide Election Management System

Page : 59

County : Noxubee

# Unofficial Voting List

Date : 07/08/2014
Report No : VR-028

Precincts : All   Status : All   Registration Period Till : 7/8/2014   Election : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 Primary Election'   Period Till : 06/24/2014

| Voter ID | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|---|
| 5653242 | VERNON, JAMES W | 203 FEATHERSTON CT MACON MS 39341 | MACON | EARL NASH GYM | 10/27/1977 | R |
| 6/24/2014(R) | | | | | | |
| 5661701 | VERNON, JAMIE CAROL | 205 N WASHINGTON ST MACON MS 39341 | MACON | EARL NASH GYM | 09/28/1996 | R |
| 6/24/2014(R) | | | | | | |
| 5660709 | VERNON, MARIE H | 203 FEATHERSTON CT MACON MS 39341 | MACON | EARL NASH GYM | 10/27/1977 | R |
| 6/24/2014(R) | | | | | | |
| 5657153 | VERNON, MRS SAM | ROUTE 1, BOX 131 | BROOKSVILLE | Brooksville | 09/24/1977 | R |
| 6/24/2014(R) | | | | | | |
| 5657376 | VERNON, RICHARD F | 3712 BUTLER RD SHUQUALAK MS 39361 | SHUQUALAK | Summerville | 02/22/1991 | R |
| 6/24/2014(R) | | | | | | |
| 5655946 | VERNON, SARAH VIRGINIA | 1070 JOHNNY HIGGINBOTHAM RD SHUQUALAK MS 39361 | SHUQUALAK | Summerville | 09/13/1977 | R |
| 6/24/2014(R) | | | | | | |
| ※ 5654023 | WAID, FAYE G | 176 MAGNOLIA DR MACON MS 39341 | MACON | District 3 Central | 07/20/1977 | R |
| 6/24/2014(R) | | | | | | |
| 5657089 | WALKER, JASON M | 254 WALKER RD MACON MS 39341 | MACON | EARL NASH GYM | 02/28/2001 | R |
| 6/24/2014(R) | | | | | | |

Statewide Election Management System

Page : 82