# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| TRUE THE VOTE, JANE COLN, BRANDIE CORRERO, CHAD HIGDON, JENNIFER HIGDON, GENE HOPKINS, FREDERICK LEE JENKINS, MARY JENKINS, TAVISH KELLY, DONNA KNEZEVICH, JOSEPH KNEZEVICH, DORIS LEE, LAUREN LYNCH, NORMA MACKEY, ROY NICHOLSON, MARK PATRICK, JULIE PATRICK, PAUL PATRICK, DAVID PHILLEY, GRANT SOWELL, SYBIL TRIBBLE, LAURA VAN OVERSCHELDE, AND ELAINE VECHORIK.<br><br>      PLAINTIFFS,<br><br>v.<br><br>THE HONORABLE DELBERT HOSEMANN, In His Official Capacity As Secretary Of State for the State of Mississippi, THE REPUBLICAN PARTY OF MISSISSIPPI, COPIAH COUNTY, MISSISSIPPI ELECTION COMMISSION, HINDS COUNTY, MISSISSIPPI ELECTION COMMISSION, JEFFERSON DAVIS COUNTY, MISSISSIPPI, ELECTION COMMISSION, LAUDERDALE COUNTY, MISSISSIPPI ELECTION COMMISSION, LEAKE COUNTY, MISSISSIPPI ELECTION COMMISSION, MADISON COUNTY, MISSISSIPPI ELECTION COMMISSION RANKIN COUNTY, MISSISSIPPI ELECTION COMMISSION, SIMPSON COUNTY, MISSISSIPPI ELECTION COMMISSION, AND YAZOO COUNTY, MISSISSIPPI ELECTION COMMISSION.<br><br>      DEFENDANTS. | Civil Action No. 3:14CV532HTW-LRA |

## NOTICE OF APPEARANCE

Please take notice that T. Russell Nobile of Wise Carter Child & Caraway, P.A., hereby enters his appearance as counsel of record for Defendant, Mississippi Republican Party in the above styles cause.

Respectfully submitted this the 10th day of July, 2014.

          MISSISSIPPI REPUBLICAN PARTY

          BY:    /s/ T. Russell Nobile
                   T. RUSSELL NOBILE

T. RUSSELL NOBILE
MS BAR #100682
Wise Carter Child & Caraway, P.A.
1105 30th Avenue, Suite 300
Gulfport, MS 39501
Telephone: 228-867-7141
Facsimile:  228-867-7142
trn@wisecarter.com

CERTIFICATE OF SERVICE

  I, T. Russell Nobile, attorney for Mississippi Republican Party, Defendant, herein, hereby certify that I have this day filed the above and foregoing NOTICE OF APPEARANCE, in the United States District Court for the Southern District of Mississippi, Jackson Division, via the Court's ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Joseph M. Nixon | James E. "Trey" Trainor, III |
| Kristen W. McDanald | Beirne, Maynard & Parsons, LLP |
| Kelly H. Leonard | 401 W. 15th Street, Suite 845 |
| Beirne, Maynard & Parsons, LLP | Austin, TX 78701 |
| 1300 Post Oak Blvd, Suite 2500 | |
| Houston, TX 77056 | |

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
Pan-American Life Center
601 Poydras Street, Suite 2200
New Orleans, LA 70130

COUNSEL FOR PLAINTIFFS

Respectfully submitted this the 10th day of July, 2014.

           MISSISSIPPI REPUBLICAN PARTY

        BY: /s/ T. Russell Nobile
           T. RUSSELL NOBILE
           MS BAR #100682

T. RUSSELL NOBILE
Wise Carter Child & Caraway, P.A.
1105 30th Avenue, Suite 300
Gulfport, MS 39501
Telephone: 228-867-7141
Facsimile: 228-867-7142
trn@wisecarter.com