## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| TRUE THE VOTE, JANE COLN, BRANDIE CORRERO, CHAD HIGDON, JENNIFER HIGDON, GENE HOPKINS, FREDERICK LEE JENKINS, MARY JENKINS, TAVISH KELLY, DONNA KNEZEVICH, JOSEPH KNEZEVICH, DORIS LEE, LAUREN LYNCH, NORMA MACKEY, ROY NICHOLSON, MARK PATRICK, JULIE PATRICK, PAUL PATRICK, DAVID PHILLEY, GRANT SOWELL, SYBIL TRIBBLE, LAURA VAN OVERSCHELDE, AND ELAINE VECHORIK. | |
| PLAINTIFFS, | |
| v. | Civil Action No. 3:14-cv-532 HTW-LRA |
| THE HONORABLE DELBERT HOSEMANN, IN HIS OFFICIAL CAPACITY, THE REPUBLICAN PARTY OF MISSISSIPPI, COPIAH COUNTY, MISSISSIPPI ELECTION COMMISSION, HINDS COUNTY, MISSISSIPPI ELECTION COMMISSION, JEFFERSON DAVIS COUNTY, MISSISSIPPI, ELECTION COMMISSION, LAUDERDALE COUNTY, MISSISSIPPI ELECTION COMMISSION, LEAKE COUNTY, MISSISSIPPI ELECTION COMMISSION, MADISON COUNTY, MISSISSIPPI ELECTION COMMISSION RANKIN COUNTY, MISSISSIPPI ELECTION COMMISSION, SIMPSON COUNTY, MISSISSIPPI ELECTION COMMISSION, AND YAZOO COUNTY, MISSISSIPPI ELECTION COMMISSION. | |
| DEFENDANTS. | |

## ENTRY OF APPEARANCE

COME NOW Michael B. Wallace the law firm of Wise Carter Child & Caraway, P.A., and enter their appearance in this action as counsel of record for the Mississippi Republican Party.

Respectfully submitted, this 10th day of July, 2014.

         By: *s/Michael B. Wallace*
            Michael B. Wallace (MSB No. 6904)
            WISE CARTER CHILD & CARAWAY, P.A.
            Post Office Box 651
            Jackson, Mississippi 39202-0651
            Telephone: 601.968.5500
            mbw@wisecarter.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

  L. Eades Hogue
  BEIRNE, MAYNARD & PARSONS, LLP
  Pan-American Life Center
  601 Poydras Street, Suite 2200
  New Orleans, LA  70131

  James E. "Trey" Trainor, III
  BEIRNE, MAYNARD & PARSONS, LLP
  401 W. 15th Street, Suite 845
  Austin, TX  78701

  Joseph M. Nixon
  Kristen W. McDanald
  Kelly H. Leonard
  BEIRNE, MAYNARD & PARSONS, LLP
  1300 Post Oak Blvd., Suite 2500
  Houston, TX  77056

This the 10th day of July, 2014.

                *s/Michael B. Wallace*
                Michael B. Wallace