

**Joe Nosef**
Chairman

**Brandon Payne**
Executive Director

July 7, 2014

Honorable Delbert Hosemann
Mississippi Secretary of State
125 South Congress Street
Jackson, MS 39201



RECEIVED
JUL 07 2014
ELECTIONS DIVISION

Dear Secretary Hosemann:

I, Joe Nosef, Chairman of the Republican Party State Executive Committee, do hereby certify that, on a majority vote of the Republican Party State Executive Committee, these vote totals for each county and for each candidate are the official vote totals for the election reflected therein.

Should there be any questions, please contact the Mississippi Republican Party Headquarters at 601-948-5191.

Sincerely,

*[signature]*

Joe Nosef
Chairman
Mississippi Republican Party

415 Yazoo Street • Post Office Box 60 • Jackson, MS 39205
Phone: 601.948.5191 • Fax 601.354.0972
www.MSGOP.org   Facebook.com/MSGOP   Twitter.com/MSGOP



EXHIBIT 2

| Office | Adams | Alcorn | Amite | Attala | Benton | Bolivar | Calhoun | Carroll | Chickasaw | Choctaw | Claiborne |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **United States Senate** | | | | | | | | | | | |
| Thad Cochran | 2,071 | 1,855 | 682 | 1,064 | 262 | 1,996 | 946 | 926 | 855 | 654 | 298 | 936 |
| Chris McDaniel | 1,567 | 1,842 | 1,263 | 1,235 | 404 | 761 | 753 | 829 | 771 | 643 | 113 | 1,518 |
| **Madison County Chancery Clerk** | | | | | | | | | | | |
| David Overby | | | | | | | | | | | |
| Ronny Lott | | | | | | | | | | | |
| **Rankin County Constable District 4** | | | | | | | | | | | |
| Charles A. Lindsay, Jr. | | | | | | | | | | | |
| Gary Windham | | | | | | | | | | | |



RECEIVED JUL 07 2014 ELECTIONS DIVISION

| Clarke | Clay | Coahoma | Copiah | Covington | DeSoto | Forrest | Franklin | George | Greene | Grenada | Hancock | Harrison | Hinds | Holmes | Humphreys | Issaquena | Itawamba | Jackson |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,386 | 1,050 | 1,841 | 816 | 6,014 | 5,666 | 634 | 967 | 389 | 1,254 | 3,103 | 14,308 | 18,211 | 774 | 813 | 127 | 1,536 | 10,459 | 856 |
| 766 | 345 | 1,479 | 2,120 | 13,758 | 5,847 | 748 | 2,416 | 1,117 | 1,270 | 3,314 | 10,449 | 7,150 | 314 | 254 | 50 | 1,636 | 10,184 | 1,932 |

| Jasper | Jefferson | Jefferson Davis | Jones | Kemper | Lafayette | Lamar | Lauderdale | Lawrence | Leake | Lee | Leflore | Lincoln | Lowndes | Madison | Marion | Marshall | Monroe | Montgomery |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 322 | 547 | 2,767 | 486 | 3,926 | 4,471 | 6,204 | 907 | 1,059 | 6,422 | 1,718 | 3,021 | 3,985 | 12,491 | 1,347 | 1,029 | 2,264 | 670 | 1,918 |
| 111 | 763 | 12,673 | 429 | 1,936 | 6,451 | 4,790 | 943 | 981 | 4,715 | 455 | 2,186 | 2,674 | 6,834 | 2,750 | 1,943 | 1,923 | 616 | 1,618 |
| | | | | | | | | | | | | | 8,737 | | | | | |
| | | | | | | | | | | | | | 9,741 | | | | | |

| Neshoba | Newton | Noxubee | Oktibbeha | Panola | Pearl River | Perry | Pike | Pontotoc | Prentiss | Quitman | Rankin | Scott | Sharkey | Simpson | Smith | Stone | Sunflower | Tallahatchie |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,466 | 401 | 3,744 | 1,346 | 2,136 | 670 | 2,360 | 2,220 | 1,152 | 329 | 14,903 | 1,332 | 571 | 2,038 | 957 | 1,317 | 1,187 | 595 | 1,188 |
| 1,588 | 302 | 1,533 | 1,730 | 5,758 | 1,391 | 2,061 | 1,910 | 944 | 175 | 13,374 | 1,410 | 118 | 1,752 | 2,095 | 1,578 | 428 | 332 | 2,261 |
| | | | | | | | | | | 4,041 | | | | | | | | |
| | | | | | | | | | | 4,591 | | | | | | | | |

| | Tate | Tippah | Tishomingo | Tunica | Union | Walthall | Warren | Washington | Wayne | Webster | Wilkinson | Winston | Yalobusha | Yazoo | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1,243 | 1,042 | 367 | 2,043 | 818 | 3,309 | 2,354 | 766 | 875 | 212 | 1,264 | 723 | 1,701 | | 194,932 |
| | 1,518 | 1,101 | 129 | 1,618 | 938 | 2,318 | 854 | 2,426 | 925 | 298 | 1,015 | 662 | 1,084 | | 187,265 |
| | | | | | | | | | | | | | | | 8,189 |
| | | | | | | | | | | | | | | | 9,237 |
| | | | | | | | | | | | | | | | 4,041 |
| | | | | | | | | | | | | | | | 4,591 |