## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

| | | |
|---|---|---|
| TRUE THE VOTE, DONNA KNEZEVICH, JOSEPH KNEZEVICH, ELAINE VECHORIK, ROY NICHOLSON, JANE COLN, DORIS LEE, MARK PATRICK, JULIE PATRICK, PAUL PATRICK, SYBIL TRIBBLE, CHAD HIGDON, JENNIFER HIGDON AND DAVID PHILLEY<br><br>Plaintiffs,<br><br>v.<br><br>THE HONORABLE DELBERT HOSEMANN, in his official capacity as Secretary of State for the State of Mississippi, THE REPUBLICAN PARTY OF MISSISSIPPI<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | Cause No. 3:14-cv-144-MPM-SAA |

### TRUE THE VOTE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, True the Vote, Donna Knezevich, Joseph Knezevich, Elaine Vechorik, Roy Nicholson, Jane Coln, Doris Lee, Mark Patrick, Julie Patrick, Paul Patrick, Sybil Tribble, Chad Higdon, Jennifer Higdon and David Philley, Plaintiffs in the above-entitled and numbered cause, and pursuant to Federal Rule of Civil Procedure 41(a)(i)[1] advise the Court that they no longer wish to pursue their claims against Defendants, The Honorable Delbert Hosemann and The Republican Party of Mississippi, in this Court. This notice of dismissal is being made without prejudice.

Dated: July 8, 2014

---

[1] No opposing party has filed an answer or a motion for summary judgment.

1



EXHIBIT 5

                                                    Respectfully submitted,

                                                    /s/   *L. Eades Hogue*

| | |
|---|---|
| Joseph M. Nixon | L. Eades Hogue |
| Texas State Bar No. 15244800 | Mississippi State Bar No. 2498 |
| jnixon@bmpllp.com | Louisiana State Bar No. 1960 |
| Kristen W. McDanald | ehogue@bmpllp.com |
| Texas State Bar No. 24066280 | BEIRNE, MAYNARD & PARSONS, LLP |
| kmcdanald@bmpllp.com | Pan-American Life Center |
| Kelly H. Leonard | 601 Poydras Street |
| Texas State Bar No. 24078703 | Suite 2200 |
| kleonard@bmpllp.com | New Orleans, LA 70130 |
| BEIRNE, MAYNARD & PARSONS, LLP | (504) 586-1241 Tel. |
| 1300 Post Oak Blvd, Suite 2500 | (504) 584-9142 Fax |
| Houston, Texas 77056 | |
| (713) 623-0887 Tel. | |
| (713) 960-1527 Fax | |
| (Pro Hac Vice Motions Pending) | |

James E. "Trey" Trainor, III.
Texas State Bar No. 24042052
ttrainor@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, TX 78701
(512) 623-6700 Tel.
(512) 623-6701 Fax
(Pro Hac Vice Motion Pending)

                                            ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

       I hereby certify that on July 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system. Because no Defendants have appeared in this matter, I hereby certify that I mailed by United States Postal Service the document to the following non-ECF participants:

       Honorable Delbert Hosemann
       Secretary of State
       401 Mississippi Street
       Jackson, Mississippi 39201

       Joe Nosef
       Chairman, Mississippi Republic Party
       415 Yazoo Street
       Jackson, Mississippi 39201

                                                  /s/    *L. Eades Hogue*