# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| True the Vote, Jan Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | ) ) ) ) ) ) ) ) ) |
| Plaintiff, | ) Case No.: 3:14cv00532-HTW-LRA ) |
| v. | ) ) |
| The Honorable Delbert Hosemann, in his Official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

## ENTRY OF APPEARANCE

**ALPHONSO MICHAEL ESPY, ESQUIRE** of the law firm of **Mike Espy, Attorney at Law, PLLC**, hereby files this Notice of Entry of Appearance in the above-styled cause of action as counsel of record for Defendant, Madison County, Mississippi Election Commission.

THIS the 11th day of July, 2014.

Respectfully submitted,

/s/ Mike Espy
Alphonso Michael Espy (MSB #5240)

Mike Espy,
Mike Espy, PLLC
317 E. Capitol St., Ste 101
Jackson, MS  39201
Telephone: 601-355-9101
Fax:  601-355-6021
mike@mikespy.com


## CERTIFICATE OF SERVICE

I, Alphonso Michael Espy, attorney for Defendant, Madison County, Mississippi Election Commission, hereby certify that I have this day filed the foregoing document with the Clerk of the Court using ECF System which sent notification of such filing to all counsel of record.

THIS the 11th day of July, 2014.

By: /s/ Mike Espy
Alphonso Michael Espy