IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRUE THE VOTE, *et al.*                                                                 PLAINTIFFS

vs.                                                             Civil Action No. 3:14-cv-144-M-S

DELBERT HOSEMANN, *et al.*                                               DEFENDANTS

SPECIAL ENTRY OF APPEARANCE

Robert E. Sanders hereby enters his appearance as one of the attorneys of record in this action for defendant Jefferson Davis County Election Commission.  This appearance is made without waiving any defense or objection, including failure to serve summons on the Jefferson Davis County Election Commission.

Dated:  July 11, 2014

Respectfully submitted,

JEFFERSON DAVIS COUNTY
ELECTION COMMISSION

by:   s/ Robert E. Sanders
Robert E. Sanders, MSB #6446

Young Wells Williams P.A.
141 Township Ave., Suite 300
P.O. Box  6005
Ridgeland, MS  39158-6005
601.948.6100
601.355.6136 *facsimile*
rsanders@youngwells.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he has served, via this Court's ECF filing system, a copy of the foregoing on the following:

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
Pan-American Life Center
601 Poydras Street, Suite 2200
New Orleans, LA  70131

James E. "Trey" Trainor, III
Beirne, Maynard & Parsons, LLP
401 W. 15th Street, Suite 845
Austin, TX  78701

Joseph M. Nixon
Kristen W. McDanald
Kelly H. Leonard
Beirne, Maynard & Parsons, LLP
1300 Post Oak Blvd., Suite 2500
Houston, TX  77056

Michael B. Wallace
T. Russell Nobile
Wise Carter Child & Caraway, P.A.
P.O. Box  651
Jackson, MS   39202-0651

SO CERTIFIED, this 11th day of July, 2014

     s/ Robert E. Sanders
Robert E. Sanders, MSB #6446