IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRUE THE VOTE, ET AL.,                                                    PLAINTIFFS

VS.                                        CIVIL ACTION NO.: 3:14-CV-532-HTW-LRA

DELBERT HOSEMAN, ET AL.,                                                  DEFENDANTS

## ENTRY OF APPEARANCE

COMES NOW, Lee Thaggard, of the law firm of Barry, Palmer, Thaggard, May & Bailey, LLP., and enters his appearance on behalf of Defendant Lauderdale County, Mississippi Election Commission.

This the 11th day of July, 2014.

Respectfully submitted,

LAUDERDALE   COUNTY,   MISSISSIPPI
ELECTION COMMISSION, Defendant


BY:      /s/ Lee Thaggard_____
         Lee Thaggard (MSB #9442)
         Barry, Palmer, Thaggard, May & Bailey, LLP.
         505 Constitution Avenue
         P.O. Box 2009
         Meridian, MS 39302-2009
         Office: (601) 693-2393
         Facsimile: (601) 693-0226
         Email:  thaggard@btmblaw.com

         ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that this date I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing all attorneys of record.


THIS the 7th day of July, 2014.

/s/ Lee Thaggard_____
Lee Thaggard

1