IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TRUE THE VOTE, et al.**                                                                                 **PLAINTIFFS**

**v.**                                                   **CIVIL NO. 3:14-CV-532-HTW-LRA**

**DELBERT HOSEMANN, et al.**                                                         **DEFENDANTS**

## ORDER

The Honorable Henry T, Wingate, United States District Judge for the Southern District of Mississippi, has entered an Order of Recusal [16] pursuant to 28 U.S.C. § 455(a) and has disqualified himself from presiding over this cause of action.

In view of the nature of the claims and the identity of the parties, and in order to effectuate fair and efficient disposition of the pending matter, the above styled and numbered cause shall be immediately referred to the Honorable Carl E. Stewart, Chief Judge of the Court of Appeals for the Fifth Circuit, for designation and assignment pursuant to 28 U.S. C. § 292(b).

**SO ORDERED AND ADJUDGED** this the 14th day of July, 2014.

                                                              s/ *Louis Guirola, Jr.*
                                                              LOUIS GUIROLA, JR.
                                                              CHIEF U.S. DISTRICT JUDGE