# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**TRUE THE VOTE, et al.**                                                                 **PLAINTIFFS**

**VS.**                    **CIVIL ACTION NUMBER 3:14-CV-532 -HTW-LRA**

**DELBERT HOSEMANN, et al.**                                                    **DEFENDANTS**

## NOTICE OF APPEARANCE

  **COMES NOW** Pieter Teeuwissen, Esquire, and files this Notice of Appearance in the above-captioned matter as counsel for the Hinds County, Mississippi Election Commission, and requests a copy of documents be forwarded to his attention as follows:

>Pieter Teeuwissen, Esq.
>Post Office Box 16787
>Jackson, Mississippi 39236
>adwoodard@bellsouth.net

  Respectfully submitted this the 14th day of July, 2014.

>/s/Pieter Teeuwissen
>PIETER TEEUWISSEN, MSB #8777

SIMON & TEEUWISSEN, PLLC
621 EAST NORTHSIDE DRIVE
Jackson, Mississippi 39206
Office:        601-362-8400
Facsimile:    601-362-8444

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he has this day transmitted via electronic mail through ECF electronic filing a true and correct copy of the foregoing Notice of Appearance to the following:

James E. Trainor, III, Esq.
Beirne, Maynord & Parsons, LLP-Austin
401 W. 15th Street, Suite 845
Austin, Texas 78701
ttrainor@bmpllp.com

Joseph M. Nixon, Esq.
Beirne, Maynord & Parsons, LLP-Houston
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
jnixon@bmpllp.com

Kelly Hunsaker Leonard, Esq.
Beirne, Maynord & Parsons, LLP-Houston
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
kleonard@bmpllp.com

Kristen W. McDanald, Esq.
Beirne, Maynord & Parsons, LLP-Houston
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
kmcdanald@bmpllp.com

Lloyd Eades Hogue, Esq.
Beirne, Maynord & Parsons, LLP
601 Poydras Street, Suite 2200
New Orleans, Louisiana 70130
ehogue@bmpllp.com
*Counsel for True the Vote*

Michael B. Wallace, Esq.
Wise, Carter, Child & Caraway-Jackson
Post Office Box 651
Jackson, Mississippi 39205-0651
mbw@wisecarter.com

Thornton Russell Nobile, Esq.
Wise, Carter, Child & Caraway-Gulfport
1105 30th Avenue, Suite 300
Gulfport, Mississippi 39501
trn@wisecarter.com
*Counsel for the Republican Party of Mississippi*

Robert E. Sanders, Esq.
Young Wells Williams Simmons, PA
Post Office Box 23059
Jackson, Mississippi 39225-3059
rsanders@youngwells.com
*Counsel for Jefferson Davis County, Mississippi Election Commission*

Lee Thaggard, Esq.
Barry, Thaggard, May & Bailey, LLC
Post Office Box 2009
Meridian, Mississippi 39302-2009
thaggard@barrypalmerlaw.com
*Counsel for Lauderdale County, Mississippi Election Commission*

Mike Espy, Esq.
Mike Espy, PLLC
317 East Capitol Street, Suite 101
Jackson, Mississippi 39201
mike@mikespy.com
*Counsel for Madison County, Mississippi Election Commission*

Respectfully submitted this the 14th of July 2014.

/s/Pieter Teeuwissen
PIETER TEEUWISSEN, MSB #8777