# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT



In accordance with the provisions of section 292(b) of Title 28, United States Code, and finding that the public interest would be served thereby, I hereby designate and assign the Honorable Nancy F. Atlas, Senior United States District Judge for the Southern District of Texas, to conduct all proceedings in the matter styled *In re: True the Vote et al. v. Delbert Hosemann et al.*, Civil Action No. 3:14CV532-HTW-LRA, before the United Stated District Court of the Southern District of Mississippi.

_____
CARL E. STEWART
Chief Judge
United States Court of Appeals
Fifth Circuit

July 14, 2014