

# TRUE the VOTE

## INCIDENT REPORT

**NAME:** JEANNE WEBB
**DATE:** 7-8-2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #:** CLERK OF COURT RANKIN County
**POLLING PLACE NAME:**
**ADDRESS:** 215 E GOVERNMENT ST BRANDON, MS 39043
**CITY:** BRANDON   **STATE:** MS   **ZIP:** 39043
**COUNTY:** RANKIN

Please complete the fields below using your notes.

**POLL SUPERVISOR:** Circuit Clerk Rebecca Boyd
**ASST POLL SUPERVISOR:**
**CLERK 1 NAME:**   **CLERK 2 NAME:**
**CLERK 3 NAME:**   **CLERK 4 NAME:**

**OFFENDER POSITION:**
**DATE/TIME OF INCIDENT:** 7/8/2014 apprx between hours 9:05 AM - 11 AM

Continue to Second Page

**EXHIBIT 3**

INCIDENT REPORT

Date: July 8, 2014

On July 8, 2014 between the hours of 9:05am and 11am, Gregg Prentice and I were in Circuit Clerk Rebecca Boyd's office.  During this time period Mr Prentice and I were asking Ms Boyd questions about the election process, I asked a question about the large stack of ballots which we had observed on July 7, 2014 while sitting at the same table with the McDaniel Campaign volunteers who were reviewing material from the June 24, 2014 Special Election. (Rob Rall, team leader for the McDaniel volunteers advised me prior to opening a secured ballot box, Labeled: PRIMARY RUNOFF BALLOTS & ABSENTEE BALLOTS, AFFADAVITS (AFFADAVITS REJECTED), he inspected the box, Mr. Rall stated the front red plastic seal #000655 was not pulled tight and a person could reach their hand and forearm into the box.  The box had an opening in the back which had a piece of plastic tape over the opening with a seal which crossed over the box and seal.  The seal # was 294133.  I did observe the back seal intact, the front seal was open.  I did observe another box which was in a similar condition.  The front seal was still secured on this box and I could open the top of the box and place my hand and forearm into the box.  The box which had been opened, contained the affidavit envelopes, two absentee ballots, and a stack of rejected affidavit envelopes and large stack of accepted ballots.  When the McDaniel group and Gregg Prentice; Julia Hoenig; Mike Rowley and myself counted these ballots the tally was Cochran (691) ballots; McDaniel (464) ballots and (1) non vote totaling (1156) ballots.) Circuit Clerk Boyd explained that paper ballots are only used for absentee voting or affidavit voting, during days of elections voters use electronic voting equipment.  NOTE:  The 1156 ballots had not been folded in a manner in which they could have been placed in an absentee envelope or an affidavit envelope, only approximately 10-20 ballots had been folded in half, however even these ballots would not have fit in either envelopes.

According to Circuit Clerk Boyd the procedure for the absentee ballots and the affidavit ballots is, once the ballots are completed by the elector, the ballots are placed in the appropriate envelopes and sealed.  The envelopes are then given to the Election Commission Board who then opens the envelopes and removes the ballots.  If this is the procedure where did these accepted ballots which had no folds in them come from??

Circuit Clerk Boyd agreed to provide Gregg and I copies of the Poll Books from the June 2014 Elections.

Circuit Clerk Boyd told an inmate trustee who was working in the office to go to the Supervisor of Elections office to pick up a package for her.  Note the Supervisor of Elections office was in a building next door.  While the inmate trustee was away, Circuit Clerk Boyd advised Gregg and I , we would not be able to see the date of birth information.  When the inmate trustee returned to the office he was carrying two Poll Books, one blue binder for the democrats and one red binder for the republicans. NOTE:  the Poll Books, where not sealed in an envelope or secured in any type container, just open for the inmate trustee to review the names and addresses and date of birth information of the electors listed in the Polls Books.

When Circuit Clerk Boyd received the two Poll Books, which contained last names starting with the Letter A from Precinct #115, she opened the Red Poll Book and took a white-out stick and whited out all the date of birth's on the first page of the Poll Book so Gregg and I would not see the date of birth information.

NOTE: This was the Official Poll Book, which Circuit Clerk Boyd altered.

I certify and affirm that the above information is true and correct.

