IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik §§§§§§§§§§§ | |
|     Plaintiffs, §§ | |
| v. §§§ | Cause No. 3:14-cv-00532-HTW-LRA |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission §§§§§§§§§§§§§§§§§§§ | |
|     Defendants. §§ | |

**VERIFICATION REGARDING DESTRUCTION
OF ORIGINAL ELECTION RECORDS**

By: Phillip C. Harding III

1.    "I, Phillip C. Harding III, verify under penalty of perjury under the laws of the United States of America that the following is true and correct. *See* 28 U.S.C. § 1746.

2.    I served as district coordinator for District 4 in Harrison County.

3.    I was at the Harrison County, Mississippi Circuit Clerk's Office on Friday June 27th, Monday June 30th, Tuesday and Wednesday July 1st and 2nd, and Monday-Friday

July 9-11, 2014 to review poll books related to the 2014 Republican Primary Election for Mississippi Senate office.

4.     The County allowed me access to the poll books related to the election, however, the County required that I pay for personal information to be redacted from the poll books. Specifically, the County indicated that the birth dates of voters must be redacted.

5.     I witnessed that the original poll books for Harrison County were being redacted with "Sharpie" (black permanent marker) and "White-Out" (white permanent ink). Thus, it appears that the information in the original copies of the poll books are being destroyed.

Further, declarant sayeth not."

Signed on this the 15th day of July, 2014 in Harrison County, Mississippi.

Phillip C. Harding III