IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRUE THE VOTE, *et al.*                                                       PLAINTIFFS

vs.                                                       Civil Action No. 3:14-cv-532-NFA

DELBERT HOSEMANN, *et al.*                                                  DEFENDANTS

ENTRY OF APPEARANCE

 Wes Daughdrill hereby enters his appearance as one of the attorneys of record in this action for defendant Jefferson Davis County Election Commission.

 Dated:  July 16, 2014

 Respectfully submitted,

             JEFFERSON DAVIS COUNTY
             ELECTION COMMISSION

          by:   s/ Wes Daughdrill
             Wes Daughdrill, MSB #9617

Young Wells Williams P.A.
141 Township Ave., Suite 300
P.O. Box  6005
Ridgeland, MS  39158-6005
601.948.6100
601.355.6136 *facsimile*
rsanders@youngwells.com

CERTIFICATE OF SERVICE

 The undersigned hereby certifies that he has served, via this Court's ECF filing system, a copy of the foregoing on the following:

  L. Eades Hogue
  Beirne, Maynard & Parsons, LLP
  Pan-American Life Center
  601 Poydras Street, Suite 2200
  New Orleans, LA  70131

  James E. "Trey" Trainor, III
  Beirne, Maynard & Parsons, LLP
  401 W. 15th Street, Suite 845
  Austin, TX  78701

  Joseph M. Nixon
  Kristen W. McDanald
  Kelly H. Leonard
  Beirne, Maynard & Parsons, LLP
  1300 Post Oak Blvd., Suite 2500
  Houston, TX  77056

  Michael B. Wallace
  T. Russell Nobile
  Wise Carter Child & Caraway, P.A.
  P.O. Box  651
  Jackson, MS   39202-0651

  Pieter Teeuwissen
  621 East Northside Drive
  Jackson, MS  39206

SO CERTIFIED, this 16th day of July, 2014

            _s/ Wes Daughdrill_____
            Wes Daughdrill, MSB #9617