IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRUE THE VOTE, ET AL.,                                                                PLAINTIFFS

VS.                                               CIVIL ACTION NO.:3:14-CV-532-HTW-LRA

DELBERT HOSEMAN, ET AL.,                                                          DEFENDANTS

**ENTRY OF APPEARANCE**

COMES NOW, Jeffrey T. Webb, Webb Law Firm, PLLC, and enters his appearance on behalf of Defendant Leake County, Mississippi Election Commission.

This the 17th day of July, 2014.

> Respectfully submitted,
>
> Leake County, Mississippi
> Election Commission, Defendant
>
> BY:   */s/* Jeff Webb
>           Jeffrey T. Webb, MSB No. 8785
>           Webb Law Firm, PLLC
>           Post Office Box 452
>           203 South Pearl Street
>           Carthage, Mississippi 39051
>           (601) 267-9762
>           Email: webblaw@bellsouth.net
>
>           ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that this date I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing all attorneys of record.

THIS the 17th day of July 2014.

> */s/* Jeff Webb
> Jeff Webb