IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| TRUE THE VOTE, JANE COLN, BRANDIE CORRERO, CHAD HIGDON, JENNIFER HIGDON GENE HOPKINS, FREDERICK LEE JENKINS, MARY JENKINS, TAVISH KELLY, DONNA KNEZEVICH, JOSEPH KNEVEVICH, DORIS LEE, LAUREN LYNCH, NORMA MACKEY, ROY NICHOLSON, MARK PATRICK, JULIE PATRICK, PAUL PATRICK, DAVID PHILLEY, GRANT SOWELL, SYBIL TRIBBLE, LAURA VAN OVERSCHELDE, AND ELAINE VECHORIK. <br><br>            PLAINTIFFS, <br><br>v. <br><br>THE HONORABLE DELBERT HOSEMANN, IN HIS OFFICIAL CAPACITY, THE REPUBLICAN PARTY OF MISSISSIPPI, COPIAH COUNTY, MISSISSIPPI ELECTION COMMISSION, HINDS COUNTY, MISSISSIPPI ELECTION COMMISSION, JEFFERSON DAVIS COUNTY, MISSISSIPPI, ELECTION COMMISSION, LAUDERDALE COUNTY, MISSISSIPPI ELECTION COMMISSION LEAKE COUNTY, MISSISSIPPI ELECTION COMMISSION, MADISON COUNTY, MISSISSIPPI ELECTION COMMISSION, RANKIN COUNTY, MISSISSIPPI ELECTION COMMISSION, SIMPSON COUNTY, MISSISSIPPI ELECTION COMMISSION, AND YAZOO COUNTY, MISSISSIPPI ELECTION COMMISSION. <br>            DEFENDANTS. | Civil Action No.<br>3:14-cv-532 HTW-LRA |

## **ENTRY OF APPEARANCE**

COMES NOW, Elise B. Munn, of the law firm of Berry & Munn, P.A., and enters her appearance in this action as counsel of record for the Copiah County, Mississippi Election Commission.

Respectfully submitted, this 17th day of July, 2014.

                                          By:   /s/ Elise B. Munn
                                                   Elise B. Munn, MSB #9654
                                                   BERRY & MUNN, P.A.
                                                   P.O. Drawer 768
                                                   Hazlehurst, MS 39083
                                                   Telephone: 601-894-4150
                                                   emunn@berrymunnpa.com

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

    L. Eades Hogue
    BEIRNE, MAYNARD & PARSONS, LLP
    Pan-American Life Center
    601 Poydras Street, Suite 2200
    New Orleans, LA 70131

    James E. "Trey" Trainor, III
    BEIRNE, MAYNARD & PARSONS, LLP
    401 W. 15th Street, Suite 845
    Austin, TX 78701

    Joseph M. Nixon
    Kristen W. McDanald
    Kelly H. Leonard
    BEIRNE, MAYNARD & PARSONS, LLP
    1300 Post Oak Blvd., Suite 2500
    Houston, TX 77056

This the 17th day of July, 2014.

                                                              /s/ Elise B. Munn
                                                              ELISE B. MUNN