IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

True the Vote, Jane Coln, Brandie Correro,       §
Chad Higdon, Jennifer Higdon, Gene               §
Hopkins, Frederick Lee Jenkins, Mary             §
Jenkins, Tavish Kelly, Donna Knezevich,          §
Joseph Knezevich, Doris Lee, Lauren Lynch,       §
Norma Mackey, Roy Nicholson, Mark                §
Patrick, Julie Patrick, Paul Patrick, David      §
Philley, Grant Sowell, Sybil Tribble, Laura      §
VanOverschelde, and Elaine Vechorik              §
                                                 §
          Plaintiffs,                            §
                                                 §
v.                                               §
                                                 §
The Honorable Delbert Hosemann, in his           §
official capacity as Secretary of State for the  §
State of Mississippi, The Republican Party of    §
Mississippi, Copiah County, Mississippi          §     Cause No. 3:14-cv-00532-HTW-LRA
Election Commission, Hinds County,               §
Mississippi Election Commission, Jefferson       §
Davis County, Mississippi Election               §
Commission, Lauderdale County,                   §
Mississippi Election Commission, Leake           §
County, Mississippi Election Commission,         §
Madison County, Mississippi Election             §
Commission, Rankin County, Mississippi           §
Election Commission, Simpson County,             §
Mississippi Election Commission, and Yazoo       §
County, Mississippi Election Commission          §
          Defendants.                            §

**APPENDIX – VOLUME III TO BILL OF PARTICULARS
EXHIBIT 15-20**

| EXHIBIT | DESCRIPTION |
|---|---|
| 15 | "Incident Report" by Julia Hoenig, dated July 8, 2014 (with written records request signed by Mr. Rowley to Simpson County) |

| 16 | "Incident Report" by Roberta Swank and Erin Anderson, dated July 7, 2014 (concerning Yazoo County) |
|----|----|
| 17 | "Incident Report" by Ruth Weiss and Debra Jackson dated July 8, 2014 (concerning Simpson County) |
| 18 | "Incident Report" by Ruth Weiss and Debra Jackson dated July 8, 2014 (concerning Yazoo County) |
| 19 | "Incident Report" by Susan Moore dated July 9, 2014 (citing double voting in Noxubee County, Mississippi by Faye Ward) |
| 20 | "Incident Report" by Susan Moore, dated July 9, 2014 (citing double voting in Noxubee County, Mississippi by Degardiques Mattox) |

Respectfully submitted,

/s/    *L. Eades Hogue*

Joseph M. Nixon – *pro hac vice*
Texas State Bar No. 15244800
jnixon@bmpllp.com
Kristen W. McDanald – *pro hac vice*
Texas State Bar No. 24066280
kmcdanald@bmpllp.com
Kelly H. Leonard – *pro hac vice*
Texas State Bar No. 24078703
kleonard@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
1300 Post Oak Blvd, Suite 2500
Houston, Texas  77056
(713) 623-0887  Tel.
(713) 960-1527  Fax

James E. "Trey" Trainor, III. – *pro hac vice*
Texas State Bar No. 24042052
ttrainor@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, TX 78701
(512) 623-6700  Tel.
(512) 623-6701  Fax

L. Eades Hogue
Mississippi State Bar No. 2498
Louisiana State Bar No. 1960
ehogue@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
Pan-American Life Center
601 Poydras Street
Suite 2200
New Orleans, LA 70130
(504) 586-1241 Tel.
(504) 584-9142 Fax
**Lead Counsel**

