IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TRUE THE VOTE, ET AL.**                                               **PLAINTIFFS**

V.                                   **CIVIL ACTION NO. 3:14cv532-NFA**

**THE HONORABLE DELBERT
HOSEMANN, in his official capacity
as Secretary of State for the State
of Mississippi, ET AL.**                                              **DEFENDANTS**

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Justin L. Matheny hereby enters his appearance in the above-captioned suit as counsel on behalf of defendant Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, without waiver of any of the Secretary of State's defenses and/or immunities in this matter, and requests that all future notices, pleadings, correspondence and other documents be served on him in accordance with Fed. R. Civ. P. 5.

THIS the 18th day of July, 2014.

                                                   Respectfully submitted,

                                                   DELBERT HOSEMANN, in his
                                                   official capacity as Secretary of State
                                                   for the State of Mississippi

                                       By:      JIM HOOD, ATTORNEY GENERAL

                                       By:      <u>S/Justin L. Matheny</u>
                                                        Harold E. Pizzetta, III (Bar No. 99867)
                                                        Justin L. Matheny (Bar No. 100754)
                                                        Office of the Attorney General
                                                        P.O. Box 220

Jackson, MS 39205-0220
Telephone: (601) 359-3680
Facsimile: (601) 359-2003
*hpizz@ago.state.ms.us*
*jmath@ago.state.ms.us*

*Counsel for Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been filed with the Clerk of Court using the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action to date.

THIS the 18th day of July, 2014.

<u>S/Justin L. Matheny</u>
Justin L. Matheny