IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| True the Vote, Jan Coln, Brandie Correrro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavis Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) Case No.3:14cv00532-NFA |
| The Honorable Delbert Hosemann, in his Official Capacity as Secretary of State for the State of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County Mississippi, Election Commission | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

## NOTICE OF ENTRY OF APPEARANCE

**SPENCE FLATGARD,** of the law firm of **Spence Flatgard, Legal Counsel, PLLC,** hereby files this Notice of Entry of Appearance in the above-styled cause of action as counsel on behalf of Defendant, Madison County, Mississippi Election Commission.

This the 18th day of July, 2014.

Respectfully submitted,

/s/ Spence Flatgard
Spence Flatgard (MSB #99381)

Spence Flatgard
Spence Flatgard, Legal Counsel, PLLC
210 East Capitol Street, Suite 1262
Jackson, Mississippi 39201
Telephone: 601-672-5917
Fax: 601-848-1506
sflatgard@flatgardlaw.com

## **CERTIFICATE OF SERVICE**

I, Spence Flatgard, attorney for Defendant, Madison County, Mississippi Election Commission, hereby certify that I have this day filed the foregoing document with the Clerk of the Court using ECF System which sent notification of such filing to all counsel of record.

THIS the 18th day of July, 2014.

By:   /s/ Spence Flatgard
         Spence Flatgard