AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

True the Vote, Jane Coin, Brandie Correro, Chad Higdon, Jennifer Higdo
Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donn
Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey
Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley,
Grant Sowell, Sybil Tribble, Laura Van Overschelde, and Elaine Vechor

*Plaintiff(s)*

v.

The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State o
Mississippi, the Republican Party of Mississippi, Copiah County, Mississippi Election
Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County,
Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leak
County, Mississippi Election Commission, Madison County, Mississippi Election Commission,
Rankin County, Mississippi Election Commission, Simpson County, Mississipi Election
Commission, and Yazoo County, Mississippi Election Commission

*Defendant(s)*

Civil Action No. 3:14cv532 HTW-LRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hinds County, Mississippi Election Commission
121 W. Main Street
Raymond, Mississippi 39154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Eades Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
Suite 2200
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: JUL - 9 2014

*N. Dean*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hinds county, Mississippi Election Commission
was received by me on *(date)* July 10, 2014.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CONNIE COCHRAN , who is
designated by law to accept service of process on behalf of *(name of organization)* Hinds County Mississippi Election Commission on *(date)* July 10 2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: July 14 2014

_____
Server's signature

Sohnie Herrington / Process Server
Printed name and title

P.O. Box 97665 Pearl MS 39288
Server's address

Additional information regarding attempted service, etc: