## HEARING MINUTES AND ORDER

**Cause Number**:  3:14cv532

**Style**:  True the Vote, *et al*. v. Hosemann, *et al.*,

**Appearances**:

| Counsel: | Representing: |
|---|---|
| James Trainor/Joseph Nixon/Kelly Leonard Kristen McDanald/Lloyd Hogue | Plaintiffs |
| Harold Pizzetta/Jutin Matheny | Defendant The Honorable Delbert Hosemann |
| Michael Wallace/Thornton Noble/Joe Noses | Defendant The Republican Party of Mississippi |
| Elise Munn | Defendant Copiah County, Mississippi Election Commission |
| Pieter Teeuwissen/Anthony Simon | Defendant Hinds County, Mississippi Election Commission |
| Robert Sanders/Wes Daughdaull | Defendant Jefferson Davis County, Mississippi Election Commission |
| Lee Thaggard | Defendant Lauderdale County, Mississippi, Election Commission |
| Jeff Webb | Defendant Leake County, Mississippi Election Commission |
| Mike Espy/Spence Flatgard | Defendant Madison County, Mississippi Election Commission |
| Craig Slay | Defendant Rankin County, Mississippi Election Commission |
| Danny Welch | Defendant Simpson County, Mississippi Election Commission |
| No appearance | Defendant Yazoo County, Mississippi Election Commission |

**Date**:  July 15, 2014          **ERO**: Yes
**Time**: 4:00 p.m. - 4:56 p.m.

### At the hearing the Court made the following rulings:

Telephone conference held on Plaintiffs' applicatin for a TRO. An evidentiary hearing will be held on **July 24, 2014 at 9:00 a.m.**, in the Southern District of Mississippi. Plaintiffs to provide a witness list to the Court and Defendants by **July 22, 2014.** Time limits imposed as set forth on the record during the conference.

P:\CTMINUTE\Mississippi\14cv532.a   140721.1201

<u>All defendants agree that no records will be destroyed or altered and will be retained during the duration of this lawsuit.</u>

**SIGNED** at Houston, Texas this 15th day of July, 2014.

                                                           _____
                                                                      Nancy F. Atlas
                                                              United States District Judge