IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik<br><br>　　Plaintiffs,<br>v.<br><br>The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission<br><br>　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Cause No. 3:14-cv-00532-NFA |

## **PLAINTIFFS TRUE THE VOTE, ET. AL.'S EXHIBIT LIST**

Plaintiffs True the Vote, *et. al.* file this Exhibit List in preparation for the hearing to take place Thursday, July, 24, 2014 at 9:00am.

| Exhibit No. | Description |
|---|---|
| 1 | Statement by the Secretary of State's Office dated July 10, 2014 |

| 2 | Twitter page of Secretary of State Hosemann indicating links to statement and audio recording |
|---|---|
| 3 | Declaration by Julie Patrick, dated July 14, 2014 |
| 4 | True the Vote "Incident Report" by Ms. Swenson, re: Jones County |
| 5 | True the Vote "Incident Report" by Ms. Swenson, re: Covington County |
| 6 | June 26, 2014 E-mail by Amanda Frusha to Clerks |
| 7 | E-mail chain between Ms. Johnson and Ms. Turner dated July 3, 2014 |
| 8 | E-mail chain between Ms. Johnson and Ms. Turner dated July 7, 2014 |
| 9 | July 17, 2014 Letter from Harrison County Circuit Clerk to Mr. Harding |

Plaintiffs do not intend for the foregoing list to be exhaustive, or to otherwise limit Plaintiffs ability to offer additional exhibits at the hearing, but rather have prepared and filed the list as a professional courtesy.

                Respectfully submitted

                /s/   *L. Eades Hogue*

Joseph M. Nixon – *pro hac vice*  
Texas State Bar No. 15244800  
jnixon@bmpllp.com  
Kristen W. McDanald – *pro hac vice*  
Texas State Bar No. 24066280  
kmcdanald@bmpllp.com  
Kelly H. Leonard – *pro hac vice*  
Texas State Bar No. 24078703  
kleonard@bmpllp.com

L. Eades Hogue  
Mississippi State Bar No. 2498  
Louisiana State Bar No. 1960  
ehogue@bmpllp.com  
BEIRNE, MAYNARD & PARSONS, LLP  
Pan-American Life Center  
601 Poydras Street, Suite 2200  
New Orleans, LA 70130

| | |
|---|---|
| BEIRNE, MAYNARD & PARSONS, LLP | (504) 586-1241 Tel. |
| 1300 Post Oak Blvd, Suite 2500 | (504) 584-9142 Fax |
| Houston, Texas 77056 | **Lead Counsel** |
| (713) 623-0887   Tel. | |
| (713) 960-1527   Fax | |

James E. "Trey" Trainor, III. – *pro hac vice*
Texas State Bar No. 24042052
ttrainor@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, TX 78701
(512) 623-6700   Tel.
(512) 623-6701   Fax

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2014 a copy of Plaintiffs' Witness List was served on The Secretary of State, The Republican Party of Mississippi; the Copiah County, Mississippi Election Commission, the Hinds County, Mississippi Election Commission; the Jefferson Davis County, Mississippi Election Commission; the Lauderdale County, Mississippi Election Commission, the Leake County, Mississippi Election Commission, the Madison County, Mississippi Election Commission via the Court's e-file service.  Plaintiffs have served the remaining Defendants, who have not yet registered to the Court's ECF system for this matter, via United States Postal Service, in accordance with Federal Rules of Civil Procedure.

                                                        /s/    *L. Eades Hogue*