SECRETARY OF STATE ★ STATE OF MISSISSIPPI ★ OFFICIAL
DELBERT HOSEMANN
Secretary of State
BUSINESS SERVICES
PUBLIC LANDS
ELECTIONS
REGULATION & ENFORCEMENT
SECURITIES & CHARITIES
EDUCATION & PUBLICATIONS
POLICY & RESEARCH

News
Press Releases
Regulation & Enforcement News

Font Size: A A A | Text only

Search
GO

- Home
- About Us
- Jackson Offices
- North Mississippi Offices
- MS Gulf Coast Office
- Mississippi Blue Book
- Employment Opportunities
- Recommended Links
- Request For Speaker
- Site Map
- Contact Us

## News | Press Releases

Back to Previous Page

**FOR IMMEDIATE RELEASE:** July 10, 2014

**CONTACT:** Pamela Weaver, (601) 270-4100

**Statement by Secretary Hosemann regarding True the Vote Lawsuit, Round Two**

SECRETARY OF STATE ★ STATE OF MISSISSIPPI ★ OFFICIAL

DELBERT HOSEMANN
*Secretary of State*

TELEPHONE (601) 359-1350
FACSIMILE (601) 359-1499

"The State *still* does not have the records requested by the re-filed lawsuit and should be dismissed. The Mississippi Legislature enacted a law to protect your birth date and social security number from public dissemination. This out-of-state company wants your birth date or wants you, the taxpayer, to pay the redacting and copying for them. Your locally elected Circuit Clerks are following the law."

EXHIBIT
tabbies
1

© 2014. All rights reserved.