

## TRUE *the* VOTE

### INCIDENT REPORT

**NAME** *Ellen Swensen*

**DATE** *July 8, 2014*

*witness: Susan Morse*

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** *n/a*

**POLLING PLACE NAME** *Jones County, MS Courthouse (Laurel)*

**ADDRESS** *415 N. 5th Ave., #*

**CITY** *Laurel*   **STATE** *MS*   **ZIP**

**COUNTY** *Jones*

Please complete the fields below using your notes.

**POLL SUPERVISOR** *n/a*

**ASST POLL SUPERVISOR** *n/a*

**CLERK 1 NAME** *n/a*   **CLERK 2 NAME** *n/a*

**CLERK 3 NAME** *n/a*   **CLERK 4 NAME** *n/a*

**OFFENDER POSITION** *n/a*

**DATE/TIME OF INCIDENT** *11:15 am – 12:20 pm*

Continue to Second Page

**EXHIBIT**

tabbies

**4**

*Pg. 2*



**TRUE *the* VOTE**

**TYPE OF INCIDENT** *Refusal of Request for Electronic Voting Information and Request to View Absentee Applications and Related Documents*

**DESCRIPTION OF INCIDENT**

*See attached*

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**

*Witness: Susan Meese*

Mail To:
True the Vote
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
Info@truethevote.org

<u>Description of Incident</u>

page 1 of 2
July 8, 2014
Jones Co.
(Laurel MS office)

11:15 AM We Entered Circuit Clerk's office and met Deputy Circuit Clerk Rhonda. Made our request for electronic files of Republican voters who voted, by precinct, in person and via absentee ballot for the June 3 primary and June 24, 2014 Runoff elections. Also requested same information for Democratic voters that voted. In addition, we asked to inspect the Absentee Ballot Applications, Absentee Ballot Request Forms, Absentee Ballot envelopes and Poll Books.

Deputy Circuit Clerk Rhonda said that Circuit Clerk Bart Gavin was in Greene County working on a jury selection for a capital murder case and would not be available until Wednesday, though she was not sure. She claimed there was no one else in the office who could approve or supply the information or materials we were requesting. I asked if there was a Deputy Clerk and she said they are all Deputy Clerks but do not have the authority to release the information.

Susan asked if there was an Election Commissione. Rhonda went and got the two Election Commissioner

page 2 of 2

named Helen Stanley and Gail Welch. They repeated the story about Gavin being away and that he is the only person to approve and run the electronic data request. I asked the Election Commissioners about viewing the Absentee Applications, Absentee Request Forms, Absentee Ballot Envelopes and Poll Books. Helen stated that they were too busy finishing their review of the voting records. I stated that we would just be looking at the materials that the campaign people already looked at but she still said they were too busy to allow it.
                with our requested materials

Helen did offer to let us view the poll books for both parties but we decided to wait and review all the documents together.

12:10 pm   Susan then wrote a request for all the materials and data we want, including to view the FPCA and UOCAVA applications (see copy of request, attached). We gave the written request to Rhonda, who made a copy for us.

12:20   Left the Circuit Clerk office.

Ell Sur
Susan Morse

Electronic File from the June 3rd Primary (By Precinct)

-List of all the Republican Voters who voted by
Precinct:

-in person on Election Day
-via absentee ballot

-List of all the Democratic Voters who voted by
Precinct:

-in person on Election Day
-via absentee ballot

Electronic File from the June 24th Runoff (By Precinct)

-List of all Republican Voters who voted by Precinct

-in person on Election Day
-via absentee ballot

-List of all Democratic Voters who voted by Precinct

-in person on Election Day
-via absentee ballot

We would like to inspect the following from the June 24th
Runoff:
-Absentee Ballot Applications
-Absentee Ballot Request Forms
-Absentee Ballot envelopes
-Poll Book