

# TRUE the VOTE

## INCIDENT REPORT

**NAME** Ellen Swensen

**DATE** July 8, 2014

Witness: Susan Morse

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** n/a

**POLLING PLACE NAME** Covington Co., MS Circuit Clerk office

**ADDRESS** 101 Main St. E

**CITY** Collins  **STATE** MS  **ZIP** 39428

**COUNTY** Covington

Please complete the fields below using your notes.

**POLL SUPERVISOR** Covington Co Circuit Clerk Melissa Duckworth

**ASST POLL SUPERVISOR** n/a

**CLERK 1 NAME** n/a  **CLERK 2 NAME** n/a

**CLERK 3 NAME** n/a  **CLERK 4 NAME** n/a

**OFFENDER POSITION** n/a

**DATE/TIME OF INCIDENT** 7/8/2014   3:15 - 3:35 pm

Continue to Second Page

EXHIBIT 5



# TRUE the VOTE

**TYPE OF INCIDENT** Refusal of Request to Inspect Absentee Voting

**DESCRIPTION OF INCIDENT** Materials and Access to Electronic Voting Records.

**REMEDY OR ACTION TAKEN**

and attachments
I certify and affirm that the above information is true and correct.

**SIGNATURE** [signed] Susan Morris

Mail To:
True the Vote
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
Info@truethevote.org

page 1 of 2

Description of Incident

Covington County July 8, 2014

3:15 pm  Susan Morse and I introduced ourselves to Melissa Duckworth, Circuit Clerk, and requested to acquire electronic voter files as well as Absentee Applications, Absentee Envelopes, Absentee Request Forms and Poll Books for the June 24, 2014 run-off election.

Ms. Duckworth said she had received advance notices from 'the other people' and asked if we had sent one. Susan said no and who are the other people? Duckworth acknowledged that they were candidate people. She then said that she was leaving the next day for a convention and she could not help us today. She asked us to put our request in writing. I asked if she had a form and she said no. She said we would not be able to help us until next Monday. We asked again about getting the electronic files today and she said no, and to come back Monday.

During the conversation, Ms Duckworth looked down at her desk and would not look up at us.

Susan wrote out a request and we gave it to Ms. Duckworth @ 3:30 pm. (Request is attached)

<u>Description of Incident, (cont)</u>   page 2 of 2

When we gave Ms. Duckworth the request, I requested to view the Military and overseas applications for the June 24 Run-off and she said they had none. She said they had a few in the primary but none in the run-off, even though the SOS had given TTV a figure of 4 UOCAVA applications for Covington Co. I clarified with Ms. Duckworth that she said there were no overseas applications for June 24 in her county.

3:35  Left Circuit Clerk office

Susan Morse

To: The Covington County, Mississippi, Circuit Clerk     July 1, 20__

Request For:

1) Electronic File from the June 3rd Primary (By Precinct)   (not PDF format (Ex. xls preferred)
   Email to: taylor@trueth vote.oz

   -List of all the Republican Voters who voted by Precinct:

   -in person on Election Day
   -via absentee ballot

   -List of all the Democratic Voters who voted by Precinct:

   -in person on Election Day
   -via absentee ballot

2) Electronic File from the June 24th Runoff (By Precinct)

   -List of all Republican Voters who voted by Precinct

   -in person on Election Day
   -via absentee ballot

   -List of all Democratic Voters who voted by Precinct

   -in person on Election Day
   -via absentee ballot

Also,

1) We would like to inspect the following from the June 24th Runoff:
   -Absentee Ballot Applications
   -Absentee Ballot Request Forms
   -Absentee Ballot envelopes
   -Poll Book

2) From June 2013 to present, all Federal Post Card Applications (FPCA) and the UOCAVA ballots that were requested and submitted since June 2 to Covington Co.

In Questions, call Susan Morse, (405)482-4663 or email to vpullen@entouch.net    Thank you    Nita