## Connie C. Ladner

**From:** Amanda Frusha [Amanda.Frusha@sos.ms.gov]
**Sent:** Thursday, June 26, 2014 9:57 AM
**To:** Edward C. Walker; Joe Caldwell; Debbie Kirkland; Wanda Fancher; Kathy Graves; Marilyn Kelly; Carlton Baker; Durward Stanton; Sandra N. Willis; Peggy Reid Miller; Sammie Lee Good; Beth Doggett Jordan; Robert Harrell Jr; Charles A. Oakes; estevens@copiahcountyms.gov; Melissa Duckworth; dthompson@desotocountyms.gov; Lou Ellen Adams; Millie Thornton; Chad Welford; Cecelia Bounds; Linda M. Barnette; Karen Ladner Ruhr; Gayle Parker; Barbara Dunn; Earline Wright-Hart; Timaka J. Jones; Erline Fortner; Carol Gates; Joe W. Martin Jr; Billy G. Rayner; Arnell Harried; Clint L. Langley; Bart Gavin; Tracey Murray; Baretta Mosley; Leslie Wilson; Donna Jill Johnson; James Brister; Kathy G. Henderson; Joyce Roberts Loftin; Elmus Stockstill; Dustin Bairfield; mahalansalazar@hotmail.com; Lee Westbrook; Jesse Loftin; Lucy Carpenter; Judy K. Butler; lgmartin@duckwood.net; plee@neshobacounty.net; mbutlernewton@hotmail.com; Freda Phillips; Glenn Hamilton; melissa@panolacoms.com; Vickie P. Hariel; Martha F. Clark; Roger A. Graves; Melinda Nowicki; Michael R. Kelley; Brenda A. Wiggs; Becky Boyd; Joe Rigby; Murindia Williams; Cindy M. Jensen; Anthony Grayson; Kenny Hatten; Sharon McFadden; sldsims@hotmail.com; Eddie Hadskey; photonut_randyg@yahoo.com; Donna Henry Dill; Sharon Granberry Reynolds; Phyllis Stanford; Vernon Alford; Shelly Ashley-Palmertree; Barbara Esters; Rose M. Bingham; Deborah Hood Neal; J. Lynn Tolliver-Delaney; Kim T. Ming; Daryl Burney; Robert Coleman; Gayle Parker; lmckinley@co.hinds.ms.us; mtreadway@desotocountyms.gov; Melissa Meek-Phelps; mytrobinson@yahoo.com; lbrumfield@co.forrest.ms.us; patkellystanley@hotmail.com; selmore@gtpdd.com; redlin@marshallcoms.org; ohubbard@marshallcoms.org; rmoore@marshallcoms.org; acraft@co.smith.ms.us; bsharpe@desotocountyms.gov; cluckett@co.hinds.ms.us; leeanna@co.warren.ms.us
**Cc:** Kim Turner; Hawley Rae Robertson; Grace Craig; Pamela Weaver
**Subject:** IMPORTANT: Please read! - Public Records requests for Election Day info
**Attachments:** Pollbooks and Receipt Books.rtf

**Importance:** High

Clerks,

Our office has received several calls regarding requests for information from Election Day. We wanted to remind you of the information below.

Public Records Request for pollbooks: Pollbooks are subject to a written public records request; however, the pollbook pages must be redacted to exclude the personal information of the voter, such as date of birth and the last 4 of his/her social security number. If you receive a public records request, refer to your county policy, which should afford you a specific number of days to respond to the request and should also afford you the ability to require advance payment from the requestor for the time it may take your office to fulfill the request and for any expenses, such as copy charges. Public Records Request for receipt books: Receipt books are not subject to a public records request. Please see the attached Attorney General's opinion.

Let us know if you have any questions.

Thanks,
Amanda

**Amanda Frusha**
*Director of Elections Compliance*
*Elections Division*

Mississippi Secretary of State's Office

EXHIBIT 6