## Gayle Parker

P.O. BOX 998
GULFPORT, MS 39502

CIRCUIT COURT
865-4147
FAX 865-4009

VOTER REGISTRATION
& MARRIAGE LICENSE
865-4005
FAX 865-4099

865-40..
FAX 867-6623

CLERK OF CIRCUIT AND COUNTY COURTS
HARRISON COUNTY



P.O. BOX 235
BILOXI, MS 39533

PHONE
435-8258
FAX 435-8277

PLEASE REPLY TO
GULFPORT

July 17, 2014

Phil Harding

RE: LIST OF MISSING ABSENTEE BALLOT

APPLICATION AND EVELOPES

Dear Mr. Harding:

I have received your list of missing absentee ballot applications and envelopes for the following precincts:

104-1, 105-1, 107-1, 201-1, 301-1, 308-1, 310-1, 311-1, 312-1, 315-1, 316-1, 401-1, 405-1, 501-1, 503-1, 507-1, 508-1, 509-1 and 510-1.

Because the Harrison County Circuit Clerk's Office had no involvement in the sealing of the ballot bags or the cleaning out of the supply bags, we have no knowledge of the whereabouts of the requested information.

As the Republican Party was in charge of the conduct of the Republican Runoff Election, you should contact one of the other executive committee members who worked with you in the conduct of the June 24, 2014 Republican Election for the requested information.

Sincerely,

*Gayle Parker*

Gayle Parker

Harrison County Circuit Clerk's Office

GP/cl

EXHIBIT 9

Missing Absentee Ballot Applications & Env.

17 Jul 2014

| | |
|---|---|
| 104 | Biloxi Bay |
| 105 | North Bay |
| 107 | Poplar Head |
| 301 | Delisle |
| 308 | LB #2 |
| 310 | LB #4 |
| 311 | LB #5 |
| 312 | LB #6 |
| 315 | Vidalia |
| 316 | County Farm / Gulf Haven |
| 401 | Gpt #3 |
| 405 | Gpt #14 |
| 501 | ~~Gpt #3~~ New Hope |
| 503 | ~~#~~ Biloxi #11 |
| 507 | Saucier |
| 508 | Peace |
| 509 | Bay Central |
| 510 | Margaret Sherry |
| 201 | Advance |

Signed —