## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | | |
|---|---|---|
| TRUE THE VOTE, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | C.A. NO. 3:14-CV-532-NFA |
| | § | |
| THE HONORABLE DELBERT | § | |
| HOSEMANN, in his official capacity | § | |
| as Secretary of State for the State | § | |
| of Mississippi, *et al.*, | § | |
|     Defendants. | § | |

## <u>ORDER</u>

During the hearing held yesterday in this case, the Court questioned the parties about consolidating Plaintiffs' request for a preliminary injunction with a proceeding on the merits. The parties briefly stated their positions on the matter early in the hearing. Late in the hearing, defendants mentioned the possibility of summary judgment motions. The Court had intended to follow up on these issues at the end of the hearing, but neglected to do so.

Plaintiffs have stated that time is of the essence in dealing with the issues presented concerning their rights under the National Voter Registration Act ("NVRA"). The Court agrees. Accordingly, the Court invites the parties to file motions for summary judgment on the NVRA claims to resolve on the merits

Plaintiffs' claims under that statute.  If a party desires to seek summary judgment at this stage, the party must so inform the Court in writing by **July 30, 2014**.

The parties, in connection with summary judgment motions they file in response to this Order, may rely, to the extent they elect, on the materials in the July 24 hearing record and all briefing that has been and will be filed in connection with the pending preliminary injunction request [Doc. #8].  If the parties desire to file additional briefs in connection with or in opposition to summary judgment, the briefing must be expedited. The parties must jointly set a briefing schedule that results in the final briefs being filed on or before **August 22, 2014**.

It is **SO ORDERED**.

SIGNED at Houston, Texas, this _**25**[th]_ day of **July, 2014.**

Nancy F. Atlas
United States District Judge