IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
JACKSON DIVISION

| | | |
|---|---|---|
| **TRUE THE VOTE, ET AL.** | * | |
| vs. | * | Case No.: 3:14-cv-532-HTW-LRA |
| **DELBERT HOSEMANN, ET AL.** | * | |

### ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

COMES NOW, Craig L. Slay, as Board Attorney for the Rankin County, Mississippi, Board of Supervisors, and enter this my appearance as counsel for the Defendant, Rankin County, Mississippi, Election Commission.

| | |
|---|---|
| <u>July 27, 2014</u> | <u>/s/ Craig L. Slay</u> |
| *Date* | *Signature of Counsel* |
| | Craig L. Slay            MSB 10272 |
| | *Print Name              Bar Number* |

Rankin County Board of Supervisors
211 East Government Street, Suite A
Brandon, MS  39042
601-825-1475
e-mail: <u>cslay@rankincounty.org</u>

Certificate of Service

This is to certify that I have this day served a copy of the foregoing upon all counsel of record appearing in this case via the Court's Electronic Case Filing System.

This the 27th day of July, 2014.

<u>/s/ Craig L. Slay</u>
Attorney for Rankin County, Mississippi,
Election Commission