Recently my wife and I were able to view the contents of ballot boxes of one county in Mississippi and the poll books for that county, which were redacted by the Circuit Clerk by covering the birth dates with a ruler. We were polite; the Clerk was polite; and we were able to complete our inspection in a little over half a day.

Had we not been able to do this--and it should not be made impossible for us to do this--it is our opinion that the integrity of the vote in our state is compromised, as was the case of another County were the rules were different and critical information was not available for us to see in a timely and reasonable manner.

The poll books (original, and not redacted copies) are as critical as the contents of the ballot box when trying to determine if anyone voted illegally in a crossover voting process. Without examination of <u>original</u> poll books and ballot boxes it is almost impossible to identify illegal voting, because redacted copies always brings you further and further away from the untainted evidence (original poll books and ballot boxes) that is needed to prove any wrong-doing.

Also, to charge a candidate a fee--and in one county we visited that fee was $1 per page plus $10 per hour for redacted copies--to examine the poll books used in an election is, in my opinion, to refuse to allow him/her the right to inspect <u>all</u> election materials and allows only wealthy citizens to fairly run for political office.

Sincerely,

Charlie Rodriguez
Publisher/Literary Agent
www.TanglewoodPublishing.org
<0.F10.jpg>
**800-241-4016**
601-924-5020 (International Calls)
fortressbk@aol.com

Tanglewood Publishing
"Best of the Best in Every Academic Discipline"