**BEIRNE, MAYNARD & PARSONS, L.L.P.**

601 POYDRAS STREET

SUITE 2200

New Orleans, Louisiana 70130-6097

L. EADES HOGUE, PARTNER

(504) 586-1241

FAX (504) 584-9142

DIRECT DIAL 504-584-9431
Email: ehogue@bmpllp.com

The Honorable Nancy F. Atlas  *Via Hand Delivery and E-file*
United States Courthouse
515 Rusk Street, Room 9015
Houston, TX 77002-2601

July 28, 2014

Re: Case No. 3:14-CV-532-NFA; *True the Vote, et al v. The Honorable Delbert Hosemann, et al*; In the United States District Court, Southern District of Mississippi, Jackson Division.

Dear Judge Atlas:

This letter addresses the Court's direction, given at the hearing on Thursday, July 24, 2014, that Plaintiffs supplement the record with the True the Vote "Incident Reports," prepared by its volunteers at or near the time of the occurrences and directly submitted to True the Vote, concerning the defendant counties for the Court's consideration.

The "Incident Reports" were offered into evidence as business records through the testimony of Ms. Engelbrecht (the corporate representative of, custodian of records for, True the Vote). Therefore, Plaintiffs now submit the attached Incident Reports (*See* Appendices Volumes 1 - 4, Exhibits TTV1 - TTV38) for the Court's consideration.[1]

Please do not hesitate to contact us if you have any questions.

Very truly yours,

*L. Eades Hogue*

L. Eades Hogue

LEH/KWM
Enclosures

---

[1] Though evidence was admitted through Ms. Swenson with regard to her and Ms. Morse's experience in Leake County, through "present sense impression" (FRE 803), Plaintiffs submit the reports here in an abundance of caution to comply with Court's order to file all True the Vote Incident Reports offered against defendant counties via Ms. Engelbrecht.

July 28, 2014
Page 2

ccs:

*Co-Counsel for Plaintiffs Joe Nixon, Kristen McDanald,
Trey Trainor, and Kelly Leonard,* Via E-file and E-mail

**Mississippi Republican Party**                                                                 *Via E-file*
c/o Mr. Michael B. Wallace
T. Russell Nobile
WISE CARTER CHILD & CARAWAY, P.A.
401 E. Capitol Street
Heritage Building, Suite 600
Jackson, Mississippi 39201

**Honorable Delbert Hosemann**                                                          *Via E-file*
**Secretary of State**
c/o Harold Pizzetta, III
Office of the Attorney General
550 High Street
Jackson, MS  39205

**Copiah County, Mississippi Election**                                              *Via E-file*
**Commission**
c/o Elise Berry Munn
Berry & Munn, PA
P. O. Drawer 768
Hazlehurst, MS  39083

**Hinds County, Mississippi Election**                                                *Via E-file*
**Commission**
c/o Peter Teeuwissen
Simon & Teeuwissen, PLLC
P.O. Box 16787
Jackson, MS 39236

                                                                                                                  *Via E-file*
**Jefferson Davis County, Mississippi**
**Election Commission**
c/o Robert E. Sanders
Young, Wells, Williams, P.A.
141 Township Ave., Suite 300
P.O. Box 3005 Richland, MS 39158-6005

July 28, 2014
Page 3

| | |
|---|---|
| **Lauderdale County, Mississippi Election Commission**<br>c/o Lee Thaggard<br>Barry, Palmer, Thaggard, May & Bailey, LLP<br>505 Constitution Ave.<br>P.O. Box 2009<br>Meridian, MS 39302-2009 | *Via E-file* |
| **Leake County, Mississippi Election Commission**<br>c/o Jeffrey T. Webb<br>Webb Law Firm, PLLC<br>203 South Pearl Street<br>Carthage, MS 39051 | *Via E-file* |
| **Madison County, Mississippi Election Commission**<br>c/o Alphonso Michael Espy<br>Mike Espy, Attorney at Law, PLLC<br>317 E. Capitol St., Suite 101<br>Jackson, MS 39201 | *Via E-file* |
| **Rankin County, Mississippi Election Commission**<br>c/o Craig L. Slay<br>Rankin County Board of Supervisors<br>211 East Government St., Suite A<br>Brandon, MS 39042 | *Via E-file* |
| **Simpson County, Mississippi Election Commission**<br>Simpson County Courthouse<br>100 Court Ave., Suite 2<br>Mandenhall, MS 39114 | *Via CM-RRR* |
| **Yazoo County, Mississippi Election Commission**<br>Yazoo County Courthouse<br>211 E. Broadway<br>Yazoo City, MS 39194 | *Via CM-RRR* |

2018333v.1  IMANAGE 107308