**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik<br><br>Plaintiffs,<br><br>v.<br><br>The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Cause No. 3:14-cv-00532-NFA |

**APPENDIX – VOLUME 1**
**EXHIBITS 1-9**

| Description | Exhibit |
|---|---|
| 7-7-2014 Incident Report from Copiah County – Jeanne Webb | TTV-1 |
| 7-7-2014 Incident Report from Yazoo County – Roberta Swank/Erin Anderson | TTV-2 |
| 7-9-2014 Incident Report from Leake County – Susan Morse | TTV-3 |
| 7-8-2014 Incident Report from Leake County – Susan Morse | TTV-4 |
| 7-7-2014 Incident Report from Leake County – Susan Morse | TTV-5 |
| 7-7-2014 Incident Report from Leake County – Susan Morse/Ellen Swensen | TTV-6 |
| 7-7-2014 Incident Report from Leake County - Ellen Swensen/Susan Morse | TTV-7 |
| 7-7-2014 Incident Report from Simpson County – Julia Hoenig | TTV-8 |
| 7-8-2014 Incident Report from Simpson County – Julia Hoenig | TTV-9 |




## INCIDENT REPORT

| NAME | JEANNE WEBB |
|---|---|
| DATE | 7-7-2014 |

Please complete the fields below using the notes from your activities as a poll watcher

| PRECINCT/WARD # | NA |
|---|---|
| POLLING PLACE NAME | Copiah County Circuit Clerk |
| ADDRESS | 100 Caldwell Dr., Hazelhurst, Ms 39083 |
| CITY | Hazelhurst |
| STATE | Ms |
| ZIP | 39083 |
| COUNTY | Copiah |

Please complete the fields below using your notes.

| POLL SUPERVISOR | Circuit Clerk ~~of~~ Edna E Stevens |
|---|---|
| ASST POLL SUPERVISOR | Deputy Wanda |
| CLERK 1 NAME | NA |
| CLERK 2 NAME | NA |
| CLERK 3 NAME | NA |
| CLERK 4 NAME | NA |
| OFFENDER POSITION | |
| DATE/TIME OF INCIDENT | 7/7/14 approx: 3:45P |

Continue to Second Page

EXHIBIT
TTV-1




**TYPE OF INCIDENT** Denial of Access of June 2014 Election Absentee Ballots and Poll Books

**DESCRIPTION OF INCIDENT** @ approx 3:45 pm on 7/7/14 arrived at Copiah County Court House; I spoke with Circuit Clerk Edna E. Stevens. I advised her I was a private individual and would like to review the Absentee Ballots of the June 24th Special Election. I was advised there was a group who was there who had just reviewed the ballots, she had just sealed the box and was not sure if she could unseal the box, there might be a possible time frame involved. She stated she had to call the Secretary of State to find out, but was tied up with the group reviewing the Poll Books and needed to be there to redact the DOB. She stated I could leave a Public Information Request of need matterial and she ~~con't...~~

**REMEDY OR ACTION TAKEN** ~~would call me tomorrow or I could call her.~~ Edna also quoted statue 23-15-911 and stated she needed to contact the Secretary of State to verify if we could review the absentee ballots & poll books.

attachent: (2) papes handwritten public Information Request

I certify and affirm that the above information is true and correct.

**SIGNATURE** Jeanne M Webb 7/7/2014

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

To: Edna E Stevens
Copia County
Circuit Clerk of Court

Ⓐ 3:45p
Ⓓ 4:20p

From Jeanne Webb
(C) (813) 373-4988

RE: Public Information Request
Regarding June 3rd Primary Election
& June 24th Runoff Election.

I am ~~the~~ (JW) a private citizen, I am requesting ~~the below listed items as a Public Information~~ Request.

