**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § § § § § § § § § § § | |
|      Plaintiffs, | § § | |
| v. | § | Cause No. 3:14-cv-00532-NFA |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § § § § § § § § § § § § § § § | |
|     Defendants. | § | |

**APPENDIX – VOLUME 2
EXHIBITS 10-21**

| Description | Exhibit |
|---|---|
| 7-8-2014 Incident Report from Rankin County – Jeanne Webb | TTV-10 |
| 7-7-2014 Incident Report from Rankin County – Julia Hoenig | TTV-11 |
| 7-7-2014 Incident Report from Rankin County – Julia Hoenig | TTV-12 |
| 7-7-2014 Incident Report from Rankin County – Jeanne Webb | TTV-13 |
| 7-7-2014 Incident Report from Rankin County – Julie Hoenig / Jeanne Webb | TTV-14 |
| 7-7-2014 Incident Report from Rankin County – Julia Hoenig | TTV-15 |
| 7-7-2014 Incident Report from Rankin County – Julia Hoenig | TTV-16 |
| 7-7-2014 Incident Report from Rankin County – Julia Hoenig | TTV-17 |
| 7-7-2014 Incident Report from Rankin County – Michael Rowley | TTV-18 |
| 7-7-2014 Incident Report from Rankin County – Michael Rowley | TTV-19 |
| 7-7-2014 Incident Report from Rankin County – Mitch Tyner | TTV-20 |
| 7-7-2014 Incident Report from Madison County – Sandra Steinbacher /Angela Morrison / Kathryn Armstrong | TTV-21 |

v.



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** JEANNE WEBB

**DATE** 7-8-2014

*Please complete the fields below using the notes from your activities as a poll watcher*

**PRECINCT/WARD #** CLERK OF COURT RANKIN County

**POLLING PLACE NAME**

**ADDRESS** 215 E GOVERNMENT St BRANDON, Ms 39043

**CITY** BRANDON    **STATE** Ms    **ZIP** 39043

**COUNTY** Rankin

*Please complete the fields below using your notes.*

**POLL SUPERVISOR** Circuit Clerk Rebecca Boyd

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**            **CLERK 2 NAME**

**CLERK 3 NAME**            **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7/8/2014 apprv 9:30Am between hours 9:05 Am - 11 AMs

*Continue to Second Page*

**EXHIBIT**
tabbies TTV-10

INCIDENT REPORT

Date: July 8, 2014

On July 8, 2014 between the hours of 9:05am and 11am, Gregg Prentice and I were in Circuit Clerk Rebecca Boyd's office.  During this time period Mr Prentice and I were asking Ms Boyd questions about the election process, I asked a question about the large stack of  ballots which  we had observed on July 7, 2014 while sitting at the same table with the McDaniel Campaign volunteers who were reviewing material from the June 24, 2014 Special Election. (Rob Rall, team leader for the McDaniel volunteers advised me prior to opening a secured ballot box, Labeled:  PRIMARY RUNOFF BALLOTS & ABSENTEE BALLOTS, AFFADAVITS (AFFADAVITS REJECTED), he inspected the box, Mr. Rall stated the front red plastic seal #000655 was not pulled tight and a person could reach their hand and forearm into the box. The box had an opening in the back which had a piece of plastic tape over the opening with a seal which crossed over the box and seal.  The seal # was 294133.  I did observe the back seal intact, the front seal was open.  I did observe another box which was in a similar condition.  The front seal was still secured on this box and I could open the top of the box and place my hand and forearm into the box.  The box which had been opened, contained the affidavit envelopes, two absentee ballots, and a stack of rejected affidavit envelopes and large stack of accepted ballots.  When the McDaniel group and Gregg Prentice; Julia Hoenig; Mike Rowley and myself counted these ballots the tally was Cochran (691) ballots; McDaniel (464) ballots and (1) non vote totaling (1156) ballots.) Circuit Clerk Boyd explained that paper ballots are only used for absentee voting or affidavit voting, during days of elections voters use electronic voting equipment.  NOTE:  The 1156 ballots had not been folded in a manner in which they could have been placed in an absentee envelope or an affidavit envelope,  only approximately 10-20 ballots had been folded in half, however even these ballots would not have fit in either envelopes.

According to Circuit Clerk Boyd the procedure for the absentee ballots and the affidavit ballots is, once the ballots are completed by the elector, the ballots are placed in the appropriate envelopes and sealed. The envelopes are then given to the Election Commission Board who then opens the envelopes and removes the ballots.  If this is the procedure where did these accepted ballots which had no folds in them come from??

Circuit Clerk Boyd agreed to provide Gregg and I copies of the Poll Books from the June 2014 Elections.

Circuit Clerk Boyd told an inmate trustee who was working in the office to go to the Supervisor of Elections office to pick up a package for her.  Note the Supervisor of Elections office was in a building next door.  While the inmate trustee was away, Circuit Clerk Boyd advised Gregg and I , we would not be able to see the date of birth information.  When the inmate trustee returned to the office he was carrying two Poll Books, one blue binder for the democrats and one red binder for the republicans. NOTE:  the Poll Books,  where not sealed in an envelope or secured in any type container, just open for the inmate trustee to review the names and addresses and date of birth information of the electors listed in the Polls Books.

Page 1 of 2

Page 2 of 2

When Circuit Clerk Boyd received the two Poll Books, which contained last names starting with the Letter A from Precinct #115, she opened the Red Poll Book and took a white-out stick and whited out all the date of birth's on the first page of the Poll Book so Gregg and I would not see the date of birth information.

NOTE:  This was the Official Poll Book, which Circuit Clerk Boyd altered.

I certify and affirm that the above information is true and correct.

