**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § § § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Cause No. 3:14-cv-00532-NFA |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

**APPENDIX – VOLUME 3**
**EXHIBITS 22-34**

| Description | Exhibit |
|---|---|
| 7-7-2014 Incident Report from Lauderdale County – John & Karen Hobson | TTV-22 |
| 7-7-2014 Incident Report from Lauderdale County – John & Karen Hobson | TTV-23 |
| 7-8-2014 Incident Report from Jefferson County – Erin Anderson & Roberta Swank | TTV-24 |
| 7-7-2014 Incident Report from Jefferson Davis County – Julia Hoenig | TTV-25 |
| 7-7-2014 Incident Report from Hinds County – Melinda Kinley | TTV-26 |
| 7-8-2014 Incident Report from Hinds County – Melinda Kinley | TTV-27 |
| 7-7-2014 Incident Report from Hinds County – Melinda Kinley | TTV-28 |
| 7-8-2014 Incident Report from Hinds County – Melinda Kinley | TTV-29 |
| 7-8-2014 Incident Report from Hinds County – Ruth Wall | TTV-30 |
| 7-7-2014 Incident Report from Hinds County – Ruth Wall | TTV-31 |
| 7-7-2014 Incident Report from Hinds County – Sharon Quinn | TTV-32 |
| 7-7-2014 Incident Report from Hinds County – Melinda Kinley | TTV-33 |
| 7-7-2014 Incident Report from Hinds County – Jan Loar | TTV-34 |



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** John + Karen Hobson

**DATE** 11-4-14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Circuit Clerk's Office

**ADDRESS** 500 Constitution

**CITY** Meridian   **STATE** MS   **ZIP** 39302

**COUNTY** Lauderdale Co. - Mississippi

Please complete the fields below using your notes.

**POLL SUPERVISOR** Circuit Clerk - Donna Jill Johnson

**ASST POLL SUPERVISOR**

**CLERK 1 NAME** Tina Moore    **CLERK 2 NAME**

**CLERK 3 NAME**    **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 2:50 pm

Continue to Second Page

**EXHIBIT**
tabbies
TTV-22

TRU 000066



**TRUE** *the* **VOTE**

**TYPE OF INCIDENT**

June 3          June 14

Primary   +   Runoff   Election   Data Request

**DESCRIPTION OF INCIDENT**

Returned to this office to see Circuit Clerk to
find out if TTV could get these records electronically.
Ms. Johnson said she believed she could comply +
email them week of July 14.
Note: Re Viewing of Absentee Ballot materials, she
(Ms Johnson) revealed that she just found out today that
we couldn't review them. The Circuit Clerk also said
she wasn't sure how much personal voter info would be
included in the docs... No "DNA" for sure!

**REMEDY OR ACTION TAKEN**

We wrote personal check for $100⁰⁰ to pay for
electronic data to be sent in 1 week or so.
(Receipt is attached) ~~the Circuit Cle~~

I certify and affirm that the foregoing information is true and correct.

**SIGNATURE**   Karen Holden

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

TRU 000067



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** John & Karen Hobson

**DATE** 7/7/14

Please complete the fields below using the notes from your activities as a poll watcher

county Lauderdale

**PRECINCT/WARD #:**

**POLLING PLACE NAME**

**ADDRESS** 500 Constitution

**CITY:** Meridian      **STATE** MS      **ZIP** 39301

**COUNTY** Lauderdale

Please complete the fields before using your notes

**POLL SUPERVISOR** ELECTION COMMISSIONER, DISTRICT ONE    Wallace Heggie

**ASST POLL SUPERVISOR** Election Commissioner, DISTRICT unknown – Awanta unknown

**CLERK 1 NAME** office clerical staff –      **CLERK 2 NAME**

**CLERK 3 NAME**      **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT:** 7/7/14 @ 11:45 AM

Continue to Second Page

**EXHIBIT**
tabbies TTV-23

TRU 000068



# TRUE *the* VOTE

**TYPE OF INCIDENT**
Republican June 24th Senate Runoff
Refused Access ~~from~~ to Absentee Ballots from

**DESCRIPTION OF INCIDENT**
- Requested Access to review absentee ballots & envelopes
- Refused access after providing attny. memo to Wallace
- Refusal based on MS code of 1972, revised 23-15-911(2013)
  #1 - allows "any candidate of his representative authorized in writing ... shell have the right to full examination "
- Note: Awana & McDaniel reps. were allowed access to election materials.

