**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § | |
| Plaintiffs, | § | |
| v. | § | Cause No. 3:14-cv-00532-NFA |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § | |
| Defendants. | § | |

**APPENDIX – VOLUME 4**
**EXHIBITS 35-38**

| **Description** | **Exhibit** |
|---|---|
| 7-7-2014 Incident Report from Hinds County – Jan Loar | TTV-35 |
| 7-7-2014 Incident Report from Hinds County – Melinda Kinley | TTV-36 |
| 7-7-2014 Incident Report from Hinds County – Jan Loar | TTV-37 |
| 7-7-2014 Open/Public Records Request (Hinds County – Melinda Kinley) filed 7-7-2014 | TTV-38 |




## INCIDENT REPORT

**NAME** JAN LOAR

**DATE** 7-7-2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Hinds

**ADDRESS** 315 S. President

**CITY** JACKSON **STATE** MS **ZIP** 39201

**COUNTY** Hinds

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME** **CLERK 2 NAME**

**CLERK 3 NAME** **CLERK 4 NAME**

**OFFENDER POSITION** Bill Billingsly, Volunteer for McDaniel Campaign
Also, member of Executive Board of Elections, Madison County, MS

**DATE/TIME OF INCIDENT** 7-7-14

Continue to Second Page

EXHIBIT
TTV-36




**TYPE OF INCIDENT** Opened All Precinct Ballot Bags – Tearing Seal

**DESCRIPTION OF INCIDENT**

Bill stated that he kept tabs on all the seals – and actually broke all the seals on the precinct ballot bags. He stated that he kept track of this in case new seal numbers were associated with any of the ballot bags. He also stated that this is not something done by the Election Commission – but he did provide ~~them copy~~ them a copy of his seal number lists. He open all these ballot bags for Absentee ballots independently.

**REMEDY OR ACTION TAKEN**

Noted that incident had occurred – No action taken.

I certify and affirm that the above information is true and correct.

**SIGNATURE** [signatures]

Mail To:
True the Vote
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org




## INCIDENT REPORT

NAME: Melinda Kirby

DATE: 7-7-14

Please complete the fields below using the notes from your activities as a poll watcher

PRECINCT/WARD #:

POLLING PLACE NAME:

ADDRESS:

CITY: STATE: ZIP:

COUNTY: Hinds

Please complete the fields below using your notes.

POLL SUPERVISOR:

ASST POLL SUPERVISOR:

CLERK 1 NAME: CLERK 2 NAME:

CLERK 3 NAME: CLERK 4 NAME:

OFFENDER POSITION: Grace - lady in office Bill Billingsly - Volunteer for McDaniels campaign

DATE/TIME OF INCIDENT:

Continue to Second Page

EXHIBIT TTV-36




**TYPE OF INCIDENT**

**DESCRIPTION OF INCIDENT** (primary runoff 2014)

Wanted to get electronic info from Connie Cochran. Bill left room & came back & said Connie at lunch (11:20) & would be back in 30 min. We waited. after 45 min., Ruth Wall went to ask Grace (lady working in office) if Connie was back. Grace said "she just went to lunch". Ruth asked "When will she be back?" Grace said "Oh, probably an hour or so."

Ruth Wall w/TTV was the one who asked "Grace" if Connie was back from lunch & Grace said, "No, she just left." RW

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** Melinda Renley, Ruth Wall, [illegible] Sharon Quinn

Mail To:

**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**



TRUE the VOTE

# INCIDENT REPORT

| | |
|---|---|
| NAME | JAN LOAR |
| DATE | 7-7-2014 |

Please complete the fields below using the notes from your activities as a poll watcher

| | |
|---|---|
| PRECINCT/WARD # | |
| POLLING PLACE NAME | Hinds |
| ADDRESS | 315 S. President |
| CITY | Jackson |
| STATE | MS |
| ZIP | 39201 |
| COUNTY | Hinds |

Please complete the fields below using your notes.

| | |
|---|---|
| POLL SUPERVISOR | |
| ASST POLL SUPERVISOR | |
| CLERK 1 NAME | |
| CLERK 2 NAME | |
| CLERK 3 NAME | |
| CLERK 4 NAME | |
| OFFENDER POSITION | Connie Cochran, Hinds County Election Commissioner |
| DATE/TIME OF INCIDENT | 7/7/14 - Monday AM - 9:45 |

Continue to Second Page

EXHIBIT
TTV-31



**TYPE OF INCIDENT** Not Allowed to View Requested Documents

**DESCRIPTION OF INCIDENT** Per Connie Cochran ~~(sister-in-law of Thad Cochran)~~: We were not allowed to view documents* (we requested Absentee Ballots) until after those documents had been certified** and passed through Pete Perry, the Chair of Hinds County Republican Party.

*Connie Cochran - Election Commissioner (Married to Thad Cochran's young brother) Connie's # 601-214-0531

**REMEDY OR ACTION TAKEN**

Connie's response was that that info. must be certified by 5PM today, 7/7/14. ~~and she'll have those~~) We hope to go back tomorrow to see those documents.

** Connie's ~~exact~~ words were - those electronic files must be "closed" prior to documents being "certified."

I certify and affirm that the above information is true and correct

☆ Requested Absentee Documents from June 3, 2014 Primary

**SIGNATURE** [signatures]

Mail To:
True the Vote
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

Open / Public Records Request

July 7, 2014

Run Off Election - GOP
Cochran / McDaniel
As of June 24, 2014

Please provide the following from the June 24th, 2014 Run-Off

1.) Absentee Ballot Application
2.) Absentee Ballot Request Forms
3.) Absentee Ballot Envelopes
4.) Poll Books

Thank you so much!
Melinda Kinty

FILED
JUL - 7 2014
BARBARA DUNN CIRCUIT CLERK
BY ________ D.C.

HINDS

EXHIBIT
TTV-38