**BEIRNE, MAYNARD & PARSONS, L.L.P.**

601 POYDRAS STREET

SUITE 2200

NEW ORLEANS, LOUISIANA 70130-6097

L. EADES HOGUE, PARTNER

TELEPHONE:  (504) 586-1241

FACSIMILE:  (504) 584-9142

DIRECT DIAL 504-584-9431
Email: ehogue@bmpllp.com

July 30, 2014

The Honorable Nancy F. Atlas                                       *Via E-file*
United States Courthouse
515 Rusk Street, Room 9015
Houston, TX  77002-2601

ATTN:  Shelia Ashabranner, Case Manager

Re:   Case No. 3:14-CV-532-NFA; *True the Vote, et al v. The Honorable Delbert Hosemann, et al*; In the United States District Court, Southern District of Mississippi, Jackson Division.

Dear Judge Atlas:

This letter addresses the Court's Order [Doc. 46], issued Friday July 25, 2014, that the parties indicate by July 30, 2014 whether they "desire to seek summary judgment at this stage" on the National Voter Registration Act ("NVRA") claims.  Plaintiffs submit that they so desire.

The Court's Order [Doc. 46] further states that the parties must submit a joint briefing schedule such that briefing on the motions for summary judgment will be complete by Friday, August 22nd.  Therefore, Plaintiffs submit the briefing schedule as follows:

**Wednesday, August 6, 2014:**  motions for summary judgment,

**Friday, August 15, 2014:**  responses to motions for summary judgment, and

**Friday, August 22, 2014:**  replies in support of motions for summary judgment.

Plaintiffs' counsel discussed this briefing schedule with counsel for the Secretary of State, who indicated they were not opposed.[1]  Please do not hesitate to contact us if you have any questions.

---

[1] As the appointed Chief Election Officer, the Circuits are bound by the direction of the Secretary of State.  The motion for summary judgment Plaintiffs intend to file on the NVRA issues will therefore be directed to the Secretary of State as the Chief Election Officer.  Therefore, Plaintiffs' counsel need only consult with counsel for the Secretary of State.

Very truly yours,

*L. Eades Hogue* (signature)

L. Eades Hogue

LEH/KWM
ccs:

| | |
|---|---|
| **Mississippi Republican Party**<br>c/o Mr. Michael B. Wallace<br>T. Russell Nobile<br>WISE CARTER CHILD & CARAWAY, P.A.<br>401 E. Capitol Street<br>Heritage Building, Suite 600<br>Jackson, Mississippi 39201 | *Via E-file* |
| **Honorable Delbert Hosemann**<br>**Secretary of State**<br>c/o Harold Pizzetta, III<br>Office of the Attorney General<br>550 High Street<br>Jackson, MS  39205 | *Via E-file* |
| **Copiah County, Mississippi Election Commission**<br>c/o Elise Berry Munn<br>Berry & Munn, PA<br>P. O. Drawer 768<br>Hazlehurst, MS  39083 | *Via E-file* |
| **Hinds County, Mississippi Election Commission**<br>c/o Peter Teeuwissen<br>Simon & Teeuwissen, PLLC<br>P.O. Box 16787<br>Jackson, MS 39236 | *Via E-file* |
| **Jefferson Davis County, Mississippi Election Commission**<br>c/o Robert E. Sanders<br>Young, Wells, Williams, P.A.<br>141 Township Ave., Suite 300<br>P.O. Box 3005 Richland, MS 39158-6005 | *Via E-file* |

| | |
|---|---|
| **Lauderdale County, Mississippi Election Commission**<br>c/o Lee Thaggard<br>Barry, Palmer, Thaggard, May & Bailey, LLP<br>505 Constitution Ave.<br>P.O. Box 2009<br>Meridian, MS 39302-2009 | *Via E-file* |
| **Leake County, Mississippi Election Commission**<br>c/o Jeffrey T. Webb<br>Webb Law Firm, PLLC<br>203 South Pearl Street<br>Carthage, MS 39051 | *Via E-file* |
| **Madison County, Mississippi Election Commission**<br>c/o Alphonso Michael Espy<br>Mike Espy, Attorney at Law, PLLC<br>317 E. Capitol St., Suite 101<br>Jackson, MS 39201 | *Via E-file* |
| **Rankin County, Mississippi Election Commission**<br>Rankin County Courthouse<br>215 E. Government St.<br>Brandon, MS 39042 | *Via E-file* |
| **Simpson County, Mississippi Election Commission**<br>Simpson County Courthouse<br>100 Court Ave., Suite 2<br>Mandenhall, MS 39114 | *Via U.S. Mail* |
| **Yazoo County, Mississippi Election Commission**<br>Yazoo County Courthouse<br>211 E. Broadway<br>Yazoo City, MS 39194 | *Via U.S. Mail* |