# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**TRUE THE VOTE, et al.**                                                                 **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NUMBER 3:14-CV-532 -NFA**

**DELBERT HOSEMANN, et al.**                                              **DEFENDANTS**

## NOTICE OF INTENT TO
## FILE MOTION FOR SUMMARY JUDGMENT

  **COMES NOW** Pieter Teeuwissen, as counsel for the Hinds County, Mississippi Election Commission, pursuant to the Federal Rules of Civil Procedure and other applicable authority as well as the Court's July 25, 2014 Order, and informs the Court that the Hinds County, Mississippi Election Commission intends to file its Motion for Summary Judgment and accompanying Memorandum of Authorities in this matter.

  Respectfully submitted this the 30th day of July, 2014.

                 /s/Pieter Teeuwissen
                 PIETER TEEUWISSEN, MSB #8777

SIMON & TEEUWISSEN, PLLC
621 EAST NORTHSIDE DRIVE
Jackson, Mississippi 39206
Office:   601-362-8400
Facsimile:  601-362-8444

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he has this day transmitted via electronic mail through ECF electronic filing a true and correct copy of the foregoing Notice of Intent to File Motion for Summary Judgment to the following:

James E. Trainor, III, Esq.
Beirne, Maynord & Parsons, LLP-Austin
401 W. 15th Street, Suite 845
Austin, Texas 78701
ttrainor@bmpllp.com

Joseph M. Nixon, Esq.
Beirne, Maynord & Parsons, LLP-Houston
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
jnixon@bmpllp.com

Kelly Hunsaker Leonard, Esq.
Beirne, Maynord & Parsons, LLP-Houston
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
kleonard@bmpllp.com

Kristen W. McDanald, Esq.
Beirne, Maynord & Parsons, LLP-Houston
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
kmcdanald@bmpllp.com

Lloyd Eades Hogue, Esq.
Beirne, Maynord & Parsons, LLP
601 Poydras Street, Suite 2200
New Orleans, Louisiana 70130
ehogue@bmpllp.com
*Counsel for True the Vote*

Michael B. Wallace, Esq.
Wise, Carter, Child & Caraway-Jackson
Post Office Box 651
Jackson, Mississippi 39205-0651
mbw@wisecarter.com

Thornton Russell Nobile, Esq.
Wise, Carter, Child & Caraway-Gulfport
1105 30th Avenue, Suite 300
Gulfport, Mississippi 39501
trn@wisecarter.com
*Counsel for the Republican Party of Mississippi*

Elise Berry Munn, Esq.
Berry & Munn, P.A.
Post Office Drawer 768
Hazlehurst, Mississippi 39083
emunn@berrymunnpa.com
*Counsel for Copiah County, Mississippi Election Commission*

Robert E. Sanders, Esq.
Young Wells Williams Simmons, PA
Post Office Box 23059
Jackson, Mississippi 39225-3059
rsanders@youngwells.com

John Wesley Daughdrill, Jr., Esq.
Young Wells Williams Simmons, PA
Post Office Box 6005
Ridgeland, Mississippi 39158-6005
wes.daughdrill@youngwells.com
*Counsel for Jefferson Davis County, Mississippi Election Commission*

Lee Thaggard, Esq.
Barry, Thaggard, May & Bailey, LLC
Post Office Box 2009
Meridian, Mississippi 39302-2009
thaggard@barrypalmerlaw.com
*Counsel for Lauderdale County, Mississippi Election Commission*

Jeffrey T. Webb
Webb Law Firm, PLLC
Post office Box 452
Carthage, Mississippi 39051
webblaw@bellsouth.net
*Counsel for Leake County, Mississippi Election Commission*

Mike Espy, Esq.
Mike Espy, PLLC
317 East Capitol Street, Suite 101
Jackson, Mississippi 39201
mike@mikespy.com
*Counsel for Madison County, Mississippi Election Commission*

Craig Lawson Slay, Esq.
Rankin County Board of Supervisors
211 East Government Street, Suite A
Brandon, Mississippi 39042
cslay@rankincounty.org
*Counsel for Rankin County, Mississippi Election Commission*

Respectfully submitted this the 30th of July 2014.

/s/Pieter Teeuwissen
PIETER TEEUWISSEN, MSB #8777