

KELLEY M. BERRY
ELISE B. MUNN

July 30, 2014

The Honorable Nancy F. Atlas *Via E-file*
United States Courthouse
515 Rusk Street, Room 9015
Houston, TX 77002-2601
ATTN: Shelia Ashabranner, Case Manager

    Re: Case No. 3:14-CV-532-NFA; *True the Vote, et al v. The Honorable Delbert Hosemann, et al*; In the United States District Court, Southern District of Mississippi, Jackson Division.

Dear Judge Atlas:

  This letter is in response to the Court's Order [Doc. 46], issued Friday July 25, 2014, that the parties indicate by July 30, 2014 whether they "desire to seek summary judgment at this stage" on the National Voter Registration Act ("NVRA") claims.

  Copiah County Election Commission desires to submit a motion for summary judgment on the merits of the NVRA claims. I have not discussed a briefing schedule with Plaintiffs but would rather offer the same schedule offered by them in their letter to the Court [Doc. 53].

**Wednesday, August 6, 2014:** motions for summary judgment,
**Friday, August 15, 2014:** responses to motions for summary judgment, and
**Friday, August 22, 2014:** replies in support of motions for summary judgment.

  Thank you for your attention to this matter and if you require anything further please let me know.

          Very truly yours,

          ELISE B. MUNN

POST OFFICE DRAWER 768
336 W. GALLATIN STREET
HAZLEHURST, MISSISSIPPI 39083

PHONE: (601) 894-4150
FAX: (601) 894-4717

ccs: Mississippi Republican Party Mississippi Secretary of State
Hinds County, Mississippi Election Commission
Jefferson Davis County, Mississippi Election Commission
Lauderdale County, Mississippi Election Commission
Madison County, Mississippi Election Commission
Rankin County, Mississippi Election Commission
*All Via E-file*

Leake County, Mississippi Election Commission
c/o Jeffrey T. Webb
Webb Law Firm, PLLC
203 South Pearl Street
Carthage, MS 39051
*Via U.S. Mail*

Simpson County, Mississippi Election Commission
Simpson County Courthouse
100 Court Ave., Suite 2
Mendenhall, MS 39114
*Via U.S. Mail*

Yazoo County, Mississippi Election Commission
Yazoo County Courthouse
211 E. Broadway
Yazoo City, MS 39194
*Via U.S. Mail*