July 30, 2014

Hon. Nancy F. Atlas,
  U.S. District Judge
United States Courthouse
515 Rusk Street, Room 9015
Houston, TX  77002-2601
Attn:  Shelia Ashabranner, Case Mgr.

     re:  True the Vote, *et al.* vs. Hon. Delbert Hosemann, *et al.*,
        Civil Action No. 3:14-cv-532-NFA

Dear Judge Atlas,

The Jefferson Davis County Election Commission will file its summary judgment motion, or join the Secretary of State's summary judgment motion, or file a motion to dismiss herein.  This defendant agrees with the proposed briefing schedule of August 6 for initial pleadings and briefs, with August 15 for responses, and August 22 for replies.

Sincerely,

s/ Robert E. Sanders

Robert E. Sanders,
Attorney for Jefferson Davis County Election Commission

RES/vs

cc: all counsel of record via ECF