IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TRUE THE VOTE, et al.**                                                                                     **PLAINTIFFS**

**v.**                                                                    **Civil Action No.:  3:14-cv-00532-NFA**

**THE HONORABLE DELBERT HOSEMANN,**
in his official capacity as Secretary of State for
the State of Mississippi, et al.                                                                 **DEFENDANTS**
_____

**NOTICE OF INTENT OF THE MISSISSIPPI REPUBLICAN PARTY
TO FILE MOTION FOR SUMMARY JUDGMENT**
_____

COMES NOW the Mississippi Republican Party, one of the defendants in this action, sued herein under the name Republican Party of Mississippi, and respectfully advises this Court, pursuant to its order of July 25, 2014, that the Party intends to file its motion for summary judgment on all counts of the complaint.  A copy of the letter from the Party's counsel to the Court is attached hereto as Exhibit 1.

Respectfully submitted this the 30th day of July, 2014.

                                  MISSISSIPPI REPUBLICAN PARTY

                    By:     *s/Michael B. Wallace*
                           Michael B. Wallace (MSB No. 6904)
                           WISE CARTER CHILD & CARAWAY, P.A.
                           Post Office Box 651
                           Jackson, Mississippi 39202-0651
                           Telephone: 601.968.5500
                           mbw@wisecarter.com

                           T. Russell Nobile (MSB No. 100682)
                           WISE CARTER CHILD & CARAWAY, P.A.
                           1105 30th Avenue, Suite 300
                           Gulfport, Mississippi 39501
                           Telephone: 228.867.7141
                           trn@wisecarter.com

**CERTIFICATE OF SERVICE**

   I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Joseph M. Nixon<br>Kelly Hunsaker Leonard<br>Kristen W. McDanald<br>Lloyd Eades Hogue<br>BEIRNE, MAYNORD & PARSONS, LLP<br>1300 Post Oak Blvd., Suite 2500<br>Houston, Texas  77056<br>jnixon@bmpllp.com<br>kleonard@bmpllp.com<br>kmcdonald@bmpllp.com<br>ehogue@bmpllp.com | Robert E. Sanders<br>YOUNG WELLS WILLIAMS SIMMONS, P.A.<br>Post Office Box 23059<br>Jackson, Mississippi  39225-3059<br>rsanders@youngwells.com<br><br>John Wesley Daughdrill, Jr.<br>YOUNG WELLS WILLIAMS SIMMONS, P.A.<br>Post Office Box 6005<br>Ridgeland, Mississippi  39157<br>wes.daughdrill@youngwells.com |
| James Edwin Trainor<br>BEIRNE, MAYNORD & PARSONS, LLP<br>401 W. 15th Street, Suite 845<br>Austin, Texas  78701<br>ttrainor@bmpllp.com<br><br>*Counsel for Plaintiffs* | *Counsel for Jefferson Davis County, Mississippi Election Commission* |
| Harold Edward Pizzetta, III<br>Justin L. Matheny<br>OFFICE OF THE ATTORNEY GENERAL<br>Post Office Box 220<br>Jackson, Mississippi  39205-0220<br>hpizz@ago.state.ms.us<br>jmath@ago.state.ms.us<br><br>*Counsel for The Hon. Delbert Hosemann* | Elise Berry Munn<br>BERRY & MUNN, P.A.<br>Post Office Drawer 768<br>Hazlehurst, Mississippi  39083<br>emunn@berrymunnpa.com<br><br>*Counsel for Copiah County, Mississippi Election Commission* |
| Pieter Teeuwissen<br>PIETER TEEUWISSEN, PLLC<br>Post Office Box 16787<br>Jackson, Mississippi  39236<br>adwoodard@bellsouth.net<br><br>*Counsel for Hinds County, Mississippi Election Commission* | Jeffrey T. Webb<br>WEBB LAW FIRM, PLLC<br>Post Office Box 452<br>Carthage, Mississippi  39051<br>webblaw@bellsouth.net<br><br>*Counsel for Leake County, Mississippi Election Commission* |

| | |
|---|---|
| Lee Thaggard<br>BARRY, THAGGARD, MAY & BAILEY, LLP<br>Post Office Box 2009<br>Meridian, Mississippi  39302-2009<br>thaggard@barrpalmerlaw.com<br><br>*Counsel for Lauderdale County,*<br>*Mississippi Election Commission* | Craig Lawson Slay<br>RANKIN COUNTY BOARD OF SUPERVISORS<br>211 East Government Street, Suite A<br>Brandon, Mississippi  39042<br>cslay@rankincounty.org<br><br>*Counsel for Rankin County, Mississippi*<br>*Election Commission* |

Mike Espy
MIKE ESPY, PLLC
317 East Capitol Street, Suite 101
Jackson, Mississippi  39201
mike@mikespy.com

>*Counsel for Madison County,*
>*Mississippi Election Commission*

   This the 30th day of July, 2014.

>                                      *s/Michael B. Wallace*
>                                      Michael B. Wallace