

**WISE CARTER CHILD & CARAWAY, P.A.**
ATTORNEYS AT LAW

MICHAEL B. WALLACE
JACKSON, MISSISSIPPI

MBW@WISECARTER.COM
DIRECT LINE: (601)968-5534
FACSIMILE: (601)944-7738

July 30, 2014

<u>Via: Email and US Mail</u>
Honorable Nancy F. Atlas
United States Courthouse
515 Rusk Street, Room 9015
Houston, Texas 77002-2601

Re: *True the Vote, et al. v. Delbert Hosemann, et al.;* US District Court, Southern District of Mississippi; No.: 3:14-cv-00532-NFA

Dear Judge Atlas:

As directed by this Court's order of July 25, 2014, the Mississippi Republican Party advises the Court that it intends promptly to move for summary judgment on all counts of plaintiffs' complaint.

I was surprised to receive Mr. Hogue's letter to the Court describing his scheduling discussions with counsel for Secretary Hosemann. Plaintiffs' counsel has had no such discussions with us, and his letter does not suggest that the Party is in any way bound by the Secretary's position.

Because plaintiffs have advised the Court of their position without consulting the Party, we will simply proceed to advise Your Honor of our position. Because the subject matter of the pending preliminary injunction issue and any summary judgment motion substantially overlap, we believe that the briefing schedule should be substantially identical. We have no objection to plaintiffs' filing their motion on August 6, if they so desire, but we believe that the Court should set a filing deadline of August 8, 2014. We have no objection to the other dates suggested by plaintiffs.

We thank the Court for its attention to this matter.

Sincerely,

WISE CARTER CHILD & CARAWAY

*Michael B. Wallace*

Michael B. Wallace

MBW:drp
Cc: All counsel of record

JACKSON: 401 E. CAPITOL ST., HERITAGE BLDG., SUITE 600, JACKSON, MS 39201 • P.O. BOX 651, JACKSON, MS 39205-0651 • PH.601.968.5500  FAX.601.968.5593
GULF COAST: 1105 30TH AVENUE, SUITE 300, GULFPORT, MS 39501-1817 • PH.228.867.7141  FAX.228.867.7142
HATTIESBURG: 601 ADELINE ST., HATTIESBURG, MS 39401 • P.O. BOX 990, HATTIESBURG, MS 39403-0990 • PH.601.582.5551  FAX.601.582.5556

*www.wisecarter.com*

**EXHIBIT 1**