LAW OFFICES OF
## BARRY, PALMER, THAGGARD, MAY & BAILEY, LLP
505 CONSTITUTION AVENUE
(21st AVENUE)
MERIDIAN, MISSISSIPPI 39301

J. RICHARD BARRY
HENRY PALMER
WILLIAM T. MAY
LEE THAGGARD
KACEY GUY BAILEY
ROBERT T. BAILEY
K. DUSTIN MARKHAM

TELEPHONE (601) 693-2393
FAX (601)693-0226
P. O. BOX 2009
MERIDIAN, MISSISSIPPI
39302-2009

July 30, 2014

The Honorable Nancy F. Atlas (Via E-file)
United States Courthouse
515 Rusk Street, Room 9015
Houston, TX 77002-2601
ATTN: Sheila Ashabranner, Case Manager

Re: Case No.: 3:14-CV-532-NFA; *True the Vote, et al v. The Honorable Delbert Hosemann, et al*; In the United States District Court, Southern District of Mississippi, Jackson Division.

Dear Judge Atlas:

In the Court's Order [Doc. 46], issued Friday July 25, 2014, the Court directed the parties to indicate by July 30, 2014 whether they "desire to seek summary judgment at this stage" on the National Voter Registration Act ("NVRA") claims.

This is to advise that the Lauderdale County Election Commission desires to submit a motion for summary judgment on the merits of the NVRA claims. I have not discussed a briefing schedule with Plaintiffs' counsel, but intend to adhere to the same schedule offered by them in their letter to the Court [Doc. 53], as follows:

**Wednesday, August 6, 2014**: motions for summary judgment,
**Friday, August 15, 2014**: responses to motions for summary judgment, and
**Friday, August 22, 2014**: replies in support of motions for summary judgment.

If you have any questions please do not hesitate to contact me.

Sincerely,

Barry, Palmer, Thaggard, May & Bailey, LLP

Lee Thaggard

LT/lap/23145

ccs:    Mississippi Republican Party Mississippi Secretary of State
        Hinds County, Mississippi Election Commission
        Jefferson Davis County, Mississippi Election Commission
        Lauderdale County, Mississippi Election Commission
        Leake County, Mississippi Election Commission
        Madison County, Mississippi Election Commission
        Rankin County, Mississippi Election Commission
        **All Via E-file**

Simpson County, Mississippi Election Commission
Simpson County Courthouse
100 Court Avenue, Suite 2
Mendenhall, Mississippi 39114
**Via U. S. Mail**

Yazoo County, Mississippi Election Commission
Yazoo County Courthouse
211 E. Broadway
Yazoo City, Mississippi 39194
**Via U. S. Mail**