IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TRUE THE VOTE, et al.**                                                                    **PLAINTIFFS**

v.                                                                    Civil Action No.: 3:14-cv-00532-NFA

**THE HONORABLE DELBERT HOSEMANN,**
in his official capacity as Secretary of State for
the State of Mississippi, et al.                                     **DEFENDANTS**
_____

**NOTICE OF INTENT OF RANKIN COUNTY, MISSISSIPPI
ELECTION COMMISSION TO FILE MOTION FOR SUMMARY JUDGMENT**
_____

COMES NOW the Rankin County, Mississippi Election Commission, one of the Defendants in this action, and respectfully advises this Court, pursuant to its order of July 25, 2014, that the Party intends to file its motion for summary judgment on all counts of the complaint. Reference is hereby made to the copy of the letter from counsel for said Defendant to the Court that is attached as Exhibit 1.

Respectfully submitted this the 30th day of July, 2014.

                                              RANKIN COUNTY ELECTION COMMISSION

                        BY:    /s/ Craig L.Slay
                                  Attorney for Defendant
                                  Rankin County Board of Supervisors
                                  211 East Government Street, Suite A
                                  Brandon, MS  39042
                                  601-825-1475
                                  cslay@rankincounty.org

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Joseph M. Nixon
Kelly Hunsaker Leonard
Kristen W. McDanald
Lloyd Eades Hogue
BEIRNE, MAYNORD & PARSONS, LLP
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
jnixon@bmpllp.com
kleonard@bmpllp.com
kmcdonald@bmpllp.com
ehogue@bmpllp.com

James Edwin Trainor
BEIRNE, MAYNORD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, Texas 78701
ttrainor@bmpllp.com
*Counsel for Plaintiffs*

Robert E. Sanders
YOUNG WELLS WILLIAMS SIMMONS, P.A.
Post Office Box 23059
Jackson, Mississippi 39225-3059
rsanders@youngwells.com

John Wesley Daughdrill, Jr.
YOUNG WELLS WILLIAMS SIMMONS, P.A.
Post Office Box 6005
Ridgeland, Mississippi 39157
wes.daughdrill@youngwells.com
*Counsel for Jefferson Davis County,
Mississippi Election Commission*

Harold Edward Pizzetta, III
Justin L. Matheny
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi 39205-0220
hpizz@ago.state.ms.us
jmath@ago.state.ms.us
*Counsel for The Hon. Delbert*

Elise Berry Munn
BERRY & MUNN, P.A.
Post Office Drawer 768
Hazlehurst, Mississippi 39083

emunn@berrymunnpa.com
*Counsel for Copiah County, Mississippi*
*Election Commission*

Pieter Teeuwissen
PIETER TEEUWISSEN, PLLC
Post Office Box 16787
Jackson, Mississippi 39236
adwoodard@bellsouth.net
*Counsel for Hinds County,*
*Mississippi Election Commission*

Jeffrey T. Webb
WEBB LAW FIRM, PLLC
Post Office Box 452
Carthage, Mississippi 39051
webblaw@bellsouth.net
*Counsel for Leake County, Mississippi*
*Election Commission*

Lee Thaggard
BARRY, THAGGARD, MAY & BAILEY, LLP
Post Office Box 2009
Meridian, Mississippi 39302-2009
thaggard@barrpalmerlaw.com
*Counsel for Lauderdale County,*
*Mississippi Election Commission*

Mike Espy
MIKE ESPY, PLLC
317 East Capitol Street, Suite 101
Jackson, Mississippi 39201
mike@mikespy.com
*Counsel for Madison County,*
*Mississippi Election Commission*

Michael B. Wallace (MSB No. 6904)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39202-0651
Telephone: 601.968.5500
mbw@wisecarter.com

This this 30th day of July, 2014.

/s/ Craig L. Slay
Of Counsel