

# BOARD OF SUPERVISORS

"Government of the People"

211 E. Government St., Suite A  
Brandon, Mississippi 39042

Telephone: (601) 825-1475  
Fax: (601) 825-9600

July 30, 2014

**Via E-file**

Honorable Nancy F. Atlas  
Untied State Courthouse  
Attn: Shelia Ashabranner, Case Manager  
515 Rusk Street, Room 9015  
Houtson, TX 77002-2601

Re: **True the Vote, et al. v. Hon. Delbert Hosemann, et al.**; In the United States District Court for the Southern District of Mississippi; Civil Action No.: 3:14-cv-532-HTW-LRA

Dear Judge Atlas:

Pursuant to this Court's July 25, 2014 Order directed any party seeking summary judgment to notify the Court of its intention by July 30, 2014, please be advised that the Rankin County Election Commission intends to file its Motion for Summary Judgment in accordance with the scheduling referenced in Document 53.

Sincerely,

RANKIN COUNTY BOARD OF SUPERVISORS

BY: _____  
CRAIG L. SLAY, BOARD ATTORNEY

CLS/bam  
cc: All counsel of record (via e-file)