

**Joe Nosef**
Chairman

**Brandon Payne**
Executive Director

L. Eades Hogue, Partner
Beirne, Maynard & Parsons, L.L.P.
601 Poydras Street
Suite 2200
New Orleans, LA 70130-6097

Dear Mr. Hogue,

I am in receipt of your letter of June 25, 2014.

Over the last several months and particularly during the last week, much misinformation has been communicated about the election process in Mississippi. In particular, the role of the Mississippi Republican Party ("MRP") in this process has been both purposefully exaggerated and unintentionally misunderstood.

The certification process happens at the county level. MS Code § 23-15-597 requires a county party executive committee to certify and transmit results to its respective state party executive committee "within thirty-six (36) hours after the returns are canvassed and the result is ascertained." Therefore, we cannot unilaterally impose a delay upon the local GOP committees' certification processes as that would be contrary to Mississippi law.

The county parties then transmit their certified returns to the MRP, where the state party executive committee is required by MS Code § 23-15-597 "to meet a week from the day on which the second primary election was held and receive and canvass the returns." MS Code § 23-15-599 then requires a state party chairman to "within ten (10) days after the second primary election…transmit to the Secretary of State a tabulated statement of the party vote cast." Again the MRP has no power to unilaterally change these laws or deadlines.

As far as the possession of the ballot material - both absentee and otherwise - that has nothing to do with the MRP. MS Code § 23-15-645 tasks the registrar with preserving "all applications, envelopes and the list of absent voters along with the ballots and other election materials." MS Code § 23-15-911 also clearly places the responsibility of safely keeping the contents of the ballot box with each county's circuit clerk—not with a state or county party executive committee. County parties are allowed access to these documents and information in order to do their work but they do not maintain possession.

**EXHIBIT 2**

June 27, 2014
Page 2

Any further requests for inspection of public election records should be made with the proper authorities as prescribed by Mississippi election law.

Sincerely,

*[signature]*

Joe Nosef, Chairman
Mississippi Republican Party