

WISE CARTER CHILD & CARAWAY, P.A.
ATTORNEYS AT LAW

MICHAEL B. WALLACE
JACKSON, MISSISSIPPI

MBW@WISECARTER.COM
DIRECT LINE: (601)968-5534
FACSIMILE: (601)944-7738

July 3, 2014

Via: Email and US Mail
L. Eades Hogue, Esq.
BEIRNE, MAYNARD & PARSONS, L.L.P.
601 Poydras Street
Suite 2200
New Orleans, LA 70130-6097

Re: *True the Vote, et al. v. The Honorable Delbert Hosemann, et al.*
United States District Court, Northern District of Mississippi,
Oxford Division; Cause No. 3:14cv144-MPM-SAA

Dear Mr. Hogue:

I am the general counsel of the Mississippi Republican Party. As you know, certain duties regarding the nomination of Republican candidates for office are conferred by statute upon the Party's Executive Committee, of which your client Sybil Tribble is a member. The Chairman of the Committee, Joe Nosef, has authorized me to contact you about the above referenced complaint, filed Tuesday afternoon.

I have read the complaint carefully several times. I find nowhere in it a short and plain statement that the Mississippi Republican Party did anything at all, much less anything that may violate any rights that your clients may enjoy; so far, the Executive Committee has done nothing more than to meet, as required by statute, to canvass the returns, in the presence of representatives of both candidates. The only relief sought against the Party is to pay your fees.

The Party performs certain public functions imposed upon it by statute, but it is a private organization. Unlike State defendants, it cannot levy taxes to fund its operations on behalf of the public. It therefore must regard frivolous litigation as quite a serious matter. I must therefore demand that you dismiss the Party from this litigation immediately.

Just as you gave Chairman Nosef two business days to respond to your letter of June 25, 2014, I will afford you the same courtesy. I will give you until the close of business next Tuesday to dismiss the Party from the complaint. If that is not done, I will begin the process of seeking to recover the Party's fees and expenses under the same statutes cited in your complaint, as well as other applicable provisions of law.

JACKSON: 401 E. CAPITOL ST., HERITAGE BLDG., SUITE 600, JACKSON, MS 39201 • P.O. BOX 651, JACKSON, MS 39205-0651 • PH.601.968.5500 FAX.601.968.5593
GULF COAST: 1105 30TH AVENUE, SUITE 300, GULFPORT, MS 39501-1817 • PH.228.867.7141 FAX.228.867.7142
HATTIESBURG: 601 ADELINE ST., HATTIESBURG, MS 39401 • P.O. BOX 990, HATTIESBURG, MS 39403-0990 • PH.601.582.5551 FAX.601.582.5556

www.wisecarter.com

**EXHIBIT 3**

L. Eades Hogue, Esq.
July 3, 2014
Page 2

_____

Thank you for your attention to this matter.

Sincerely,

WISE CARTER CHILD & CARAWAY

*Michael B. Wallace*

Michael B. Wallace

MBW:drp
Cc:  Joe Nosef, Esq.