**BEIRNE, MAYNARD & PARSONS, L.L.P.**
601 POYDRAS STREET
SUITE 2200
NEW ORLEANS, LOUISIANA 70130-6097

(504) 586-1241

FAX (504) 584-9142

L. EADES HOGUE, PARTNER
DIRECT DIAL 504-584-9431
EMAIL: EHOGUE@BMPLLP.COM

July 7, 2014

Michael B. Wallace
WISE CARTER CHILD & CARAWAY, P.A.
401 E. Capitol St, Suite 600
Jackson, MS 39205-0651

*Via Facsimile: (601)944-7738*
*and E-mail*

Re:   Cause No. 3:14cv144-MPM-SAA; *True the Vote, et al. v. The Honorable Delbert Hosemann, et al*; United States District Court, Northern District of Mississippi, Oxford Division.

Dear Mr. Wallace:

I have and thank you for your letter dated July 3, 2014. I am grateful that you have received and read the complaint and have responded to this firm on behalf of the party.

As you know, the Mississippi Secretary of State has taken a very similar position to that of your client in that your client places the responsibility of the election on the other defendant to the suit. Attached is the public statement of the Secretary of State for you review in the event you have not already seen it.

As you are aware, all necessary parties must be joined in a suit in order for the court to provide appropriate relief. In that the primary election is the ultimate responsibility of the Republican Party of the State of Mississippi, your client was joined as a defendant so that all full and necessary relief may be given by the court in the event the court determines relief is necessary and appropriate.

I look forward to working with you on this matter. If you have any questions or comments, please do not hesitate to contact me.

Sincerely yours,

L. Eades Hogue

LEH/rbr

**EXHIBIT 4**

tate :: News and Press Releases                                                                 Page



News | Press Releases

Back to Previous Page

FOR IMMEDIATE RELEASE: July 03, 2014

CONTACT: Pamela Weaver, (601) 270-4100

Statement regarding Lawsuit and Primary Runoff Election



Home
About Us
Jackson Offices
rth Mississippi Offices
MS Gulf Coast Office
Mississippi Blue Book
ployment Opportunities
Recommended Links
Request For Speaker
Site Map
Contact Us

DELBERT HOSEMANN
*Secretary of State*

TELEPHONE (601) 359-1350
FACSIMILE (601) 359-1499

In response to the litigation against the State of Mississippi, the Secretary of State's Office has not violated State laws and should be immediately dismissed from this litigation. Every citizen should anticipate this Ag scrupulously Mississippi law, as enacted by Mississippi citizens through its legislative process.

Those include:

1. In the event the Secretary of State's Office is made aware of any person voting in both a Democratic Prir Republican primary, those individuals' names will be forwarded to the District Attorney and Attorney Gener prosecutorial action they deem appropriate.

2. The Secretary of State's Office possesses no pollbooks from either the June 3rd Primary Election or the Primary Runoff Election. We support full disclosure of pollbooks to the public in accordance with Mississipt

3. The Secretary of State's Office has committed no violation of the National Voter Registration Act and will Agency followed federal and state law in implementing Voter ID and will continue to follow all voting laws.

4. The Secretary of State's Office requested a change in the law to require our Agency to report on Mississ the public and Legislature. As required by the State Legislature, this Office issues Election Day Reports for Mississippi. The public should anticipate a report for the June 24th Primary Runoff Election.

5. Party Primary Elections are the responsibility of the Party, not the Secretary of State. The Secretary of does not certify primary election results. The Secretary of State only receives certified results from the part prepare the General Election ballot.

© 2014. All rights reserved.