IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRUE THE VOTE, *et al.*                                                                                           PLAINTIFFS

V.                                                 CIVIL ACTION NO.: 3:14-CV-532-NFA

THE HONORABLE DELBERT HOSEMANN,
in his official capacity, as Secretary of State for the
State of Mississippi, *et al*.,                                                   DEFENDANTS

**LAUDERDALE COUNTY MISSISSIPPI ELECTION COMMISSION'S
OBJECTION TO NOTICE OF FILING OF INCIDENT REPORTS**

     COMES NOW, Defendant Lauderdale County Mississippi Election Commission ("Lauderdale"), through counsel, and files its Objection to Notice of Filing of Incident Reports [Doc. 49], and in support thereof, would show unto the Court the following:

     1.  Lauderdale hereby joins, adopts and incorporates herein by reference paragraphs 1 through 4 of the Objection [ECF No. 64] filed by the Copiah County Mississippi Election Commission on or about July 31, 2014.

     2.  Further, Lauderdale specifically objects to the "Incident Reports" pertaining to Lauderdale County and/or the Lauderdale County Mississippi Election Commission. Similar to the Plaintiffs' approach with Copiah County and several other counties, the Plaintiffs did not list the document as an Exhibit at the hearing, nor did the Plaintiffs call any of the witnesses listed in the Incident Report as a witness at the hearing.  As a result, Lauderdale elected not to call any witnesses.  At the hearing, there was no reference, much less evidence, submitted by Plaintiffs pertaining in any way to Lauderdale.  The

Court also indicated at the hearing that the documents (recently filed by Plaintiffs as ECF No. 49) were not going to be accepted into evidence.

3. The documents are hearsay, have no indicia of reliability, and are nothing more than unsworn written statements made by persons who did not appear to testify and were not made available to Lauderdale and the other Defendants for cross examination at the hearing. Lauderdale concurs with the Copiah County Mississippi Election Commission that to allow these Incident Reports to be accepted into evidence in this fashion violates fundamental fairness and is contrary to law.

This the 5th day of August, 2014.

Respectfully submitted,

LAUDERDALE COUNTY, MISSISSIPPI
ELECTION COMMISSION, DEFENDANT

BY: /s/ Lee Thaggard
Lee Thaggard (MSB# 9442)
Barry, Palmer, Thaggard, May & Bailey, LLP
Post Office Box 2009
505 Constitution Avenue
Meridian, MS  39302-2009
Telephone: 601-693-2393

Attorneys for Defendant, Lauderdale County, Mississippi Election Commission

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

James E. Trainor, III, Esq.
Beirne, Maynord & Parsons, LLP-Austin
401 W. 15th Street, Suite 845
Austin, Texas 78701
ttrainor@bmpllp.com
Joseph M. Nixon, Esq.
Beirne, Maynord & Parsons, LLP-Houston
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
jnixon@bmpllp.com

Kelly Hunsaker Leonard, Esq.
Beirne, Maynord & Parsons, LLP-Houston
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
kleonard@bmpllp.com

Kristen W. McDanald, Esq.
Beirne, Maynord & Parsons, LLP-Houston
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
kmcdanald@bmpllp.com

Lloyd Eades Hogue, Esq.
Beirne, Maynord & Parsons, LLP
601 Poydras Street, Suite 2200
New Orleans, Louisiana 70130
ehogue@bmpllp.com
*Counsel for True the Vote*

Michael B. Wallace, Esq.
Wise, Carter, Child & Caraway-Jackson
Post Office Box 651
Jackson, Mississippi 39205-0651
mbw@wisecarter.com

Thornton Russell Nobile, Esq.
Wise, Carter, Child & Caraway-Gulfport
1105 30th Avenue, Suite 300
Gulfport, Mississippi 39501
trn@wisecarter.com
*Counsel for the Republican Party of Mississippi*

Elise Berry Munn, Esq.
Berry & Munn, P.A.
Post Office Drawer 768
Hazlehurst, Mississippi 39083
emunn@berrymunnpa.com
*Counsel for Copiah County, Mississippi Election Commission*

Robert E. Sanders, Esq.
Young Wells Williams Simmons, PA
Post Office Box 23059
Jackson, Mississippi 39225-3059
rsanders@youngwells.com

John Wesley Daughdrill, Jr., Esq.
Young Wells Williams Simmons, PA
Post Office Box 6005
Ridgeland, Mississippi 39158-6005
wes.daughdrill@youngwells.com
*Counsel for Jefferson Davis County, Mississippi Election Commission*

Pieter Teeuwissen, Esq.
Anthony R. Simon, Esq.
Office of the Board Attorney
Hinds County, Mississippi
316 South President Street
Jackson, Mississippi  39205
*Counsel for Hinds County, Mississippi Election Commission*

Jeffrey T. Webb
Webb Law Firm, PLLC
Post office Box 452
Carthage, Mississippi 39051
webblaw@bellsouth.net

*Counsel for Leake County, Mississippi Election Commission*
Mike Espy, Esq.
Mike Espy, PLLC
317 East Capitol Street, Suite 101
Jackson, Mississippi 39201
mike@mikespy.com
*Counsel for Madison County, Mississippi Election Commission*

Craig Lawson Slay, Esq.
Rankin County Board of Supervisors
211 East Government Street, Suite A
Brandon, Mississippi 39042
cslay@rankincounty.org
*Counsel for Rankin County, Mississippi Election Commission*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

None.

Respectfully submitted this the 5th day of August, 2014.

/s/ Lee Thaggard
Lee Thaggard
