IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRUE THE VOTE, *et. al.*                                    PLAINTIFFS

VS.                                         CIVIL ACTION NO. 3:14-cv-532-NFA

DELBERT HOSEMANN, *et. al.*                                 DEFENDANTS

NOTICE OF APPEARANCE

COMES NOW, Danny Welch, Esquire, and files this Notice of Appearance in the above-captioned matter as counsel for the Simpson County, Mississippi Election Commission, and requests a copy of documents be forwarded to his attention as follows:

Danny Welch, Esq.
224 North Main Street
Mendenhall, Mississippi  39114
danny_welch@bellsouth.net

Respectfully submitted this the 6th day of August, 2014.

  s/Danny Welch_____
 Danny Welch, MSB #7087
 224 North Main Street
 Mendenhall, MS  39114
 (601) 847-2539

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served, via this Court's ECF filing system, a copy of the foregoing on all counsel who have entered their appearances in this action to date.

SO CERTIFIED, this 6th day of August, 2014.

                                              s/Danny Welch
                                       DANNY WELCH, MSB #7087

county-truethevoteentryofappearance.md