IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRUE THE VOTE, *et al.* )
    Plaintiffs, )
)
v. )    Civil Action No.
)    3:14-cv-532 NFA
THE HONORABLE DELBERT HOSEMANN, )
in his official capacity, as Secretary of State for the )
State of Mississippi, *et al.*, )
    Defendants. )

## AFFIDAVIT OF EDNA STEVENS

**STATE OF MISSISSIPPI**

**COUNTY OF COPIAH**

COMES NOW, EDNA STEVENS, and, after first being duly sworn upon her oath, hereby states the following:

1. My name is Edna Stevens and I am an adult resident citizen of Copiah County, Mississippi.

2. I am the duly elected Circuit Clerk for Copiah County, Mississippi. I have personal knowledge of the matters set forth herein.

3. On July 7, 2014, representatives for the Cochran and McDaniel campaigns for U.S. Senate conducted a ballot box examination in my office pursuant to §23-15-911 of the Mississippi Code of 1972, Annotated.

4. On that same day, late in the afternoon, a person identifying herself as Jeanne Webb came to my office seeking information. A man was with her, whose name I did not get, but Ms. Webb is the one who communicated with me. At my request, she wrote out what she was requesting. A copy of that document is attached hereto.

5. Ms. Webb did not identify herself as being with True the Vote nor did the person with her. She stated in her written request that she was requesting

EXHIBIT 1

same as a private citizen and as a Public Information Request. No mention was made of the National Voter Registration Act by anyone.

6. I advised Ms. Webb that I had was just finished up with the ballot box examination by the campaigns and that I would need some time to get the information together. I advised that I would have to redact the dates of birth from the poll books—which I intended to do by covering same with a ruler or other object as the document was viewed page by page—and that the absentee ballot applications, absentee ballot request forms, and absentee ballot envelopes were sealed in ballot boxes pursuant to state law and that I could not open those boxes at the present time. The information in #2 of the request was not available in an electronic format at the time of the request because the computer work that "posts" everything was not yet finalized and I related this to Ms. Webb. I was and remain willing to provide this information after the posting was complete.

7. I called Ms. Webb at the number on her written request on July 9, 2014, and spoke to a female who answered the phone and replied in the affirmative that she was Ms. Webb. I had made a CD of the information in #1 of the written request and told her it was ready for pickup. I also advised her that I was now in a position to arrange a time for viewing the poll books. I also advised her that, while I could not open the ballot boxes, that I could provide her with a list of persons who voted absentee.

8. She stated that she didn't want the information as she was headed home to Florida. The CD is still in my office. I did not make a CD of #2 because of the response of Ms. Webb but I was and remain willing to do so. I also was and remain willing to have Ms. Webb view the poll books with redacted dates of birth and to provide the list of absentee voters.

9. I have not heard any further from Ms. Webb concerning her request.

Further Affiant saith not.

_____
EDNA STEVENS

SWORN TO AND SUBSCRIBED before me, this the 6th day of August, 2014.

_____
NOTARY PUBLIC

My Commission Expires: _____

7/9/14

Jeanne Webb called - made disc - does not want it.
— Edna Stevens

To: Edna E Stevens.
Copia County
Circuit Clerk of Court

From: Jeanne Webb
(c) (813) 373-4988

RE: Public Information Request,
Regarding June 3rd Primary Election
& June 24th Runoff Election.

I am (JW) a private citizen, I am requesting the below listed items as a Public Information Request.
Please Advise me when items will be available and any expense incurred — Thank you

(JW) The following in Electronic File Format (preferrably Excel) if available (JW) please email to taylorphillips1@gmail.com

#1 June 3rd Primary (By Precinct)
(A) List of ALL Republican Voters who voted by Precinct
- In Person on Election Day
- Via absentee ballot

(B) List of all Democratic Voters who voted by Precinct
- In Person on Election Day
- Via Absentee Ballot

Pg 1 of 2 pgs

Public Information Request (con't....) p.2-2

#2 Electronic File from the June 24th 2014 Runoff
(By Precinct)

(A) List of all Republicans Voters who voted by Precinct
- In Person on Election Day
- Via absentee ballot

(B) List of all Democratic Voters who voted by Precinct
- In person on Election Day
- Via absentee ballot

#3 We would like to inspect the following from the June 24th Runoff:

(A) Absentee Ballot Applications
(B) Absentee Ballot Request Forms
(C) Absentee Ballot Envelopes
(D) Poll Books

Thank you.

Jeanne M Webb
bucksmaster10@tampabay.rr.com
Cell: (813) 373-4988