IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| TRUE THE VOTE, *et al.* ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE HONORABLE DELBERT HOSEMANN, ) <br> in his official capacity, as Secretary of State for the ) <br> State of Mississippi, *et al.*, ) <br> Defendants. ) | Civil Action No. <br> 3:14-cv-532 NFA |

## AFFIDAVIT OF CAROLYN RHODES

STATE OF MISSISSIPPI
COUNTY OF JEFFERSON DAVIS

PERSONALLY APPEARED BEFORE ME, the undersigned authority for the jurisdiction aforesaid, CAROLYN RHODES, who stated on her oath the following:

1. My name is Carolyn Rhodes. I am over the age of twenty-one, and I have personal knowledge of the matters averred herein.

2. I am the Chairperson of the Jefferson Davis County Election Commission (JDCEC).

3. No person contacted the JDCEC with any request for voter information or voting results related to the senate primary or runoff elections in 2014.

4. The JDCEC has not refused to furnish any such information to any plaintiff or any other person related to this action.



EXHIBIT "A"

5. And further, affiant sayeth not.

                                                                                      _____
                                                                                      Carolyn Rhodes, Chairperson Jefferson Davis County Election Commission

SWORN AND SUBSCRIBED BEFORE ME, this \_\_\_\_ day of August, 2014.

                                                                                                                   _____
                                                                                                                    Notary Public

My Commission Expires:

_____