IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik<br><br>　　　　Plaintiffs,<br><br>v.<br><br>The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission<br><br>　　　　Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ <br><br>Cause No. 3:14-cv-00532-NFA |

**PLAINTIFFS' TRUE THE VOTE, ET.AL.'S MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT</u>**

TO THE HONORABLE DISTRICT COURT:

　　Plaintiffs True the Vote, et. al. respectfully move for summary judgment pursuant to

Fed. R. Civ. P. 56(a) on their claims under the Public Disclosure Provision of the National Voter

Registration Act ("NVRA"), 42 U.S.C. § 1973*gg et seq.*  Specifically, Plaintiffs requested and were denied access to complete voter rolls, voter pollbooks, absentee ballot applications and envelopes and federal post card (collectively the "Requested Records") immediately prior to and following the 2014 Mississippi Republican Primary Run-Off Election.

Whether the Requested Records must be produced under the NVRA is a question of law on which no material facts are in dispute.  The NVRA's Public Disclosure Provision requires that the Requested Records be made available to the public for inspection and, where available, photocopying, because they are "records concerning the implementation of programs or activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters."  42 U.S.C. § 1973gg-6(i).  Defendants have unlawfully denied Plaintiffs access to these records in violation of the NVRA, relying on Mississippi state law.  However, state law must yield to federal enactments when the laws conflict.

Plaintiffs submit the attached Memorandum in Support of their Motion for Summary Judgment detailing the grounds supporting summary judgment along with the following exhibits:

| EXHIBIT 1 | Excerpts from July 24, 2014 Evidentiary Hearing |
| EXHIBIT 2 | Declaration of Catherine Engelbrecht |
| EXHIBIT 3 | Declaration of Julia Hoenig and Incident Reports |
| EXHIBIT 4 | Declaration of Mike Rowley and Incident Reports |
| EXHIBIT 5 | Declaration of Jeanne Webb and Incident Reports |
| EXHIBIT 6 | Declarations of John Hobson and Karen Hobson and Incident Reports |
| EXHIBIT 7 | Declaration of Sandy Steinbacher and Incident Reports |
| EXHIBIT 8 | July 8, 2014 Letter from Madison County Circuit Clerk |
| EXHIBIT 9 | Declaration of Roberta Swank and Incident Reports |

| EXHIBIT 10 | Declaration of Melinda Kinley and Incident Reports |
|---|---|
| EXHIBIT 11 | Declaration of Ruth Wall and Incident Reports |
| EXHIBIT 12 | Declaration of Susan Morse and Incident Reports |
| EXHIBIT 13 | Declaration of Roy Nicholson |
| EXHIBIT 14 | Declaration and Affidavit of Phil Harding |
| EXHIBIT 15 | July 26, 2014 E-Mail Correspondence from Amanda Frusha |
| EXHIBIT 16 | Press Release from The Honorable Delbert Hosemann |
| EXHIBIT 17 | Attorney General Opinion No. 94-0699 dated November 2, 1994 |
| EXHIBIT 18 | E-Mail Correspondence from Kimberley Turner |
| EXHIBIT 19 | Administrative Regulations of Secretary of State |
| EXHIBIT 20 | Example VR-28 Report for June 3 Primary |
| EXHIBIT 21 | Example VR-28 Report for June 24 Primary |
| EXHIBIT 22 | Example pollbook from Jefferson Davis County |
| EXHIBIT 23 | Example pollbook from Jefferson Davis County |

Based on the uncontroverted evidence cited herein and under the plain meaning of the NVRA, Plaintiffs' motion for summary judgment should be granted.

Dated: August 6, 2014

Respectfully Submitted,

_L. Eades Hogue_

| | |
|---|---|
| Joseph M. Nixon – *pro hac vice* | L. Eades Hogue |
| Texas State Bar No. 15244800 | Mississippi State Bar No. 2498 |
| jnixon@bmpllp.com | Louisiana State Bar No. 1960 |
| Kristen W. McDanald – *pro hac vice* | ehogue@bmpllp.com |
| Texas State Bar No. 24066280 | BEIRNE, MAYNARD & PARSONS, LLP |
| kmcdanald@bmpllp.com | Pan-American Life Center |
| Kelly H. Leonard – *pro hac vice* | 601 Poydras Street |
| Texas State Bar No. 24078703 | Suite 2200 |
| kleonard@bmpllp.com | New Orleans, LA 70130 |
| BEIRNE, MAYNARD & PARSONS, LLP | (504) 586-1241 Tel. |
| 1300 Post Oak Blvd, Suite 2500 | (504) 584-9142 Fax |
| Houston, Texas  77056 | **Lead Counsel** |
| (713) 623-0887   Tel. | |
| (713) 960-1527   Fax | |

James E. "Trey" Trainor, III. – *pro hac vice*
Texas State Bar No. 24042052
ttrainor@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, TX 78701
(512) 623-6700   Tel.
(512) 623-6701   Fax

*Counsel for Plaintiffs*

4

## CERTIFICATE OF SERVICE

     I hereby certify that on August 5, 2014 a copy of the forgoing, Plaintiffs Memorandum in Support of the Summary Judgment and its exhibits were served on The Honorable Delbert Hosemann, The Republican Party of Mississippi; The Copiah County Mississippi Election Commission; the Hinds County, Mississippi Election Commission; the Jefferson Davis County, Mississippi Election Commission; the Lauderdale County, Mississippi Election Commission, the Leake County Mississippi Election Commission; the Madison County, Mississippi Election Commission and the Rankin County Mississippi Election Commission;  via the Court's ECF e-file service.  Plaintiffs have served the remaining Defendants, who have not yet registered to the Court's ECF system for this matter, via United States Postal Service, in accordance with Federal Rules of Civil Procedure.

                                                                               /s/    *L. Eades Hogue*