IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § § § § § § § § § § | |
| Plaintiffs, | § § | Cause No. 3:14-cv-00532-HTW-LRA |
| v. | § | |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## SUMMARY JUDGMENT EXHIBITS – VOLUME 5

| Exhibit | Description |
|---|---|
| 12 | Declaration of Susan Morse and Incident Reports |
| 13 | Declaration of Roy Nicholson |
| 14 | Harding Affidavit |
| 15 | July 26, 2014 E-Mail Correspondence from Amanda Frusha |
| 16 | Press Release from The Honorable Delbert Hosemann |

| 17 | Attorney General Opinion No. 94-0699 dated November 2, 1994 |
| 18 | E-Mail Correspondence from Kimberly Turner |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § § § § § § § § § § | |
|      Plaintiffs, | § | |
| v. | § § | Cause No. 3:14-cv-00532-HTW-LRA |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § § § § § § § § § § § § § § § § | |
|      Defendants. | § | |

## DECLARATION

### By: Susan Morse

1.     I, Susan Morse, verify under penalty of perjury under the laws of the United States of America that the following is true and correct. *See* 28 U.S.C. § 1746.

2.     In the days following the June 24 Republican Primary Run-Off Election, I was part of a group of True the Vote volunteers who requested access to voting records from Leake County. The purpose of my request was to determine whether or not voters who had voted in the Democratic Primary unlawfully double voted in

1

EXHIBIT 12

the Republican Primary Run-Off Election and whether any other irregularities had occurred during the Election.

3.    I made an oral request at the Leake County circuit clerk's office on July 7, 2014 for voter pollbooks and absentee ballot applications and envelopes, and absentee ballot request forms. I made the request, along with Ellen Swenson to Kathy Henderson, the Circuit Clerk of Leake County. In making my request, I mentioned the request was made under the NVRA. After speaking with the attorney general's office, the clerk denied our request for complete records. She cited Mississippi Code 23-15-911 in denying our request.

4.    I reduced my request to writing that day. I made a written request to the Leake County Circuit Clerk for lists of the Republican and Democratic voters who voted in their respective primary and run-off elections in person or by absentee ballot.

5.    We returned to the Circuit Clerk's office on the afternoon of July 7, 2014 and asked for the attorney general's opinion regarding pollbooks and voter records Ms. Henderson had referenced in our prior conversations. Ms. Henderson was unable to provide such an opinion but informed us she would call us later to discuss our request.

6.    The following day, on July 8, 2014, Ms. Henderson phoned me regarding our visit. She informed me we could return for a disc containing some of the information requested. We could also return to view pollbooks but with redactions.

7.    Attached to this declaration are true and correct copies of the incident reports I completed regarding my requests for records from Leake County. The reports are filled out in my own handwriting and I recognize the writing as a true and correct copy of the report I completed based on its appearance, contents and substance.

8.    The attached incident reports were prepared by me to describe the events that occurred during my visits. I made the reports immediately after the events described therein and when those events were fresh in my memory. Upon completing the reports, I gave them to True the Vote to maintain in its records.

9.    Further, declarant sayeth not.

Signed on this the _____ day of August, 2014.

Susan Morse

_____

Susan Morse



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Susan Marie

**DATE** July 9, 2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** n/a

**POLLING PLACE NAME** Leake County Circuit Court

**ADDRESS** 101 Court Square

**CITY** Carthage   **STATE** MS   **ZIP** 39051

**COUNTY** Leake

Please complete the fields below using your notes.

**POLL SUPERVISOR** Leake Co. Circuit Clerk - Roby D. Henderson

**ASST POLL SUPERVISOR** n/a

**CLERK 1 NAME** n/a   **CLERK 2 NAME**

**CLERK 3 NAME** n/a   **CLERK 4 NAME**

**OFFENDER POSITION** n/a

**DATE/TIME OF INCIDENT** July 9, 2014

Continue to Second Page

EXHIBIT 12-A


*July 9, 2014*



# TRUE *the* VOTE

**TYPE OF INCIDENT** *Refusal of Request To Inspect Absentee Applications + Related Documents*

**DESCRIPTION OF INCIDENT**

*Clerk Henderson called me at 9:01 a.m. to see if we needed me coming back to view the Poll Book voting. I told her I didn't think so as we needed to inspect the Absentee Ballot Apps', Request form, + the Absentee Ballot envelopes. She said let me know time I can let you see them. She asked what it did you know if we decide to come. She did not mention the electronic Vote Records request twice + neither did I.*

