IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TRUE THE VOTE, et al.**                                                    **PLAINTIFFS**

**v.**                           **Civil Action No.:  3:14-cv-00532-NFA**

**THE HONORABLE DELBERT HOSEMANN,**
in his official capacity as Secretary of State for
the State of Mississippi, et al.                              **DEFENDANTS**

_____

**MOTION OF THE MISSISSIPPI REPUBLICAN PARTY TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**
_____

      COMES NOW the Mississippi Republican Party, one of the defendants in this action, sued herein under the name Republican Party of Mississippi, and respectfully moves this Court, pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss the complaint filed against it, or, in the alternative, pursuant to Fed.R.Civ.P. 56, for entry of summary judgment in its favor, and would show unto the Court in support thereof the following:

      1.    None of the three counts of the complaint states a claim upon which relief can be granted against the Mississippi Republican Party.

      2.    In the alternative, no genuine issue of material fact exists with regard to any of the three counts asserted against the Mississippi Republican Party.  The Party has violated no provision of the National Voter Registration Act, nor has it deprived any plaintiff of any rights secured by the Fourteenth Amendment to the United States Constitution.

      3.    In support of its alternative request for summary judgment, the Party relies on the testimony admitted at the hearing on July 24, 2014, together with documentary

evidence submitted at that time. The Party also relies on documents attached as exhibits to its previous filings in this action.

4. The brief of the Mississippi Republican Party filed simultaneously herewith in support of its motion explains the reasons it is entitled to the requested relief.

WHEREFORE, PREMISES CONSIDERED, the Mississippi Republican Party moves for the dismissal of the complaint filed against it or, in the alternative, for entry of summary judgment in its favor.

Respectfully submitted this the 6th day of August, 2014.

                    MISSISSIPPI REPUBLICAN PARTY

By: *s/Michael B. Wallace*
      Michael B. Wallace (MSB No. 6904)
      WISE CARTER CHILD & CARAWAY, P.A.
      Post Office Box 651
      Jackson, Mississippi 39202-0651
      Telephone: 601.968.5500
      mbw@wisecarter.com

      T. Russell Nobile (MSB No. 100682)
      WISE CARTER CHILD & CARAWAY, P.A.
      1105 30th Avenue, Suite 300
      Gulfport, Mississippi 39501
      Telephone: 228.867.7141
      trn@wisecarter.com

## CERTIFICATE OF SERVICE

  I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Joseph M. Nixon
Kelly Hunsaker Leonard
Kristen W. McDanald
Lloyd Eades Hogue
BEIRNE, MAYNORD & PARSONS, LLP
1300 Post Oak Blvd., Suite 2500
Houston, Texas  77056
jnixon@bmpllp.com
kleonard@bmpllp.com
kmcdonald@bmpllp.com
ehogue@bmpllp.com

James Edwin Trainor
BEIRNE, MAYNORD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, Texas  78701
ttrainor@bmpllp.com

  *Counsel for Plaintiffs*

Harold Edward Pizzetta, III
Justin L. Matheny
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi  39205-0220
hpizz@ago.state.ms.us
jmath@ago.state.ms.us

  *Counsel for The Hon. Delbert Hosemann*

Pieter Teeuwissen
PIETER TEEUWISSEN, PLLC
Post Office Box 16787
Jackson, Mississippi  39236
adwoodard@bellsouth.net

  *Counsel for Hinds County, Mississippi Election Commission*

Robert E. Sanders
YOUNG WELLS WILLIAMS SIMMONS, P.A.
Post Office Box 23059
Jackson, Mississippi  39225-3059
rsanders@youngwells.com

John Wesley Daughdrill, Jr.
YOUNG WELLS WILLIAMS SIMMONS, P.A.
Post Office Box 6005
Ridgeland, Mississippi  39157
wes.daughdrill@youngwells.com

  *Counsel for Jefferson Davis County, Mississippi Election Commission*

Elise Berry Munn
BERRY & MUNN, P.A.
Post Office Drawer 768
Hazlehurst, Mississippi  39083
emunn@berrymunnpa.com

  *Counsel for Copiah County, Mississippi Election Commission*

Jeffrey T. Webb
WEBB LAW FIRM, PLLC
Post Office Box 452
Carthage, Mississippi  39051
webblaw@bellsouth.net

  *Counsel for Leake County, Mississippi Election Commission*

3

| | |
|---|---|
| Lee Thaggard<br>BARRY, THAGGARD, MAY & BAILEY, LLP<br>Post Office Box 2009<br>Meridian, Mississippi 39302-2009<br>thaggard@barrpalmerlaw.com<br><br>*Counsel for Lauderdale County,*<br>*Mississippi Election Commission* | Craig Lawson Slay<br>RANKIN COUNTY BOARD OF SUPERVISORS<br>211 East Government Street, Suite A<br>Brandon, Mississippi 39042<br>cslay@rankincounty.org<br><br>*Counsel for Rankin County, Mississippi*<br>*Election Commission* |

Mike Espy
MIKE ESPY, PLLC
317 East Capitol Street, Suite 101
Jackson, Mississippi 39201
mike@mikespy.com

    *Counsel for Madison County,*
    *Mississippi Election Commission*

This the 6th day of August, 2014.

    *s/Michael B. Wallace*
    Michael B. Wallace

4