IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRUE THE VOTE, *et al.*                                                            PLAINTIFFS

V.                                                    CIVIL ACTION NO.: 3:14-CV-532-NFA

THE HONORABLE DELBERT HOSEMANN,
in his official capacity, as Secretary of State for the
State of Mississippi, *et al.*,                                                   DEFENDANTS

STATE OF MISSISSIPPI

COUNTY OF LAUDERDALE

### **AFFIDAVIT OF DONNA JILL JOHNSON**

COMES NOW the undersigned, Donna Jill Johnson, being duly sworn, states on

her oath as follows:

      1.     I am over the age of 21 years, have personal knowledge and am competent

to testify regarding the matters contained herein.

      2.     I am the duly elected Circuit Clerk for Lauderdale County, Mississippi and

have served in that capacity since January of 1992.  In my capacity as Circuit Clerk, I am

also the County Registrar as specified by Mississippi Code § 23-15-211.  While I work

closely in many respects with the Lauderdale County Election Commission, I am not a

member of the Election Commission.

      3.     My office and the office of the Lauderdale County Election Commission

share a waiting area for the public on the First Floor of the Lauderdale County



Courthouse.  My office also has a large vault for storage of important records and information including, at times, ballot boxes.  The entrance to the vault is located on the office-side of my main counter.

4.      On the morning of Monday, July 7, 2014, representatives from the Chris McDaniel campaign and the Thad Cochran campaign were present in the vault reviewing contents of the ballot boxes from the June 24, 2014 primary run-off election as well as poll books utilized for the June 3, 2014 primary election and the June 24, 2014 primary run-off election.  I had a meeting out of the office that morning.  When I left the office, the representatives from the two campaigns were conducting the inspection while supervised by Election Commissioners Awana Simmons and Wallace Heggie.

5.      When I returned to my office shortly before lunch on July 7, 2014, Chief Deputy Clerk Tina Moore showed me a written request for certain voting records.  Ms. Moore explained that a couple had visited the office earlier that morning and had completed the request form.

6.      Shortly after lunch on July 7, 2014, a couple entered the office and introduced themselves as the Hobsons.  I do not recall if they informed me at that moment that they were affiliated in some manner with the True The Vote, or if someone else in the office had informed me.  The Hobsons confirmed that they had submitted a written records request earlier in the morning.  The fact that they came back to my office gave me the impression that they wanted to make sure that I had actually received the request and

also so that they could answer any questions that I may have about the request.  I retrieved the request from Tina Moore and I discussed the request with them to ensure that I understood precisely what they were asking for.  The request included two slips of paper which I understood was to be part of the request.  I made a photocopy of the slips onto one sheet of paper which I then attached to the records request.  Attached hereto as Exhibit "1" is a true and correct copy of the records request form which includes the one-page photocopy of the slips of paper.  In the attachment to the request, the Hobsons asked for the following:

Electronic file from the June 3rd Primary (By Precinct)

-List of all the Republican Voters who voted by Precinct:

-in person on Election Day
-via absentee ballot

-List of all of the Democratic Voters who voted by Precinct:

-in person on Election Day
-via absentee ballot

Electronic file from the June 24th Runoff (By Precinct)

-List of all the Republican Voters who voted by Precinct:

-in person on Election Day
-via absentee ballot

-List of all of the Democratic Voters who voted by Precinct:

-in person on Election Day
-via absentee ballot

The Hobsons requested in the form that the results be alphabetized by street name, by precinct. They also requested that both physical and mailing addresses be included.

7.     On the form, the Hobsons requested that the results be provided in electronic format. I explained to them that the results would be made available on a disk. On the form, they also asked that the results be provided in Excel spreadsheet format and emailed to the following address: taylor.phillips1@gmail.com.

8.     I explained to the Hobsons that the charge to prepare the response to for the request was $100.00, and asked if they wanted to pay at that time or when the request was completed. Mrs. Hobson responded that she would go ahead and make the payment and wrote a personal check. Attached hereto as Exhibit "2" is a true and correct copy (redacted) of Mrs. Hobson's personal check. I informed Mrs. Hobson that my office would not cash the check until the Hobsons received the information as requested. I also explained to the Hobsons that I was leaving the next day for a Circuit Clerk's convention and I asked if the request could wait until I got back to the office the next week. Both Mr. and Mrs. Hobson responded that there was no problem with the requested delay.

9.     My visit with the Hobsons lasted for approximately ten minutes. During the visit they were very polite and personable with "small talk" about Texas. I asked if they were visiting any other counties and they responded that they were sent only to visit Lauderdale County. They shared with me at that time that they were volunteers for True The Vote.

10.     As stated, my visit with the Hobsons lasted for approximately ten minutes. They then left, and to my knowledge, have never returned to either my office or that of the Lauderdale County Election Commission.  At no time did they express any concern that they had been denied to see any records or that they had been denied any documents. They made no threat or statements about any Lauderdale County official being sued if they were not permitted to immediately see any documents on July 7, 2014 or if the response to their records request was not immediately completed on July 7, 2014.  Rather, the Hobsons seemed satisfied when they left my office.  There was nothing to indicate that either Mr. or Mrs. Hobson was dissatisfied with the service they received or the explanations they were provided on July 7, 2014.

