IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRUE THE VOTE, *et al.* PLAINTIFFS

V. CIVIL ACTION NO.: 3:14-CV-532-NFA

THE HONORABLE DELBERT HOSEMANN, in his official capacity, as Secretary of State for the State of Mississippi, *et al.*, DEFENDANTS

STATE OF MISSISSIPPI

COUNTY OF LAUDERDALE

**AFFIDAVIT OF JEFF TATE**

COMES NOW the undersigned, Jeff Tate, being duly sworn, states on her oath as follows:

1. I am over the age of 21 years, have personal knowledge and am competent to testify regarding the matters contained herein.

2. I am a duly elected Election Commissioner for Lauderdale County, Mississippi. I am the current Chairman of the Lauderdale County Election Commission.

3. On or about July 8, 2014, Lauderdale County Circuit Clerk Donna Jill Johnson requested that I assist her in preparing a response to a written records request submitted by John and Karen Hobson. Attached hereto as Exhibit 1 is a true and correct copy of such records request. The request was dated July 7, 2014. I was not in the office on July 7, 2014 when the request was submitted.

EXHIBIT
tabbies
E

4. I understood that the Hobsons had submitted a personal check in the amount of $100.00 for payment in advance for completion of the records request. I understood that the Hobsons' check was being held until such time as the written records request was fulfilled.

5. In response to the records request, I utilized the Statewide Election Management System (SEMS) to generate four electronic files (Excel spreadsheets), which contained all of the information requested by Mr. and Mrs. Hobson in their records request.[1] On Thursday, July 17, 2014, I spoke by telephone with Mr. John Hobson to ascertain whether he wanted to receive the electronic files on a disk by U. S. mail to his address or whether he wanted the electronic files sent by email only to the email address listed on the records request. Mr. Hobson informed me that he did not want the disk, but rather the electronic files should only be emailed to the address which was included on the records request, that being taylor.phillips1@gmail.com.

6. On Thursday, July 17, 2014 with the assistance of counsel, I completed the response to the records request by having the four Excel spreadsheets emailed to taylor.phillips1@gmail.com in full and final response to the Hobsons' request for public records. Attached hereto as Exhibits "2", "3", "4", and "5" are the first pages from each of the Excel spreadsheets which were emailed to taylor.phillips1@gmail.com at the

[1]In Lauderdale County, access to SEMS is controlled by the Lauderdale County Circuit Clerk. The Circuit Clerk has previously authorized me to have access to SEMS. As a result, I was able to assist the Circuit Clerk in responding to the Hobson's records request.

request of Mr. John Hobson. It takes approximately 4,697 pages to print the four Excel spreadsheets in landscape format.

    7.    Attached to the Hobsons' request is a page containing a typed description of specific documents requested, as follows:

    Electronic file from the June 3rd Primary (By Precinct)

        -List of all the Republican Voters who voted by Precinct:

            -in person on Election Day
            -via absentee ballot

        -List of all of the Democratic Voters who voted by Precinct:

            -in person on Election Day
            -via absentee ballot

    Electronic file from the June 24th Runoff (By Precinct)

        -List of all the Republican Voters who voted by Precinct:

            -in person on Election Day
            -via absentee ballot

        -List of all of the Democratic Voters who voted by Precinct:

            -in person on Election Day
            -via absentee ballot

The four Excel spreadsheets produced on July 17, 2014 included all of the information requested. In their written request, the Hobsons did not request copies of any other documents including poll books, absentee ballot applications, absentee voting envelopes, voter registration applications, federal post card applications, absentee ballots, or any

other type of voter registration materials.

8. As Exhibits "2", "3", "4" and "5" confirm, each spreadsheet includes each voter's name, address, distinct voter identification number, precinct, and party primary in which the person voted. Two of the four spreadsheets also include each voter's effective registration date. There are two spreadsheets for the June 3, 2014 primary election and two spreadsheets for the June 24, 2014 primary runoff election.

9. At no time during my telephone conversation with John Hobson did he ask for a copy of any poll book or pages from any poll book.

10. To this day, I have received no complaint or concern, whether written or oral, from the Hobsons or any other person claiming that the actual response to the Hobsons' request was inadequate.

11. To my knowledge, since July 7, 2014, no representative of the True The Vote has returned to either the office of the Lauderdale County Circuit Clerk or the office of the Lauderdale County Election Commission.

