# 2012 

# CALL

for the

Mississippi Republican Party

Precinct Caucuses,

County Conventions

and

State Convention



EXHIBIT 1

IN COMPLIANCE WITH THE LAWS OF THE STATE OF MISSISSIPPI, THE BYLAWS OF THE MISSISSIPPI REPUBLICAN PARTY, AND IN ANSWER TO AND PURSUANT TO THE CALL FOR THE REPUBLICAN NATIONAL CONVENTION OF 2012, AS ADOPTED BY THE REPUBLICAN NATIONAL COMMITTEE:

BE IT RESOLVED by the Mississippi Republican Party State Executive Committee this 18th Day of August 2011, in accordance with the Laws of the State of Mississippi, that the delegates from the several counties do convene at the Marriott Hotel in the City of Jackson on Saturday, May 19, 2012, in order to constitute the 2012 State Convention of the Mississippi Republican Party, and

BE IT FURTHER RESOLVED the 2012 State Convention of the Mississippi Republican Party shall be empowered to transact all business authorized by the Laws of the State of Mississippi, including, but not limited to the following:

To appoint delegates to the National Convention; to select a State Executive Committee; to select one or more slates of presidential electors; to nominate a candidate for President and Vice President of the United States; to elect a National Committeeman and a National Committeewoman; to adopt a platform; to promulgate principles; and to take such further action as is deemed proper by the Convention and authorized by Law, and

BE IT FURTHER RESOLVED that the method of selection of delegates to the Republican National Convention to be held at 10 a.m. on August 27, 2012, in the City of Tampa Bay, Florida shall be by election of the same by the several Congressional District Caucuses and by the State Convention itself, as authorized by section 23-25-1055, Mississippi Code Annotated, 1972 and other applicable Laws in compliance with the following formula:

    Three (3) delegates shall be selected from each of the several Congressional District Caucuses within the State Convention;

    Twenty-five (25) delegates at-large shall be elected by the delegates to the State Convention as a whole;

Pursuant to Republican National Committee rules, the State Chairman, Republican National Committeewoman and Republican National Committeeman are automatically selected as delegates to the Republican National Convention. No alternate delegates are to be elected for these three delegates.

The total of the foregoing is forty (40) delegates to the 2012 Republican National Convention to be elected pursuant to this Call and the Rules for the Presidential Preferential Primary heretofore adopted by Resolution of the Mississippi Republican Party State Executive Committee; and

BE IT FURTHER RESOLVED that thirty-seven (37) alternate delegates to the 2012 Republican National Convention shall be elected in the same manner as provided hereinabove for the election of delegates; and

BE IT FURTHER RESOLVED that the delegates to the 2012 State Convention shall be elected by the precinct delegates to the several County Conventions, which shall be convened on Saturday, April 28, 2012 at 3:00 p.m., in the Courthouses of the several Counties of the State. County delegates and their alternate delegates shall be certified to the Secretary of the State Executive Committee of the Mississippi Republican Party, and a roll call at the State Convention of the County delegates and alternate delegates shall be held, and no other person shall participate or vote in the State Convention except County delegates or alternate delegates so certified; and

BE IT FURTHER RESOLVED that precinct delegates to the County Conventions shall be elected by qualified voters present at the Precinct Caucuses to be convened on Saturday, April 28, 2012, at 10 a.m., in the regular voting places of the several precincts of the State.

## FILING OF CREDENTIALS

On or before May 4, 2012, the Chairman and Secretary of each County Convention are hereby directed to file with the Chairman of the State Executive Committee true and certified extract copies of the minutes of the County Convention setting forth the following:

a. The names and mailing addresses of the delegates and alternate delegates to the State Convention selected by the County Convention;
b. The names and mailing addresses of the recognized delegates and alternate delegates to the County Convention from the several Precinct Caucuses;
c. The names and mailing addresses of every person attending and participating in the Precinct Caucuses; and
d. The names and mailing addresses of every person elected by said County Convention as a member of the County Executive Committee.

On or before May 4, 2012, the Chairman and the Secretary of each newly elected County Executive Committee are hereby directed to file with the Chairman of the State Executive Committee a true and certified exact copy of the minutes of the organizational meeting of said County Executive Committee setting forth the following:

a. The names of the officers elected by said County Executive Committee; and
b. The names and addresses of all of the members of the County Executive Committee elected at-large by said committee.

Said minutes shall be filed by personally delivering same to said State Chairman at 415 Yazoo Street or by mailing same, postage prepaid, to the State Chairman in care of the Mississippi Republican Party, P.O. Box 60, Jackson, MS 39205-0060, in which event same must be postmarked not later than midnight May 4, 2012.

