| VOTER ID | FIRST_NAME | MIDDLE_NAME | LAST_NAME | SUFFIX | RESIDENTIAL_ADDRESS | STREET NUMBER | STREET NAME | STREET TYPE | STREET_PRE DIRECTIONAL | CITY | MS_CITY | COU | MS_ZIP_CODE | PRECINCT | PRECINCT_NAME | MAILING ADDRESS | MAIL_CITY | MAIL_ZIP_CODE | EFFECTIVE_REGISTRATION_DATE | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



EXHIBIT
1

| VOTER ID | FIRST_NAME | MIDDLE_NAME | LAST_NAME | SUFFI | RESIDENTIAL_ADDRESS | HOUSE_NUM | STREET_NAME | STREET_TYPE | PRE-DIREC | POST-DIREC | RES_CITY | RES_ZIP_CODE | RES_COUNTY | PRECINCT_CODE | PRECINCT_NAME | MAILING_ADDRESS | MAIL_CITY | MAIL_ZIP_CODE | EFFECTIVE_REGN_DATE | STATUS | DATE_VOTED | CONG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 775334947 | CANDICE | NICOLE | AARON | | 4541 WALDO RD | 4541 | WALDO | RD | | | PONTOTOC | 38863 | Pontotoc | RA | Randolph | 4541 WALDO ROAD | PONTOTOC | 38863 | 3/19/2014 | Active | | USH01 |
| 5836485 | CARL | C | AARON | | 140 SIGLER AVE | 140 | SIGLER | AVE | | | SLEDGE | 38670 | Quitman | 2 | Sledge | 140 SIGLER AVE | SLEDGE | 38670 | 3/16/1983 | Active | 11/27/2012 | USH02 |
| 5446708 | CAROLYN | H | AARON | | 234 MADEIRA DR | 234 | MADEIRA | DR | | | COLUMBUS | 39702-923 | Lowndes | 13 | National Guard Armory | | | | 5/17/1984 | Active | 6/4/2013 | USH01 |
| 1680163 | CARRIE | MAE | AARON | | 743 SHADY DR APT 38 | 743 | SHADY | DR | | | YAZOO CITY | 39194-287 | Yazoo | 5-4 | Ward 5 | 38 OAKHAVEN APTS | YAZOO CITY | 39194 | 8/17/1982 | Active | 11/2/2004 | USH02 |
| 6746325 | CASSANDRA | RENEE | AARON | | 214 HICKORY RIDGE PL B | 214 | HICKORY RIDGE | PL | | | BRANDON | 39047-0 | Rankin | 215 | Castlewoods East | | | | 6/23/2005 | Active | | USH03 |
| 775229421 | CENTERIA | N | AARON | | 1401 HIGHWAY 80 E APT F 65 | 1401 | HIGHWAY 80 | | | E | CLINTON | 39056 | Hinds | C6 | Clinton 6 | | | | 9/28/2011 | Active | 11/6/2012 | USH02 |
| 575269238 | CHANDA | BROOKE | AARON | | 105 MASONITE LAKE RD | 105 | MASONITE LAKE | RD | | | LAUREL | 39443 | Jones | 16 | MYRICK | 105 MASONITE LAKE RD | LAUREL | 39443 | 7/10/2012 | Active | 6/24/2014 | USH04 |
| 5517492 | CHARLES | DONALD | AARON | | 614 CEDAR GROVE CV | 614 | CEDAR GROVE | CV | | | HERNANDO | 38632-665 | DeSoto | 505 | Hernando East | 614 CEDAR GROVE COVE | HERNANDO | 38632 | 10/1/1988 | Active | 6/3/2014 | USH01 |
| 5835290 | CHARLIE | MAE | AARON | | 189 GIN AVE | 189 | GIN | AVE | | | SLEDGE | 38670 | Quitman | 2 | Sledge | P O BX 351 | SLEDGE | 38670 | 7/1/1974 | Active | 6/4/2013 | USH02 |
| 575156724 | CHELSEA | REBECCA | AARON | | 1598 STAUNTON DR | 1598 | STAUNTON | DR | | | SOUTHAVEN | 38671 | DeSoto | 304 | Southaven North | | | | 6/15/2009 | Active | | USH01 |
| 575111227 | CHRISTINA | M | AARON | | 710 21 ST ST N | 710 | 21 ST | ST | | N | COLUMBUS | 39701 | Lowndes | 17 | Hunt | 710 21ST ST. N. | COLUMBUS | 39701 | 9/26/2008 | Active | 6/4/2013 | USH01 |
