**OFFICIAL ABSENTEE BALLOTING MATERIAL**

TO:

Type of Election — Check One
First Primary
Second Primary
General or Special
Party designation (if any)

Affidavit of Voter to be
made on back of
this envelope

**EXHIBIT 3**

MARK BALLOT IN INK OR INDELIBLE PENCIL
## ABSENTEE BALLOT FOR VOTERS APPEARING BEFORE THE CLERK
### CHAPTER 528 - LAWS OF 2008
### VOTER'S AFFIDAVIT

| Accepted ____ |
| Rejected ____ |
| Pollworker use only |

STATE OF _____

COUNTY AND MUNICIPALITY _____

I, _____, do solemnly swear that this envelope contains the ballot marked by me indicating my choice of the candidates or propositions to be submitted at the election to be held on the _____ day of _____ 20 _____, and I hereby authorize the registrar to place this envelope in the ballot box on my behalf, and I further authorize the election managers to open this envelope and place my ballot among the other ballots cast before such ballots are counted, and record my name on the poll list as if I were present in person and voted.

I further swear that I marked the enclosed ballot in secret.

_____
Signature of Voter

**YOUR VOTE WILL BE REJECTED AND NOT COUNTED IF THIS ENVELOPE IS NOT SIGNED ACROSS THE FLAP OF THIS ENVELOPE BY YOU AND AN ATTESTING WITNESS.**

SWORN TO AND SUBSCRIBED before me, _____

this the _____ day of _____ 20 _____

(Registrar) _____

---

**CERTIFICATE OF PERSON PROVIDING VOTER ASSISTANCE**
(TO BE COMPLETED ONLY IF THE VOTER HAS RECEIVED ASSISTANCE IN MARKING THE ENCLOSED BALLOT) I hereby certify that the above named voter declared to me that he or she is blind, temporarily or permanently physically disabled, or cannot read or write, and that the voter requested that I assist the voter in marking the enclosed absentee ballot. I hereby certify that the ballot preferences on the enclosed ballot are those communicated by the voter to me, and that I have marked the enclosed ballot in accordance with the voter's instructions.

_____   _____
Signature of person providing assistance     Printed name of person providing assistance

_____
Address of person providing assistance

_____   _____
Date and time assistance provided     Family relationship to voter (if any)

---

**Notice To Absent Elector:** Ballots personally cast in the registrar's office must be cast not later than 12:00 noon on the Saturday immediately preceding elections held on Tuesday, the Thursday immediately preceding elections held on Saturday, or the second day immediately preceding the date of elections held on other days.