# SAMPLE Official Election Ballot

## STATE OF MISSISSIPPI

### Republican 2014 Primary Election
### Tuesday, June 03, 2014

TO VOTE: YOU MUST DARKEN THE OVAL ( ⬤ ) COMPLETELY. USE ONLY A #2 PENCIL OR A DARK PEN.
Do not use a red pen, felt tip pen or a red pencil!
Do not cross out or erase - If you make a mistake, you may request a new ballot.

**For United States Senate**
Vote for ONE

○ Thomas L. Carey
○ Thad Cochran
○ Chris McDaniel
○ _____ Write-in

**For US House Of Representatives 1st Congressional District**
Vote for ONE

○ Alan Nunnelee
○ _____ Write-in

**For US House of Representatives 3rd Congressional District**
Vote for ONE

○ Hardy Caraway
○ Gregg Harper
○ _____ Write-in

**For US House Of Representatives 4th Congressional District**
Vote for ONE

○ Tom Carter
○ Tavish C. Kelly
○ Steven McCarty Palazzo
○ Gene Taylor
○ Ron Vincent
○ _____ Write-in


EXHIBIT 5

END OF BALLOT

SAMPLE Official Election Ballot

STATE OF MISSISSIPPI

Democratic 2014 Primary Election
Tuesday, June 03, 2014

TO VOTE: YOU MUST DARKEN THE OVAL (●) COMPLETELY. USE ONLY A #2 PENCIL OR A DARK PEN.
Do not use a red pen, felt-tip pen or a red pencil!
Do not cross out or erase - If you make a mistake, you may request a new ballot.

**For United States Senate**
Vote for ONE

○ Travis W. Childers
○ William Bond Compton, Jr.
○ Bill Marcy
○ Jonathan Rawl
○ _____ Write-in

**For US House Of Representatives 1st Congressional District**
Vote for ONE

○ Ron E. Dickey
○ Rex N. Weathers
○ _____ Write-in

**For US House Of Representatives 2nd Congressional District**
Vote for ONE

○ Damien Fairconetue
○ Bennie G. Thompson
○ _____ Write-in

**For US House of Representatives 3rd Congressional District**
Vote for ONE

○ Jim Liljeberg
○ Douglas MacArthur (Doug) Magee
○ Dennis C. Quinn
○ _____ Write-in

**For US House Of Representatives 4th Congressional District**
Vote for ONE

○ Trish Causey
○ Matt Moore
○ _____ Write-in

END OF BALLOT

SAMPLE Official Election Ballot

STATE OF MISSISSIPPI

Run Off Election for '6/3/2014 - 2014 Primary Election'
Tuesday, June 24, 2014

TO VOTE: YOU MUST DARKEN THE OVAL(●) COMPLETELY. USE ONLY A #2 PENCIL OR A DARK PEN.
Do not use a red pen, felt tip pen or a red pencil!
Do not cross out or erase - If you make a mistake, you may request a new ballot.

For United States
Senate
Vote for ONE

○ Thad Cochran

○ Chris McDaniel

○ _____
  Write-in

END OF BALLOT

SAMPLE Official Election Ballot

STATE OF MISSISSIPPI

Run Off Election for '6/3/2014 - 2014 Primary Election'
Tuesday, June 24, 2014

TO VOTE: YOU MUST DARKEN THE OVAL(●) COMPLETELY. USE ONLY A #2 PENCIL OR A DARK PEN.
Do not use a red pen, felt tip pen or a red pencil!
Do not cross out or erase - If you make a mistake, you may request a new ballot.

**For US House of Representatives**
**3rd Congressional District**
**Vote for ONE**

○ Douglas MacArthur (Doug) Magee

○ Dennis C. Quinn

○ _____
　Write-in

END OF BALLOT

# UOCAVA Runoff Ballot Only

## Official Election Ballot
## STATE OF MISSISSIPPI

## Republican 2014 Primary Election
## Tuesday, June 24, 2014

This ballot may be completed at the same time as voting your primary election ballot, and it will be counted ONLY in the event there is a runoff election. Rank the candidates of your choice by darkening the corresponding circle beside the candidate's name. Indicate your first choice by darkening the circle "1" next to the candidate's name, indicate your second choice by darkening number "2" and so on.

### For United States Senate
*DESIGNATE THE DESIRED CANDIDATES IN ORDER OF PREFERENCE*

| Candidate | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Thomas L. Carey | ○ | ○ | ○ | ○ |
| Thad Cochran | ○ | ○ | ○ | ○ |
| Chris McDaniel | ○ | ○ | ○ | ○ |
| Write-In | ○ | ○ | ○ | ○ |

Write-In Candidate