IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| TRUE THE VOTE, *et al.* ) | | |
|     Plaintiffs, ) | | |
| ) | | |
| v. ) | | Civil Action No. |
| ) | | 3:14-cv-532 NFA |
| THE HONORABLE DELBERT HOSEMANN, ) | | |
| in his official capacity, as Secretary of State for the ) | | |
| State of Mississippi, *et al.*, ) | | |
|     Defendants. ) | | |

_____

**COPIAH COUNTY MISSISSIPPI ELECTION COMMISSION'S JOINDER IN SECRETARY OF STATE DELBERT HOSEMANN'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

_____

COMES NOW, Defendant, Copiah County Mississippi Election Commission, by and through counsel, and hereby joins in the Memorandum in Opposition to Plaintiffs' Motion for Temporary Restraining Order (Docket No. 93), and all of the grounds set forth therein filed by Secretary of State Delbert Hosemann in the above captioned action.

This the   8th   day of August, 2014.

                Respectfully submitted,

                **COPIAH COUNTY, MISSISSIPPI ELECTION COMMISSION**

                BY:   /s/ Elise B. Munn
                      ELISE B. MUNN, MSB #9654
                      COPIAH COUNTY BOARD ATTORNEY

Elise B. Munn, MSB #9654
BERRY & MUNN, P.A.
336 W. Gallatin Street
P.O. Drawer 768
Hazlehurst, MS 39083
Telephone:  601-894-4150
Facsimile:   601-894-4717

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document has been filed with the Clerk of Court using the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action to date.

     This the 8th day of August, 2014.

                                                     /s/ Elise B. Munn
                                                       ELISE B. MUNN