## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**TRUE THE VOTE, et al.**                                **PLAINTIFFS**

**v.**                            **Civil Action No.: 3:14-cv-00532-NFA**

**THE HONORABLE DELBERT HOSEMANN,**
**in his official capacity as Secretary of State for**
**the State of Mississippi, et al.**                   **DEFENDANTS**

---

## JOINDER OF RANKIN COUNTY ELECTION COMMISSION TO RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER FILED BY THE MISSISSIPPI SECRETARY OF STATE

---

COMES NOW the Rankin County, Mississippi Election Commission, one of the Defendants in this action, and files this Joinder to the Response in Opposition Plaintiff's Motion for Temporary Restraining Order [Doc. 92] and Joinder to Memorandum in Opposition to Plaintiff's Motion for Temporary Restraining Order [Doc. 93] filed by the Honorable Delbert Hosemann in his capacity as Secretary of State for the State of Mississippi.

Respectfully submitted this the 8th day of August, 2014.

                               RANKIN COUNTY ELECTION COMMISSION
BY:    /s/ Craig L.Slay
                      Attorney for Defendant
                      Rankin County Board of Supervisors
                      211 East Government Street, Suite A
                      Brandon, MS  39042
                      601-825-1475
                      cslay@rankincounty.org

## CERTIFICATE OF SERVICE

  I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing using the Court's ECF system, which sent notification of such filing to all counsel of record in this proceeding.

        This this 8th day of August, 2014.


        /s/ Craig L. Slay
        Of Counsel