IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRUE THE VOTE, *et al.*　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

vs.　　　　　　　　　　　　　　　　　　　　　Civil Action No. 3:14-cv-532-NFA

DELBERT HOSEMANN, *et al.*　　　　　　　　　　　　　　　　　　　DEFENDANTS

JOINDER OF
JEFFERSON DAVIS COUNTY ELECTION COMMISSION
IN RESPONSE OF SECRETARY OF STATE IN OPPOSITION
TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

　　　　The Jefferson Davis County Election Commission, through counsel, hereby joins the Mississippi Secretary of State's Response [Dkt. 92] In Opposition to Plaintiffs' Motion For Temporary Restraining Order.

　　　　Dated:  August 8, 2014

　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JEFFERSON DAVIS COUNTY,
　　　　　　　　　　　　　　　　　　　　MISSISSIPPI ELECTION COMMISSION

　　　　　　　　　　　　　　　　by:   s/ Robert E. Sanders
　　　　　　　　　　　　　　　　　　　Robert E. Sanders, MSB #6446
　　　　　　　　　　　　　　　　　　　Wes Daughdrill, MSB #

Young Wells Williams P.A.
141 Township Ave., Suite 300
P.O. Box  6005
Ridgeland, MS  39158-6005
601.948.6100   *telephone*
601.355.6136   *facsimile*
rsanders@youngwells.com
wes.daughdrill@youngwells.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served, via this Court's ECF filing system, a copy of the foregoing on all counsel who have entered their appearances in this action to date.

SO CERTIFIED, this 8th day of August, 2014

        s/ Robert E. Sanders
Robert E. Sanders, MSB #6446