IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRUE THE VOTE, *et al.*                                                    PLAINTIFFS

vs.                                                   Civil Action No. 3:14-cv-532-NFA

DELBERT HOSEMANN, *et al.*                                      DEFENDANTS

JOINDER OF
JEFFERSON DAVIS COUNTY ELECTION COMMISSION
IN MEMORANDUM OF SECRETARY OF STATE IN OPPOSITION
<u>TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER</u>

      The Jefferson Davis County Election Commission, through counsel, hereby joins the Mississippi Secretary of State's Memorandum [Dkt. 93] In Opposition to Plaintiffs' Motion For Temporary Restraining Order.

      Dated:  August 8, 2014

      Respectfully submitted,

                                           JEFFERSON DAVIS COUNTY,
                                           MISSISSIPPI ELECTION COMMISSION

                                 by:   s/  Robert E. Sanders
                                         Robert E. Sanders, MSB #6446
                                         Wes Daughdrill, MSB #

Young Wells Williams P.A.
141 Township Ave., Suite 300
P.O. Box  6005
Ridgeland, MS  39158-6005
601.948.6100   *telephone*
601.355.6136   *facsimile*
rsanders@youngwells.com
wes.daughdrill@youngwells.com

1

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served, via this Court's ECF filing system, a copy of the foregoing on all counsel who have entered their appearances in this action to date.

SO CERTIFIED, this 8th day of August, 2014

                                               s/ Robert E. Sanders
                                               Robert E. Sanders, MSB #6446