Jeanne M. Webb

*[signed]* Jeanne M Webb  7/8/2014
July 8, 2014

Witness: Gregg Prentice

*[signed]*

County: Rankin

# Republican Poll Book

Precinct: 115 - South Richland A

Election : 2014 Primary Election

Report No: E-004

| No. | Voter Name<br>Address | Show HAVA ID | Ballot Style | Date of Birth<br>Regn. Date | Voter ID | SUPR | CONG | SEN | JCJ | REP | SCHB | 06/03/2014 | ID Num<br>Bar Code | 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ABBOTT, DEANA MARIE<br>126 EDWARDS AVE, RICHLAND, MS 39218 | N | 3 | 12/13/2013 | 575102223 | USH03 | 01 | SS35 | 01 | SH62 | | | 582830971 | |
| 2 | ABERNATHY, DIXIE GWEN<br>1932 HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 3 | 04/03/1987 | 6728218 | USH03 | 01 | SS35 | 01 | SH62 | 1 | | 582830972 | |
| 3 | ABERNATHY, JOHNNIE SUE<br>173 LAWSON LN, RICHLAND, MS 39218-0 | N | 3 | 10/05/1990 | 6730368 | USH03 | 01 | SS35 | 01 | SH62 | 1 | Voted | 582830973 | Voted |
| 4 | ABERNATHY, WESLEY J<br>173 LAWSON LN, RICHLAND, MS 39218-0 | N | 3 | 10/05/1990 | 6729367 | USH03 | 01 | SS35 | 01 | SH62 | 1 | Voted | 582830974 | Voted CAR |
| 5 | ABRON, SHALLA DENICE<br>201 PARKDALE PL, RICHLAND, MS 39218 | N | 3 | 06/23/2011 | 575207929 | USH03 | 01 | SS30 | 01 | SH62 | | | 582830975 | CAR |
| 6 | ABT, ARNOLD BRUCE<br>107 MENDENHALL AVE, RICHLAND, MS 39218-0 | N | 3 | 12/01/2004 | 6731253 | USH03 | 01 | SS35 | 01 | SH62 | 1 | | 582830976 | |
| 7 | ACY, JUDY S<br>1898 CLEARY RD, FLORENCE, MS 39073-0 | N | 3 | 01/04/1985 | 6721991 | USH03 | 01 | SS35 | 01 | SH62 | 1 | AB Vote | 582830977 | |
| 8 | ACY, ROGER DALE<br>1898 CLEARY RD, FLORENCE, MS 39073-0 | N | 3 | 01/04/1985 | 6812252 | USH03 | 01 | SS35 | 01 | SH62 | 1 | AB Vote | 582830978 | AB Vote |
| 9 | ADAMS, AMY HESTER<br>112 BRADFORD PL, RICHLAND, MS 39218-0 | N | 3 | 05/15/1991 | 6807370 | USH03 | 01 | SS35 | 01 | SH62 | | Voted | 582830979 | |
| 10 | ADAMS, BARBARA<br>1352 OLD HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 3 | 11/04/2008 | 6786490 | USH03 | 01 | SS35 | 01 | SH62 | 1 | | 582830980 | |
| 11 | ADAMS, GARRY J C II<br>112 BRADFORD PL, RICHLAND, MS 39218-0 | N | 3 | 10/06/2000 | 6788500 | USH03 | 01 | SS35 | 01 | SH62 | 1 | | 582830981 | J |
| 12 | ADAMS, JESSIE A<br>233 SOUTHRIDGE RD, RICHLAND, MS 39218 | N | 3 | 08/26/2008 | 575058103 | USH03 | 01 | SS30 | 01 | SH62 | 1 | | 582830982 | |