***Counsel for Plaintiffs***

# EXHIBIT 15



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Julia Hoenig

**DATE** 7/8/14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** N/A

**POLLING PLACE NAME** LuAnn Bailey Interum circuit clerk

**ADDRESS** 100 W. Court Ave

**CITY** Mendenhall   **STATE** MS   **ZIP** 39114

**COUNTY** Simpson

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** approx 12:30 pm   7/8/14

Continue to Second Page



# TRUE the VOTE

**TYPE OF INCIDENT**  unable to provide data

**DESCRIPTION OF INCIDENT**  LuAnn Bailey left voicemail pertaining to our visit to her county yesterday. Her responses:

1. We could come at 2:00 pm to see poll book only, if they redacted BD
2. We are unable to see absentee apps/envelopes b/c this doesn't fall under NVRA law. It cannot be reviewed by anyone other than campaign affiliated volunteers ~~and~~ or candidate b/c they are considered part of the 'ballot box'. We may submit written request and the AG's lawyers will review. Mike Rawley did so at 1:39 pm, thru Turbo Scan attn: LuAnn Bailey — see attachment.
3. Electronic data on RID run-off voters has not been 'processed' yet so they canno[t] provide yet. Absentee names for both elections is available, she can provide along w/ Primary voters both RID. This will cost $150. The primary voter list will be report generated by SEMS. The absentee list will be manua[l] done by her. Can only be in PDF format.

**REMEDY OR ACTION TAKEN**  Sent email to LuAnn confirming I will take the reports on 7/8/14 @ 1:35 pm by me + copied Vicki Pullen. We are delivering $150 money order.

Note: This info was given to LuAnn by SOS's office. And Phil Carter in AG office

Lastly: Poll Book, she could show us it w/ redacted BD only b/c it is not covered under NVRA

I certify and affirm that the above information is true and correct.

**SIGNATURE**  _Julia Hoemer_  7/8/14

7-8-14

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

# PUBLIC RECORD REQUEST

## REQUESTING INDIVIDUAL:

NAME: Mike Rowley   Julie Hoenig

MAILING ADDRESS:   P.O. Box 131768

CITY: Houston     STATE: TX   ZIP: 76219-1768

## RECORDS REQUESTED

Physical Examination of the Absentee Ballot
Applications, Absentee Ballot, and PollBook from
the June 24, 2014 Runoff.

DATE OF REQUEST - 7-8-14

SIGNATURE -

MICHAEL E. ROWLEY

ATTN: LuAnn Bailey
simpsoncircuit@co.simpson.ms.us

# EXHIBIT 16



**TRUE** *the* **VOTE**

INCIDENT REPORT

**NAME** Roberta Swank / Erin Anderson

**DATE** 7-7-14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Yazoo County Circuit Clerk

**ADDRESS** 211 East Browning

**CITY** Yazoo City   **STATE** MS   **ZIP**

**COUNTY** Yazoo

Please complete the fields below using your notes

**POLL SUPERVISOR** Circuit Clerk — Robert Coleman

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7-7-14

Continue to Second Page



**TRUE** *the* **VOTE**

| | |
|---|---|
| **TYPE OF INCIDENT** | Request for Voter Data to review election materials (Absentee Ballots, Pollbooks) from Primary & runoff |

**DESCRIPTION OF INCIDENT**

Spoke to woman at circuit clerks office. She said Robert Cobman, Circuit Clerk, was out all week for statewide training meeting. Cobman is person who can make final decisions. We can request data when Cobman returns. Request must be made in writing. Data can be put on ZIP drive, due to size. Must pay for county employee time to redact. For hardcopy, cost is $1 per page & there would be approximately 700 pages. She called in people from the McDaniel and Cochran campaigns who were reviewing documents. Cochran's rep asked who we were and where we were from. He accused us of being w/ the McDaniel campaign. All said we could not review docs because we did not have "Credentials". They said he could have looked at documents before the records were "locked", & I asked if certification triggered lock, but did not get a clear answer. County Commissioners and candidates were reviewing documents last week and this week. We are locked out now. Said it would be easier to get from SOS.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

| | |
|---|---|
| **SIGNATURE** | *[signature]* |

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**

# EXHIBIT 17



## TRUE *the* VOTE

INCIDENT REPORT

**NAME** *Ruth Weiss / Debra Jackson*

**DATE** *7/8/14*

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** *Kemper County Circuit Clerk's Office*

**ADDRESS** *123 Main St.*

**CITY** *Dekalb*   **STATE** *MS*   **ZIP**

**COUNTY** *Kemper*

Please complete the fields below using your notes.