Please Advise me when items will be available and any expense incurred. Thank you

(JW) The Following in Electronic File Format (preferrably Excel) if available (JW). please email to taylorphillips1@gmail.com

#1 June 3rd Primary (By Precinct)

(A) List of ALL Republican Voters who voted by Precinct:
- In Person on Election Day
- via absentee ballot

(JW) B) List of all DEMOCRATIC Voters who Voted by Precinct
- IN Person ON Election Day
- Via Absentee Ballot

Pg 1 of 2 pgs

: Public Information Request (con't, . . .) p2-2

#2. Electronic File from the June 24th 2014 Runoff (By Precinct)

(A) List of all Republicans Voters who voted by Precinct
- In person on Election Day
- Via absentee ballot

(B) List of all Democratic Voters who voted by Precinct
- IN person on Election Day
- Via absentee ballot

---

#3 We would like to inspect the following from the June 24th Runoff:

(A) Absentee Ballot Applications
(B) Absentee Ballot Request Forms
(C) Absentee Ballot Envelopes
(D) Poll Books

Thank you.

Jeanne M Wiehl
bucksmaster10@tampabay.rr.com
Cell: (813) 373-4988




**Edna E. Stevens**
*Copiah County*
*Circuit Clerk*

**P. O. Box 467**
**Hazlehurst, MS 39083**
**Phone: 601-894-1241**




# INCIDENT REPORT

**NAME** Roberta Swink / Erin Anderson

**DATE** 7-7-14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Yazoo County Circuit Clerk

**ADDRESS** 211 East Broadway

**CITY** Yazoo City **STATE** MS **ZIP**

**COUNTY** Yazoo

Please complete the fields below using your notes

**POLL SUPERVISOR** Circuit Clerk – Robert Coleman

**ASST POLL SUPERVISOR**

**CLERK 1 NAME** **CLERK 2 NAME**

**CLERK 3 NAME** **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7-7-14

Continue to Second Page

EXHIBIT TTV-2




**TYPE OF INCIDENT** Request for Voter Data to review election materials (absentee ballots, poll books) from primary & runoff

**DESCRIPTION OF INCIDENT** Spoke to woman at circuit clerk's office. She said Robert Coleman, Circuit Clerk, was out all week for statewide training meeting. Coleman is person who can make final decisions. We can request data when Coleman returns. Request must be made in writing. Data can be put on ZIP drive, due to size. Must pay for county employee time to redact. For hard copy cost is $1 per page. There would be approximately 700 pages. She called in people from McDaniel and Cochran campaigns who were reviewing documents. Cochran's rep asked who we were and where we were from. He accused us of being w/ McDaniel campaign. All said we could not review docs because we did not have "credentials." They said we could have looked at documents before the records were "locked." I asked if certification triggered lock, but did not get a clear answer. County commissioners and candidates were reviewing documents last week and this week. We are "locked out" now. Said it would be easier to get from SOS.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** [signature]

Mail To:
True the Vote
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org




# INCIDENT REPORT

**NAME** Susan Morse

**DATE** July 9, 2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** n/a

**POLLING PLACE NAME** Leake County Circuit Court

**ADDRESS** 101 Court Square

**CITY** Carthage **STATE** MS **ZIP** 39051

**COUNTY** Leake

Please complete the fields below using your notes.

**POLL SUPERVISOR** Leake Co. Circuit Clerk - Kathy D. Henderson

**ASST POLL SUPERVISOR** n/a

**CLERK 1 NAME** n/a **CLERK 2 NAME**

**CLERK 3 NAME** n/a **CLERK 4 NAME**

**OFFENDER POSITION** n/a

**DATE/TIME OF INCIDENT** July 9, 2014

Continue to Second Page

EXHIBIT TTV-3

July 9, 2014



# TRUE the VOTE

**TYPE OF INCIDENT** Refusal of Request to inspect Absentee Application & Related Documents

**DESCRIPTION OF INCIDENT**

Clerk Henderson called me at 9:01 a.m. to see if we were coming back to view the Poll Books today. I told her I didn't think so as we needed to inspect the Absentee Ballot Apps, Request forms & the Absentee Ballot envelopes [illegible]. She said let [illegible] know time I want to [illegible] you see them. She asked what did [illegible] know if we decide to come. She did not mention the electronic Voter Rosters request today & neither did I.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** Susan Morse July 9, 2014