Jeanne M. Webb

*Jeanne M Webb 7/8/2014*
*July 8, 2014*

*witness: Gregg Prentice*

County: Rankin

# Republican Poll Book

Precinct:   115 - South Richland

Report No: E-004

### Election : 2014 Primary Election

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Date of Birth / Regn. Date | Voter ID | CONG SUPR | SEN JCJ | REP SCHB | ID Num Bar Code | 06/03/2014 | 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ABBOTT, DEANA MARIE<br>126 EDWARDS AVE, RICHLAND, MS 39218 | N | 3 | 12/13/2013 | 575102223 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830971 | | |
| 2 | ABERNATHY, DIXIE GWEN<br>1932 HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 3 | 04/03/1987 | 6728218 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830972 | | |
| 3 | ABERNATHY, JOHNNIE SUE<br>173 LAWSON LN, RICHLAND, MS 39218-0 | N | 3 | 10/05/1990 | 6730368 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830973 | | Voted |
| 4 | ABERNATHY, WESLEY J<br>173 LAWSON LN, RICHLAND, MS 39218-0 | N | 3 | 01 / 10/05/1990 | 6729367 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830974 | | Voted |
| 5 | ABRON, SHALLA DENICE<br>201 PARKDALE PL, RICHLAND, MS 39218 | N | 3 | 06/23/2011 | 575207929 | USH03 / 01 | SS30 / 01 | SH62 / 1 | 582830975 | | |
| 6 | ABT, ARNOLD BRUCE<br>107 MENDENHALL AVE, RICHLAND, MS 39218-0 | N | 3 | 12/01/2004 | 6731253 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830976 | | |
| 7 | ACY, JUDY S<br>1898 CLEARY RD, FLORENCE, MS 39073-0 | N | 3 | 01/04/1985 | 6721991 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830977 | AB Vote | |
| 8 | ACY, ROGER DALE<br>1898 CLEARY RD, FLORENCE, MS 39073-0 | N | 3 | 01/04/1985 | 6812252 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830978 | AB Vote | AB Vote |
| 9 | ADAMS, AMY HESTER<br>112 BRADFORD PL, RICHLAND, MS 39218-0 | N | 3 | 05/15/1991 | 6807370 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830979 | | |
| 10 | ADAMS, BARBARA<br>1352 OLD HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 3 | 11/04/2008 | 6786490 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830980 | Voted | |
| 11 | ADAMS, GARRY J C II<br>112 BRADFORD PL, RICHLAND, MS 39218-0 | N | 3 | 10/06/2000 | 6788500 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830981 | | JT |
| 12 | ADAMS, JESSIE A<br>233 SOUTHRIDGE RD, RICHLAND, MS 39218 | N | 3 | 08/26/2008 | 575058103 | USH03 / 01 | SS30 / 01 | SH62 / 1 | 582830982 | | |

**County: Rankin**  
**Precinct: 115 - South Richland**  
**Report No: E-004**

## Poll Book

### 2014 Primary Election

| No. | Voter Name / Address | Show HAVA ID | Ba St | Voter ID | CONG SUPR | SEN JCJ | REP SCHB | 06/03/2014 | ID Num Bar Code | 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| 378 | BURLESON, ERICA LEANNE<br>1544 CHELSEA LN, RICHLAND, MS 39218 | N |  | 775038083 | USH03 / 01 | SS35 / 01 | SH62 / 1 |  | 582831348 | Voted |
| 379 | BURLESON, TYSON GENE<br>1544 CHELSEA LN, RICHLAND, MS 39218 | N |  | 6776115 | USH03 / 01 | SS35 / 01 | SH62 / 1 |  | 582831349 |  |
| 380 | BURLISON, JERRY WAYNE<br>126 LEXINGTON AVE, RICHLAND, MS 39218-0 | N |  | 6791764 | USH03 / 01 | SS35 / 01 | SH62 / 1 | Voted | 582831350 |  |
| 381 | BURNETT, ARTHUR ROBERT<br>1744 CLEARY RD, FLORENCE, MS 39073 | N |  | 575151536 | USH03 / 01 | SS35 / 01 | SH62 / 1 |  | 582831351 |  |
| 382 | BURNETT, PATRICIA ANN<br>1744 CLEARY RD, FLORENCE, MS 39073 | N |  | 575300724 | USH03 / 01 | SS35 / 01 | SH62 / 1 |  | 582831352 |  |
| 383 | BURNEY, ALVA JEANETTE<br>876 N CHURCH ST, FLORENCE, MS 39073 | N |  | 6800020 | USH03 / 01 | SS35 / 01 | SH62 / 1 |  | 582831353 |  |
| 384 | BURNEY, AMY MELISA<br>220 TAMI AVE, FLORENCE, MS 39073 | N |  | 1433816 | USH03 / 01 | SS35 / 01 | SH62 / 1 |  | 582831354 |  |
| 385 | BURNHAM, BILLY JOE<br>104 HUMMINGBIRD LN, RICHLAND, MS 39218-0 | N | 3 | 6730044 | USH03 / 01 | SS30 / 01 | SH62 / 1 |  | 582831355 |  |
| 386 | BURNS, ANNA CLAIRE<br>210 SPELL DR, RICHLAND, MS 39218 | N | 3 | 575203737 | USH03 / 01 | SS30 / 01 | SH62 / 1 | AB Voted | 582831356 |  |
| 387 | BURNS, CHARITY NICHOLE<br>207 ORIOLE AVE, RICHLAND, MS 39218 | N | 3 | 575125031 | USH03 / 01 | SS30 / 01 | SH62 / 1 |  | 582831357 |  |
| 388 | BURNS, CHARLES BERRY<br>1822 CLEARY RD, FLORENCE, MS 39073-0 | N | 3 | 6724926 | USH03 / 01 | SS35 / 01 | SH62 / 1 | Voted | 582831358 |  |
| 389 | BURNS, FREDERICK CLAY<br>210 SPELL DR, RICHLAND, MS 39218 | N | 3 | 6729818 | USH03 / 01 | SS30 / 01 | SH62 / 1 | AB Voted | 582831359 | AB Voted |