**REMEDY OR ACTION TAKEN**
- Reported via phone to Command Center @ Noon
- Continue to pursue electronic records request with district clerk

I certify and affirm that the above information is true and correct

**SIGNATURE**   *John Hobson*   *Karen Belknap*

Mail To:
**True the Vote**
P.O. Box 27378
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

TRU 000069

FOCUS™ Terms [                    ]   Search Within | Original Results (1 - 1) [    ]   **Go**   Advanced...

View Tutorial

View  Full   ⇐ **1 of 1** ⇒

Return to Results | Book Browse

**Miss. Code Ann. § 23-15-911**  (Copy w/ Cite)   Pages: **2**

*Miss. Code Ann. § 23-15-911*

MISSISSIPPI CODE of 1972

**\*\*\* Current through the 2013 Regular Session and 1st and 2nd Extraordinary Sessions \*\*\***

TITLE 23.  ELECTIONS
CHAPTER 15.  MISSISSIPPI ELECTION CODE
ARTICLE 29.  ELECTION CONTESTS
A.  GENERAL PROVISIONS

Miss. Code Ann. § 23-15-911  (2013)

§ 23-15-911. Control of ballot boxes and their contents after general or primary elections; examinations by candidates or their representatives

(1) When the returns for a box and the contents of the ballot box and the conduct of the election thereat have been canvassed and reviewed by the county election commission in the case of general elections or the county executive committee in the case of primary elections, all the contents of the box required to be placed and sealed in the ballot box by the managers shall be replaced therein by the election commission or executive committee, as the case may be, and the box shall be forthwith resealed and delivered to the circuit clerk, who shall safely keep and secure the same against any tampering therewith. At any time within twelve (12) days after the canvass and examination of the box and its contents by the election commission or executive committee, as the case may be, any candidate or his representative authorized in writing by him shall have the right of full examination of said box and its contents upon three (3) days' notice of his application therefor served upon the opposing candidate or candidates, or upon any member of their family over the age of eighteen (18) years, which examination shall be conducted in the presence of the circuit clerk or his deputy who shall be charged with the duty to see that none of the contents of the box are removed from the presence of the clerk or in any way tampered with. Upon the completion of said examination the box shall be resealed with all its contents as theretofore. And if any contest or complaint before the court shall arise over said box, it shall be kept intact and sealed until the court hearing and another ballot box, if necessary, shall be furnished for the precinct involved.

(2) The provisions of this section allowing the examination of ballot boxes shall apply in the case of an election contest regarding the seat of a member of the State Legislature. In such a case, the results of the examination shall be reported by the applicable circuit clerk to the Clerk of the House of Representatives or the Secretary of the Senate, as the case may be.

**HISTORY:** SOURCES: Derived from 1972 Code § 23-3-23 [Codes, 1942, § 3169; Laws, 1935, ch. 19; repealed by Laws, 1986, ch. 495, § 333]; en, Laws, 1986, ch. 495, § 279; Laws, 1987, ch. 499, § 10; Laws, 2000, ch. 450, § 4, eff from and after August 7, 2000 (the date the United States Attorney General interposed no objection under Section 5 of the Voting Rights Act of 1965 to the amendment of this section).

View  Full   ⇐ **1 of 1** ⇒

Return to Results | Book Browse

7/7/2014 8:35 AM

TRU 000070

# Wallace Heggie

LAUDERDALE COUNTY, MISSISSIPPI

ELECTION COMMISSIONER, DISTRICT ONE

First Floor
500 Constitution Avenue
Meridian, MS 39301
wheggie@lauderdalecounty.org

P.O. Box 1005
Meridian, MS 39302-1005
Office: (601) 484-3981
Cell: (601) 917-1020
Fax: (601) 482-9734

## Wallace Heggie
LAUDERDALE COUNTY, MISSISSIPPI
ELECTION COMMISSIONER, DISTRICT ONE

First Floor
500 Constitution Avenue
Meridian, MS 39301
wheggie@lauderdalecounty.org

P.O.  Box 1005
Meridian, MS 39302-1005
Office: (601) 484-3981
Cell: (601) 917-1020
Fax: (601) 482-9734



## DONNA JILL JOHNSON
Lauderdale County
Circuit Clerk

P.O. Box 1005
Meridian, MS 39302-1005
circuitclerk@lauderdalecounty.org

Phone: 601.482.9731
Fax: 601.482.9734
Cell: 601.479.2626



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** ERIN ANDERSON & ROBERTA SWANK

**DATE** 7-8-14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** JEFFERSON COUNTY CIRCUIT CLERK

**ADDRESS** 1401 MAIN ST

**CITY** FAYETTE    **STATE** MS    **ZIP** 39069

**COUNTY** JEFFERSON

— CUULD NOT FIND COURTHOUSE — ADDRESS ON WEBSITE
NOT VALID, CALLED FOR
**POLL SUPERVISOR** DIRECTIONS BUT STILL
COULDN'T LOCATE
**ASST POLL SUPERVISOR** BLDG.