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** *Susan, Marie*          *July 9, 2014*

**Mail To:**
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

**Scan and E-mail to:**
**info@truethevote.org**

*415 N. 5th Ave*
*Laurel*



# BART GAVIN
### Circuit Clerk · Jones County

**1st Judicial District**
101 N. Court Street, Suite B
Ellisville, MS 39437
(601) 477-8538
Fax (601) 477-8539

**2nd Judicial District**
P.O. Box 1336
Laurel, MS 39441
(601) 425-2556
Fax (601) 399-4774



## MELISSA DUCKWORTH
### COVINGTON COUNTY
### CIRCUIT CLERK
mduckworth@covingtoncountyms.gov

101 Main & Dogwood
P.O. Box 667
Collins, MS 39428

(P) 601-765-6506
(F) 601-765-5012

**Office Hours: M-F 8:00 A.M. – 5:00 P.M.**



*Kathy G. Henderson*
*Leake County Circuit Clerk*

*eee*
*601  862-8978*

P.O. Box 67
Carthage, MS 39051

Phone: 601-267-8357
Fax: 601-267-8889



## MELISSA DUCKWORTH
### COVINGTON COUNTY
### CIRCUIT CLERK
mduckworth@covingtoncountyms.gov

101 Main & Dogwood
P.O. Box 667
Collins, MS 39428

(P) 601-765-6506
(F) 601-765-5012

**Office Hours: M-F 8:00 A.M. – 5:00 P.M.**



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Susan Morse

**DATE** July 8, 2014

Please complete the fields below using the notes from your activities as a poll watcher.

**PRECINCT/WARD #** n/a

**POLLING PLACE NAME** Leake County Circuit Court, Mississippi

**ADDRESS** 101 Court Square

**CITY** Carthage   **STATE** Ms   **ZIP** 39051

**COUNTY** Leake

Please complete the fields below using your notes.

**POLL SUPERVISOR** Leake Co. Circuit Clerk, Kathy D. Henderson

**ASST POLL SUPERVISOR** n/a

**CLERK 1 NAME** n/a   **CLERK 2 NAME** n/a

**CLERK 3 NAME** n/a   **CLERK 4 NAME** n/a

**OFFENDER POSITION** n/a

**DATE/TIME OF INCIDENT** July 8, 2014

Continue to Second Page

EXHIBIT 12-B



# TRUE *the* VOTE

**TYPE OF INCIDENT** Refusal for Inspection of Absentee Application & Related Documents

**DESCRIPTION OF INCIDENT**

Clerk Kathy Henderson called me this morning at approximately 9:43 a.m. to say we could come in to the office today and view the poll book but could not view the Absentee Ballot Applications, Absentee Ballot Request Forms or the Absentee Ballot Envelopes. She asked where we were going next — I said I wasn't sure yet. She said Election Commissioner were there today & would wait for us if we would come today to view poll books. I told her I couldn't tell her that. She said she would be there tomorrow also.

**REMEDY OR ACTION TAKEN**

Electronic reports request was granted & we could pick up the docs when we came back to view poll books. She asked if we would be closing at poll books as we believe we are authorized to review all the docs we requested — She said AG gave us his opinion & she couldn't let us do that — I told her I would let her know about coming back.

I certify and affirm that the above information is true and correct. (including attachments)        Continued ~ Pg 2 →

**SIGNATURE**  Susan Morse                                    July 8, 2014

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

Attachment to FTC Complaint Report

Pg 5

July 8, 2014

She also mentioned I should call AG and have him tell me or put our request of this denial in writing - I told her I thought she didn't want me to do that - She said Well I have rethought that & I think you should call & talk to him directly.