11.     At no time during the Hobsons' visit to my office did I hear either of them ask to review any poll book, or did they ask for a copy of any poll book or pages from any poll book.

12.     Needless to say, I was shocked to later learn that the Lauderdale County Election Commission had been included in a lawsuit filed only two days later on July 9, 2014 by True The Vote and others.  I note that neither Mr. Hobson nor Mrs. Hobson are Plaintiffs in that lawsuit.  I was also extremely surprised to learn that the Plaintiffs alleged in their Complaint that the Hobsons had submitted a request for copies of poll books during their visit on July 7, 2014; however as indicated above, that simply did not occur.

13.     Regarding the Hobsons' written request, I asked Lauderdale County

Election Commission Chairman Jeff Tate to assist me in preparing the response. Jeff

Tate, with the assistance of counsel, submitted the requested documents to the email

address provided by the Hobsons. Jeff Tate utilized the Statewide Election Management

System (SEMS) to generate the electronic files (Excel spreadsheets), which contained all

of the information requested by Mr. and Mrs. Hobson in their records request.[1] To this

day, I have received no complaint or concern, whether written or oral, from the Hobsons

or any other person claiming that the actual response to the Hobsons' request was

inadequate.

     14.     Attached hereto as Exhibits "3" and "4" respectively are Election

Summary Reports for the primary election on Tuesday, June 3, 2014 and the primary

runoff election on Tuesday, June 24, 2014. As those Election Summary Reports correctly

reflect, Lauderdale County has 44,978 registered voters. As the Election Summary

Report for the primary election of June 3, 2014 correctly reflects, there were a total of

10,335 votes cast, representing 22.98% of the registered voters. As the Election

Summary Report for the runoff election of June 24, 2014 correctly reflects, there were a

total of 11,997 votes cast, representing 26.67% of the registered voters.

     15.     I have custody and control of the poll books from the June 3, 2014 primary

election and the June 24, 2014 primary runoff election. When representatives from either

---

[1]As the Circuit Clerk, I control access to SEMS in Lauderdale County. I had previously
authorized Jeff Tate and the other election commissioners to have access to SEMS. Jeff Tate is
very proficient in using SEMS. As a result, I asked him to assist the preparing the response to
the Hobson's records request.

the McDaniel campaign or the Cochran Campaign or any other concerned citizen has reviewed the poll books, the column containing the voters' birthdates has been physically obscured by placing an object, such as a ruler or sheet of paper, over the column. The original poll books have not been destroyed, altered, or modified in any way. Similarly consistent with state law, the original poll books will not be altered or modified in any way and most certainly will not be destroyed.

16.     In their written request, the Hobsons did not request copies of any other documents including poll books, absentee ballot applications, absentee voting envelopes, voter registration applications, federal post card applications, absentee ballots, or any other type of voter registration materials.

17.     To my knowledge, since July 7, 2014, neither the Hobsons nor any other representative of the True The Vote has returned to either the office of the Lauderdale County Circuit Clerk or the office of the Lauderdale County Election Commission.

18.     This concludes my Affidavit.

Donna Jill Johnson

SWORN TO AND SUBSCRIBED BEFORE ME, this the _06_ day of August, 2014.

NOTARY PUBLIC

My Commission Expires:
1-13-2016

STATE OF MISSISSIPPI
ID No
10728
NOTARY PUBLIC
Comm Expires
January 13, 2016
LAUDERDALE COUNTY

Page 7 of 7

REQUEST FOR LAUDERDALE COUNTY VOTER ROLLS / *INFO*

DATE _2/7/14_

YOUR PRINTED NAME _John Hobson_

YOUR SIGNATURE _John Hobson_

OFFICE REQUESTING _____

DISK _in Excel, please email to taylor.phillips1@_
_format_ _gmail.com_

MAILING ADDRESS _N/A_

DAY TIME TELEPHONE # _281-796-8987_

| REQUEST MADE (MARK ONE) | | | |
|---|---|---|---|
| 0-999 | $25.00 | ✓ | |
| **** 1,000-10,999 | $50.00 | | **** |
| **** 11,000-20,999 | $75.00 | | **** |
| **** 21,000- | $100.00 | | **** |

MARK ONE:

ALPHABETIZE BY VOTERS NAME _____

ALPHABETIZE BY VOTERS NAME
BY PRECINCT _____

ALPHABETIZE BY STREET NAME _____

ALPHABETIZE BY STREET NAME
BY PRECINCT ✓

OTHER _____

MARK ONE:

PHYSICAL ADDRESS ONLY _____

MAILING ADDRESS ONLY _____

BOTH PHYSICAL AND
MAILING ADDRESS ✓

*************************************************************************

DATE RECEIVED _____ DATE SENT OR PICKED UP _____

RECEIVED CHECK _____
RECEIVED CASH _____

BY CLERK OR
DEPUTY CLERK _____

MAKE CHECK PAYABLE TO LAUDERDALE COUNTY GENERAL FUND WITH THIS FORM
ATTACHED AND RETURN TO THE CIRCUIT CLERK OFFICE OR MAIL TO P O BOX 1005,
MERIDIAN MS 39302-1005. IF YOU HAVE ANY QUESTIONS CALL THE CIRCUIT CLERKS OFFICE
AT (601) 482-9731. REQUEST WILL BE COMPLIED WITHIN 7 DAYS.