12. This concludes my Affidavit.

Jeff Tate

SWORN TO AND SUBSCRIBED BEFORE ME, this the 6th day of August, 2014.

NOTARY PUBLIC

My Commission Expires: 1-13-2016

(SEAL)

STATE OF MISSISSIPPI
LYNN STORY
ID No 10728
NOTARY PUBLIC
Comm Expires January 13, 2016
LAUDERDALE COUNTY

REQUEST FOR LAUDERDALE COUNTY VOTER ROLLS /INFO

DATE 7/7/14

YOUR PRINTED NAME John Hobson

YOUR SIGNATURE [signature]

OFFICE REQUESTING ______

DISK in excel, please email to taylor.phillips1@gmail.com format

MAILING ADDRESS N/A

DAY TIME TELEPHONE # 281-796-9987

| REQUEST MADE (MARK ONE) | | | | |
|---|---|---|---|---|
| | 0-999 | $25.00 | ✓ | |
| **** | 1,000-10,999 | $50.00 | ______ | **** |
| **** | 11,000-20,999 | $75.00 | ______ | **** |
| **** | 21,000- | $100.00 | ______ | **** |

MARK ONE:

ALPHABETIZE BY VOTERS NAME ______

ALPHABETIZE BY VOTERS NAME BY PRECINCT ______

ALPHABETIZE BY STREET NAME ______

ALPHABETIZE BY STREET NAME BY PRECINCT ✓

OTHER ______

MARK ONE:

PHYSICAL ADDRESS ONLY ______

MAILING ADDRESS ONLY ______

BOTH PHYSICAL AND MAILING ADDRESS ✓

**************************************************************************************

DATE RECEIVED ______ DATE SENT OR PICKED UP ______

RECEIVED CHECK ______
RECEIVED CASH ______

BY CLERK OR DEPUTY CLERK ______

MAKE CHECK PAYABLE TO LAUDERDALE COUNTY GENERAL FUND WITH THIS FORM ATTACHED AND RETURN TO THE CIRCUIT CLERK OFFICE OR MAIL TO P O BOX 1005, MERIDIAN MS 39302-1005. IF YOU HAVE ANY QUESTIONS CALL THE CIRCUIT CLERKS OFFICE AT (601) 482-9731. REQUEST WILL BE COMPLIED WITHIN 7 DAYS.

EXHIBIT 1

Electronic File from the June 3rd Primary (By Precinct)

-List of all the Republican Voters who voted by Precinct:

-in person on Election Day
-via absentee ballot

-List of all the Democratic Voters who voted by Precinct:

-in person on Election Day
-via absentee ballot

Electronic File from the June 24th Runoff (By Precinct)

-List of all Republican Voters who voted by Precinct

-in person on Election Day
-via absentee ballot

-List of all Democratic Voters who voted by Precinct

-in person on Election Day
-via absentee ballot

County : Lauderdale

# Unofficial Voting List

Date 07/10/2014

Report No : VR-028

Precincts : All Status : Active Registration Period Till : 7/10/2014 Election : 06/03/2014 - '14 Primary June 3, 2014 Period Till : 06/03/2014

| Voter ID / Election Participation Date | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|---|
| 537086<br>6/3/2014(R) | ABBEY, WILLIAM S | 2905 56 TH CT MERIDIAN MS 39305 | MERIDIAN | 313 - Thirteen | ### | R |
| 775325509<br>6/3/2014(D) | ABEL, ELISABETH NICOLE | 1505 57 TH CT MERIDIAN MS 39305 | MERIDIAN | 101 - One | ### | D |
| 503275<br>6/3/2014(D) | ABEL, LINDA JO | 1505 57 TH CT MERIDIAN MS 39305 | MERIDIAN | 101 - One | ### | D |
| 510200<br>6/3/2014(R) | ABEL, MYRTLE IRENE | 1815 APACHE RIDGE RD MERIDIAN MS 39305 | MERIDIAN | 101 - One | ### | R |
| 543356<br>6/3/2014(R) | ABERNATHY, JERRY WAYNE | 8531 HONEYSUCKLE DR COLLINSVILLE MS 39325 | COLLINSVILLE | 361 - Suqualena | ### | R |
| 527156<br>6/3/2014(R) | ABERNATHY, SARAH L | 8531 HONEYSUCKLE DR COLLINSVILLE MS 39325 | COLLINSVILLE | 361 - Suqualena | ### | R |
| 502841<br>6/3/2014(R) | ABNEY, LAURA M | 7740 LAKEVIEW DR MERIDIAN MS 39305 | MERIDIAN | 146 - New Lauderdale | ### | R |
| 513593<br>6/3/2014(R) | ABNEY, RICHARD SAMUEL | 7740 LAKEVIEW DR MERIDIAN MS 39305 | MERIDIAN | 146 - New Lauderdale | ### | R |