## CONTESTS

The said State Chairman shall deliver the said minutes to the Chairman of the Credentials Committee, who shall use said authenticated copies of the minutes of the several County Conventions in making up a temporary roll of the State Convention for delivery to the Secretary, as required by law. All matters of contest arising by virtue of conflicting copies of said minutes having been filed with the said State Chairman in the manner and at the time specified as to whom is entitled to represent any particular county as a delegate or alternate delegate to the said State Convention will be determined by the Credentials Committee at a meeting to be held at 2:00 p.m. on May 18, 2012, at the Mississippi Republican Party Headquarters, 415 Yazoo Street, Jackson, MS 39201; and the Chairman of the Credentials Committee is hereby directed to give notice by mail of such contests to the persons who signed certified copies of said minutes, and the notice so given shall be notice to all persons names in said minutes. Any and all interested persons affected by such contest may appear in person or by counsel before the said Credentials Committee at the time and place aforesaid and present such evidence and argument as they may desire in support of their claim and right to represent said County.

The temporary roll call, compiled as aforesaid, shall contain names of the delegates and alternate delegates from the several Counties of the State entitled to participate as representatives of the Republican qualified electors at the Mississippi Republican Party State Convention of 2012, and only those persons whose names appear on said temporary roll as delegates shall be permitted to participate in the organization of the Mississippi Republican Party State Convention of 2012.

Provided, however that if any convention or meeting set forth in this Call shall not be held at the same time and in the manner required, then in that event any such meeting may be held at any time within seven (7) days thereafter at the same hour and place as hereinbefore provided on a date set by the Chairman of the Mississippi Republican Party and the laws of this State; and provided further that any such conventions or meetings may be held on other dates upon the specific authorization of the State Executive Committee, and credentials for any such convention or meeting shall be filed in the same manner as herein provided within four (4) days of the date of any such convention or caucus.

## APPORTIONMENT OF DELEGATES

**County Convention**

The number of delegates to the County Convention to be elected by each Precinct Caucus shall be one (1) delegate and one (1) alternate, unless the County Executive Committee has designated previously and given proper notice that the delegates will be apportioned according to the number of votes received in the various precincts by John McCain in the 2008 General Election. Such apportionment must be done so as not to deny at least one (1) delegate to each precinct. The following shall constitute proper notice:

a. On or before April 13, 2012, filing a true and certified copy of the minutes of the County Executive Committee showing the adoption of a resolutions o apportioning the delegates with the State Chairman in care of the Mississippi Republican Party Headquarters, P.O. Box 60, Jackson, MS 39205-0060; and
b. On or before April 13, 2012, posting a true and certified copy of said minutes at the County Courthouse on the bulletin board where legal notices are generally posted. Where there is more than one Courthouse, notices must be posted in each Courthouse in the County.

**State Convention**

The delegates to the State Convention shall be apportioned among the several counties, according to the ratio of one delegate per 10,000 citizens of population.

### COUNTY DELEGATE APPORTIONMENT FOR THE 2012 STATE CONVENTION

#### FIRST CONGRESSIONAL DISTRICT

| COUNTY | DELEGATES | COUNTY | DELEGATES | COUNTY | DELEGATES |
|---|---|---|---|---|---|
| Alcorn | 3.5 | Lafayette | 4.5 | Tate | 2.5 |
| Benton | 1 | Lee | 8 | Tippah | 2 |
| Calhoun | 1 | Lowndes | 5.5 | Tishomingo | 1.5 |
| Chickasaw | 1.5 | Marshall | 3.5 | Union | 2.5 |
| Choctaw | 1 | Monroe | 3.5 | Webster | 1 |
| Clay | 2 | Oktibbeha* | 0.5 | Winston | 1 |
| DeSoto | 16 | Pontotoc | 2.5 | | |
| Itawamba | 2 | Prentiss | 2.5 | | |

**TOTAL   70.5**

#### SECOND CONGRESSIONAL DISTRICT

| COUNTY | DELEGATES | COUNTY | DELEGATES | COUNTY | DELEGATES |
|---|---|---|---|---|---|
| Attala | 1.5 | Humphreys | 1 | Quitman | 1 |
| Bolivar | 3 | Issaquena | 1 | Sharkey | 1 |
| Carroll | 1 | Jefferson | 1 | Sunflower | 2.5 |
| Claiborne | 1 | Leake | 2 | Tallahatchie | 1.5 |
| Coahoma | 2.5 | Leflore | 3 | Tunica | 1 |
| Copiah | 2.5 | Madison* | 3 | Warren | 4.5 |
| Grenada | 2 | Montgomery | 1 | Washington | 5 |
| Hinds* | 21.5 | Panola | 3 | Yalobusha | 1 |
| Holmes | 1.5 | | | Yazoo | 2.5 |