| 1412689 | CLARA | M | AARON | | 1090 HIGHWAY 588 | 1090 | HIGHWAY 588 | | | | COLLINS | 39428-714 | Covington | 25CO | South Collins | 1090 HIGHWAY 588 | COLLINS | 39428 | 9/9/1998 | Active | 11/6/2012 | USH03 |
| 5469957 | CLEVELAND | JOHN | AARON | JR | 1835 HIGHWAY 45 N | 1835 | HIGHWAY 45 | | | N | COLUMBUS | 39705 | Lowndes | 7 | Brandon | 1835 HIGHWAY 45 N # 133 | COLUMBUS | 39705 | 7/13/1998 | Inactive | 11/4/2008 | USH01 |
| 5724427 | CORNELIUS | | AARON | | 1423 WATKINS ST | 1423 | WATKINS | ST | | | NATCHEZ | 39120 | Adams | NS | Dist. 4 Northside Precinct | 1423 WATKINS ST. | NATCHEZ | 39120 | 4/19/1995 | Active | 11/8/2011 | USH03 |
| 575065194 | CRYSTAL | MICHELLE | AARON | | 710 21 ST ST N | 710 | 21 ST | ST | | N | COLUMBUS | 39701 | Lowndes | 17 | Hunt | 710 21ST ST N | COLUMBUS | 39701 | 9/26/2008 | Active | 11/6/2012 | USH01 |
| 775224134 | CURTIS | | AARON | | 69 TONEY LN | 69 | TONEY | LN | | | COLUMBIA | 39429 | Marion | 505 | Pine Burr | | | | 8/15/2011 | Active | 11/6/2012 | USH04 |
| 1488710 | CURTIS | DA'JUAN | AARON | | 94 BRADY AVE | 94 | BRADY | AVE | | | PORT GIBSON | 39150 | Claiborne | 3-A | County Precinct 3-A | 94 BRADY AVENUE | ALCORN STATE | 39096 | 9/2/2002 | Active | 11/6/2012 | USH02 |
| 1520879 | CURTIS | LOVELL | AARON | | 214 KATHERINE DR | 214 | KATHERINE | DR | | | COLUMBIA | 39429 | Marion | 201 | Popetown | | | | 10/19/1994 | Active | 11/6/2012 | USH04 |
| 5355047 | DAVID | ANTHONY | AARON | | 200 TALL OAKS RD | 200 | TALL OAKS | RD | | | PONTOTOC | 38863 | Pontotoc | SP | Springville Sp | 200 TALL OAKS ROAD | PONTOTOC | 38863 | 1/10/1992 | Active | 6/3/2014 | USH01 |
| 575242041 | DAVID | E | AARON | | 1501 BEACH VIEW DR | 1501 | BEACH VIEW | DR | | | OCEAN SPRINGS | 39564 | Jackson | 504 | Gulf Park Estates | 1501 BEACH VIEW DR | OCEAN SPRINGS | 39564 | 10/25/2011 | Active | 6/24/2014 | USH04 |
| 5629396 | DAVID | EARL | AARON | | 210 C R 23331 | 210 | C R 23331 | | | | BAY SPRINGS | 39422 | Jasper | 1-22 | Holders | | | | 5/7/1986 | Active | 6/3/2014 | USH03 |
| 5958437 | DEBRA | LYNN | AARON | | 137 MITCHELL CHAPEL RD | 137 | MITCHELL CHAPEL | RD | | | POPLARVILLE | 39470 | Pearl River | 240 | Buck Branch Beat 2 | 137 MITCHELL CHAPEL ROAD | POPLARVILLE | 39470 | 4/21/1995 | Active | 6/3/2014 | USH04 |
| 575292273 | DELORIS | BONNER | AARON | | 547 SPRYFIELD RD | 547 | SPRYFIELD | RD | | | JACKSON | 39212 | Hinds | 93 | Precinct 93 | | | | 10/5/2012 | Active | 4/22/2014 | USH02 |
| 1540621 | DONALD | DUPREE | AARON | | 29 FRELIX LN | 29 | FRELIX | LN | | | FOXWORTH | 39483-490 | Marion | 301 | Foxworth | | | | 2/24/2003 | Active | 11/6/2012 | USH04 |