**County:** Rankin

# Poll Book

2014 Primary Election

**Precinct:** 115 - South Richland B
**Report No:** E-004
06/24/2014

| No. | Voter Name / Address | Show HAVA ID | Ballot St. | Voter ID | SUPR CONG | SEN | REP | SCHB | 06/03/2014 | ID Num Bar Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 378 | BURLESON, ERICA LEANNE / 1544 CHELSEA LN, RICHLAND, MS 39218 | N | 3 | 775038083 | USH03 | SS35 | | SH62 | | 582831348 |
| 379 | BURLESON, TYSON GENE / 1544 CHELSEA LN, RICHLAND, MS 39218 | N | 3 | 6776115 | USH03 | SS35 | | SH62 | | 582831349 |
| 380 | BURLISON, JERRY WAYNE / 126 LEXINGTON AVE, RICHLAND, MS 39218-0 | N | 3 | 6791764 | USH03 | SS35 | | SH62 | Voted | 582831350 |
| 381 | BURNETT, ARTHUR ROBERT / 1744 CLEARY RD, FLORENCE, MS 39073 | N | 3 | 575151536 | USH03 | SS35 | | SH62 | Voted | 582831351 |
| 382 | BURNETT, PATRICIA ANN / 1744 CLEARY RD, FLORENCE, MS 39073 | N | 3 | 575300724 | USH03 | SS35 | | SH62 | | 582831352 |
| 383 | BURNEY, ALVA JEANETTE / 876 N CHURCH ST, FLORENCE, MS 39073 | N | 3 | 6800020 | USH03 | SS35 | | SH62 | | 582831353 |
| 384 | BURNEY, AMY MELISA / 220 TAMI AVE, FLORENCE, MS 39073 | N | 3 | 14338816 | USH03 | SS35 | | SH62 | | 582831354 |
| 385 | BURNHAM, BILLY JOE / 104 HUMMINGBIRD LN, RICHLAND, MS 39218-0 | N | 3 | 6730044 | USH03 | SS30 | | SH62 | AB Voted | 582831355 |
| 386 | BURNS, ANNA CLAIRE / 210 SPELL DR, RICHLAND, MS 39218 | N | 3 | 575203737 | USH03 | SS30 | | SH62 | AB Voted | 582831356 |
| 387 | BURNS, CHARITY NICHOLE / 210 SPELL DR, RICHLAND, MS 39218 | N | 3 | 575125031 | USH03 | SS30 | | SH62 | | 582831357 |
| 388 | BURNS, CHARLES BERRY / 1822 CLEARY RD, FLORENCE, MS 39073-0 | N | 3 | 6724926 | USH03 | SS35 | | SH62 | Voted | 582831358 |
| 389 | BURNS, FREDERICK CLAY / 210 SPELL DR, RICHLAND, MS 39218 | N | 3 | 6729818 | USH03 | SS30 | | SH62 | AB Voted | 582831359 |

Rep[oll] Book

Precinct: 115 - South Richland

Report No: E-004

Primary Election

| No. | Voter Name Address | Show HAVA ID | Ballot Style | Voter ID | SUPR CONG | SEN JCJ | SCHB REP | 06/03/2014 ID Num Bar Code | 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|
| 501 | COLE, BRYAN A 507 FLEETWOOD CV, RICHLAND, MS 39218-0 | N | 3 | 5807730 | USH03 01 | SS35 01 | SH62 1 | 582831471 | |
| 502 | COLE, SAMANTHA DIGGS 507 FLEETWOOD CV, RICHLAND, MS 39218-0 | N | 3 | 5728120 | USH03 01 | SS35 01 | SH62 1 | 582831472 | |
| 503 | COLEMAN, JAMES B JR 907 OLD HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 3 | 5730832 | USH03 01 | SS30 01 | SH62 1 | 582831473 | |
| 504 | COLEMAN, LATOYA 127 BRADFORD PL, RICHLAND, MS 39218-0 | N | 3 | 5729316 | USH03 01 | SS35 01 | SH62 1 | 582831474 | |
| 505 | COLEMAN, PEGGY D 127 BRADFORD PL, RICHLAND, MS 39218-0 | N | 3 | 5730644 | USH03 01 | SS35 01 | SH62 1 | 582831475 | |
| 506 | COLLIER, NESHOMBIA AYONA 1613 CHAPELRIDGE DR, RICHLAND, MS 39218 | N | 3 | 5082982 | USH03 01 | SS35 01 | SH62 1 | 582831476 | |
| 507 | COLLINS, DARIUS MARCELL 317 BULLOCK CIR, RICHLAND, MS 39218 | N | 3 | 5296618 | USH03 01 | SS35 01 | SH62 1 | 582831477 | |
| 508 | COLLINS, HARVEY H III 1904 CLEARY RD, FLORENCE, MS 39073 | N | 3 | 5720885 | USH03 01 | SS35 01 | SH62 1 | 582831478 | Voted AB |
| 509 | COLVIN, KAREN PENDERGRASS 111 RHEMANN BLVD, RICHLAND, MS 39218 | N | 3 | 5285216 | USH03 01 | SS35 01 | SH62 1 | 582831479 | |
| 510 | COLVIN, PAUL DAVID 111 RHEMANN BLVD, RICHLAND, MS 39218 | N | 3 | 5285179 | USH03 01 | SS35 01 | SH62 1 | 582831480 | |
| 511 | COMANS, ANGELA KAY 172 RUSSELL ST, FLORENCE, MS 39073-0 | N | 3 | 725097 | USH03 01 | SS35 01 | SH62 1 | 582831481 | |
| 512 | COMPTON, TANYA 311 WASHINGTON AVE, RICHLAND, MS 39218 | N | 3 | 5145588 | USH03 01 | SS35 01 | SH62 1 | 582831482 | Voted AB |