**POLL SUPERVISOR** *County Circuit Clerk Tracey Murray*

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** *7/8/14*

Continue to Second Page



# TRUE the VOTE

**TYPE OF INCIDENT** Accepted absentee ballots unopened

**DESCRIPTION OF INCIDENT**

Two absentee ballot envelopes, each marked "accepted", were still sealed with ballots inside.
Voters were: Bernard T Hulin & Amy A. Sanderson
Both were in Preston Precinct

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**

DEBRA JACKSON

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

# Republican Absentee Ballot Received Report

Date: 07/08/2014
Report No: BP-001

## Received Ballots

Elections : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 primary election'

| Ballot ID | Name | Address | Sent Date | Receive Date | Ballot Status: Accepted/Rejected - Reason | |
|---|---|---|---|---|---|---|
| | | | | | A | R |
| 500137448 | HULIN, BERNARD T | 793 WALTER REED RD PRESTON, MS 39354 | 06/21/2014 | 06/21/2014 | ☐ | ☐ - |
| 750131291 | SANDERSON, AMY A. | 1575 MT. HARMONY RD PRESTON, MS 39354 | 06/14/2014 | 06/14/2014 | ☐ | ☐ - |

Count : 2

:ction Management System

:mper

County : Kemper

# Unofficial Voting List

Date : 07/08/2014
Report No : VR-028

Precincts : All   Status : All   Registration Period Till : 7/8/2014   Election : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 primary election'   Period Till : 06/24/2014

| Voter ID Election Participation Date | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|---|
| 5957337 6/24/2014(R) | HOWARD, TERRI L | 559 MILLINGTON RD SCOOBA MS 39358 | SCOOBA | Scooba A-L | 03/01/1991 | R |
| 5956184 6/24/2014(R) | HUDSPETH, RHONDA A | 47 CHURCH ST DEKALB MS 39328 | DEKALB | Courthouse | 02/25/1987 | R |
| 5951163 6/24/2014(R) | HULIN, BERNARD T | 793 WALTER REED RD PRESTON MS 39354 | PRESTON | Preston | 11/21/1998 | R |
| 5956176 6/24/2014(R) | HULL, DEWAYNE C | 15544 OLD JACKSON RD DEKALB MS 39328 | DEKALB | Courthouse | 09/27/1986 | R |
| 5958018 6/24/2014(R) | HULL, EARNESTINE | 77 MCRAE AVE DEKALB MS 39328 | DEKALB | Courthouse | 10/04/1986 | R |
| 5958192 6/24/2014(R) | HULL, JENNIFER K | 3403 MELLEN RD DEKALB MS 39328 | DEKALB | Lynville | 10/03/1986 | R |
| 775247216 6/24/2014(R) | HULL, LAURA | 3403 MELLEN RD DEKALB MS 39328 | DEKALB | Lynville | 02/10/2012 | R |
| 5955404 6/24/2014(R) | HULL, MICHAEL DURWARD | 3403 MELLEN RD DEKALB MS 39328 | DEKALB | Lynville | 11/04/1986 | R |

Statewide Election Management System

Page : 47

## Unofficial Voting List

Date : 07/08/2014
Report No : VR-028

County : Kemper

Precincts : All   Status : All   Registration Period Till : 7/8/2014   Election : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 primary election'   Period Till : 06/24/2014

| Voter ID<br>Election Participation Date | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|---|
| 5954031<br>6/24/2014(R) | SANDERS, CHARLES GLENN | 501 PUMPING STATION RD RD DALEVILLE<br>MS 39326 | DALEVILLE | Mount Nebo | 11/04/1986 | R |
| 5953179<br>6/24/2014(R) | SANDERS, DEWAYNE | 611 COTTON RD PRESTON MS 39354 | PRESTON | Preston | 05/25/1990 | R |
| 5954666<br>6/24/2014(R) | SANDERS, DONNA W | 1022 CHUCK SANDERS RD DALEVILLE MS<br>39326 | DALEVILLE | Mount Nebo | 06/24/1988 | R |
| 5953542<br>6/24/2014(R) | SANDERS, LESLIE NICHOLE | 1022 CHUCK SANDERS RD DALEVILLE MS<br>39326 | DALEVILLE | Mount Nebo | 08/05/2004 | R |
| 5751755 18<br>6/24/2014(R) | SANDERSON, AMY A. | 1575 MT. HARMONY RD PRESTON MS<br>39354 | PRESTON | Preston | 06/21/2010 | R |
| 5956574<br>6/24/2014(R) | SANDERSON, FLOYD M | 1484 MOUNT HARMONY RD PRESTON MS<br>39354 | PRESTON | Preston | 09/30/1986 | R |
| 5956505<br>6/24/2014(R) | SANDERSON, VICKY S | 1484 MT. HARMONY RD RD PRESTON MS<br>39354 | PRESTON | Preston | 09/30/1986 | R |
| 575253623<br>6/24/2014(R) | SANFORD, SHELLY | 2009 MCDONALD RD PRESTON MS 39354 | PRESTON | Preston | 03/30/2012 | R |