Mail To:
True the Vote
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org



415 N. 5th Ave
Laurel

BART GAVIN
Circuit Clerk - Jones County

1st Judicial District
101 N. Court Street, Suite B
Ellisville, MS 39437
(601) 477-8538
Fax (601) 477-8539

2nd Judicial District
P.O. Box 1336
Laurel, MS 39441
(601) 425-2556
Fax (601) 399-4774



MELISSA DUCKWORTH
COVINGTON COUNTY
CIRCUIT CLERK
mduckworth@covingtoncountyms.gov

101 Main & Dogwood
P.O. Box 667
Collins, MS 39428

(P) 601-765-6506
(F) 601-765-5012

**Office Hours: M-F 8:00 A.M. – 5:00 P.M.**

cell
601 862-8978



*Kathy G. Henderson*
*Leake County Circuit Clerk*

P.O. Box 67
Carthage, MS 39051

Phone: 601-267-8357
Fax: 601-267-8889



MELISSA DUCKWORTH
COVINGTON COUNTY
CIRCUIT CLERK
mduckworth@covingtoncountyms.gov

101 Main & Dogwood
P.O. Box 667
Collins, MS 39428

(P) 601-765-6506
(F) 601-765-5012

**Office Hours: M-F 8:00 A.M. – 5:00 P.M.**



# TRUE the VOTE

## INCIDENT REPORT

**NAME** Susan Morse

**DATE** July 8, 2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** n/a

**POLLING PLACE NAME** Leake County Circuit Court, Mississippi

**ADDRESS** 101 Court Square

**CITY** Carthage **STATE** Ms **ZIP** 39051

**COUNTY** Leake

Please complete the fields below using your notes.

**POLL SUPERVISOR** Leake Co. Circuit Clerk, Kathy D. Henderson

**ASST POLL SUPERVISOR** n/a

**CLERK 1 NAME** n/a **CLERK 2 NAME** n/a

**CLERK 3 NAME** n/a **CLERK 4 NAME** n/a

**OFFENDER POSITION** n/a

**DATE/TIME OF INCIDENT** July 8, 2014

Continue to Second Page

EXHIBIT TTV-4



# TRUE the VOTE

**TYPE OF INCIDENT** Refusal for Inspection of Absentee Application & Related Documents

**DESCRIPTION OF INCIDENT**

Clerk Kathy Henderson called me this morning at approximately 9:43 a.m. to say we could come in to the office today and view the poll book but could not view the Absentee Ballot Applications, Absentee Ballot Request Forms on the Absentee Ballot envelopes. She asked where we were going next - I said I wasn't sure yet. She said Election Commissioners were there today & would wait for us if we would come today to view poll books. I told her I couldn't tell her that. She said she would be there tomorrow also.

**REMEDY OR ACTION TAKEN**

Electronic reports request was granted & we could pick up the disc when we came back to view poll books. She said the fee would be $100 & did we want it - I said yes we wanted it & would get the $100 to her - I was not sure if we would be looking at poll books as we believe we are authorized to review all the docs we requested - She said AG gave us his opinion & she couldn't let us do that - I told her I would let her know about coming back.

Continued - Pg 2 →

I certify and affirm that the above information is true and correct. (including attachments)

**SIGNATURE** Susan Morse July 8, 2014

Mail To:
True the Vote
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

Attachment to TTV Incident Report

Pg 5

July 8, 2014

She also mentioned I should call AG and have him tell me or get our request for this denial in writing - I told her I thought she didn't want me to do that - She said Well I have rethought that + I think you should call & talk to him directly.

Susan Morse
(408) 482-4663



# INCIDENT REPORT

**NAME** Susan Morse

**DATE** July 7, 2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Leake County Circuit Court, Mississippi

**ADDRESS** 101 Court Square

**CITY** Carthage **STATE** MS **ZIP** 39051

**COUNTY** Leake

Please complete the fields below using your notes.