Statewide Election Management System

Page : 33

Rep oll Book

Primary Election

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Voter ID | CONG SUPR | SEN SCJ | REP SCHB | 06/03/2014 | ID Num Bar Code | 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| 501 | COLE, BRYAN A / 507 FLEETWOOD CV, RICHLAND, MS 39218-0 | N | 3 | 5807730 | USH03 01 | SS35 01 | SH62 1 | | 582831471 | |
| 502 | COLE, SAMANTHA DIGGS / 507 FLEETWOOD CV, RICHLAND, MS 39218-0 | N | 3 | 5286120 | USH03 01 | SS35 01 | SH62 1 | | 582831472 | |
| 503 | COLEMAN, JAMES B JR / 907 OLD HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 3 | 5730832 | USH03 01 | SS30 01 | SH62 1 | | 582831473 | |
| 504 | COLEMAN, LATOYA / 127 BRADFORD PL, RICHLAND, MS 39218-0 | N | 3 | 5729316 | USH03 01 | SS35 01 | SH62 1 | | 582831474 | |
| 505 | COLEMAN, PEGGY D / 127 BRADFORD PL, RICHLAND, MS 39218-0 | N | 3 | 5730644 | USH03 01 | SS35 01 | SH62 1 | | 582831475 | |
| 506 | COLLIER, NESHOMBIA AYONA / 1613 CHAPELRIDGE DR, RICHLAND, MS 39218 | N | 3 | 75082982 | USH03 01 | SS35 01 | SH62 1 | | 582831476 | |
| 507 | COLLINS, DARIUS MARCELL / 317 BULLOCK CIR, RICHLAND, MS 39218 | N | 3 | 75296618 | USH03 01 | SS35 01 | SH62 1 | | 582831477 | Voted AB |
| 508 | COLLINS, HARVEY H III / 1904 CLEARY RD, FLORENCE, MS 39073 | N | 3 | 5720885 | USH03 01 | SS35 01 | SH62 1 | Voted AB | 582831478 | |
| 509 | COLVIN, KAREN PENDERGRASS / 111 RHEMANN BLVD, RICHLAND, MS 39218 | N | 3 | 75285216 | USH03 01 | SS35 01 | SH62 1 | | 582831479 | |
| 510 | COLVIN, PAUL DAVID / 111 RHEMANN BLVD, RICHLAND, MS 39218 | N | 3 | 5285179 | USH03 01 | SS35 01 | SH62 1 | | 582831480 | |
| 511 | COMANS, ANGELA KAY / 172 RUSSELL ST, FLORENCE, MS 39073-0 | N | 3 | 725097 | USH03 01 | SS35 01 | SH62 1 | | 582831481 | |
| 512 | COMPTON, TANYA / 311 WASHINGTON AVE, RICHLAND, MS 39218 | N | 3 | 5145588 | USH03 01 | SS35 01 | SH62 1 | | 582831482 | |

County: Rankin

Precinct: 115 - South Richland

Report No: E-004

Demo[cratic Pr]imary Election

[Pol]l Book

Page : 1

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Br ID | CONG SUPR / USH03 | SEN JCJ / SS35 | REP SCHB / SH62 06/03/2014 | ID Num / Bar Code 06/24/2014 |
|---|---|---|---|---|---|---|---|---|
| 1 | ABBOTT, DEANA MARIE<br>126 EDWARDS AVE, RICHLAND, MS 39218 | N | 1 | 102223 | USH03 / 01 | SS35 / 01 | SH62 / 01 | 582830971 |
| 2 | ABERNATHY, DIXIE GWEN<br>1932 HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 1 | 28218 | USH03 / 01 | SS35 / 01 | SH62 / 01 | 582830972 |
| 3 | ABERNATHY, JOHNNIE SUE<br>173 LAWSON LN, RICHLAND, MS 39218-0 | N | 1 | 30368 | USH03 / 01 | SS35 / 01 | SH62 / 01 | 582830973 |
| 4 | ABERNATHY, WESLEY J<br>173 LAWSON LN, RICHLAND, MS 39218-0 | N | 1 | 129367 | USH03 / 01 | SS35 / 01 | SH62 / 01 | 582830974 |
| 5 | ABRON, SHALLA DENICE<br>201 PARKDALE PL, RICHLAND, MS 39218 | N | 1 | 5207929 | USH03 / 01 | SS30 / 01 | SH62 / 01 | 582830975 |
| 6 | ABT, ARNOLD BRUCE<br>107 MENDENHALL AVE, RICHLAND, MS 39218-0 | N | 1 | 731253 | USH03 / 01 | SS35 / 01 | SH62 / 01 | 582830976 |
| 7 | ACY, JUDY S<br>1898 CLEARY RD, FLORENCE, MS 39073-0 | N | 1 | 721991 | USH03 / 01 | SS35 / 01 | SH62 / 01 | 582830977 |
| 8 | ACY, ROGER DALE<br>1898 CLEARY RD, FLORENCE, MS 39073-0 | N | 1 | 3812252 | USH03 / 01 | SS35 / 01 | SH62 / 01 | 582830978 |
| 9 | ADAMS, AMY HESTER<br>112 BRADFORD PL, RICHLAND, MS 39218-0 | N | 1 | 6807370 | USH03 / 01 | SS35 / 01 | SH62 / 01 | 582830979 |
| 10 | ADAMS, BARBARA<br>1352 OLD HWY 49 SOUTH, RICHLAND, MS 39218 | N | 1 | 6786490 | USH03 / 01 | SS35 / 01 | SH62 / 01 | 582830980 |
| 11 | ADAMS, GARRY J C II<br>112 BRADFORD PL, RICHLAND, MS 39218-0 | N | 1 | 6788500 | USH03 / 01 | SS35 / 01 | SH62 / 01 | 582830981 |
| 12 | ADAMS, JESSIE A<br>233 SOUTHRIDGE RD, RICHLAND, MS 39218 | N | 1 | 575058103 | USH03 / 01 | SS30 / 01 | SH62 / 01 | 582830982 |

County: Rankin

Der... Poll Book

2014 Primary Election

Precinct:   115 - South Richland
B
Report No: E-004

06/24/2014

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Voter ID | CONG / SUPR | SEN / JC3 | REP / SCHB | ID Num Bar Code | 06/03/2014 |
|---|---|---|---|---|---|---|---|---|---|
| 138 | BALL, PATRICIA A — 117 PINE PARK DR, FLORENCE, MS 39073 | N | 1 | 6788779 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582831108 | |
| 139 | BALL, SHEILA DENISE — 526 CHAPELRIDGE DR, RICHLAND, MS 39218 | N | 1 | 75285520 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582831109 | |
| 140 | BALLENGER, DANNY J — 291 BLAINE ST, RICHLAND, MS 39218 | N | 1 | 75013053 | USH03 / 01 | SS30 / 01 | SH62 / 1 | 582831110 | |
| 141 | BANNER, AMY LYNN — 331 ADAMS ST, RICHLAND, MS 39218 | N | 1 | 75332603 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582831111 | |
| 142 | BANTA, SARAH ANN — 121 COPPER LN, RICHLAND, MS 39218-6048 | N | 1 | 6784835 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582831112 | [signature] |
| 143 | BANYARD, KRISTY — 1613 CHAPELRIDGE DR, RICHLAND, MS 39218 | N | 1 | 75221557 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582831113 | |
| 144 | BARBER, JESSICA — 114 COPPER LN, RICHLAND, MS 39218 | N | 1 | 590743 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582831114 | |
| 145 | BARLOW, CLAYTON DWAYNE — 305 PLAINVIEW CIR, RICHLAND, MS 39218 | N | 1 | 600735 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582831115 | |
| 146 | BARLOW, JENNIFER DIANE — 305 PLAINVIEW CIR, RICHLAND, MS 39218 | N | 1 | 5125090 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582831116 | |
| 147 | BARLOW, PEGGY RUTH — 858 N CHURCH ST, FLORENCE, MS 39073 | N | 1 | 24648 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582831117 | |
| 148 | BARNES, GEORGE EDWARD JR — 213 PREWITT CIR, RICHLAND, MS 39218-0 | N | 1 | 01320 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582831118 | |
| 149 | BARNES, LILLIAN L — 213 PREWITT CIR, RICHLAND, MS 39218-0 | N | 1 | 91290 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582831119 | |