**CLERK 1 NAME**    **CLERK 2 NAME**

**CLERK 3 NAME**    **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT**

Continue to Second Page

**EXHIBIT**
tabbies TTV-24

TRU 000073



**TRUE** *the* **VOTE**

**TYPE OF INCIDENT**

**DESCRIPTION OF INCIDENT**

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME**  Julia Hoenig

**DATE**  7/7/14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**  N/A

**POLLING PLACE NAME**  Jefferson Davis County

**ADDRESS**

**CITY**          **STATE**          **ZIP**

**COUNTY**

Please complete the fields below using your notes.

**POLL SUPERVISOR**  Michelle Williams    Deputy Clerk

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**          **CLERK 2 NAME**

**CLERK 3 NAME**          **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT**  4:50 pm    7/7/14

Continue to Second Page

**EXHIBIT**
TTV-25



# TRUE *the* VOTE

**TYPE OF INCIDENT** _No access to election data_

**DESCRIPTION OF INCIDENT** Clint Langley, Circuit Clerk, was on vacation and Michelle would not allow any electronic data sent (said only he could do it) or allow us to view absentee ballots / poll book / envelopes / apps. The McDaniel campaign was there already viewing it. Michelle said she had received email from SOS's office earlier that day reminding them that no one except those affiliated w/ campaigns or candidate could see election ballots or poll book. She would not put this in writing for us - just verbal. Her words that she would not sign anything "b/c I'm not going to court."

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** _Julie Hoeny_    7/7/14

_[signature]_    7-7-14

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

TRU 000076



## TRUE *the* VOTE

### INCIDENT REPORT

**NAME** *Melinda Kinley*

**DATE** *7-7-2014*

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME**

**ADDRESS**

**CITY**   **STATE**   **ZIP**

**COUNTY** *Hinds*

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION** *Elections Office*

**DATE/TIME OF INCIDENT**

Continue to Second Page

**EXHIBIT**

tabbies® *TTV-26*



**TRUE** *the* **VOTE**

**TYPE OF INCIDENT**

**DESCRIPTION OF INCIDENT**

Boxes of Democratic Poll Books from the 2014 Primary
+ Runoff were sitting in open boxes on the floor. Bill
Billingsly pulled out a pole book to & flipped through
it to show us how voters voted in both elections. My
concern - books in open boxes sitting on floor in
Conference Room. 2 doors (1 from hallway + 1 from elections office)
that people could go in + out.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**   Melinda Kinley   Ruth Wall
Sharon Owin
Jan Lea

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**

TRU 000078



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** *Melinda Kinley*

**DATE** *7-8-14*

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME**

**ADDRESS**

**CITY**          **STATE**          **ZIP**

**COUNTY** *Hinds*

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**          **CLERK 2 NAME**

**CLERK 3 NAME**          **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT**

Continue to Second Page

EXHIBIT
tabbies® TTV-27



## TRUE *the* VOTE

**TYPE OF INCIDENT**

**DESCRIPTION OF INCIDENT**
the examination Room from the hallway

The door was a revolving door for the press & other people who were in & out of the room for at least the 1st 3 hours.

We were NOT Allowed in Room at all.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**   Melinda Kinley, Ruth Wall

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**



## TRUE *the* VOTE

### INCIDENT REPORT

**NAME** Melinda Kinley

**DATE** 7-7-2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME**

**ADDRESS**

**CITY**    **STATE**    **ZIP**

**COUNTY** HINDS

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**    **CLERK 2 NAME**

**CLERK 3 NAME**    **CLERK 4 NAME**

**OFFENDER POSITION** Bill Billingsly - Volunteer for Chris McDaniels campaign, Member of Elections Board

**DATE/TIME OF INCIDENT** of Madison County

Continue to Second Page

EXHIBIT
tabbies TTV-28

TRU 000081



## TRUE *the* VOTE

**TYPE OF INCIDENT**

**DESCRIPTION OF INCIDENT**

Bill Billingsly told us "Citizens can't participate in the examination process. Only the McDaniels & Cochran people."