Susan Mros

(408) 482-4463



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Susan Morse

**DATE** July 7, 2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Leake County Circuit Court, Mississippi

**ADDRESS** 101 Court Square

**CITY** Carthage   **STATE** MS   **ZIP** 39651

**COUNTY** Leake

Please complete the fields below using your notes.

**POLL SUPERVISOR** Leake Co. Circuit Clerk, Kathy D. Henderson

**ASST POLL SUPERVISOR** n/a

**CLERK 1 NAME** n/a   **CLERK 2 NAME** n/a

**CLERK 3 NAME** n/a   **CLERK 4 NAME** n/a

**OFFENDER POSITION** n/a

**DATE/TIME OF INCIDENT** July 7, 2014

Continue to Second Page

EXHIBIT 12-C



## TRUE *the* VOTE

**TYPE OF INCIDENT**  Request of AG opinion in Writing.

**DESCRIPTION OF INCIDENT**  At 4:15 pm I went back into Clerk's office & ask Ms. Henderson for a writing of A.G's. opinion refusing us to inspect the Ballot Box documents & poll books). She said you want something in writing? I told her yes I did & she could write it for us & state what the A.G told her to tell us. She responded & said, I'm not writing that, but will ask the AG to write it for you. But if you are asking for a written opinion letter that could take a long time. Let me see if I can get something for you.

**REMEDY OR ACTION TAKEN**  (letter msg.) Later she called me & said she was re-thinking the AG issue & she would give me a number to call him myself if I wanted to.

8/14  I did not call her back as I recd the msg. late in the afternoon of 5 p.m.

I certify and affirm that the above information is true and correct.

**SIGNATURE**  Susan Merie

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

Public Records Request

July 7, 2014

To: Leake County, Circuit Court, Mississippi

From: Susan Morse, True The Vote, Citizen

Re: Request For Public Records as follows:

1. Lists of all Republican Voters who voted in the June 3, 2014 primary, by precinct
   - in person on election day
   - via absentee ballot

2. Lists of all Democrat Voters who voted in the June 3, 2014 primary, by precinct
   - in person on election day
   - via absentee ballot

3. Lists of all Democrat Voters who voted in the June 24th, 2014 Runoff, by precinct
   - in person on election day
   - via absentee ballot

4. Lists of all Republican Voters who voted in June 24th Runoff, by precinct
   - in person on election day
   - via absentee ballot

Public Records Request - Pg 2                July 7, 2014

Format -
    Please provide the above requested lists/documents in #1-4 above as follow:

    - Non PDF format   (Excel, preferred)
    - Emailed to   taylor@truethevote.org

    For questions Contact V.pullen@entouch.net
  or you can reach Susan Morse at (408) 482-4463

                        Susan Morse
                        July 7, 2014



## TRUE *the* VOTE

### INCIDENT REPORT

**NAME**  Susan Morse

**DATE**  July 7, 2014

Written: Ellen Stevensen

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**  n/a

**POLLING PLACE NAME**  Leake County Circuit Court

**ADDRESS**  101 Court Square

**CITY** Carthage     **STATE** MS     **ZIP** 39051

**COUNTY**  Leake

Please complete the fields below using your notes.

**POLL SUPERVISOR**  Leake County Circuit Cleek: Kathy G. Henderson

**ASST POLL SUPERVISOR**  n/a

**CLERK 1 NAME**  n/a     **CLERK 2 NAME**  n/a

**CLERK 3 NAME**  n/a     **CLERK 4 NAME**  n/a

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT**  7/7/2014     11:00 am — 1:00 p.m.

Continue to Second Page

EXHIBIT 12-D

*July 7, 2014*



# TRUE *the* VOTE

**TYPE OF INCIDENT** Refusal of inspection of Absentee Ballot Application & Related Docs.

**DESCRIPTION OF INCIDENT**

See Attached

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** *Susan Morse*

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**

Pg. 1

Attachment: Description of Incident
July 7, 2014

I requested to inspect the Original
Absentee Ballot applications, Absentee Ballot
Request Forms, Absentee Ballot Envelopes
and Poll Book for the June 24, 2014 Runoff.

Ms. Kathy Henderson requested we write down
exactly what we wanted. ~~And where we~~ I did
& she indicated she would have to make a call
to check our right to access.