EXHIBIT

tabbies

1

Electronic File from the June 3rd Primary (By Precinct)

    -List of all the Republican Voters who voted by Precinct:

        -in person on Election Day
        -via absentee ballot

    -List of all the Democratic Voters who voted by Precinct:

        -in person on Election Day
        -via absentee ballot

Electronic File from the June 24th Runoff (By Precinct)

    -List of all Republican Voters who voted by Precinct

        -in person on Election Day
        -via absentee ballot

    -List of all Democratic Voters who voted by Precinct

        -in person on Election Day
        -via absentee ballot

JOHN M HOBSON OR
KAREN L HOBSON
389 RIVER CLIFF PL
SPRING BRANCH, TX 78070-5495

1558

37-65/1119 7953
1000211581867

DATE 11-1-14

PAY TO THE
ORDER OF Circuit Clerk                    $ 100.00

One Hundred + no/100                       DOLLARS

WELLS
FARGO
Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR ELECTION INFO                 Karen Hobson

**EXHIBIT**

2

| Election Summary Report | Date:06/04/14 |
|---|---|
| Primary Election | Time:17:02:38 |
| Lauderdale County, Mississippi | Page:1 of 1 |
| Tuesday, June 3, 2014 | |
| Summary For Jurisdiction Wide, All Counters, All Races | |
| Official Results | |

Registered Voters 44978 - Cards Cast 10335   22.98%          Num. Report Precinct 45 - Num. Reporting 45   100.00%

| Senate-Republican | R | | |
|---|---|---|---|
| | | Total | |
| Number of Precincts | | 45 | |
| Precincts Reporting | | 45 | 100.0 % |
| Total Votes | | 8897 | |
| Thomas L. Carey | | 58 | 0.65% |
| Thad Cochran | | 4953 | 55.67% |
| Chris McDaniel | | 3881 | 43.62% |
| Write-in Votes | | 5 | 0.06% |

| 3rd Congressional | R | | |
|---|---|---|---|
| District-Republican | | Total | |
| Number of Precincts | | 45 | |
| Precincts Reporting | | 45 | 100.0 % |
| Total Votes | | 8634 | |
| Hardy Caraway | | 545 | 6.31% |
| Gregg Harper | | 8079 | 93.57% |
| Write-in Votes | | 10 | 0.12% |

| Senate-Democrat | D | | |
|---|---|---|---|
| | | Total | |
| Number of Precincts | | 45 | |
| Precincts Reporting | | 45 | 100.0 % |
| Total Votes | | 1380 | |
| Travis W. Childers | | 732 | 53.04% |
| William Bond Compton | | 287 | 20.80% |
| Bill Marcy | | 312 | 22.61% |
| Jonathan Rawl | | 43 | 3.12% |
| Write-in Votes | | 6 | 0.43% |

| 3rd Congressional District-Democrat | D | | |
|---|---|---|---|
| | | Total | |
| Number of Precincts | | 45 | |
| Precincts Reporting | | 45 | 100.0 % |
| Total Votes | | 1190 | |
| Jim Liljeberg | | 186 | 15.63% |
| D. M. (Doug) Magee | | 668 | 56.13% |
| Dennis C. Quinn | | 333 | 27.98% |
| Write-in Votes | | 3 | 0.25% |

EXHIBIT

3

Election Summary Report
Primary Runoff Election
Lauderdale County, Mississippi
Tuesday, June 24, 2014
Summary For Jurisdiction Wide, All Counters, All Races
Official Results

Date:07/02/14
Time:10:32:15
Page:1 of 1

Registered Voters 44978 - Cards Cast 11997   26.67%          Num. Report Precinct 45 - Num. Reporting 45   100.00%

| Senate-Republican | R | |
|---|---|---|
| | Total | |
| Number of Precincts | 45 | |
| Precincts Reporting | 45 | 100.0 % |
| Times Counted | 11019/44978 | 24.5 % |
| Total Votes | 10995 | |
| Thad Cochran | 6204 | 56.43% |
| Chris McDaniel | 4790 | 43.57% |
| Write-in Votes | 1 | 0.01% |

| 3rd Congressional District-Democrat D | | |
|---|---|---|
| | Total | |
| Number of Precincts | 45 | |
| Precincts Reporting | 45 | 100.0 % |
| Times Counted | 978/44978 | 2.2 % |
| Total Votes | 946 | |
| D. M. (Doug) Magee | 429 | 45.35% |
| Dennis C. Quinn | 508 | 53.70% |
| Write-in Votes | 9 | 0.95% |



EXHIBIT

tabbies®

4