EXHIBIT
tabbies
2

County : Lauderdale Unofficial Voting List Date : 07/10/2014

Report No : VR-028

Precincts : All Status : Active Registration Period Till : 7/10/2014 Election : 06/24/2014 - Run Off Election for '6/3/2014 - '14 Primary June 3, 2014' Period Till : 06/24/2014

| Voter ID | Voter Name | Residential/Mailing Ad City | Precinct | Eff Regn Date | Party | Election Participation Date |
|---|---|---|---|---|---|---|
| 537086 | ABBEY, WILLIAM S | 2905 56 TH CT MERIDI MERIDIAN | 313 - Thirteen | 34656 | R | 6/24/2014(R) |
| 545411 | ABDELLA, SAMUEL ED\ | 1743 38 TH ST MERIDI MERIDIAN | 105 - Five | 34671 | R | 6/24/2014(R) |
| 510200 | ABEL, MYRTLE IRENE | 1815 APACHE RIDGE R MERIDIAN 39305 | 101 - One | 34680 | R | 6/24/2014(R) |
| 529033 | ABERCROMBIE, CHRIS' | 5574 BLIND BROWN RI BAILEY | 329 - Center Hill | 36283 | R | 6/24/2014(R) |
| 543356 | ABERNATHY, JERRY W/ | 8531 HONEYSUCKLE D COLLINSVILLE MS 39325 | 361 - Suqualena | 36801 | R | 6/24/2014(R) |
| 527156 | ABERNATHY, SARAH L | 8531 HONEYSUCKLE D COLLINSVILLE MS 39325 | 361 - Suqualena | 34678 | R | 6/24/2014(R) |
| 502841 | ABNEY, LAURA M | 7740 LAKEVIEW DR MI MERIDIAN | 146 - New Lauderdale | 34673 | R | 6/24/2014(R) |
| 513593 | ABNEY, RICHARD SAM | 7740 LAKEVIEW DR MI MERIDIAN | 146 - New Lauderdale | 34657 | R | 6/24/2014(R) |

Statewide Election Management System

County : Lauderdale Unofficial Voting List Date : 07/10/2014

Report No : VR-028

Precincts : All Status : Active Registration Period Till : 7/10/2014 Election : 06/24/2014 - Run Off Election for '6/3/2014 - '14 Primary June 3, 2014' Period Till : 06/24/2014

| Voter ID | Voter Name | Residential/Mailing Ad City | Precinct | Eff Regn Date | Party | Election Participation Date |
|---|---|---|---|---|---|---|
| 532390 | ABRAHAM, HELEN | 5399 CREPE MYRTLE D MARION 39342 | 238 - Marion | 34680 | R | 6/24/2014(R) |
| 530475 | ABRAHAM, WADIE HIL | 5399 CREPE MYRTLE D MARION 39342 | 238 - Marion | 34655 | R | 6/24/2014(R) |

EXHIBIT
tabbies
3

County : Lauderdale Unofficial Voting List Date : 07/10/2014

Report No : VR-028

Precincts : All Status : Active Registration Period Till : 7/10/2014 Election : 06/24/2014 - Run Off Election for '6/3/2014 - '14 Primary June 3, 2014' Period Till : 06/24/2014