**TOTAL   71.5**

#### THIRD CONGRESSIONAL DISTRICT

| COUNTY | DELEGATES | COUNTY | DELEGATES | COUNTY | DELEGATES |
|---|---|---|---|---|---|
| Adams | 3 | Kemper | 1 | Oktibbeha* | 4 |
| Amite | 1 | Lauderdale | 8 | Pike | 4 |
| Clarke* | 1 | Lawrence | 1 | Rankin | 14 |
| Covington | 1.5 | Lincoln | 3 | Scott | 2.5 |
| Franklin | 1 | Madison* | 6.5 | Simpson | 2.5 |
| Hinds* | 3 | Neshoba | 2.5 | Smith | 1.5 |
| Jasper | 1.5 | Newton | 2 | Walthall | 1.5 |
| Jefferson Davis | 1 | Noxubee | 1 | Wilkinson | 1 |

**TOTAL   69**

## FOURTH CONGRESSIONAL DISTRICT

| COUNTY | DELEGATES | COUNTY | DELEGATES | COUNTY | DELEGATES |
|---|---|---|---|---|---|
| Clarke* | 0.5 | Harrison | 18.5 | Pearl River | 5.5 |
| Forrest | 7 | Jackson | 13.5 | Perry | 1 |
| George | 2 | Jones | 6.5 | Stone | 1.5 |
| Greene | 1 | Lamar | 5.5 | Wayne | 2 |
| Hancock | 4 | Marion | 2.5 | | |

**TOTAL   71**

*A delegate from one of these counties **must** reside in that portion of the county lying within the appropriate Congressional District.

### COUNTIES SPLIT BETWEEN CONGRESSIONAL DISTRICTS

| COUNTY | DISTRICT | PRECINCTS |
|---|---|---|
| Clarke | 3 | Beaver Dam, Desoto, East Quitman, Energy, Enterprise, Harmony Beat 1, Harmony Beat 2, North Quitman, Oak Grove, Pachuta, Pineridge, Rolling Creek, Snell, Souinlovie, South Quitman, Stonewall Beat 1, Stonewall Beat 3, Union |
| Clarke | 4 | Carmichael, Langsdale, Manassa, Shubuta, Springs |
| Hinds | 2 | 2, 4, 6, 10, 11, 12, 13, 16, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 38, 39, 40, 41, 42, 43, 46, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, Bolton, Brownsville, Byram 1, Byram 2, Cayuga, Chapel Hill, Clinton 1, Clinton 2, Clinton 3, Clinton 4, Clinton 5, Clinton 6, Cynthia, Dry Grove, Edwards, Jackson State, Learned, Old Byram, Pinehaven, Pocahontas, Raymond 1, Raymond 2, Spring Ridge, St. Thomas, Terry, Tinnin, Utica 1, Utica 2 |
| Hinds | 3 | 1, 5, 8, 9, 14, 15, 17, 32, 33, 34, 35, 36, 37, 44, 45, 47, 78 |
| Madison | 2 | Bible Church, Camden, Cameron, Canton Precinct 1, Canton Precinct 2, Canton Precinct 3, Canton Precinct 4, Canton Precinct 5, Canton Precinct 7, Cedar Grove, Couparle, Liberty, Luther Branson School, Mad. Co. Bap. Fam. Lf. , Magnolia Heights, New Industrial Park, Ratliff Ferry, Sharon, Tougaloo, Virlilia |
| Madison | 3 | Bear Creek, Cobblestone, Flora, Gluckstadt, Highland Colony Bap., Lorman- Cavalier, Madison 1, Madison 2, Madison 3, Main Harbor, North Bay, Ridgeland 1, Ridgeland 3, Ridgeland 4, Ridgeland First Meth., Ridgeland Tennis Center, Smith School, SunnyBrook, Trace Harbor, Victory Baptist Church, Whispering Lake, Yandell Road |
| Oktibbeha | 1 | Bell Schoolhouse, Bradley, Center Grove, Maben, Sturgis |
| Oktibbeha | 3 | Central Starkville, Craig Springs, Double Springs, East Starkville, Gillespie Street Center, Hickory Grove, North Adaton, North Longview, North Starkville 2, North Starkville 3, Northeast Starkville, Oktoc, Osborn, Self Creek, Sessums, South Adaton, South Longview, South Starkville, Southeast Oktibbeha, West Starkville |

**DONE AND ADOPTED** this the 18th day of August, 2011

THE MISSISSIPPI REPUBLICAN PARTY STATE EXECUTIVE COMMITTEE

BY: _____
Arnie Hederman, Chairman

ATTEST:

_____
Nan Lott, Secretary