| 1518805 | DONALD | GLEN | AARON | | 29 FRELIX LN | 29 | FRELIX | LN | | | FOXWORTH | 39483-490 | Marion | 301 | Foxworth | | | | 10/6/1984 | Active | 6/3/2014 | USH04 |
| 6808089 | DONNA | MICHELLE | AARON | | 560 HOLLY BUSH RD | 560 | HOLLY BUSH | RD | | | BRANDON | 39047 | Rankin | 220 | Northshore | | | | 4/25/2007 | Active | 11/6/2012 | USH03 |
| 954045 | DOROTHY | M | AARON | | 104 VILLANOVA DR | 104 | VILLANOVA | DR | | | VICKSBURG | 39183-955 | Warren | 135 | Culkin | 104 VILANOVA DR | VICKSBURG | 39183 | 4/27/1971 | Active | 6/24/2014 | USH02 |
| 1530181 | DOROTHY | R | AARON | | 255 HIGHWAY 43 | 255 | HIGHWAY 43 | | | | COLUMBIA | 39429 | Marion | 505 | Pine Burr | | | | 7/3/1973 | Active | 6/3/2014 | USH04 |
| 5776550 | EDNA | C | AARON | | 3558 GRAVES RD | 3558 | GRAVES | RD | | | LIBERTY | 39645 | Amite | 111 | Liberty | 3558 GRAVES RD. | LIBERTY | 39645 | 10/31/1980 | Active | 6/24/2014 | USH03 |
| 1238903 | ELLA | LOUISE | AARON | | 829 CARLISLE RD | 829 | CARLISLE | RD | | | COURTLAND | 38620-961 | Panola | 314 | Courtland | 829 CARLISLE RD | COURTLAND | 38620 | 3/23/1963 | Active | 6/3/2014 | USH02 |
| 5467016 | ERIKA | MICHELLE | AARON | | 234 MADEIRA DR | 234 | MADEIRA | DR | | | COLUMBUS | 39702-723 | Lowndes | 13 | National Guard Armory | | | | 8/10/2004 | Active | 6/4/2013 | USH01 |
| 575324641 | ERNEST | WADE | AARON | | 323 PECAN GROVE RD | 323 | PECAN GROVE | RD | | | ELLISVILLE | 39437 | Jones | 25 | JOHNSON | 323 PECAN GROVE RD | ELLISVILLE | 39437 | 8/28/2013 | Active | | USH04 |
| 1521018 | EVELYN | DIANE | AARON | | 214 KATHERINE DR | 214 | KATHERINE | DR | | | COLUMBIA | 39429 | Marion | 201 | Popetown | | | | 8/9/1982 | Active | 11/6/2012 | USH04 |
| 5659595 | FATIMAH | ALIKA | AARON | | 105 OAK ST APT D20 | 105 | OAK | ST | | | MACON | 39341 | Noxubee | 5-Earl | EARL NASH GYM | 105 OAK STREET APT# D-20 | MACON | 39341 | 2/20/2003 | Active | 11/26/2013 | USH03 |
| 5858438 | GARY | | AARON | | 137 MITCHELL CHAPEL RD | 137 | MITCHELL CHAPEL | RD | | | POPLARVILLE | 39470 | Pearl River | 240 | Buck Branch Beat 2 | 137 MITCHELL CHAPEL ROAD | POPLARVILLE | 39470 | 4/21/1995 | Active | 6/3/2014 | USH04 |
| 6158384 | GEORGE | LAWRENCE | AARON | | 606 109 TH ST | 606 | 109 TH | ST | | | AMORY | 38821 | Monroe | 5G1 | S Amory Fifth | | | | 7/25/1991 | Active | 6/3/2014 | USH01 |
| 6010336 | GLORIA | ANN | AARON | | 1435 BOOKER ST | 1435 | BOOKER | ST | | | GREENVILLE | 38701 | Washington | 3-2 | Greenville Daycare Center | 1435 BOOKER ST | GREENVILLE | 38701 | 10/26/1990 | Active | 11/6/2012 | USH02 |
| 771655 | GRACE | A | AARON | | 135 FAYARD ST | 135 | FAYARD | ST | | | BILOXI | 39530 | Harrison | 1021 | Biloxi Central | | | | 9/29/2004 | Active | 6/24/2014 | USH04 |