County: Rankin

Precinct: 115 - South Richland A

# Democratic Primary Election Book

Report No: E-004
06/24/2014

| No. | Voter Name<br>Address | Show HAVA ID | Ballot Style | Voter ID | CONG | SEN | REP | 06/03/2014 | ID Num<br>Bar Code |
|---|---|---|---|---|---|---|---|---|---|
| | | | | SUPR | CONG<br>JCJ | SEN | REP<br>SCHB | | |
| 1 | ABBOTT, DEANA MARIE<br>126 EDWARDS AVE, RICHLAND, MS 39218 | N | 1 | 102223 | USH03<br>01 | SS35 | SH62<br>1 | | 582830971 |
| 2 | ABERNATHY, DIXIE GWEN<br>1932 HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 1 | 28218 | USH03<br>01 | SS35<br>01 | SH62<br>1 | | 582830972 |
| 3 | ABERNATHY, JOHNNIE SUE<br>173 LAWSON LN, RICHLAND, MS 39218-0 | N | 1 | 30368 | USH03<br>01 | SS35<br>01 | SH62<br>1 | | 582830973 |
| 4 | ABERNATHY, WESLEY J<br>173 LAWSON LN, RICHLAND, MS 39218-0 | N | 1 | 29367 | USH03<br>01 | SS35<br>01 | SH62<br>1 | | 582830974 |
| 5 | ABRON, SHALLA DENICE<br>201 PARKDALE PL, RICHLAND, MS 39218 | N | 1 | 5207929 | USH03<br>01 | SS30<br>01 | SH62<br>1 | | 582830975 |
| 6 | ABT, ARNOLD BRUCE<br>107 MENDENHALL AVE, RICHLAND, MS 39218-0 | N | 1 | 731253 | USH03<br>01 | SS35<br>01 | SH62<br>1 | | 582830976 |
| 7 | ACY, JUDY S<br>1898 CLEARY RD, FLORENCE, MS 39073-0 | N | 1 | 1721991 | USH03<br>01 | SS35<br>01 | SH62<br>1 | | 582830977 |
| 8 | ACY, ROGER DALE<br>1898 CLEARY RD, FLORENCE, MS 39073-0 | N | 1 | 5812252 | USH03<br>01 | SS35<br>01 | SH62<br>1 | | 582830978 |
| 9 | ADAMS, AMY HESTER<br>112 BRADFORD PL, RICHLAND, MS 39218-0 | N | 1 | 6807370 | USH03<br>01 | SS35<br>01 | SH62<br>1 | | 582830979 |
| 10 | ADAMS, BARBARA<br>1352 OLD HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 1 | 6786490 | USH03<br>01 | SS35<br>01 | SH62<br>1 | | 582830980 |
| 11 | ADAMS, GARRY J C II<br>112 BRADFORD PL, RICHLAND, MS 39218-0 | N | 1 | 6788500 | USH03<br>01 | SS35<br>01 | SH62<br>1 | | 582830981 |
| 12 | ADAMS, JESSIE A<br>233 SOUTHRIDGE RD, RICHLAND, MS 39218 | N | 1 | 5750S8103 | USH03<br>01 | SS30<br>01 | SH62<br>1 | | 582830982 |