# EXHIBIT 18



**TRUE** *the* **VOTE**

**INCIDENT REPORT**

**NAME** RUTHWEISS / DEBRA JACKSON

**DATE:** 7/8/14

**PRECINCT/WARD #:** Courthouse

**POLLING PLACE NAME** Courthouse M-Z

**ADDRESS** 280 Veteran Street

**CITY.** DeKalb   **STATE:** CA   **ZIP** 39328

**COUNTY** Kemper

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT**



**TRUE** *the* **VOTE**

**TYPE OF INCIDENT** Ballot ID number(s) inconsistent

**DESCRIPTION OF INCIDENT**

Holly Wiggins Ballot ID # 750169238 on Republican Absentee Ballot Received Report (RABRR) differed from Poll Book Ballot ID # 581993017.

Jonathan Wiggins Ballot ID # 750169242 on RABRR differed from Poll Book Ballot ID # 581993018

Matthew Wiggins Ballot ID # 750169249 on RABRR differed from Poll Book Ballot ID # 581993019

Margaret Womble Ballot ID # 500130865 on RABRR differed from Poll Book Ballot ID # 581993044.

**REMEDY OR ACTION TAKEN**

Circuit Court Clerk could not explain how the different Ballot ID numbers occurred.

I certify and affirm that the above information is true and correct.

**SIGNATURE**

DEBRA   JACKSON

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

County : Kemper

# Republican Absentee Ballot Received Report
## Received Ballots

Date: 07/08/2014
Report No: BP-001

Elections : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 primary election'

**13 - Courthouse**

| Precinct Voter ID | Ballot ID | Name | Address | Sent Date | Receive Date | Ballot Status: Accepted/Rejected - Reason A | R | |
|---|---|---|---|---|---|---|---|---|
| 775057074 | 750169007 | ALEXANDER, AL GLEN | 13401 HWY 39 HWY S DEKALB, MS 39328 | 06/20/2014 | 06/20/2014 | ☐ | ☐ | - |
| 5956210 | 750169011 | ALEXANDER, MAMIE DARNELL | 13401 HWY 39 S HWY S DEKALB, MS 39328 | 06/20/2014 | 06/20/2014 | ☐ | ☐ | - |
| 5952158 | 750135311 | DUDLEY, MARY WINNER | 15078 HWY 39 HWY N DEKALB, MS 39328 | 06/16/2014 | 06/19/2014 | ☐ | ☐ | - |
| 5951834 | 500123326 | EVANS, JENNY LYNN | 246 CAROL AVE DEKALB, MS 39328 | 06/19/2014 | 06/19/2014 | ☐ | ☐ | - |
| 5955254 | 750161553 | HAILEY, PEGGY C | 16031 HWY 16 HWY E DEKALB, MS 39328 | 06/18/2014 | 06/18/2014 | ☐ | ☐ | - |
| 5957904 | 750168257 | HARBOUR, ANNIE RUTH P | 144 CHURCH ST DEKALB, MS 39328 | 06/20/2014 | 06/20/2014 | ☐ | ☐ | - |
| 5954530 | 500127889 | HOBGOOD, JAMES L | 15347 HWY 16 HWY W DEKALB, MS 39328 | 06/17/2014 | 06/17/2014 | ☐ | ☐ | - |
| 5953076 | 500136908 | LACKEY, JACQUELINE ANN | 51 HOPPER AVE AVE DEKALB, MS 39328 | 06/21/2014 | 06/21/2014 | ☐ | ☐ | - |
| 5958218 | 750169238 | WIGGINS, HOLLY E | 73 SCOOBA ST DEKALB, MS 39328 | 06/20/2014 | 06/20/2014 | ☐ | ☐ | - |
| 775339410 | 750169242 | WIGGINS, JONATHAN C. | 73 SCOOBA ST DEKALB, MS 39328 | 06/20/2014 | 06/20/2014 | ☐ | ☐ | - |
| 575175521 | 750169249 | WIGGINS, MATTHEW ELLIOTT | 73 SCOOBA ST DEKALB, MS 39328 | 06/20/2014 | 06/20/2014 | ☐ | ☐ | - |
| 5953624 | 500130865 | WOMBLE, MARGARET S | 13282 HWY 39 S HWY DEKALB, MS 39328 | 06/17/2014 | 06/17/2014 | ☐ | ☐ | - |