**POLL SUPERVISOR** Leake Co. Circuit Clerk, Kathy D. Henderson

**ASST POLL SUPERVISOR** n/a

**CLERK 1 NAME** n/a **CLERK 2 NAME** n/a

**CLERK 3 NAME** n/a **CLERK 4 NAME** n/a

**OFFENDER POSITION** n/a

**DATE/TIME OF INCIDENT** July 7, 2014

Continue to Second Page

EXHIBIT TTV-5

July 7, + 8, 2014




**TYPE OF INCIDENT** Request for AG opinion in Writing.

**DESCRIPTION OF INCIDENT**

At 4:15 p.m. I went back into Clerk's office & ask Ms. Henderson for a writing of A.G.'s opinion refusing us to inspect the Ballot Box documents & poll books? She said you want something in writing? I told her yes I did & she could write it for us & state what the A.G. told her to tell us. She responded & said, I'm not writing that, but I'll ask the AG to write it for you. But if you are asking for a written opinion letter that could take a long time. Let me see if I can get something for you.

**REMEDY OR ACTION TAKEN**

7/8/14 Later she called me & said (left a msg.) she was dealing with the AG issue & she would give me a number to call him myself if I wanted to.

I did not call her back as I read the msg. late in the afternoon of 5 p.m.

I certify and affirm that the above information is true and correct.

**SIGNATURE** Susan Morse

Mail To:
True the Vote
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

Public Records Request

July 7, 2014

To: Leake County, Circuit Court, Mississippi

From: Susan Morse, True The Vote, Citizen

Re: Request for Public Records as follows:

1. Lists of all Republican Voters who voted in the June 3, 2014 primary, by precinct
   - in person on election day
   - Via absentee ballot

2. Lists of all Democrat Voters who voted in the June 3, 2014 primary, by precinct
   - in person on election Day
   - Via absentee ballot

3. Lists of all Democrat Voters who voted in the June 24th, 2014 Runoff, by precinct
   - in person on election Day
   - Via absentee Ballot

4. Lists of all Republican Voters who voted in June 24th runoff, by precinct
   - in person on election day
   - Via absentee ballot

Public Records Request - Pg 2 July 7, 2014

Format -

Please provide the above requested lists/documents in #1-4 above as follows:

- non PDF format (Excel, preferred)
- Emailed to taylor@truethevote.org

For questions contact v.pullen@entouch.net or you can reach Susan Morse at (408) 482-4663

Susan Morse
July 7, 2014




# INCIDENT REPORT

**NAME** Susan Morse

**DATE** July 7, 2014

Witness: Ellen Stevensen

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** n/a

**POLLING PLACE NAME** Leake County Circuit Court

**ADDRESS** 101 Court Square

**CITY** Carthage **STATE** MS **ZIP** 39051

**COUNTY** Leake

Please complete the fields below using your notes.

**POLL SUPERVISOR** Leake County Circuit Clerk: Kathy D. Henderson

**ASST POLL SUPERVISOR** n/a

**CLERK 1 NAME** n/a **CLERK 2 NAME** n/a

**CLERK 3 NAME** n/a **CLERK 4 NAME** n/a

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7/7/2014 11:00 am – 1:00 pm

Continue to Second Page

EXHIBIT TTV-6

July 7, 2014



**TYPE OF INCIDENT** Refusal of inspection of absentee ballot applications & related docs

**DESCRIPTION OF INCIDENT**

See attached

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** Susan Morse

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

Attachment: Description of Incident
July 7, 2014

We requested to inspect the original absentee ballot applications, Absentee Ballot Request forms, Absentee Ballot Envelopes and Poll Book for the June 24, 2014 Runoff.

Ms Kathy Henderson requested we write down exactly what we wanted. ~~[illegible]~~ I did & she indicated she would have to make a call to check our right to access.

I mentioned our authority was under NVRA & gave her Atty. Hogue's memo dated July 6, 2014. As we were waiting for her to make the call, at approx 11:35 a.m. a Jordan Russell, came in & said he was from the Cochran Campaign. She took him outside the office in the hall & spoke to him out of our presence. He mentioned he wanted access to the room.