County: Rankin

Den... oll Book

Primary Election

Precinct:   115 - South Richland
B
Report No: E-004
06/24/2014

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Voter ID | CONG SUPR | SEN JC3 | REP SCHB | 06/03/2014 | ID Num / Bar Code | 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| 378 | BURLESON, ERICA LEANNE<br>1544 CHELSEA LN, RICHLAND, MS 39218 | N | 1 | 75038083 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831348 | |
| 379 | BURLESON, TYSON GENE<br>1544 CHELSEA LN, RICHLAND, MS 39218 | N | 1 | 5776115 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831349 | |
| 380 | BURLISON, JERRY WAYNE<br>126 LEXINGTON AVE, RICHLAND, MS 39218-0 | N | 1 | 5791764 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831350 | |
| 381 | BURNETT, ARTHUR ROBERT<br>1744 CLEARY RD, FLORENCE, MS 39073 | N | 1 | 75151536 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831351 | |
| 382 | BURNETT, PATRICIA ANN<br>1744 CLEARY RD, FLORENCE, MS 39073 | N | 1 | 75300724 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831352 | |
| 383 | BURNEY, ALVA JEANETTE<br>876 N CHURCH ST, FLORENCE, MS 39073 | N | 1 | 800020 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831353 | |
| 384 | BURNEY, AMY MELISA<br>220 TAMI AVE, FLORENCE, MS 39073 | N | 1 | 433816 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831354 | |
| 385 | BURNHAM, BILLY JOE<br>104 HUMMINGBIRD LN, RICHLAND, MS 39218-0 | N | 1 | 730044 | USH03 / 01 | SS30 / 01 | SH62 / 1 | | 582831355 | |
| 386 | BURNS, ANNA CLAIRE<br>210 SPELL DR, RICHLAND, MS 39218 | N | 1 | 5203737 | USH03 / 01 | SS30 / 01 | SH62 / 1 | | 582831356 | |
| 387 | BURNS, CHARITY NICHOLE<br>207 ORIOLE AVE, RICHLAND, MS 39218 | N | 1 | 5125031 | USH03 / 01 | SS30 / 01 | SH62 / 1 | | 582831357 | |
| 388 | BURNS, CHARLES BERRY<br>1822 CLEARY RD, FLORENCE, MS 39073-0 | N | 1 | 24926 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831358 | |
| 389 | BURNS, FREDERICK CLAY<br>210 SPELL DR, RICHLAND, MS 39218 | N | 1 | 29818 | USH03 / 01 | SS30 / 01 | SH62 / 1 | | 582831359 | |

## Public Access Report

County: Rankin *Dem/Rep Arose the Voters*

*Precinct #115*

Date: 07/08/2014
Report No: BP-013

Elections : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 Primary Election'

| Voter ID | Precinct | Ballot ID | Name | Address | Receive Date |
|---|---|---|---|---|---|
| 6812252 | 115 - South Richland | 750160987 | ACY, ROGER DALE | 1898 CLEARY RD FLORENCE, MS 39073 | 06/17/2014 |
| 6729818 | 115 - South Richland | 750168807 | BURNS, FREDERICK CLAY | 210 SPELL DR RICHLAND, MS 39218 | 06/20/2014 |
| 6788499 | 115 - South Richland | 750168801 | BURNS, STACY ELLIS | 210 SPELL DR RICHLAND, MS 39218 | 06/20/2014 |
| 6720885 | 115 - South Richland | 750160989 | COLLINS, HARVEY H III | 1904 CLEARY RD FLORENCE, MS 39073 | 06/17/2014 |
| 575324359 | 115 - South Richland | 750166351 | DAVIS, AMY | 208 PREWITT CIR RICHLAND, MS 39218 | 06/17/2014 |
| 6728359 | 115 - South Richland | 750155379 | HALL, SHIRLEY C | 269 MONTEREY RD RICHLAND, MS 39218 | 06/17/2014 |
| 1445579 | 115 - South Richland | 500127373 | IVEY, LEEANN FRANCES | 182 TAZAN AVE FLORENCE, MS 39073 | 06/17/2014 |
| 6729528 | 115 - South Richland | 750127916 | NAPPER, JAMES LYNN | 130 SIMS DR RICHLAND, MS 39218 | 06/17/2014 |
| 6807369 | 115 - South Richland | 750127892 | NAPPER, SYLVIA C | 130 SIMS DR RICHLAND, MS 39218 | 06/17/2014 |
| 6807362 | 115 - South Richland | 750166735 | PHILLIPS, AUBREY CLYDE SR | 351 SCARBROUGH CIR RICHLAND, MS 39218 | 06/19/2014 |
| 6786631 | 115 - South Richland | 750166729 | PHILLIPS, FLORA M | 351 SCARBROUGH CIR RICHLAND, MS 39218 | 06/19/2014 |
| 6730781 | 115 - South Richland | 750160776 | REDFERN, RICHARD | 1030 OLD HWY 49 SOUTH RICHLAND, MS 39218 | 06/17/2014 |
| 85261 | 115 - South Richland | 750168061 | STUTZMAN, RONALD EARL | 406 BULLOCK CIR RICHLAND, MS 39218 | 06/20/2014 |
| 6826723 | 115 - South Richland | 750161007 | SULLIVAN, CYNTHIA JEAN | 104 HIGHPOINTE PL RICHLAND, MS 39218 | 06/17/2014 |
| 6811962 | 115 - South Richland | 750161015 | SULLIVAN, WILLIAM PATRICK | 104 HIGHPOINTE PL RICHLAND, MS 39218 | 06/17/2014 |
| 6728521 | 115 - South Richland | 750166707 | WILSON, BILLY WAYNE | 275 SPARKMAN ST RICHLAND, MS 39218 | 06/19/2014 |
| 6827517 | 115 - South Richland | 750166710 | WILSON, SHIRLEY A | 275 SPARKMAN ST RICHLAND, MS 39218 | 06/19/2014 |

Count : 17

Statewide Election Management System

Page : 1

TRU 000040



## TRUE the VOTE

### INCIDENT REPORT

**NAME** _Julia Hoenig_

**DATE** _7/7/14_

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** _N/A_

**POLLING PLACE NAME** _Rankin County Circuit Court_

**ADDRESS** _215 E. Govt St_

**CITY** _Brandon_   **STATE** _MS_   **ZIP** _39043_

**COUNTY** _Rankin_

Please complete the fields below using your notes.