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**   *Melinda Kinley, Ruth Wall*
*Sharon Rubin, Jan Loen*

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

TRU 000082



## TRUE *the* VOTE

INCIDENT REPORT

**NAME** Melinda Kinley

**DATE** 7-8-14

PRECINCT/WARD #

POLLING PLACE NAME

ADDRESS

CITY     STATE     ZIP

COUNTY *Hinds*

POLL SUPERVISOR

ASST POLL SUPERVISOR

CLERK 1 NAME     CLERK 2 NAME

CLERK 3 NAME     CLERK 4 NAME

OFFENDER POSITION

DATE/TIME OF INCIDENT

**EXHIBIT**

tabbies® TTV-29



**TRUE** *the* **VOTE**

**TYPE OF INCIDENT**

**DESCRIPTION OF INCIDENT**

*See Attached*

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** *Melendee Finley , Ruth Wall*

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

①

7-8-14

Barbara Dunn - Circuit Clerk - Hinds County

B. Dunn walked out of the examination room +
Ruth Wall + I met her. Complimented her blue
dress, etc. We introduced ourselves + Ruth
told her we were with True the Vote. We chit
chatted a little bit about random things.

B. Dunn brought up the Circuit Clerks conference
that she would be leaving for the next morning.
It was going to be in Bay St. Louis. She was
taking her daughter. (are tax payers paying for this?)
B. Dunn said "I'm leaving town tomorrow for
the circuit clerk convention on the coast and I
am looking forward to it. I'm tired of all this.
Its like a bunch of kids fighting. I won't be
here so someone ~~else~~ else can take of the
while I am gone." Ruth said "Will someone
else be in charge?" B. Dunn said "someone in
her office will answer the questions + get what
they need."

Ruth + I asked if it was true that only 2
people from each ~~stan~~ party were allowed to
be in the examination room. B. Dunn made a
quizical face (a face that said Why not?) I ~~said~~
asked if she could find out what the rule is for

②

this. She very quickly said "Oh, its too crowded in there. There is not enough room."

B. Dunn said we could bring 2 chairs where we had been standing for 3 hours. (Ruth & I were told 1st thing in the morning that when they finished examining 1 box, they would let us start looking at the box. So - we stood outside the door & waited & waited!) B. Dunn also offered us water.

I was told earlier by Bill Billingsly that he would hand us the box they were examining when they were done. This bothered me so I asked B. Dunn if it was alright for him to do this. My exact question was "When Bill gives us the boxes of ballots to examine, can we go down the hall & sit at the table to look at them?" She said "Yes".

Ruth asked "Do we need to bring them to you 1st so you can release them to us, or do we just go & sit at the table & go through them?" She said "Yes, thats fine." I said "I just want to make sure we are doing the right thing" & Ruth said "Yes, we don't want to get in trouble."

③

This really bothered me thinking that anyone could do this + walk out the building with them. I couldn't believe Bill would just hand them to me in the hall + no one would be supervising us. I asked B Dunn "So, it's O.K. for Bill to just hand them off to us without signing anything?" B. Dunn said "Yes, just be sure to bring them back to my office when you are finished." I said "Your office means going through those glass doors + just giving them to someone in there?" She said "Yes". Ruth said "Is that where Zack is?" B. Dunn said "Yes". Ruth said - "So we'll just come in + put them on the counter?"

I said once again "So, it's O.K to take the Ballots from Bill, walk down the hall to the Table + sit + look through the ballots?" B. Dunn said "Yes, Oh, ~~well~~ I will have 1 of my people sitting with you."

B. Dunn said "I can't wait to go to the beach because this was a ... (something about busy time with the Runoff, etc.)

TRU 000087

(2) From and after July 1, 2008, no person may qualify as a candidate for more than one (1) municipal office if the election for those offices occurs on the same day. If a person takes the steps necessary to qualify for more than one (1) office, the appropriate executive committee or election commissioner shall determine the last office for which the person qualified and the person shall be considered to be qualified as a candidate for that office only and the person shall be notified of this determination.

**SOURCES:** Laws, 2007, ch. 604, § 1, eff September 10, 2007 (the date the United States Attorney General interposed no objection under Section 5 of the Voting Rights Act of 1965, to the addition of this section.)

ARTICLE 29.
ELECTION CONTESTS.

Subarticle A.
General Provisions

### § 23-15-911. Control of ballot boxes and their contents after general or primary elections; examinations by candidates or their representatives.