I mentioned our authority was under NVRA
& gave her Atty Nogue's memo dated July 6, 2014.
As we were waitin' for her to make her call,
at apprx 11:35 a.m. a Jordan Russell, came
in & said he was from the Cochran Campaign.
She took him outside the office in the hall,
& spoke to him out of our presence. He mentioned
he wanted access to the room.

At noon, Ms. Henderson called us up to the Counter
to give us an update. She had spoken to the
Attorney General's office & had given him our
memo from Atty Nogue mentioned above. The AG's
opinion was that we did not have a right
to inspect the Ballot Box documents we requested
that only a Candidate or a Candidate's rep. Can
inspect these documents. I then asked if he

Attachment: Description of Conduct

②

July 7, 2014

had cited authority for his opinion, She said no
she would call him back & let us know.

We left for a break at noon & returned approx. 1 p.m.
Mrs. Henderson said I have some answers for you
that you're not going to like it. The A.G.'s citation
for its opinion is Miss. Code 2315-911, I
requested if she talked to the Attorney General or
someone else. She said I spoke to Phil Carter
an Attorney in the Attorneys General's office.

I again re-iterated NVRA did authorize
"public inspection" & we were citizens requesting
to look at these documents. I showed her
in Atty. Hogue's memo of July 6, 2014 the
relevant language "all records concerning the
implementation of programs and activities conducted
for the purpose of ensuring the accuracy and
Currency of . . ."
She understood but said Attorney told her
this was different

I informed her we need to make a call
& would return –

Susan Moore

[signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

True the Vote, Jane Coln, Brandie Correro,       §
Chad Higdon, Jennifer Higdon, Gene               §
Hopkins, Frederick Lee Jenkins, Mary             §
Jenkins, Tavish Kelly, Donna Knezevich,          §
Joseph Knezevich, Doris Lee, Lauren Lynch,       §
Norma Mackey, Roy Nicholson, Mark                §
Patrick, Julie Patrick, Paul Patrick, David      §
Philley, Grant Sowell, Sybil Tribble, Laura      §
VanOverschelde, and Elaine Vechorik              §
                                                 §
        Plaintiffs,                              §
                                                 §        Cause No. 3:14-cv-00532-HTW-LRA
v.                                               §
                                                 §
The Honorable Delbert Hosemann, in his           §
official capacity as Secretary of State for the  §
State of Mississippi, The Republican Party of    §
Mississippi, Copiah County, Mississippi          §
Election Commission, Hinds County,               §
Mississippi Election Commission, Jefferson       §
Davis County, Mississippi Election               §
Commission, Lauderdale County,                   §
Mississippi Election Commission, Leake           §
County, Mississippi Election Commission,         §
Madison County, Mississippi Election             §
Commission, Rankin County, Mississippi           §
Election Commission, Simpson County,             §
Mississippi Election Commission, and Yazoo       §
County, Mississippi Election Commission          §
                                                 §
        Defendants.

## DECLARATION

By: Roy Nicholson

1.      I, Roy Nicolson, verify under penalty of perjury under the laws of the United
States of America that the following is true and correct. *See* 28 U.S.C. § 1746.

2.      In the days immediately following the June 24 Primary Run-Off Election, I
requested access to voting poll books from Rankin County's Circuit Clerk, Becky
Boyd.  The purpose of the request was to determine whether or not voters who had

EXHIBIT 13

voted in the Democratic Primary unlawfully double voted in the Republican Primary Run-Off Election.

3.      I made an oral request for the records in person at Ms. Boyd's office on June 27, 2014.

4.      In the presence of three witnesses whose names are Sandra Inman, Larry and Elva Eubanks, Ms. Boyd informed me that she could not and would not permit me to access and inspect the voter poll books because the books contained information deemed by the Secretary of State to be confidential.  She explained she was in possession of an e-mail from the Secretary of State instructing not to disclose poll books to the public with confidential information contained therein.

5.      In addition to claiming the Secretary of State's instructions as reason to not allow us to even view the original poll books she added that the County Attorney told her that the poll books are not subject to public information requests because they are not public records but county property.