| Voter ID | Voter Name | Residential/Mailing Ad City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|
| Election Participation Date | | | | | |
| 519712 | ASHMORE, LEON WAD | 4060 1ST PL, MERIDIA MERIDIAN | 105 - Five | 34888 | R |
| 6/24/2014(R) | | | | | |
| 513347 | ASHMORE, MARY CATI | 4060 1ST PL, MERIDIA MERIDIAN | 105 - Five | 34888 | R |
| 6/24/2014(R) | | | | | |
| 544216 | CHANDLER, ANDREW I | 3311 1ST ST, MERIDIA MERIDIAN | 410 - Ten | 34678 | D |
| 6/24/2014(D) | | | | | |
| 525880 | GLOVER, KAYE N | 4108 1ST PL, MERIDIA MERIDIAN | 105 - Five | 34686 | R |
| 6/24/2014(R) | | | | | |
| 534270 | GLOVER, THEODORE C | 4108 1 ST PL MERIDIAI MERIDIAN | 105 - Five | 34722 | R |
| 6/24/2014(R) | | | | | |
| 540752 | HEARN, BILLY R | 3112 1ST ST, MERIDIA MERIDIAN | 410 - Ten | 38420 | R |
| 6/24/2014(R) | | | | | |
| 544511 | MCCLEON, BEVERLY JC | 4122 1ST PL, MERIDIA MERIDIAN | 105 - Five | 34663 | D |
| 6/24/2014(D) | | | | | |
| 539760 | RUFFIN, JESSIE LEE | 3108 1 ST ST MERIDIAI MERIDIAN | 410 - Ten | 34880 | D |
| 6/24/2014(D) | | | | | |

Statewide Election Management System

County : Lauderdale Unofficial Voting List Date : 07/10/2014

Report No : VR-028

Precincts : All Status : Active Registration Period Till : 7/10/2014 Election : 06/24/2014 - Run Off Election for '6/3/2014 - '14 Primary June 3, 2014' Period Till : 06/24/2014

| Voter ID | Voter Name | Residential/Mailing Ad City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|
| Election Participation Date | | | | | |
| 513363 | SIMS, DAVID D | 5318 1ST ST, MERIDIA MERIDIAN | 409 - Nine | 37533 | R |
| 6/24/2014(R) | | | | | |
| 507342 | JONES, VIRGINIA D | 5923 2ND ST, MERIDI/ MERIDIAN 39307-6170 | 409 - Nine | 34673 | D |
| 6/24/2014(D) | | | | | |
| 525139 | LARKIN, ROSIE BEA | 2320 2 ND AVE MERID MERIDIAN | 206 - Six | 34652 | D |
| 6/24/2014(D) | | | | | |
| 541640 | MURPHY, FREDDIE LEE | 5917 2 ND ST MERIDIA MERIDIAN | 409 - Nine | 34670 | D |
| 6/24/2014(D) | | | | | |
| 512020 | MURPHY, SHUMEDA | 5917 2ND ST, MERIDI/ MERIDIAN 39307-6170 | 409 - Nine | 36910 | D |
| 6/24/2014(D) | | | | | |

EXHIBIT
4
tabbies

County : Lauderdale

# Unofficial Voting List

Date 07/10/2014

Report No : VR-028

Precincts : All Status : Active Registration Period Till : 7/10/2014 Election : 06/03/2014 - '14 Primary June 3, 2014 Period Till : 06/03/2014

| Voter ID | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party | Election Participation Date |
|---|---|---|---|---|---|---|---|
| 519712 | ASHMORE, LEON WADE | 4060 1ST PL, MERIDIAN, MS 39301-1031 | MERIDIAN | 105 - Five | ### | R | 6/3/2014(R) |
| 513347 | ASHMORE, MARY CATHERINE | 4060 1ST PL, MERIDIAN, MS 39301-1031 | MERIDIAN | 105 - Five | ### | R | 6/3/2014(R) |
| 544216 | CHANDLER, ANDREW LEE | 3311 1ST ST, MERIDIAN, MS 39301-6246 | MERIDIAN | 410 - Ten | ### | D | 6/3/2014(D) |
| 525880 | GLOVER, KAYE N | 4108 1ST PL, MERIDIAN, MS 39301-1033 | MERIDIAN | 105 - Five | ### | R | 6/3/2014(R) |
| 539760 | RUFFIN, JESSIE LEE | 3108 1 ST ST MERIDIAN MS 39301 | MERIDIAN | 410 - Ten | ### | D | 6/3/2014(D) |
| 513363 | SIMS, DAVID D | 5318 1ST ST, MERIDIAN, MS 39307-6661 | MERIDIAN | 409 - Nine | ### | R | 6/3/2014(R) |
| 507342 | JONES, VIRGINIA D | 5923 2ND ST, MERIDIAN, MS 39307-6170 | MERIDIAN | 409 - Nine | ### | D | 6/3/2014(D) |
| 525139 | LARKIN, ROSIE BEA | 2320 2 ND AVE MERIDIAN MS 39301 | MERIDIAN | 206 - Six | ### | D | 6/3/2014(D) |

EXHIBIT
tabbies
5