| 5927222 | HEIDI | H | AARON | | 323 DELTA DR W | 323 | DELTA | DR | | W | HATTIESBURG | 39402 | Lamar | 444 | Lake Serene | 323 DELTA DR WEST | HATTIESBURG | 39402 | 3/27/1998 | Active | 6/24/2014 | USH04 |
| 5347600 | J | C | AARON | JR | 229 BEAVER CREEK DR | 229 | BEAVER CREEK | DR | | | PONTOTOC | 38863 | Pontotoc | PS | Pontotoc S PS | 229 BEAVER CREEK DRIVE | PONTOTOC | 38863 | 8/23/2006 | Active | 6/24/2014 | USH01 |
| 5362163 | J | C | AARON | SR | 1535 WALDO RD | 1535 | WALDO | RD | | | PONTOTOC | 38863 | Pontotoc | TO | Toccopola To | 1535 WALDO ROAD | PONTOTOC | 38863 | 6/30/1989 | Active | 6/3/2014 | USH01 |
| 1522305 | JACKLYN | MAXINE | AARON | | 29 FRELIX LN | 29 | FRELIX | LN | | | FOXWORTH | 39483-490 | Marion | 301 | Foxworth | | | | 10/6/1984 | Active | 6/3/2014 | USH04 |
| 575109375 | JAMES | | AARON | JR | 109 PHILIP DR | 109 | PHILIP | DR | | | WAVELAND | 39576 | Hancock | 102 | Arlington | | | | 9/18/2008 | Active | 11/8/2011 | USH04 |
| 1657082 | JAMES | E | AARON | | 196 RECA ST | 196 | RECA | ST | | | HATTIESBURG | 39401 | Forrest | SAL | Salvation Army | 196 RECA ST | HATTIESBURG | 39401 | 1/3/1997 | Active | 9/24/2013 | USH04 |
| 6020459 | JAMES | III | AARON | | 1435 BOOKER ST | 1435 | BOOKER | ST | | | GREENVILLE | 38701 | Washington | 3-2 | Greenville Daycare Center | 1435 BOOKER ST | GREENVILLE | 38701 | 11/3/2004 | Active | 3/13/2012 | USH02 |
| 5838669 | JAMES | L | AARON | | 105 THIRD ST | 105 | THIRD | ST | | | SLEDGE | 38670 | Quitman | 2 | Sledge | P O BOX 460 | SLEDGE | 38670 | 11/12/2003 | Active | 6/4/2013 | USH02 |
| 6739473 | JAMES | MICHAEL | AARON | | 560 HOLLY BUSH RD | 560 | HOLLY BUSH | RD | | | BRANDON | 39047-0 | Rankin | 220 | Northshore | | | | 11/22/2004 | Active | 6/24/2014 | USH03 |
| 686799 | JAMES | R | AARON | | 1528 43 RD AVE | 1528 | 43 RD | AVE | | | GULFPORT | 39501 | Harrison | 4011 | Gulfport # 3 | | | | 10/1/1992 | Active | 11/4/2008 | USH04 |
| 775101997 | JAMES | ROBERT | AARON | | 620 LINDSEY RD | 620 | LINDSEY | RD | | | MORTON | 39117 | Scott | 2-Mar | Beat 3/Eastwest Morton | | | | 9/8/2008 | Active | 11/2/2010 | USH03 |
| 575144657 | JAMIE | | AARON | | 3441 OLD BRANDON RD | 3441 | OLD BRANDON | RD | | | PEARL | 39208 | Rankin | 514 | North Mclaurin | | | | 11/17/2008 | Active | 6/3/2014 | USH03 |
| 6024958 | JANIE | L | AARON | | 13530 DEDEAUX RD APT B | 13530 | DEDEAUX | RD | | | GULFPORT | 39503 | Harrison | 4091 | North Bel-Aire | | | | 10/4/2002 | Active | 11/6/2012 | USH04 |
| 5782374 | JEFFERY | LYNN | AARON | SR | 1731 LOWER CENTREVILLE RD | 1731 | LOWER CENTREVILLE | RD | | | CENTREVILLE | 39631 | Amite | 213 | East Centreville | P O BOX 983 | CENTREVILLE | 39631 | 6/11/2003 | Active | 6/24/2014 | USH03 |
| 575235601 | JENNIFER | LEIGH | AARON | | 6767 LAKE FOREST DR W | 6767 | LAKE FOREST | DR | | W | WALLS | 38680 | DeSoto | 305 | Walls | | | | 10/19/2011 | Active | 11/6/2012 | USH01 |