Statewide Election Management System

County: Rankin

Precinct: 115 - South Richland B

Democratic Primary Election Poll Book

Report No: E-004

06/24/2014

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Voter ID | SUPR | CONG | JCJ | SEN | SCHB | REP 06/03/2014 | ID Num Bar Code |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 138 | BALL, PATRICIA A / 117 PINE PARK DR, FLORENCE, MS 39073 | N | 1 | 6788779 | | USH03 | 01 | SS35 | | SH62 1 | 582831108 |
| 139 | BALL, SHEILA DENISE / 526 CHAPELRIDGE DR, RICHLAND, MS 39218 | N | 1 | 175285520 | | USH03 | 01 | SS35 | | SH62 1 | 582831109 |
| 140 | BALLENGER, DANNY J / 291 BLAINE ST, RICHLAND, MS 39218 | N | 1 | 175013053 | | USH03 | 01 | SS30 | | SH62 1 | 582831110 |
| 141 | BANNER, AMY LYNN / 331 ADAMS ST, RICHLAND, MS 39218 | N | 1 | 75332603 | | USH03 | 01 | SS35 | | SH62 1 | 582831111 |
| 142 | BANTA, SARAH ANN / 121 COPPER LN, RICHLAND, MS 39218-6048 | N | 1 | 6784835 | | USH03 | 01 | SS35 | | SH62 1 | 582831112 |
| 143 | BANYARD, KRISTY / 1613 CHAPELRIDGE DR, RICHLAND, MS 39218 | N | 1 | 75221557 | | USH03 | 01 | SS35 | | SH62 1 | 582831113 |
| 144 | BARBER, JESSICA / 114 COPPER LN, RICHLAND, MS 39218 | N | 1 | 590743 | | USH03 | 01 | SS35 | | SH62 1 | 582831114 |
| 145 | BARLOW, CLAYTON DWAYNE / 305 PLAINVIEW CIR, RICHLAND, MS 39218 | N | 1 | 600735 | | USH03 | 01 | SS35 | | SH62 1 | 582831115 |
| 146 | BARLOW, JENNIFER DIANE / 305 PLAINVIEW CIR, RICHLAND, MS 39218 | N | 1 | 5125090 | | USH03 | 01 | SS35 | | SH62 1 | 582831116 |
| 147 | BARLOW, PEGGY RUTH / 858 N CHURCH ST, FLORENCE, MS 39073 | N | 1 | 124648 | | USH03 | 01 | SS35 | | SH62 1 | 582831117 |
| 148 | BARNES, GEORGE EDWARD JR / 213 PREWITT CIR, RICHLAND, MS 39218-0 | N | 1 | 01320 | | USH03 | 01 | SS35 | | SH62 1 | 582831118 |
| 149 | BARNES, LILLIAN L / 213 PREWITT CIR, RICHLAND, MS 39218-0 | N | 1 | 91290 | | USH03 | 01 | SS35 | | SH62 1 | 582831119 |

County: Rankin

# Den oll Book

Precinct: 115 - South Richland B

Report No: E-004  06/24/2014

## Primary Election

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Voter ID | CONG SUPR | SEN JCJ | REP SCHB | 06/03/2014 | ID Num Bar Code |
|---|---|---|---|---|---|---|---|---|---|
| 378 | BURLESON, ERICA LEANNE  1544 CHELSEA LN, RICHLAND, MS 39218 | N | 1 | 75038083 | USH03 01 | SS35 01 | SH62 1 | | 582831348 |
| 379 | BURLESON, TYSON GENE  1544 CHELSEA LN, RICHLAND, MS 39218 | N | 1 | 5776115 | USH03 01 | SS35 01 | SH62 1 | | 582831349 |
| 380 | BURLISON, JERRY WAYNE  126 LEXINGTON AVE, RICHLAND, MS 39218-0 | N | 1 | 5791764 | USH03 01 | SS35 01 | SH62 1 | | 582831350 |
| 381 | BURNETT, ARTHUR ROBERT  1744 CLEARY RD, FLORENCE, MS 39073 | N | 1 | 75151536 | USH03 01 | SS35 01 | SH62 1 | | 582831351 |
| 382 | BURNETT, PATRICIA ANN  1744 CLEARY RD, FLORENCE, MS 39073 | N | 1 | 5300724 | USH03 01 | SS35 01 | SH62 1 | | 582831352 |
| 383 | BURNEY, ALVA JEANETTE  876 N CHURCH ST, FLORENCE, MS 39073 | N | 1 | 800020 | USH03 01 | SS35 01 | SH62 1 | | 582831353 |
| 384 | BURNEY, AMY MELISA  220 TAMI AVE, FLORENCE, MS 39073 | N | 1 | 433816 | USH03 01 | SS35 01 | SH62 1 | | 582831354 |
| 385 | BURNHAM, BILLY JOE  104 HUMMINGBIRD LN, RICHLAND, MS 39218-0 | N | 1 | 730044 | 01 | SS30 01 | SH62 1 | | 582831355 |
| 386 | BURNS, ANNA CLAIRE  210 SPELL DR, RICHLAND, MS 39218 | N | 1 | 5203737 | USH03 01 | SS30 01 | SH62 1 | | 582831356 |
| 387 | BURNS, CHARITY NICHOLE  207 ORIOLE AVE, RICHLAND, MS 39218 | N | 1 | 5125031 | USH03 01 | SS30 01 | SH62 1 | | 582831357 |
| 388 | BURNS, CHARLES BERRY  1822 CLEARY RD, FLORENCE, MS 39073-0 | N | 1 | 24926 | USH03 01 | SS35 01 | SH62 1 | | 582831358 |
| 389 | BURNS, FREDERICK CLAY  210 SPELL DR, RICHLAND, MS 39218 | N | 1 | 29818 | USH03 01 | SS30 01 | SH62 1 | | 582831359 |