Count :   12

Unofficial Voting List

Date : 07/08/2014
Report No : VR-028

County : Kemper

Precincts : All   Status : All   Registration Period Till : 7/8/2014   Election : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 primary election'   Period Till : 06/24/2014

| Voter ID Election Participation Date | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|---|
| 5958218 6/24/2014(R) | WIGGINS, HOLLY E | 73 SCOOBA ST DEKALB MS 39328 | DEKALB | Courthouse | 10/15/1986 | R |
| 775339410 6/24/2014(R) | WIGGINS, JONATHAN C. | 73 SCOOBA ST DEKALB MS 39328 | DEKALB | Courthouse | 05/03/2014 | R |
| 575175521 6/24/2014(R) | WIGGINS, MATTHEW ELLIOTT | 73 SCOOBA ST DEKALB MS 39328 | DEKALB | Courthouse | 06/21/2010 | R |
| 5953689 6/24/2014(R) | WIGGINS, SCOTT HUNTER | 6313 HWY 498 EAST HWY PORTERVILLE MS 39352 | PORTERVILLE | Porterville | 01/02/1996 | R |
| 5955987 6/24/2014(R) | WILKERSON, HOWARD DOUGLAS | 3663 HWY 493 BAILEY MS 39320 | BAILEY | Fort Stevens | 11/04/1986 | R |
| 5954368 6/24/2014(R) | WILLIAMS, BARBARA LOU | 61 LOCKLEY RD RD SCOOBA MS 39358 | SCOOBA | Scooba M-Z | 10/03/1986 | R |
| 5950950 6/24/2014(R) | WILLIAMS, CHARLES B | 4288 WAHALAK RD RD SCOOBA MS 39358 | SCOOBA | Scooba M-Z | 03/23/1987 | R |
| 5950943 6/24/2014(R) | WILLIAMS, GAIL T | 11142 OLD DEKALB SCOOBA RD RD SCOOBA MS 39358 | SCOOBA | Scooba M-Z | 08/14/2003 | R |

Unofficial Voting List

County : Kemper

Precincts : All   Status : All   Registration Period Till : 7/8/2014   Election : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 primary election'   Period Till : 06/24/2014

| Voter ID Election Participation Date | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|---|
| 5952460 6/24/2014(R) | WOMACK, RALPH D | 15563 OLD JACKSON RD DEKALB MS 39328 | DEKALB | Courthouse | 09/27/1986 | R |
| 5953624 6/24/2014(R) | WOMBLE, MARGARET S | 13282 HWY 39 S HWY DEKALB MS 39328 | DEKALB | Courthouse | 09/16/1996 | R |
| 575093847 6/24/2014(R) | WOOD, MARCUS | 1512 KEMPER ST ST SCOOBA MS 39358 | SCOOBA | Scooba M-Z | 07/30/2008 | R |
| 775326843 6/24/2014(R) | WOODARD , RUDY GARLAND | 1677 DAVID ISHIE RD DEKALB MS 39328 | DEKALB | Lynwood | 10/28/2013 | R |
| 5954910 6/24/2014(R) | WOODFIN, JAMES B | 795 KEMPER ST ST SCOOBA MS 39358 | SCOOBA | Scooba M-Z | 08/04/1987 | R |
| 5954675 6/24/2014(R) | WOODFIN, RACHEL ANN | 795 KEMPER ST ST SCOOBA MS 39358 | SCOOBA | Scooba M-Z | 08/04/1987 | R |
| 5954294 6/24/2014(R) | WOOLERY, MARY N | 6724 LYNVILLE RD PRESTON MS 39354 | PRESTON | Lynville | 02/22/2002 | R |
| 5955543 6/24/2014(R) | WOOLERY, PAUL M | 6724 LYNVILLE RD PRESTON MS 39354 | PRESTON | Lynville | 02/22/2002 | R |