At noon, Ms. Henderson called us up to the counter to give us an update. She had spoken to the Attorney General's office & had given him the memo from Atty Hogue mentioned above. The AG's opinion was that we did not have a right to inspect the Ballot Box documents we requested & that only a candidate or a candidate's rep. can inspect these documents. When asked if he

Attorney [illegible] (2)

July 7, 2014

had called authority for the opinion, she said that she would call him back & let us know

We left for a break at [illegible] & returned [illegible]. Mrs. Nordson said I have some answers for you. [illegible] The AG's citation for its opinion is Miss. Code 23-15-911. I requested if she talked to the Attorney there or someone else. She said I spoke to (Phil Carter) an Attorney in the Attorney General's Office.

I again re-iterated NVRA did authorize "public inspection" & we were citizens requesting to look at these documents. I showed her the Atty Hogue's memo of July 6, 2014 the relevant language "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of ...."
She understood but said Attorney stated this was different.

I informed her we needed to make a call & would return.

Susan Morse
[signature]




## INCIDENT REPORT

**NAME** Ellen Swensen

**DATE** July 7, 2014

Witness: Susan Morse

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** n/a

**POLLING PLACE NAME** Leake County, MS Circuit Court

**ADDRESS** 101 Court Square

**CITY** Carthage **STATE** MS **ZIP** 39051

**COUNTY** Leake

Please complete the fields below using your notes.

**POLL SUPERVISOR** Leake Co Circuit Clerk: Kathy G. Henderson

**ASST POLL SUPERVISOR** n/a

**CLERK 1 NAME** n/a **CLERK 2 NAME** n/a

**CLERK 3 NAME** n/a **CLERK 4 NAME** n/a

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7/7/2014 11:00 am – 1:10 pm

Continue ... Second Page

EXHIBIT TTV-7




**TYPE OF INCIDENT** Refusal of Request to Inspect Poll Book and Access to Electronic Voting Records

**DESCRIPTION OF INCIDENT**

See attached.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** [signature] 7/7/14
Susan Morse 7/7/14

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

Refusal of Request to Inspect Poll Book and Access to Electronic Voting Records
page 1 of 2
Siwentem

Attachment: Description of Incident

11am Upon meeting the Circuit Clerk Kathy Henderson, Susan Morse and I requested electronic copies of the list of Republican voters who voted in person and via absentee ballot and the same lists for Democratic voters for both the June 3, 2014 primary and June 24, 2014 run-off elections. I insisted that we were requesting these in Excel or other non-pdf format and that we would like it emailed. Ms Henderson asked us to write down everything we were requesting and Susan wrote out the request, also including a request to view the Absentee Ballot Applications, the Absentee Ballot Request Forms, the Absentee Ballot Envelopes and the Poll Book for June 24, 2014.

Ms Henderson said she had to call and check on our rights to access. Susan gave her the memo from Atty Hogue dated July 6, 2014, which Ms. Henderson made a copy of.

Noon Ms. Henderson called us back to the desk for an 'update', and said she had talked to the AG office about our attorney letter.

page 2 of 2
Swensen

Description of Incident, (con't)

In reference to the Poll Books, Ms Henderson said that they could be inspected since they are public records but they were 'tied up' with the candidate reps. She added that the AG wants to give us redacted Poll Books.

I said that the NVRA allows access to dates of birth and also that we did not want to pay for redaction.

12:15 pm We agreed to take a break while Ms. Henderson recontacted the AG.

1 pm We returned to the Clerk's office and, in reference to the Poll Books, Ms. Henderson said that we could come back after the candidate reps are done with them but the AG still requires them to be redacted. She asked that we hand write a Public Records Request (since she has no forms) to request both the Poll Books and electronic copies of voting records. Ms. Henderson stated that the electronic records may take a couple days because her data person is out. She was also unsure if we would be given access to the electronic records

1:10 pm Susan told Ms. Henderson that we need to call our attorney and will come back.