**POLL SUPERVISOR** _Rebecca Boyd (Circuit Court (Circuit Clerk)_

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** _approx  2:00 pm   7/7/14_

Continue to Second Page

**EXHIBIT**

tabbies _TTV-11_



**TRUE the VOTE**

| TYPE OF INCIDENT | questionable ballot procedure |

**DESCRIPTION OF INCIDENT**

In ballot box #655, 'Primary Run-off ballots & Absentee Ballots & Affidavits' (Rejected Affidavits)', there was 1 military absentee ballot envelope. It had no application or ballot attached. Simply had a note on it saying it came in by email. No indication it was rejected - & yet it was w/ the stack of rejected affidavits & 1 rejected absentee envelope. The deputy clerk overseeing our process told us she had (name unknown)

**REMEDY OR ACTION TAKEN**

no idea why it was in that stack. According to her, it looked valid. Perhaps the actual ballot was in the other ballot box w/ absentee ballots - we don't know. But this military, absentee envelope should have been in box #2414 w/ all other absentee, accepted envelopes & applications. Note: he procedure from military emails would be for a deputy clerk to handwrite the ballot from this emailed military ballot. She could not

**SIGNATURE**    Julia Hoerig

tell us if this happened or not.

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

Witness: Jeanne N. Webb   7/1/2014

7/1/2014



# TRUE *the* VOTE

**NAME** *Julia Hoenig*

**DATE** *7/7/14*

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** *N/A*

**POLLING PLACE NAME** *Rankin County Circuit Court*

**ADDRESS** *215 E. Govt St*

**CITY** *Brandon*  **STATE** *MS*  **ZIP** *39043*

**COUNTY** *Rankin*

Please complete the fields below using your notes.

**POLL SUPERVISOR** *Rebecca Boyd    Circuit Court*
*(Circuit Clerk)*

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** *approx. ~~3:00~~ 1:45 pm    7/7/14*

Continue to Second Page

**EXHIBIT**

tabbies® *TTV-12*



# TRUE *the* VOTE

**TYPE OF INCIDENT**  asked to leave Clerk of Courts Office

**DESCRIPTION OF INCIDENT**  After we had begun viewing absentee envelopes/applications, Rebecca Boyd came out of office stating we must leave. She gave us the attached email & statute that dictates we are not, as regular citizens, allowed to view absentee ballot info. She stated that she just called the SOS who told her we must leave. However, this was clarified in the attachment that she actually spoke to the Sr. Attorney for the SOS. Rebecca was insistant that we leave asap, so much so, that she asked we leave all contents as is instead of putting back in their order we found them in.

We left, but came back 5 min. later to request Rebecca give us this order in writing. She did — she attachments.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**  *Julia Hoeyng*   7/7/14

*[signature]*   7/7/14

*Jimmy M. Wile*   7/7/2014

*[signature]*   7/7/2014

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

TRU 000044

## Becky Boyd

**From:** Craig Slay
**Sent:** Monday, July 07, 2014 5:05 AM
**To:** J. K. Stringer, Jr.; Becky Boyd; Rusty Carruth
**Subject:** Fwd: Election Material Review
**Attachments:** image002.png

See below from McDaniel campaign regarding election document review.  As expected they intend to be on site at 9:30 am despite being told 9:30 is not convenient.

Craig Slay - Rankin County iPhone

Begin forwarded message:

> **From:** Mitch Tyner <mtyner@tynerlawfirm.com>
> **Date:** July 6, 2014 at 11:38:06 PM CDT
> **To:** "cslay@rankincounty.org" <cslay@rankincounty.org>
> **Cc:** Front Desk <frontdesk@tynerlawfirm.com>, Tina Penson <tpenson@tynerlawfirm.com>
> **Subject: Election Material Review**
>
> Dear Craig:
>
> Thank you for your letter dated 7/3/14 regarding the Senator McDaniel's request to review the poll books and ballot boxes pursuant to 23-15-911.  I understand that you have a conflict for 9:30 in the morning.  While the representatives will cooperate in any manner necessary to get this documentation, they will be there at 9:30 ready for the review.  Your presence is not warranted nor is it allowed pursuant to the statute.  Only the credentialed campaign representatives and the Rankin County Circuit Clerk or deputy clerk are to be present for this inspection.
>
> After we notified the Cochran campaign and served them with notice, they in turn noticed the McDaniel campaign that they too will be reviewing the ballot boxes and poll books at 9:30 in the morning.  Therefore our credentialed representatives will be there at 9:30 as previously scheduled.  They, of course, will accommodate the needs of the clerk and wait until such time as it may be arranged.  Any announcement made regarding rescheduling should be done at 9:30 when representatives of both campaigns are present.
>
> As a courtesy to you, I anticipate the following to be there at 9:30 on behalf of the McDaniel campaign, however, if substitutions become necessary, those individuals shall have their credentials.
> 1.) Rob Rall
> 2.) Todd Macko
> 3.) Crystal Rall
> 4.) Attorney John McNeal
>
> We look forward to working with the Circuit clerk tomorrow.
>
> Sincerely,
> Mitch Tyner

*I called Hawley Robertson, Sr. Atty, Elections Division MS Sec. of State and asked her if concerned citizens [...] ballot boxes & she said — "no, only [...]

SUBARTICLE A.

GENERAL PROVISIONS.

SEC.
23-15-911.     Control of ballot boxes and their contents after general or primary
               elections; examinations by candidates or their representatives.
23-15-913.     Judges to be available to hear and resolve election day disputes.

## § 23-15-911.   Control of ballot boxes and their contents after general or primary elections; examinations by candidates or their representatives.