(1) When the returns for a box and the contents of the ballot box and the conduct of the election thereat have been canvassed and reviewed by the county election commission in the case of general elections or the county executive committee in the case of primary elections, all the contents of the box required to be placed and sealed in the ballot box by the managers shall be replaced therein by the election commission or executive committee, as the case may be, and the box shall be forthwith resealed and delivered to the circuit clerk, who shall safely keep and secure the same against any tampering therewith. At any time within twelve (12) days after the canvass and examination of the box and its contents by the election commission or executive committee, as the case may be, any candidate or his representative authorized in writing by him shall have the right of full examination of said box and its contents upon three (3) days' notice of his application therefor served upon the opposing candidate or candidates, or upon any member of their family over the age of eighteen (18) years, which examination shall be conducted in the presence of the circuit clerk or his deputy who shall be charged with the duty to see that none of the contents of the box are removed from the presence of the clerk or in any way tampered with. Upon the completion of said examination the box shall be resealed with all its contents as theretofore. And if any contest or complaint before the court shall arise over said box, it shall be kept intact and sealed until the court hearing and another ballot box, if necessary, shall be furnished for the precinct involved.

(2) The provisions of this section allowing the examination of ballot boxes shall apply in the case of an election contest regarding the seat of a member of the State Legislature. In such a case, the results of the examination shall be reported by the applicable circuit clerk to the Clerk of the House of Representatives or the Secretary of the Senate, as the case may be.

**SOURCES:** Derived from 1972 Code § 23-3-23 [Codes, 1942, § 3169; Laws, 1935, ch. 19; repealed by Laws, 1986, ch. 495, § 333]; en, Laws, 1986, ch. 495, § 279; Laws, 1987, ch. 499, § 10; Laws, 2000, ch. 450, § 4, eff from and after August 7, 2000 (the date the United States Attorney General interposed no objection under Section 5 of the Voting Rights Act of 1965 to the amendment of this section.)

### § 23-15-913. Judges to be available to hear and resolve election day disputes.

The judges listed and selected to hear election disputes as provided in Section 23-15-951, Mississippi Code of 1972, shall be available on election day to immediately hear and resolve any election day disputes. The rules for filing pleadings shall be relaxed to carry out the purposes of this section. The judges selected shall perform no other judicial duties on election day. The Supreme Court shall send judges to the sites of disputes but no judge shall hear a dispute in the district, subdistrict or county in which he was elected nor shall any judge hear any dispute in which any potential conflict may arise. Each judge shall be fair and impartial and shall be assigned on that basis.

**SOURCES:** Laws, 1999, ch. 301, § 15, eff from and after January 15, 1999 (the date the United States Attorney

TRU 000088



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** *Ruth Wall*

**DATE** *7/8/14*

Please complete the fields below using the notes from your activities as a poll watcher.

**PRECINCT/WARD #**

**POLLING PLACE NAME** *Hinds County Court House*

**ADDRESS**

**CITY** *Jackson*   **STATE** *MS*   **ZIP**

**COUNTY** *Hinds*

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** *all day*

Continue to second page

**EXHIBIT**

tabbies *TTV-30*



**TRUE** *the* **VOTE**

**TYPE OF INCIDENT**  *Refusal to see ADs*

**DESCRIPTION OF INCIDENT**  *See attached sheet*

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct

**SIGNATURE**  *Ruth Wall*
*Melendee Kinley*

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

Incident Report - Hinds County
Tuesday, July 8, 2014
Ruth Wall

Melinda Kinley & I arrived 9:25a at the Circuit Clerk's office. Bill Billingsly, volunteer for McDaniel's campaign, was walking out of Clerk's ofc & stated they were about to begin examining the ballots in the conference room. Told us that we could not see the absentee docs or be in exam room because State law says only 2 reps for each candidate were allowed. Bill agreed that when they were finished he could bring the docs back to Clerk & then we could see them. He volunteered to call Melinda & said it might be an hour or so before they were finished. We saw Pete Perry (Cochran's rep) walk by to exam room. We "hung out" standing by exam room door watching who entered & left. There were 4 men & 1 woman (5) around central table. At one point Perry left & returned carrying 2 white boxes, which we were later told contained rejection ballots & military ballots, etc. Often there were 5 or more additional people walking in & out & some of them gathered down the hall in front of Clerk's ofc by a long table.

About 10:30a or so a female reporter from local channel 12 & FOX Entertainment Ch. 40 arrived & set up camera on tripod in hall

We we're mislead twice & once. If it's law that only 2 reps from both parties were allowed in their room a lady named De Gesha confirmed this was true.