6.      Ms. Boyd offered that she could only allow inspection of the poll books by the public if the dates of birth corresponding to each voter were redacted.  She instructed that I had to pay for the cost of redaction and estimated the cost to be $1,400.  Ms. Boyd further instructed that the costs for such redaction must be paid up-front.

7.      Based on Ms. Boyd's instructions, I was unable to access or inspect the voter poll books within Rankin County.

8.      Further, declarant sayeth not.

Signed on this the 16th day of July, 2014 in RANKIN County, Mississippi.

Roy Nicholson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

True the Vote, Jane Coln, Brandie Correro, §
Chad Higdon, Jennifer Higdon, Gene §
Hopkins, Frederick Lee Jenkins, Mary §
Jenkins, Tavish Kelly, Donna Knezevich, §
Joseph Knezevich, Doris Lee, Lauren Lynch, §
Norma Mackey, Roy Nicholson, Mark §
Patrick, Julie Patrick, Paul Patrick, David §
Philley, Grant Sowell, Sybil Tribble, Laura §
VanOverschelde, and Elaine Vechorik §
§
    Plaintiffs, §
                           §        Cause No. 3:14-cv-00532-HTW-LRA
v. §
§
The Honorable Delbert Hosemann, in his §
official capacity as Secretary of State for the §
State of Mississippi, The Republican Party of §
Mississippi, Copiah County, Mississippi §
Election Commission, Hinds County, §
Mississippi Election Commission, Jefferson §
Davis County, Mississippi Election §
Commission, Lauderdale County, §
Mississippi Election Commission, Leake §
County, Mississippi Election Commission, §
Madison County, Mississippi Election §
Commission, Rankin County, Mississippi §
Election Commission, Simpson County, §
Mississippi Election Commission, and Yazoo §
County, Mississippi Election Commission §
§
    Defendants. §

## VERIFICATION REGARDING DESTRUCTION
## OF ORIGINAL ELECTION RECORDS

By: Phillip C. Harding III

1.     "I, Phillip C. Harding III, verify under penalty of perjury under the laws of the United States of America that the following is true and correct. *See* 28 U.S.C. § 1746.

2.     I served as district coordinator for District 4 in Harrison County.

3.     I was at the Harrison County, Mississippi Circuit Clerk's Office on Friday June 27th, Monday June 30th, Tuesday and Wednesday July 1st and 2nd, and Monday-Friday

EXHIBIT 14

July 9-11, 2014 to review poll books related to the 2014 Republican Primary Election for Mississippi Senate office.

4.   The County allowed me access to the poll books related to the election, however, the County required that I pay for personal information to be redacted from the poll books. Specifically, the County indicated that the birth dates of voters must be redacted.

5.   I witnessed that the original poll books for Harrison County were being redacted with "Sharpie" (black permanent marker) and "White-Out" (white permanent ink). Thus, it appears that the information in the original copies of the poll books are being destroyed.

Further, declarant sayeth not."

Signed on this the 15th day of July, 2014 in Harrison County, Mississippi.

Phillip C. Harding III

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § § § § § § § § § § § | |
|     Plaintiffs, | § § | |
| v. | § § | Cause No. 3:14-cv-00532-HTW-LRA |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § § § § § § § § § § § § § § § § § § | |
|     Defendants. | § | |

**<u>VERIFICATION TO MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

TRUE THE VOTE

By: _____

1.    "I, Phillip C. Harding III, verify the following is true and correct under penalty of perjury under the laws of the United States of America. *See* 28 U.S.C. § 1746.

2.    I served as district coordinator for District 4 in Harrison County.

3.      I was at the Harrison County Election Commission's Office Tuesday, July 1, 2014 on or about 2pm.  I was assisting in cleaning out the supply bins that the poll managers used and restoring the pens, pencils, posters, etc.

4.      In a one of the bins I found a small stack of provisional ballots, unopened.  I gave the provisional ballots to an Executive Committee member who took control of them.  I also found absentee ballot bags in several of the supply bins.  Some had opened envelopes and applications in them.  I took the applications and envelopes out because I did not know what to do with them, but believed they should be saved.  After setting them aside I saw another volunteer dispose of them at executive committee members' direction.