| 5991280 | JEREMY | LAROY | AARON | | 7218 HIGHWAY 43 N | 7218 | HIGHWAY 43 | | | N | POPLARVILLE | 39470 | Pearl River | 240 | Buck Branch Beat 2 | 7218 HIGHWAY 43 N | POPLARVILLE | 39470 | 1/19/1993 | Active | 11/6/2012 | USH04 |
| 6372154 | JESSIE | LYNN | AARON | | 132 BROWNING CIR | 132 | BROWNING | CIR | | | PICAYUNE | 39466 | Pearl River | 270 | Picayune Beat 2 | 132 BROWNING CIRCLE | PICAYUNE | 39466 | 12/5/2011 | Active | 11/6/2012 | USH04 |
| 575342118 | JOHN | L | AARON | | 647 ALEXANDER ST E | 647 | ALEXANDER | ST | | E | GREENVILLE | 38703 | Washington | 5-4 | Greenville Industrial College | 647 E ALEXANDER ST | GREENVILLE | 38703 | 4/3/2014 | Active | | USH02 |
| 575273139 | JOHN | ROBERT | AARON | | 204 CAPERTON LN APT 61 | 204 | CAPERTON | LN | | | CLEVELAND | 38732 | Bolivar | NW | North West Cleveland | 204 CAPERTON LN # 61 | CLEVELAND | 38732 | 8/29/2012 | Active | | USH02 |
| 5626297 | JOHNNY | | AARON | | 760 C R 17 | 760 | C R 17 | | | | BAY SPRINGS | 39422 | Jasper | 4-12 | Bay Springs Beat 4 | P O BOX 492 | BAY SPRINGS | 39422 | 3/13/1970 | Active | 11/27/2012 | USH03 |
| 683887 | JOLENE | M | AARON | | 13351 CHRIS DR | 13351 | CHRIS | DR | | | GULFPORT | 39503-349 | Harrison | 4101 | South Bel-Aire | 13351 CHRIS DR | GULFPORT | 39503-3496 | 9/28/1992 | Active | 11/2/2004 | USH04 |
| 775012648 | JONATHAN | ERIC | AARON | | 3441 OLD BRANDON RD | 3441 | OLD BRANDON | RD | | | PEARL | 39208 | Rankin | 514 | North Mclaurin | | | | 10/16/2006 | Active | 6/24/2014 | USH03 |
| 1527540 | JULIUS | CRADELL | AARON | | 686 GATES RD | 686 | GATES | RD | | | COLUMBIA | 39429-940 | Marion | 102 | Morris | | | | 9/19/2000 | Active | 11/6/2012 | USH04 |
| 775030797 | KAMALA | | AARON | | 7218 HIGHWAY 43 N | 7218 | HIGHWAY 43 | | | N | POPLARVILLE | 39470 | Pearl River | 240 | Buck Branch Beat 2 | 7218 HIGHWAY 43 N | POPLARVILLE | 39470 | 5/16/2007 | Active | 11/6/2012 | USH04 |
| 5460582 | KAWANIS | L | AARON | | 2604 7 TH AVE N | 2604 | 7 TH | AVE | | N | COLUMBUS | 39701 | Lowndes | 18 | Propst Park Community Hut | | | | 6/3/1996 | Inactive | 3/11/2008 | USH01 |
| 6020433 | KENNETH | | AARON | | 1 ABIDE DR | 1 | ABIDE | DR | | | GREENVILLE | 38701 | Washington | 1-1 | St. James Episcopal Church | P. O. BOX 991 | GREENVILLE | 38704-4087 | 11/1/2004 | Active | 11/6/2012 | USH02 |
| 775000202 | KENNETH | | AARON | JR | 1042 DYER CR | 1042 | DYER | CR | | | GREENVILLE | 38701 | Washington | 2-2 | Buster Brown Community Center | 1042 NORTH DYER CIRCLE | GREENVILLE | 38701 | 4/13/2006 | Active | 11/6/2012 | USH02 |
| 6080625 | KENNETH | D | AARON | | 790 CR 708 | 790 | CR 708 | | | | BLUE MOUNTAIN | 38610 | Tippah | 9 | Blue Mountain | | | | 9/1/1995 | Inactive | | USH01 |