County: Rankin

*Denyl of Absentee Voters*
*Precinct #115*

# Public Access Report

Elections : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 Primary Election'

Date: 07/08/2014
Report No: BP-013

| Voter ID | Precinct | Ballot ID | Name | Address | Receive Date |
|---|---|---|---|---|---|
| 6812252 | 115 - South Richland | 750160987 | ACY, ROGER DALE | 1898 CLEARY RD FLORENCE, MS 39073 | 06/17/2014 |
| 6729818 | 115 - South Richland | 750168807 | BURNS, FREDERICK CLAY | 210 SPELL DR RICHLAND, MS 39218 | 06/20/2014 |
| 6788499 | 115 - South Richland | 750168801 | BURNS, STACY ELLIS — *Absentee* | 210 SPELL DR RICHLAND, MS 39218 | 06/20/2014 |
| 6720885 | 115 - South Richland | 750160989 | COLLINS, HARVEY H III *Voted AB both* | 1904 CLEARY RD FLORENCE, MS 39073 | 06/17/2014 |
| 575324359 | 115 - South Richland | 750166351 | DAVIS, AMY *Absentee 24th only* | 208 PREWITT CIR RICHLAND, MS 39218 | 06/19/2014 |
| 6728359 | 115 - South Richland | 750155379 | HALL, SHIRLEY C | 269 MONTEREY RD RICHLAND, MS 39218 | 06/17/2014 |
| 1445579 | 115 - South Richland | 500127373 | IVEY, LEEANN FRANCES | 182 TAZAN AVE FLORENCE, MS 39073 | 06/17/2014 |
| 6729528 | 115 - South Richland | 750127916 | NAPPER, JAMES LYNN | 130 SIMS DR RICHLAND, MS 39218 | 06/17/2014 |
| 6807369 | 115 - South Richland | 750127892 | NAPPER, SYLVIA C | 130 SIMS DR RICHLAND, MS 39218 | 06/17/2014 |
| 6807362 | 115 - South Richland | 750166735 | PHILLIPS, AUBREY CLYDE SR | 351 SCARBROUGH CIR RICHLAND, MS 39218 | 06/19/2014 |
| 6786631 | 115 - South Richland | 750166729 | PHILLIPS, FLORA M | 351 SCARBROUGH CIR RICHLAND, MS 39218 | 06/19/2014 |
| 6730781 | 115 - South Richland | 750160776 | REDFERN, RICHARD | 1030 OLD HWY 49 SOUTH RICHLAND, MS 39218 | 06/17/2014 |
| 85261 | 115 - South Richland | 750168061 | STUTZMAN, RONALD EARL | 406 BULLOCK CIR RICHLAND, MS 39218 | 06/20/2014 |
| 6826723 | 115 - South Richland | 750161007 | SULLIVAN, CYNTHIA JEAN | 104 HIGHPOINTE PL RICHLAND, MS 39218 | 06/17/2014 |
| 6811962 | 115 - South Richland | 750161015 | SULLIVAN, WILLIAM PATRICK | 104 HIGHPOINTE PL RICHLAND, MS 39218 | 06/17/2014 |
| 6728521 | 115 - South Richland | 750166707 | WILSON, BILLY WAYNE | 275 SPARKMAN ST RICHLAND, MS 39218 | 06/19/2014 |
| 6827517 | 115 - South Richland | 750166710 | WILSON, SHIRLEY A | 275 SPARKMAN ST RICHLAND, MS 39218 | 06/19/2014 |

Count : 17