# EXHIBIT 19



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** *Susan Morris*

**DATE** *July 9, 2014*

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** *Noxubee Co. MS. Circuit Court*

**ADDRESS**

**CITY** *Macon*  **STATE** *M.S.*  **ZIP**

**COUNTY** *Noxubee*

Please complete the fields below using your notes.

**POLL SUPERVISOR** *Noxubee Co. Circuit Clerk, Freda W. Phillips*

**ASST POLL SUPERVISOR**

**CLERK 1 NAME** *n/a*    **CLERK 2 NAME** *n/a*

**CLERK 3 NAME** *n/a*    **CLERK 4 NAME** *n/a*

**OFFENDER POSITION** *Voter, Alagardiques W. Mattox*

**DATE/TIME OF INCIDENT** *July 9, 2014*

Continue to Second Page



**TRUE the VOTE**

**TYPE OF INCIDENT** Double Voting

**DESCRIPTION OF INCIDENT** Upon reviewing the Unofficial Voting List for the Noxubee Co June 3, 2014 Democratic Primary, I identified on page 35, Degardiques D. Mattox, ID # 775053480 address 50 Oliver Rd., Macon, MS. 39341 as listed to have voted in the Democratic Primary.

Upon reviewing the Unofficial Voting List for the Noxubee Co in the June 24, 2014 Run off Election I identified on pg. 53 Degardiques D. Mattox, I.D # 775053480, address 50 Oliver Rd, Macon, MS 39341 as listed to have voted in the Republican Runoff — See Copies Attached

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** Susan Moore                    July 8, 2014

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

Unofficial Voting List

County : Noxubee

Date : 07/08/2014
Report No : VR-028

Precincts : All   Status : All   Registration Period Till : 7/8/2014   Election : 06/03/2014 - 2014 Primary Election   Period Till : 06/03/2014

| Voter ID | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|---|
| | **Election Participation Date** | | | | | |
| 5661634 | MALONE, KIMBERLY | 195 CEDAR CREEK RD MACON MS 39341 | MACON | EARL NASH GYM | 03/02/2001 | D |
| 6/3/2014(D) | | | | | | |
| 5656793 | MALONE, MARY ANNIE | 1488 HARRIS RD BROOKSVILLE MS 39739 | BROOKSVILLE | Brooksville | 06/13/1977 | D |
| 6/3/2014(D) | | | | | | |
| 5656969 | MARTIN, MINNIE L | 515 CALMES ST BROOKSVILLE MS 39739 | BROOKSVILLE | Brooksville | 07/02/1979 | D |
| 6/3/2014(D) | | | | | | |
| 5655845 | MASON, JONAS | 509 MURDOCK ST MACON MS 39341 | MACON | District 3 Central | 10/28/1977 | D |
| 6/3/2014(D) | | | | | | |
| 775053480 | MATTOX, DEGARDIQUIS D | 50 OLIVER RD MACON MS 39341 | MACON | District 3 Central | 10/01/2007 | D |
| 6/3/2014(D) | | | | | | |
| 56545585 | MAXWELL, SARAH | 5190 GRIFFIN RD SHUQUALAK MS 39361 | SHUQUALAK | Shuqualak | 03/03/1978 | D |
| 6/3/2014(D) | | | | | | |
| 5661091 | MAYBERRY, CARLA D | 569 FAIRHILL RD SHUQUALAK MS 39361 | SHUQUALAK | Shuqualak | 09/23/2000 | D |
| 6/3/2014(D) | | | | | | |
| 5651947 | MAYS, MERLINDA MASON | 322 MASON DR MACON MS 39341 | MACON | EARL NASH GYM | 06/28/1977 | D |
| 6/3/2014(D) | | | | | | |