Susan [signature] Ellen Swensen




# INCIDENT REPORT

| | |
|---|---|
| **NAME** | Julia Hoenig |
| **DATE** | 7/7/14 |

Please complete the fields below using the notes from your activities as a poll watcher

| | |
|---|---|
| **PRECINCT/WARD #** | N/A |
| **POLLING PLACE NAME** | Simpson County Circuit Court |
| **ADDRESS** | |
| **CITY** | Mendenhall |
| **STATE** | MS |
| **ZIP** | 39114 |
| **COUNTY** | Simpson County |

Please complete the fields below using your notes.

| | |
|---|---|
| **POLL SUPERVISOR** | Luann Bailey Interum Circuit Clerk |
| **ASST POLL SUPERVISOR** | |
| **CLERK 1 NAME** | |
| **CLERK 2 NAME** | |
| **CLERK 3 NAME** | |
| **CLERK 4 NAME** | |
| **OFFENDER POSITION** | |
| **DATE/TIME OF INCIDENT** | 3:50 pm 7/7/14 |

Continue to Second Page

EXHIBIT TTV-8




**TYPE OF INCIDENT** Unable to see absentee ballots or recieve electronic data

**DESCRIPTION OF INCIDENT** Luann was so new that she was unaware of whether she could provide electronic data to us. Will check & get back to us. As far as our request to see absentee ballots / poll book, she was ok w/ it, but McDaniel campaign was there and weren't ok w/ us being w/ them. She said we could come back but the campaign would also be there again tomorrow. If anyone notified her that we could join them, we could.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** Julia Haney 7/7/14

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**




## INCIDENT REPORT

**NAME** Julia Hoenig

**DATE** 7/8/14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** N/A

**POLLING PLACE NAME** LuAnn Bailey Interum circuit clerk

**ADDRESS** 100 W. Court Ave

**CITY** Mendenhall **STATE** MS **ZIP** 39114

**COUNTY** Simpson

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME** **CLERK 2 NAME**

**CLERK 3 NAME** **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** approx 12:30 pm 7/8/14

Continue to Second Page

EXHIBIT
tabbies
TTV-9




**TYPE OF INCIDENT** unable to provide data

**DESCRIPTION OF INCIDENT** LuAnn Bailey left voicemail pertaining to our visit to her county yesterday. Her responses:
1. We could come at 2:00pm to see poll book only if they redacted BD
2. We are unable to see absentee apps/envelopes b/c this doesn't fall under NVRA law. It cannot be reviewed by anyone other than campaign affiliated volunteers ~~until~~ or candidate b/c they are considered part of the 'ballot box'. We may submit written request and the AG's lawyers will review. Mike Rawley did so at 1:39 pm, thru Turbo Scan attn: LuAnn Bailey – see attachment.
3. Electronic data on R/O run-off voters has not been 'processed' yet so they cannot provide yet. Absentee names for both elections is available, she can provide along w/ Primary voters both R/O. This will cost $150. The primary voter list will be report generated by SEMS. The absentee list will be manual done by her. Can only be in PDF format.

**REMEDY OR ACTION TAKEN** Sent email to LuAnn confirming I will take the reports on 7/8/14 @ 1:35 pm by me + copied Vicki Pullen. We are delivering $150 money order.

Note: this info was given to LuAnn by SOS's office. And Phil Carter in AG office

Lastly: Poll Book, she could show us it w/ redacted BD only b/c it is not covered under NVRA

I certify and affirm that the above information is true and correct.

**SIGNATURE** [signature] 7/8/14

[signature] 7-8-14

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

PUBLIC RECORD REQUEST

REQUESTING INDIVIDUAL:

NAME: MIKE ROWLEY JULIE HOENIG
MAILING ADDRESS: P.O. BOX 131768
CITY: HOUSTON STATE: TX ZIP: 76219-1768

RECORDS REQUESTED

PHYSICAL EXAMINATION OF THE ABSENTEE BALLOT APPLICATIONS, ABSENTEE BALLOT, AND POLLBOOK FROM THE JUNE 24, 2014 RUNOFF.

DATE OF REQUEST - 7-8-14

SIGNATURE - [signature]
MICHAEL E. ROWLEY

ATTN: LUANN BAILEY
simpsoncircuit@co.simpson.ms.us

Faxed & Emailed 7-8-14 10:?? am