(1) When the returns for a box and the contents of the ballot box and the conduct of the election thereat have been canvassed and reviewed by the county election commission in the case of general elections or the county executive committee in the case of primary elections, all the contents of the box required to be placed and sealed in the ballot box by the managers shall be replaced therein by the election commission or executive committee, as the case may be, and the box shall be forthwith resealed and delivered to the circuit clerk, who shall safely keep and secure the same against any tampering therewith. At any time within twelve (12) days after the canvass and examination of the box and its contents by the election commission or executive committee, as the case may be, any candidate or his representative authorized in writing by him shall have the right of full examination of said box and its contents upon three (3) days' notice of his application therefor served upon the opposing candidate or candidates, or upon any member of their family over the age of eighteen (18) years, which examination shall be conducted in the presence of the circuit clerk or his deputy who shall be charged with the duty to see that none of the contents of the box are removed from the presence of the clerk or in any way tampered with. Upon the completion of said examination the box shall be resealed with all its contents as theretofore. And if any contest or complaint before the court shall arise over said box, it shall be kept intact and sealed until the court hearing and another ballot box, if necessary, shall be furnished for the precinct involved.

(2) The provisions of this section allowing the examination of ballot boxes shall apply in the case of an election contest regarding the seat of a member of the State Legislature. In such a case, the results of the examination shall be reported by the applicable circuit clerk to the Clerk of the House of Representatives or the Secretary of the Senate, as the case may be.

SOURCES: Derived from 1972 Code § 23-3-23 [Codes, 1942, § 3169; Laws, 1935, ch. 19; repealed by Laws, 1986, ch. 495, § 333]; en, Laws, 1986, ch. 495, § 279; Laws, 1987, ch. 499, § 10; Laws, 2000, ch. 450, § 4, eff from and after August 7, 2000 (the date the United States Attorney General interposed no objection under Section 5 of the Voting Rights Act of 1965 to the amendment of this section).

Editor's Note — Laws of 1987, ch. 499, § 20, provides as follows:

1125



*Rebecca "Becky" Boyd*
Circuit Clerk
Rankin County

601-825-1466
601-825-1465 Fax
Email: rdnboyd@rankincounty.org

215 E. Government Street
P. O. Drawer 1599
Brandon, MS 39043



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Jeanne Webb

**DATE** 7/7/2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Rankin County Clerk of Court

**ADDRESS** 215 E Government St Brandon Ms 39043

**CITY** Brandon     **STATE** Ms     **ZIP** 39043

**COUNTY** Rankin County

Please complete the fields below using your notes.

**POLL SUPERVISOR** Circuit Clerk Rebecca Boyd

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**     **CLERK 2 NAME**

**CLERK 3 NAME**     **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7/7/2014 approx

Continue to Second Page

**EXHIBIT**
tabbies
TTV-13



# TRUE *the* VOTE

**TYPE OF INCIDENT**

**DESCRIPTION OF INCIDENT** On 7/7/2014 at approx. 1:15 PM while reviewing the Absentee Ballot Envelopes and Application Requests I observed numerous ballots and/or applications which had been Accepted. These forms had issues which violated the statutory requirements for Accepted Absentee Ballots. Present with me at the time were Four Volunteers from the McDaniel Campaign. Rob Rall was the Lead Volunteer Cell # (601)-624-9235 address: 4 Lake Barnett Dr. Brandon, Ms 39047. The District #1 Manilla Envelope Containing Accepted Ballots Envelopes and Applications were being reviewed. A volunteer reviewing Precinct #9 & 10 showed me Multiple applications which had no reason on the application for Voting by absentee ballot; also potential signature differences from application and back of envelope.

**REMEDY OR ACTION TAKEN** This Volunteer also showed me Multiple envelopes that had signatures not across the Flap during our discussion about this issue, the Deputy Clerk observing us stated, "it is not a requirement for the witness Statement signature to overlap on the Flap of the envelope" The other three volunteers continued to show me numerous Numerous similar irregularities. One Volunteer showed me an Accepted Envelope which had the Ballot still enclosed in the envelope. I, myself found the same irregularities in the applications and ballot envelopes I was reviewing, however I did not have the opportunity to write down the specific Voter Information and details of the irregularities because I was asked to immediately leave by Rankin County Circuit Clerk Rebecca Boyd (601) 825-1466. 215 E. Government St. Brandon Ms 39043.

I certify and affirm that the above information is true and correct. @ apprx 2:15PM

**SIGNATURE**  Jeanne M Webb  7/7/2014

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**



# TRUE *the* VOTE

**INCIDENT REPORT**

**NAME** Julia Hoenig / Jeanne Webb

**DATE** 7/7/14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** Clerk of Court Rankin Cty

**POLLING PLACE NAME**



EXHIBIT
TTV-14



**TRUE** *the* **VOTE**

**TYPE OF INCIDENT** request for election data

**DESCRIPTION OF INCIDENT**

Rebecca had us fill out request for info, we did, for physical records - review ballots AND electronic files for election data. She didn't know if IT dept could provide this + will check on that + get back w/ us.

She also said:
- poll books cannot be looked out until BD redacted, she confirmed this w/ SOS on phone while we were there

> 7,000 pg Rep      .50/pg or $20/hr } for hardcopy she will
> 7,000 pg Dem                      } charge

**REMEDY OR ACTION TAKEN**

When we left, we spoke w/ 4 McDaniel volunteers who were waiting to see ballot box. Cochrans people expected too. Rebecca would not allow us to join the 2 campaigns, even if they are willing, Not enough space. She said we could come back but she wouldn't narrow down time or day b/c she didn't know how many days they would need. But McDaniel people welcomed us to join them: their contact info:

Rob Rall   601-624-9235   rob @action marine ms.com — they said they were unsure of what they are doing! They will call when they are thru w/ records - but they plan on staying until ~~McDaniel~~ people are thru. Cochran

I certify and affirm that the above information is true and correct

**SIGNATURE**   *Julia Hoenig*

Mail To:
**True the Vote**
P.O. Box 27378
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