Incident Report - Hinds Cnty ②
7/8/2014 - Ruth Wall

in front of us. We asked her affiliation & she
told us WLBT & said she's been covering
the story "from the beginning." This reporter
was allowed to go in & out of the exam
room while review was conducted & she
even filmed inside the room. She also set up
camera outside the room in the hall &
interviewed one of the young men who went
in & out (who had also been "observing" us.)
Reporter interviewed Bill Billingsley in the hall
& we moved aside so as not to be seen or to
interfere. Later we asked reporter when the
filming would appear on news & she said "It
was already on the noon broadcast but would
also be on at 5 or 6 p. She had easy access
to the people in the exam room & apparently
filmed inside the room too.

We stood outside exam room for several
hours waiting for them to bring out some
docs for our review as we had been told by
Billingsley earlier.

[INSERT - See Incident report by Melinda
   Kinley regarding our meet w/ Clerk Barbara
   Dunn during this time period.]

* 

Melinda had been texting Catherine & Vickie
regularly as events occurred. Greg & Catherine
appeared after noon during Barbara Dunn's

Incident Report - Hinds Cnty
7/8/2014 - Ruth Wall                    ③

Lunch hour. We informed them of all these
events. Greg & Melinda went into Dunn's
office area & spoke to Le Decha McKinley who
is the person Barbara Dunn has appointed
to handle her ofc while Dunn goes to the
Circuit Clerk's convention starting tomorrow
Wed July 9. Le Decha gave them a printed
copy of an email message from the
Secy of State ofc regarding procedure for
who could see the docs, etc.

✱  [ Insert: Catherine Englebrecht took cell phone
pictures of the 3 pages & also the printed copy
version with her. See Catherine for details ]

We were with Catherine & Greg when Bill
Billingsly left for lunch & met them and us.
Then Barbara Dunn arrived from lunch.
Greg explained to her what docs we were
attempting to review. Melinda & Catherine wrote
on a small slip of paper " absentee
applications + Envelopes and all Federal
Postcard Applications (FPCA) submitted
since June 2012," Greg gave Barbara Dunn
this paper request & Barbara said she would
go to her office & call the Attorney General
for direction. Greg & Catherine left & we
waited about 45 min or so.
        Then Pete Perry & another man who

Incident Report – Hinds Cnty
7/8/2014 – Ruth Wall                    ④

would not give his name but later stated
he was part of Cochran campaign came
to us. Perry said that State law
says no one other than the candidates
or their reps are allowed to examine
the absentee ballots until 20 days after
the election. This period is so they
parties (candidates) could "CONTEST" the election.
If any 3rd party were allowed to view/
review the ballot info, it could cause
a court to throw out the contest. So
neither True The Voter nor anyone else can
see these docs. We asked for a copy
of the law and Perry gladly made a
copy & brought it to us. See attached
sheet for law: Mississippi Election Code,
p. 155, Revised 1/2009.

We were gathering our belongings
to leave shortly thereafter when Pete Perry
went into Clerk's office & came back out
with the small paper request we had given
Barbara Dunn (see page 2 of these notes with
stars in margin) & Perry said we could
not have access to the absentee apps & envelopes
for June 24 runoff due to 20 day wait period
before they become public docs. Perry did say
we could probably get Dunn's ofc to find
the FPCA's from June 2012 on. He said

TRU 000094

Incident Report – Hines Cnty
7/8/2014 – Ruth Wall                    ⑤

Mississippi Atty Genl who confirmed
what we were being told.
    So as we prepared to leave, Election
Commissioner Connie Cochran walked
by & said she was working on
our previous day's request for
electronic files (Excel) but it was a
hectic day & she said she would
send them to us at the email addresses
given her (Tayler Phillips & Melinda
Kinley).

TRU 000095

*Absentee*
*Applications*
*&*
*Envelopes*
*and*

*all Federal Postcard*
*Applications (FPCA)*
*both this once June 7-12*

*Given to Barbara*
*Dunn by Greg Phillips*
*This paper was returned*
*to me by Pete Perry*

... may qualify as a candidate for more than one (1) municipal office if the
... me day. If a person takes the steps necessary to qualify for more than one
... mittee or election commissioner shall determine the last office for which
... be considered to be qualified as a candidate for that office only and the
... ion.

... September 10, 2007 (the date the United States Attorney General
... the Voting Rights Act of 1965, to the addition of this section.)