5.      Further, affiant sayeth not."

*[signature]*

Phillip C. Harding III

Executed on July 9th, 2014.

*Sworn to and subscribed*
*Before me, this the 9th day of*
*July 2014.  Monique Piebrowski*
*Notary Public*

*[Notary seal: STATE OF MISSISSIPPI, MONIQUE PIETROWSKI, NOTARY PUBLIC ID No. 100742, Commission Expires November 22, 2015, HARRISON COUNTY]*

## Connie C. Ladner

From: Amanda Frusha [Amanda.Frusha@sos.ms.gov]
Sent: Thursday, June 26, 2014 9:57 AM
To: Edward C. Walker; Joe Caldwell; Debbie Kirkland; Wanda Fancher; Kathy Graves; Marilyn Kelly; Carlton Baker; Durward Stanton; Sandra N. Willis; Peggy Reid Miller; Sammie Lee Good; Beth Doggett Jordan; Robert Harrell Jr; Charles A. Oakes; estevens@copiahcountyms.gov; Melissa Duckworth; dthompson@desotocountyms.gov; Lou Ellen Adams; Millie Thornton; Chad Welford; Cecelia Bounds; Linda M. Barnette; Karen Ladner Ruhr; Gayle Parker; Barbara Dunn; Earline Wright-Hart; Timaka J. Jones; Erline Fortner; Carol Gates; Joe W. Martin Jr; Billy G. Rayner; Arnell Harried; Clint L. Langley; Bart Gavin; Tracey Murray; Baretta Mosley; Leslie Wilson; Donna Jill Johnson; James Brister; Kathy G. Henderson; Joyce Roberts Loftin; Elmus Stockstill; Dustin Bairfield; mahalansalazar@hotmail.com; Lee Westbrook; Jesse Loftin; Lucy Carpenter; Judy K. Butler; lgmartin@duckwood.net; plee@neshobacounty.net; mbutlernewton@hotmail.com; Freda Phillips; Glenn Hamilton; melissa@panolacoms.com; Vickie P. Hariel; Martha F. Clark; Roger A. Graves; Melinda Nowicki; Michael R. Kelley; Brenda A. Wiggs; Becky Boyd; Joe Rigby; Murindia Williams; Cindy M. Jensen; Anthony Grayson; Kenny Hatten; Sharon McFadden; sldsims@hotmail.com; Eddie Hadskey; photonut_randyg@yahoo.com; Donna Henry Dill; Sharon Granberry Reynolds; Phyllis Stanford; Vernon Alford; Shelly Ashley-Palmertree; Barbara Esters; Rose M. Bingham; Deborah Hood Neal; J. Lynn Tolliver-Delaney; Kim T. Ming; Daryl Burney; Robert Coleman; Gayle Parker; lmckinley@co.hinds.ms.us; mtreadway@desotocountyms.gov; Melissa Meek-Phelps; mytrobinson@yahoo.com; lbrumfield@co.forrest.ms.us; patkellystanley@hotmail.com; selmore@gtpdd.com; redlin@marshallcoms.org; ohubbard@marshallcoms.org; rmoore@marshallcoms.org; acraft@co.smith.ms.us; bsharpe@desotocountyms.gov; cluckett@co.hinds.ms.us; leeanna@co.warren.ms.us
Cc: Kim Turner; Hawley Rae Robertson; Grace Craig; Pamela Weaver
Subject: IMPORTANT: Please read! - Public Records requests for Election Day info
Attachments: Pollbooks and Receipt Books.rtf

Importance: High

Clerks,

Our office has received several calls regarding requests for information from Election Day. We wanted to remind you of the information below.

Public Records Request for pollbooks: Pollbooks are subject to a written public records request; however, the pollbook pages must be redacted to exclude the personal information of the voter, such as date of birth and the last 4 of his/her social security number. If you receive a public records request, refer to your county policy, which should afford you a specific number of days to respond to the request and should also afford you the ability to require advance payment from the requestor for the time it may take your office to fulfill the request and for any expenses, such as copy charges. Public Records Request for receipt books: Receipt books are not subject to a public records request. Please see the attached Attorney General's opinion.