| 742275 | KIMBERLY | J | AARON | | 16114 ORANGE GROVE RD | 16114 | ORANGE GROVE | RD | | | GULFPORT | 39503-264 | Harrison | 2111 | West Orange Grove | | | | 11/21/2000 | Inactive | 11/4/2003 | USH04 |
| 775135514 | KIMBERLY | M | AARON | | 547 SPRYFIELD RD | 547 | SPRYFIELD | RD | | | JACKSON | 39212 | Hinds | 93 | Precinct 93 | | | | 9/26/2008 | Inactive | 11/4/2008 | USH02 |
| 775246338 | KIMBERLY | R | AARON | | 165 STONERIDGE WALK | 165 | STONERIDGE | WALK | | | COLUMBUS | 39701 | Lowndes | 22 | West Lowndes | | | | 9/14/2011 | Active | 11/6/2012 | USH01 |
| 775198855 | LARRY | D | AARON | | 150 RUST AVE | 150 | RUST | AVE | | | HOLLY SPRINGS | 38635 | Marshall | 1NHS | 1 North Holly Springs | 150 RUST AVE | HOLLY SPRINGS | 38635 | 2/23/2011 | Inactive | 8/23/2011 | USH01 |
| 775112745 | LASHAWNDRA | KENTREL | AARON | | 235 STONE ST | 235 | STONE | ST | | | GREENVILLE | 38703 | Washington | 4-1 | Elks Lodge | 235 STONE STREET | GREENVILLE | 38703 | 9/18/2008 | Inactive | 11/4/2008 | USH02 |
| 775070073 | LESLIE | BRE | AARON | | 425 PINEVIEW DRIVE EXT | 425 | PINEVIEW DRIVE | EXT | | | LAUREL | 39440 | Jones | 34 | MAGNOLIA CENTER | 425 PINEVIEW DRIVE EXT | LAUREL | 39440 | 12/28/2007 | Active | 6/24/2014 | USH04 |
| 1519507 | LIBBY | DORINDA | AARON | | 686 GATES RD | 686 | GATES | RD | | | COLUMBIA | 39429-940 | Marion | 102 | Morris | | | | 7/3/1987 | Active | 11/6/2012 | USH04 |
| 5348058 | LINDA | F | AARON | WALL | 76 ANTIOCH RD | 76 | ANTIOCH | RD | | | PONTOTOC | 38863 | Pontotoc | TO | Toccopola To | 76 ANTIOCH | TOCCOPOLA | 38874 | 7/3/2003 | Active | 11/8/2011 | USH01 |
| 1383707 | LINDA | FAYE | AARON | | RT 1 BOX 127 | | | | | | GUNNISON | 38746 | Bolivar | GN | Gunnison | RT 1 BOX 127 | GUNNISON | 38746 | 1/3/1984 | Inactive | 8/4/1987 | USH02 |
| 5993124 | MAE | | AARON | | 517 MARTIN LUTHER KING JR DR | 517 | MARTIN LUTHER KING JR | DR | | | POPLARVILLE | 39470 | Pearl River | 150 | Poplarville Beat 1 | 517 MARTIN LUTHER KING JR D | POPLARVILLE | 39470 | 7/6/1995 | Active | 3/25/2014 | USH04 |
| 6805077 | MAEDENE | | AARON | | 3452 OLD BRANDON RD | 3452 | OLD BRANDON | RD | | | PEARL | 39208-0 | Rankin | 514 | North Mclaurin | | | | 10/6/1994 | Active | 6/24/2014 | USH03 |
| 5570816 | MARILYN | BADDOUR | AARON | | 101 COOKE CV | 101 | COOKE | CV | | | HERNANDO | 38632-451 | DeSoto | 505 | Hernando East | 101 COOKE CV | HERNANDO | 38632 | 9/6/1988 | Active | 6/3/2014 | USH01 |
| 5627130 | MARTHA | ANN | AARON | | 226 C R 17 | 226 | C R 17 | | | | STRINGER | 39481 | Jasper | 4-22 | Stringer | | | | 7/1/1971 | Active | 6/24/2014 | USH03 |
| 6312013 | MARY | FRANCES | AARON | | 1004 N 7TH AVE | 1004 | 7TH | AVE | N | | LAUREL | 39440 | Jones | 7 | PARKVIEW BAPTIST CHURCH | 1004 N 7TH AVE | LAUREL | 39440 | 6/29/1995 | Active | 11/4/2003 | USH04 |