Statewide Election Management System

County : Noxubee

**Unofficial Voting List**

Date : 07/08/2014
Report No : VR-028

Precincts : All   Status : All   Registration Period Till : 7/8/2014   Election : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 Primary Election'   Period Till : 06/24/2014

| Voter ID<br>Election Participation Date | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|---|
| 5656674 | MAST, GALEN M | 400 HINES RD BROOKSVILLE MS 39739 | BROOKSVILLE | Brooksville | 09/09/1996 | R |
| 6/24/2014(R) | | | | | | |
| 5656231 | MATHIAS, REBECCA SANSING | 18525 HIGHWAY 14 E MACON MS 39341 | MACON | Prairie Point | 04/16/1999 | R |
| 6/24/2014(R) | | | | | | |
| 775053480 | MATTOX, DEGARDIQUIS D | 50 OLIVER RD MACON MS 39341 | MACON | District 3 Central | 10/01/2007 | R |
| 6/24/2014(R) | | | | | | |
| 5652989 | MCARTHUR, EVELYN H | 102 RUFF ST MACON MS 39341 | MACON | EARL NASH GYM | 09/10/1977 | R |
| 6/24/2014(R) | | | | | | |
| 5655937 | MCBRAYER, BETTY FAYE | 3337 BUTLER RD SHUQUALAK MS 39361 | SHUQUALAK | Summerville | 07/01/1987 | R |
| 6/24/2014(R) | | | | | | |
| 5662417 | MCBRAYER, MATTIE VIRGINIA | 4512 BUTLER RD SHUQUALAK MS 39361 | SHUQUALAK | Summerville | 09/14/1977 | R |
| 6/24/2014(R) | | | | | | |
| 5654606 | MCCANN, DAWN CONNER | 2507 HIGHWAY 145 SHUQUALAK MS 39361 | SHUQUALAK | Shuqualak | 07/06/1977 | R |
| 6/24/2014(R) | | | | | | |
| 5654607 | MCCANN, RICHARD HALSELL | 2507 HIGHWAY 145 SHUQUALAK MS 39361 | SHUQUALAK | Shuqualak | 08/03/1977 | R |
| 6/24/2014(R) | | | | | | |

Statewide Election Management System

Page : 53

# EXHIBIT 20



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Susan Morse

**DATE** July 9, 2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Noxubee County ns Circuit Court

**ADDRESS**

**CITY** Macon    **STATE** MS    **ZIP**

**COUNTY** Noxubee

Please complete the fields below using your notes.

**POLL SUPERVISOR** Noxubee Co. Circuit Clerk, Freda D. Phillips

**ASST POLL SUPERVISOR**

**CLERK 1 NAME** n/a    **CLERK 2 NAME** n/a

**CLERK 3 NAME** n/a    **CLERK 4 NAME** n/a

**OFFENDER POSITION** Voter, Faye D. Ward, ID#5654023

**DATE/TIME OF INCIDENT** July 9, 2014

Continue to Second Page

July 9, 2014



## TRUE the VOTE

**TYPE OF INCIDENT**  Double Voting

**DESCRIPTION OF INCIDENT**  Upon reviewing the Unofficial Voting List for the Noxubee Co. In the June 3, 2014 Democratic Primary, I identified on page 59, Faye D. Waid, ID# 5654023, to have address 176 Magnolia Dr., Macon, MS. 39341 as listed to have Voted in the Democratic Primary.
Upon reviewing the Unofficial Voting List for Noxubee Co In the June 24, 2014 Run Off Election, I identified on pg. 82, Faye D. Waid, ID# 5654023, address 176 Magnolia Dr., Macon, M.S. 39341 as listed to have Voted in the Republican Run off. (copies attached)

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**  Susan Morse                July 9, 2014