TRU 000051



# TRUE *the* VOTE

## INCIDENT REPORT

| **NAME** | Julia Hoenig |
|---|---|
| **DATE** | 7 / 7 / 14 |

*Please complete the fields below using the notes from your activities as a poll watcher*

| **PRECINCT/WARD #** | N/A |
|---|---|

| **POLLING PLACE NAME** | Rankin County Circuit Court |
|---|---|

| **ADDRESS** | 215 E. Govt St |
|---|---|

| **CITY** Brandon | **STATE** MS | **ZIP** 3 9 0 4 2 |
|---|---|---|

| **COUNTY** | Rankin |
|---|---|

*Please complete the fields below using your notes.*

| **POLL SUPERVISOR** | Rebecca Boyd Circuit Clerk |
|---|---|

| **ASST POLL SUPERVISOR** | |
|---|---|

| **CLERK 1 NAME** | | **CLERK 2 NAME** | |
|---|---|---|---|
| **CLERK 3 NAME** | | **CLERK 4 NAME** | |

| **OFFENDER POSITION** | |
|---|---|

| **DATE/TIME OF INCIDENT** | approx. 12:30 am 7/7/14 |
|---|---|

Continue to Second Page

**EXHIBIT**
TTV-15



# TRUE the VOTE

**TYPE OF INCIDENT** Condition of Absentee App / Envelope Boxes

**DESCRIPTION OF INCIDENT** 2 boxes were brought from Board of Election bldg (next door to Circuit Court) that had Absentee Apps & envelopes. We opened box w/ seal # 2414 & it had contents of Districts 1, 2, 5. Within the large envelopes for each district, they were seperated by precincts. But each precincts envelopes and apps — they combined by rubberband — they were in no order. The apps were NOT with the cooresponding envelopes. We had to ~~org~~ organize them before reviewing them. There were no tally sheets or any other documents.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** Julia Hoerny    7/7/14
Jeann N [ Wall    7/7/14

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**



## TRUE *the* VOTE

### INCIDENT REPORT

**NAME** *Julia Hoenig*

**DATE** *7/7/14*

Please complete the fields below using the notes from your activities as a poll watcher.

**PRECINCT/WARD #** *N/A*

**POLLING PLACE NAME** *Rankin County Circuit Court*

**ADDRESS** *215 E. Govt St.*

**CITY** *Brandon*   **STATE** *MS*   **ZIP** *39042*

**COUNTY** *Rankin*

Please complete the fields below using your notes.

**POLL SUPERVISOR** *Rebecca Boyd   Circuit Clerk*

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**    **CLERK 2 NAME**

**CLERK 3 NAME**    **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** *app. 9:40   am   7/7/14*

Continue to Second Page

**EXHIBIT**
tabbies™ *TTV-16*

TRU 000054



# TRUE the VOTE

**TYPE OF INCIDENT** Condition of Ballot Boxes

**DESCRIPTION OF INCIDENT** When we were given access to the 4 absentee ballot boxes from primary & run-off, they one had been opened for McDaniel campaign. They described that it was sealed (box #655) exactly like box #1271 in that the front seals were so loose you could put your entire hand & forearm into box. Both these boxes had seals on back (box #655/back seal #294133) (box #1271/ back seal #1001831) that correctly sealed back opening. However, the 3rd & 4th boxes (#626, #699) had no seals on back. The opening was a slit that envelopes could be inserted into. None of these boxes had tally sheets, applications, chain of custody, accepted absentee envelopes. One box (seal #655)

**REMEDY OR ACTION TAKEN** had 1155 ballots, unattached to anything, 691 for Cochran, 464 for McDaniel — but we had no idea what the ballots were but there were lots of Affidavit envelopes in this same box — and the ballots did not have folds like they came out of absentee envelopes. or affidavit envelopes. Furthermore, box w/ seal #699 had ruined ballots that couldn't go thru machine — approx. 100-500 ruined Republican ballots. Box w/ seal #626 was Democratic Resolution Box and had ONE ruined ballot.

I certify and affirm that the above information is true and correct.

**SIGNATURE** Julia Hoenig 7/7/14

Jimmy Wu 7/7/14

7/7/14

7-7-14

Mail To:
True the Vote
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

TRU 000055



## TRUE *the* VOTE

**INCIDENT REPORT**

**NAME**  Julia Hoenig

**DATE**  7/7/14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**  N/A

**POLLING PLACE NAME**  Rankin County Circuit Court

**ADDRESS**  215 E Govt St.

**CITY**  Brandon   **STATE**  MS   **ZIP**  39043

**COUNTY**  Rankin

Please complete the fields below using your notes.

**POLL SUPERVISOR**  Rebecca Boyd Circuit Court (Circuit Clerk)

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT**  approx  9:20   7/7/14

Continue to Second Page

**EXHIBIT**
tabbies TTV-17

TRU 000056



# TRUE *the* VOTE

**TYPE OF INCIDENT** request for election data

**DESCRIPTION OF INCIDENT** Rebecca had us fill out request for info. form to review the absentee ballots AND electronic files. Concerning electronic files, Rebecca was unsure she could provide it, b/c IT dept may not know how to run by precinct or redact DB & SS#. she will get back w/ us & took my phone #. Concerning the poll books, she couldn't provide until BD was redacted. she confirmed this w/ SOS office while we were in the office. For hardcopy reports, she would charge $.50/page or $20/hr and stated their were > 7,000 Rep records & 77,000 Dem records. ~ed cochran

B/c McDaniel campaign was scheduled to view physical ballots at 9:30 am, she would not allow us to see them, even if they are

**REMEDY OR ACTION TAKEN** willing b/c space was ~~so~~ limited. she said we could come back but had no idea when the campaign would be finished — likely the next day.

We provided the memorandum stating the NVRA of 1993 & she came back from phone call to SOS office that it has been added to for the redaction of BD b/c of identity theft increase. SOS had advised them not to ever give out info w/ BD.

I certify and affirm that the above information is true and correct.

**SIGNATURE** Julie Hoenig 7/7/14

Jeanne Webb 7/7/2014

[signature] 7-7-14

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Michael Rowley

**DATE** 7-7-2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** Board of Elections

**POLLING PLACE NAME**

**ADDRESS** E. Government St

**CITY** Brandon    **STATE** MS    **ZIP** 39043

**COUNTY** Rankin County

Please complete the fields below using your notes.

**POLL SUPERVISOR** Election Clerk — Leslie Lewis

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**    **CLERK 2 NAME**

**CLERK 3 NAME**    **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7-7-2014    11:30 AM

Continue to Second Page

**EXHIBIT**
TTV-18



**TRUE *the* VOTE**

**TYPE OF INCIDENT** _Locating Absentee Ballot Applications & Envelopes_

**DESCRIPTION OF INCIDENT** Upon requesting the above mentioned items at the Circuit Court office, I was told they are seperated from the ballot at the Bd. of Elections the evening of the election, the ballots went to the Circuit Clerk the Absentee information placed back into the box sent from the preincts and sealed by the Bd. of Elections. I returned to the Bd. of Elections office and spoke with Leslie Lewis. I requested to see the Absetee App. and envelope, She stated that there was information such as Social Security numbers and Driver License numbers on some that need redacted, and it would take "several days".