## ARTICLE 29.
### ELECTION CONTESTS.

#### Subarticle A.
#### General Provisions

... tents after general or primary elections; examinations by candidates

... nts of the ballot box and the conduct of the election thereat have been
... on commission in the case of general elections or the county executive
... ll the contents of the box required to be placed and sealed in the ballot
... n by the election commission or executive committee, as the case may
... d delivered to the circuit clerk, who shall safely keep and secure the
... y time within twelve (12) days after the canvass and examination of the
... ion or executive committee, as the case may be, any candidate or his
... ...... by him shall have the right of full examination of said box and its contents upon
three (3) days' notice of his application therefor served upon the opposing candidate or candidates, or upon any
member of their family over the age of eighteen (18) years, which examination shall be conducted in the presence of
the circuit clerk or his deputy who shall be charged with the duty to see that none of the contents of the box are
removed from the presence of the clerk or in any way tampered with. Upon the completion of said examination the
box shall be resealed with all its contents as theretofore. And if any contest or complaint before the court shall arise
over said box, it shall be kept intact and sealed until the court hearing and another ballot box, if necessary, shall be
furnished for the precinct involved.

(2) The provisions of this section allowing the examination of ballot boxes shall apply in the case of an election
contest regarding the seat of a member of the State Legislature. In such a case, the results of the examination shall be
reported by the applicable circuit clerk to the Clerk of the House of Representatives or the Secretary of the Senate,
as the case may be.

**SOURCES:** Derived from 1972 Code § 23-3-23 [Codes, 1942, § 3169; Laws, 1935, ch. 19; repealed by Laws, 1986,
ch. 495, § 333]; en, Laws, 1986, ch. 495, § 279; Laws, 1987, ch. 499, § 10; Laws, 2000, ch. 450, § 4, eff from and
after August 7, 2000 (the date the United States Attorney General interposed no objection under Section 5 of the
Voting Rights Act of 1965 to the amendment of this section.)

### § 23-15-913. Judges to be available to hear and resolve election day disputes.

The judges listed and selected to hear election disputes as provided in <u>Section 23-15-951</u>, Mississippi Code of 1972,
shall be available on election day to immediately hear and resolve any election day disputes. The rules for filing
pleadings shall be relaxed to carry out the purposes of this section. The judges selected shall perform no other
judicial duties on election day. The Supreme Court shall send judges to the sites of disputes but no judge shall hear a
dispute in the district, subdistrict or county in which he was elected nor shall any judge hear any dispute in which
any potential conflict may arise. Each judge shall be fair and impartial and shall be assigned on that basis.

**SOURCES:** Laws, 1999, ch. 301, § 15, eff from and after January 15, 1999 (the date the United States Attorney



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Ruth Wall

**DATE** 7/7/14

Please complete the fields below using the notes from your activities as a poll watcher.

**PRECINCT/WARD #**

**POLLING PLACE NAME** Hinds Court House

**ADDRESS** 316 S. President

**CITY** Jackson **STATE** MS **ZIP** 39201

**COUNTY** Hinds

Please complete the fields below using your notes

**POLL SUPERVISOR** McDaniels campaign volunteer Bill and Billingsly

**ASST POLL SUPERVISOR** Elections Commissioner Annie Cochran

**CLERK 1 NAME** **CLERK 2 NAME**

**CLERK 3 NAME** **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7/7/14

Continue on Second Page

**EXHIBIT**

tabbies TTV-31

*Ruth Wall*
*pg 2*



# TRUE the VOTE

**TYPE OF INCIDENT** weren't given immediate access to absentee ballots

**DESCRIPTION OF INCIDENT** Bill Billingsley stated that we couldn't see June 24 Runoff ballot info until it was certified later today or Tuesday. Said the 3 parties need to see them first & then we would have access. Said room tomorrow would be crowded but we were welcome to come, & he would give us the box after they were finished. Cochran's people didn't join us. Later Bill was helpful in giving us info on how to file open records request to be present for viewing the docs & getting electronic files we requested. He asked Zach & in clerk Barbara Dunn etc to assist in our written request, which he did. We presented the request from Zach to Billingsley who would give to Election Commissioner Connie Cochran upon

**REMEDY OR ACTION TAKEN** her return from lunch. When we returned from lunch, Connie & Bill were together. Connie said "I can't give you today the electronic file (Excel sheet) of June 3 Primary ballots because election must first be "CLOSED" by Pete Perry (Chmn of Hinds Cnty Republ. party) then she would gladly give to us. She said "I could probably get it for you tomorrow Tues afternoon". She agreed to Print inside file email to Taylor Phillips & Melinda Kinley (TTV). She gave us her cell # & took Melinda's #. Connie is married to Thad's younger brother.
Connie said her report might not show whether voter voted in person or absentee, but she will TRY to get that info for us Tuesday. Connie explained procedure → (over)

I certify and affirm that the above information is true and correct.