Let us know if you have any questions.

Thanks,
Amanda

Amanda Frusha
*Director of Elections Compliance*
*Elections Division*

Mississippi Secretary of State's Office

1

EXHIBIT 15

Secretary of State :: News and Press Releases







▶ News

Press Releases

Font Size: A A A | Text only

Search                GO

Regulation & Enforcement News

BUSINESS SERVICES

PUBLIC LANDS

ELECTIONS

REGULATION & ENFORCEMENT

SECURITIES & CHARITIES

EDUCATION & PUBLICATIONS

POLICY & RESEARCH

Home
About Us
Jackson Offices
North Mississippi Offices
MS Gulf Coast Office
Mississippi Blue Book
Employment Opportunities
Recommended Links
Request For Speaker
Site Map
Contact Us

## News | Press Releases

Back to Previous Page

**FOR IMMEDIATE RELEASE:** July 10, 2014

**CONTACT:** Pamela Weaver, (601) 270-4100

Statement by Secretary Hosemann regarding True the Vote Lawsuit, Round Two



DELBERT HOSEMANN
*Secretary of State*

TELEPHONE (601) 359-1350
FACSIMILE (601) 359-1499

"The State *still* does not have the records requested by the re-filed lawsuit and should be dismissed. The Mississippi Legislature enacted a law to protect your birth date and social security number from public dissemination. This out-of-state company wants your birth date or wants you, the taxpayer, to pay the redacting and copying for them. Your locally elected Circuit Clerks are following the law."

© 2014, All rights reserved.

Secretary of State :: News and Press Releases

EXHIBIT 16

1994 WL 683385 (Miss.A.G.)

Office of the Attorney General

State of Mississippi
Opinion No. 94-0699
November 2, 1994

**\*1** Senator F. Michael Gunn
20th District
P.O. Box 31613
Jackson, MS 39286

Dear Senator Gunn:
The Attorney General has received your request for an opinion and has assigned it to me for research and reply. Your query (attached) was whether the list of voters voting in party primaries in Rankin County was available under the Open Records Act, whether local officials are required to respond in a timely manner and what recourse you have if the records are available under the Open Records Act and local authorities refuse to comply.

In response to your first question, the information you seek is not exempt from the Public Records Act. The pollbooks used in a particular election are public records and must be made available to the public. The pollbooks will have the word "voted" opposite the name of each voter who cast a ballot in the election. See Mississippi Code Annotated, Section 23–15–545 (Revised 1990).

The "receipt booklet" which contains the signatures of each voter who voted is required to be locked and sealed in the ballot box along with the used and unused ballots and certain other materials. See MCA 23–15–591. The "receipt booklets" therefore are, in our opinion, not subject to the Public Records Act.

We note that the 1994 primaries included congressional primaries and that such materials from elections involving federal offices must be preserved for a period of twenty-two (22) months following the election. See 42 USCA 1974.

In response to your second question, the county registrar is required to make the pollbooks containing the information sought available within one (1) day after a written request is made, unless the county board of supervisors has provided by proper order that county officials may take up to fourteen (14) working days to respond to such requests. See MCA 25–61–5.

If a public official refuses to comply with a proper request in a timely manner, the person denied the record may institute suit in the chancery court of the county in which the public body is located. See MCA 25–61–13.
 Sincerely,

Mike Moore
Attorney General
By: Phil Carter
Assistant Attorney General

1994 WL 683385 (Miss.A.G.)

      © 2014 Thomson Reuters. No claim to original U.S. Government Works.

WestlawNext® © 2014 Thomson Reuters. No claim to original U.S. Government Works.

EXHIBIT 17

LeGecha McKinley

From:            Donna Jill Johnson <circuitclerk@...>
Sent:            Monday, July 07, 2014 8:51 AM
To:              Donna Jill Johnson
Subject:         FW: Monday 930am

-----Original Message-----
From: Kim Turner [mailto:Kim_Turner@sos.ms.gov]
Sent: Monday, July 07, 2014 8:50 AM
To: Donna Jill Johnson
Subject: RE: Monday 930am

Both the Cochran and McDaniel campaigns have served notice of an intention to review the ballot boxes pursuant to Section 23-15-911, Miss. Code Ann. The required three (3) days' notice was provided to both candidates - Senator Cochran's son received written notice on July 3 and Senator McDaniel's mother received written notice also on July 3. Notice is therefore not an issue today.