**Mail To:**
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
Info@truethevote.org

County : Noxubee

# Unofficial Voting List

Date : 07/08/2014
Report No : VR-028

Precincts : All   Status : All   Registration Period Till : 7/8/2014   Election : 06/03/2014 - 2014 Primary Election   Period Till : 06/03/2014

| Voter ID Election Participation Date | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|---|
| 5654068 6/3/2014(D) | TRIPLETT, DOUGLAS | 200 W MINOR ST MACON MS 39341 | MACON | EARL NASH GYM | 07/06/1977 | D |
| 5654071 6/3/2014(D) | TRIPLETT, GLENDA | 444 PINEWOOD RD MACON MS 39341 | MACON | District 3 Central | 05/19/1978 | D |
| 5652669 6/3/2014(D) | TUGGLE, DENNIS EARL | 177 SAWMILL LN SHUQUALAK MS 39361 | SHUQUALAK | Shuqualak | 06/28/1990 | D |
| 5659989 6/3/2014(D) | TURNER, MAMIE ROSE | 103 PLUM ST SHUQUALAK MS 39361 | SHUQUALAK | Shuqualak | 07/23/1977 | D |
| 5654074 6/3/2014(D) | TUTT, EARNESTINE | 607 GROVE CIRCLE MACON MS 39341 | MACON | District 3 Central | 04/05/1983 | D |
| 5658394 6/3/2014(D) | VANLENT, SRCLARE LOUISE | 2824 DWELLING PLACE RD BROOKSVILLE MS 39739 | BROOKSVILLE | Brooksville | 03/06/1987 | D |
| 5654023 6/3/2014(D) | WAID, FAYE G | 176 MAGNOLIA DR MACON MS 39341 | MACON | District 3 Central | 07/20/1977 | D |
| 5654214 6/3/2014(D) | WALKER, ALBERT | 1389 PINEYWOOD RD MACON MS 39341 | MACON | District 3 Central | 05/18/1977 | D |

Statewide Election Management System

Page : 59

| County : Noxubee | | | | | |
|---|---|---|---|---|---|
| | | Unofficial Voting List | | Date : 07/08/2014 | |
| | | | | Report No : VR-028 | |
| Precincts : All   Status : All   Registration Period Till : 7/8/2014 | | Election : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 Primary Election' | | Period Till : 06/24/2014 | |
| **Voter ID**<br>**Election Participation Date** | **Voter Name** | **Residential/Mailing Address** | **City** | **Precinct** | **Eff Regn Date** | **Party** |
| 5653242<br><br>6/24/2014(R) | VERNON, JAMES W | 203 FEATHERSTON CT MACON MS 39341 | MACON | EARL NASH GYM | 10/27/1977 | R |
| 5661701<br><br>6/24/2014(R) | VERNON, JAMIE CAROL | 205 N WASHINGTON ST MACON MS 39341 | MACON | EARL NASH GYM | 09/28/1996 | R |
| 5660709<br><br>6/24/2014(R) | VERNON, MARIE H | 203 FEATHERSTON CT MACON MS 39341 | MACON | EARL NASH GYM | 10/27/1977 | R |
| 5657153<br><br>6/24/2014(R) | VERNON, MRS SAM | ROUTE 1, BOX 131 | BROOKSVILLE | Brooksville | 09/24/1977 | R |
| 5657376<br><br>6/24/2014(R) | VERNON, RICHARD F | 3712 BUTLER RD SHUQUALAK MS 39361 | SHUQUALAK | Summerville | 02/22/1991 | R |
| 5655946<br><br>6/24/2014(R) | VERNON, SARAH VIRGINIA | 1070 JOHNNY HIGGINBOTHAM RD SHUQUALAK MS 39361 | SHUQUALAK | Summerville | 09/13/1977 | R |
| 5654023<br><br>6/24/2014(R) | WAID, FAYE G | 176 MAGNOLIA DR MACON MS 39341 | MACON | District 3 Central | 07/20/1977 | R |
| 5657089<br><br>6/24/2014(R) | WALKER, JASON M | 254 WALKER RD MACON MS 39341 | MACON | EARL NASH GYM | 02/28/2001 | R |

Statewide Election Management System