**REMEDY OR ACTION TAKEN** I asked Ms. Lewis if it would be possible to check and see if there was someone who might have "more information" to share. She asked I wait a moment. Upon returning Ms. Lewis and an assistant were carrying 5 boxes, all sealed, which she explained contained the Absentee information. She had "made a few calls" and recieved permission to remove other any information in the boxes not involved in our request then make them accessible to me. I was not given a specific time frame. I was not permitted to observe the removal of any items from the boxes.

I certify and adm so that the above information is true and correct.

**SIGNATURE** _Michael G. Parry_

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**

TRU 000059



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** MICHAEL ROWLEY

**DATE** 7-7-14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** RANKIN Co.

**POLLING PLACE NAME**

**ADDRESS** 215 E Government St.

**CITY** Brandon   **STATE** MS   **ZIP** 39042

**COUNTY** RANKIN

Please complete the fields below using your notes

**POLL SUPERVISOR** Deputy Circuit Court Clerk

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7-7-14   1:30 pm

Continue to Second Page

**EXHIBIT**
tabbies®
TTV-19

TRU 000060



**TRUE** *the* **VOTE**

| **TYPE OF INCIDENT** | *Error with Absentee Envelope and Application* |
|---|---|

**DESCRIPTION OF INCIDENT**

While sorting precinct 119 in Rankin Counties Absentee paperwork I uncovered one envelope with no accompanying application, and one application with no accompanying envelope. When I asked the Deputy Clerk if she was aware, she stated "I recognize that signature, it's mine." I asked her name (which was not printed on the envelope) she would not answer. The application I had in hand was for a Frank (Illegible) I asked if her name was Frank, she ~~will~~ laughed and said no.

**REMEDY OR ACTION TAKEN**

I asked if she knew how this could happen she said "I don't have a clue". I stated "this is your envelope, where is the application?" Answer: "Must be in there somewhere." I asked "where would the envelope be for Frank's application?" Answer: "I dunno".

At no time would she give her name. She wore no nametag.

I placed the 2 items on the top of the precinct pack.

I certify and affirm that the above information is true and correct

| **SIGNATURE** | *(signature)* |
|---|---|

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

## Becky Boyd

| | |
|---|---|
| **From:** | Craig Slay |
| **Sent:** | Monday, July 07, 2014 5:05 AM |
| **To:** | J. K. Stringer, Jr.; Becky Boyd; Rusty Carruth |
| **Subject:** | Fwd: Election Material Review |
| **Attachments:** | image002.png |

See below from McDaniel campaign regarding election document review.  As expected they intend to be on site at 9:30 am despite being told 9:30 is not convenient.

Craig Slay - Rankin County iPhone

Begin forwarded message:

> **From:** Mitch Tyner <mtyner@tynerlawfirm.com>
> **Date:** July 6, 2014 at 11:38:06 PM CDT
> **To:** "cslay@rankincounty.org" <cslay@rankincounty.org>
> **Cc:** Front Desk <frontdesk@tynerlawfirm.com>, Tina Penson <tpenson@tynerlawfirm.com>
> **Subject: Election Material Review**

Dear Craig:

     Thank you for your letter dated 7/3/14 regarding the Senator McDaniel's request to review the poll books and ballot boxes pursuant to 23-15-911.  I understand that you have a conflict for 9:30 in the morning.  While the representatives will cooperate in any manner necessary to get this documentation, they will be there at 9:30 ready for the review.  Your presence is not warranted nor is it allowed pursuant to the statute.  Only the credentialed campaign representatives and the Rankin County Circuit Clerk or deputy clerk are to be present for this inspection.

     After we notified the Cochran campaign and served them with notice, they in turn noticed the McDaniel campaign that they too will be reviewing the ballot boxes and poll books at 9:30 in the morning.  Therefore our credentialed representatives will be there at 9:30 as previously scheduled.  They, of course, will accommodate the needs of the clerk and wait until such time as it may be arranged.  Any announcement made regarding rescheduling should be done at 9:30 when representatives of both campaigns are present.

     As a courtesy to you, I anticipate the following to be there at 9:30 on behalf of the McDaniel campaign, however, if substitutions become necessary, those individuals shall have their credentials.
1.) Rob Rall
2.) Todd Macko
3.) Crystal Rall
4.) Attorney John McNeal

We look forward to working with the Circuit clerk tomorrow.

Sincerely,
Mitch Tyner

1

**EXHIBIT**

TTV-20

7/7/14   approx 1 5/0 p   received this document From Clerk of Court + Rankin County Rebecca Boyd.

She advised us She had spoke w/ SOS And was advised we had no Credentials From either campaign AND No Private Citizen was allowed to Review absentee ballot and asked us to leave IMMEDIAtely.

Jeanne T Webb 7/7/14



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Sandra Steinbacher ; Angela Meenaca, Mary Kathryn Armstrong

**DATE** 07/07/14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Madison County Courthouse

**ADDRESS** 128 W. North St., Canton, MS 39046

**CITY** Canton    **STATE** MS    **ZIP** 39046

**COUNTY** Madison

Please complete the fields below using your notes.

Circuit Clerk

**POLL SUPERVISOR** Lee Westbrook

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**    **CLERK 2 NAME**

**CLERK 3 NAME**    **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 9:45 AM

Continue to Second Page

**EXHIBIT**
tabbies' TTV-21



**TRUE** *the* **VOTE**

**TYPE OF INCIDENT** Did not have required credentials

**DESCRIPTION OF INCIDENT** - not allowed to bring in any electronic devices

- Have to give written notice to get voter rolls, takes 7-10 days to receive
- 25¢/page, 66,76 pages each GOP & Democrat, need check
- They will redact date of birth, we showed letter from attorney, employee needed lawyer from New Orleans, we mentioned that it is a national law
- told by circuit clerk we must give written notice of intent to look @ absentee ballots
- written notice must be delivered to count showing both parties/campaign have been notified
- told we must be certified/credentiated to look at ballots - certificate of service from Secretary of State
- McDaniel & Cochran campaigns were in the room where poll books were being inspected
- we left and Mary Kathryn went in by herself, did not get any new information

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

TRU 000065