**SIGNATURE** Ruth Wall, Sharon Quinn
Melinda Kinley
Jan Loar

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**

for system of absentee ballots. Said rejected
absentee ballots are kept in vault. all ballots
of any kind MUST be kept 21 mos. Poll
workers have final word if an absentee ballot
is accepted or rejected, per the SOS ofc or,
Connie said, maybe the AG. after election
is closed + after 21 mos, ballots are
then taken to warehouse for several years.


Ruth Wall
P-3



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** *Sharon Quinn*

**DATE** *July 7, 2014*

Please complete the fields below using the notes from your activities as a poll watcher.

**PRECINCT/WARD #** *Hinds County*

**POLLING PLACE NAME**

**ADDRESS** *315 S. President*

**CITY** *Jackson*   **STATE** *MS*   **ZIP** *39201*

**COUNTY** *Hinds*

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION** *Connie Cochman Election Commissioner*

**DATE/TIME OF INCIDENT** *July 7, 2014*

Continue to Second Page

**EXHIBIT**
tabbies® TTV-32

TRU 000100



## TRUE the VOTE

**TYPE OF INCIDENT** Not allowed to Info for June 3 Primary

**DESCRIPTION OF INCIDENT** We were not allowed to see or obtain hard copy as well as an electronic file. Connie said all information had not been pulled together but tomorrow afternoon she will try to email a file ~~tomorrow~~ (7-8-2014) ~~afternoon~~) to Taylor.phillips1@gmail.com

**REMEDY OR ACTION TAKEN** Presented an Open Records Request to Zack in the Circuit Clerks office. He then gave the request to Connie Cochran.

I certify and affirm that the above information is true and correct.

**SIGNATURE** Sharon Dunn, Ruth Wall
Melinda Kinley
Jan Loan

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**

TRU 000101



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** *Melinda Kinky*

**DATE** *7-7-14*

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME**

**ADDRESS**

**CITY**      **STATE**      **ZIP**

**COUNTY** *Hinds*

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**      **CLERK 2 NAME**

**CLERK 3 NAME**      **CLERK 4 NAME**

**OFFENDER POSITION** *Election Office*

**DATE/TIME OF INCIDENT**

Continue to Second Page

EXHIBIT

TTV-33



## TRUE *the* VOTE

**TYPE OF INCIDENT**

**DESCRIPTION OF INCIDENT**
(conference)

Wanted to look at Absentee Ballots. Connie Cochran took us to back room where there was an open box of Ballots ~~around the~~ sitting on table. She saw them & said we could look at them. They were random ballots - some had envelopes attached, and I thought I saw a 2003 date on ~~the~~ one of them. We said we wanted the ballots from the 2014 Run Off election. She said we could NOT look at them until the election was certified. Maybe that afternoon, maybe tommorrow.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**   Melinda Kinley, Ruth Wall, Shanna Owen
                Jan Lon

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**

TRU 000103



## TRUE *the* VOTE

### INCIDENT REPORT

**NAME** JAN LOAR

**DATE** 7-7-14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Hinds

**ADDRESS** 315 S. President

**CITY** Jackson   **STATE** MS   **ZIP** 39201

**COUNTY** HINDS

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION** Bill Billingsly, Volunteer for McDaniel Campaign, 2nd Executive Member of Madison County BOE

**DATE/TIME OF INCIDENT** 7/7/14   ☺ 1:00 PM

Continue to Second Page

EXHIBIT
TTV-34

tabbies®

TRU 000104



**TRUE** *the* **VOTE**

**TYPE OF INCIDENT** We were (del) advised to turn records requests because we would probably be denied access to any and all documents

**DESCRIPTION OF INCIDENT**
Billingsly warned us that we didn't have any authority to view any records. Only the Cochran Campaign, McDaniel Campaign, and Democratic Party have jurisdiction to see any documents. He advised that we turn in records requests to the circuit clerks office.

**REMEDY OR ACTION TAKEN**
We filled out a records request form. See attached.

I certify and affirm that the above information is true and correct

**SIGNATURE**

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**

TRU 000105