Please remember:

1.  If your county has NOT certified its election results to the State Party Executive Committee, neither Cochran nor McDaniel may review the contents of the ballot boxes.

2.  A review of the ballot boxes is LIMITED to either the candidate (i.e., Senator Cochran and Senator McDaniel) or a designated representative only. Citizens for Cochran is a political action committee and has no legal right to review the ballot boxes unless an individual affiliated with this committee is Senator Cochran's designated representative. If more than one person per candidate has come to your office to review the ballot boxes, it is within your discretion to allow these additional people to review the ballot boxes.

3.  A ballot box examination must be completed within 12 days AFTER your county certified its election results to the State Party Executive Committee. If you certified your election results immediately after the election (on June 25), then today is the only day either candidate may review the ballot boxes. Either the Circuit Clerk or a deputy must keep watch during the entire process.

4.  Your office is charged with the security of these ballot boxes. Either the Circuit Clerk or a deputy must keep watch during the entire process.

5.  The election commission is not entitled to be present. The executive committees are not entitled to be present.

6.  As the Circuit Clerk, you are entitled to provide guidelines to each candidate for the orderly review of the contents of the ballot boxes.

7.  There is absolutely NO DUPLICATION OF THE CONTENTS OF THE BALLOT BOXES. No copies may be made by either candidate. No cell phone pictures may be taken by either candidate. No video may be made of the examination of the ballot boxes by either candidate. Neither candidate may "bring in a copier and additional personnel" to make copies.

8.  Pollbooks are NOT included within the contents of the ballot boxes. Section 23-15-591, Miss. Code Ann., specifies what are the contents of the ballot boxes.

9.  Senator Cochran sometime this week-end sent a second letter to all circuit clerk offices. This is a PROPER public records request for a copy of each pollbook for the Republican Primary Runoff Election on June 24, the Republican Primary Election on June 3 and the Democratic Primary Election on June 3. As stated in his letter, provide to Mr. Garriga an ESTIMATE of the total cost of producing the copies, with dates of birth REDACTED, and send the estimate. Once Mr. Garriga forwards payment to your office of the estimate cost, then you must produce and provide the copies. Please refer to your county's public record policy to know the exact period of time by which you must respond to Mr. Garriga. Most policies provide 7 days - If you don't know your county policy, contact your county attorney.

1

EXHIBIT 18

Hawley, Amanda
General's Office.

Kimberly P. Turner, Esq.
Assistant Secretary of State, Elections Division

Office of the Mississippi Secretary of State
401 Mississippi Street
Post Office Box 136
Jackson, Mississippi 39205
Direct Dial: (601) 359-5137
E.mail: kim.turner@sos.ms.gov

-----Original Message-----
From: Donna Jill Johnson [mailto:circuitclerk@lauderdalecounty.org]
Sent: Monday, July 07, 2014 7:41 AM
To: Kim Turner
Subject: Monday 930am

Got another fax.......fixing to send to all.....Would a conference call benefit, plus email ?

dj

-----Original Message-----
From: Kim Turner [mailto:Kim.Turner@sos.ms.gov]
Sent: Sunday, July 06, 2014 4:09 PM
To: Donna Jill Johnson
Subject: Re: Monday 930am

Sure. I'll work on something tonight and will email to you from my phone later to circulate.

Sent from my iPhone

On Jul 6, 2014, at 2:15 PM, "Donna Jill Johnson"
<circuitclerk@lauderdalecounty.org<mailto:circuitclerk@lauderdalecounty.org>
> wrote:

oth groups are expected in all 82 offices Monday at 9:30am.  Would you like to do a simplified list of  "do and don't lis
o we hope to be on the same page?

e attached faxed correspondence.

OC070614canvass-07062014141139.pdf>

Information contained in this email is not an official opinion. You should not consider anything in this email from
issippi Secretary of State's Office to be legal advice.

2