IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRUE THE VOTE, *et. al.*                                                        PLAINTIFFS

VS.                                              CIVIL ACTION NO. 3:14-cv-532-NFA

DELBERT HOSEMANN, *et. al.*                                          DEFENDANTS


JOINDER OF SIMPSON COUNTY MISSISSIPPI ELECTION
COMMISSION TO SECRETARY OF STATE DELBERT HOSEMANN'S
RESPONSE IN OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION AND BRIEF OF
SECRETARY OF STATE DELBERT HOSEMANN IN
OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

Comes now, Defendant, SIMPSON COUNTY MISSISSIPPI ELECTION COMMISSION, by and through counsel, and hereby joins in the Secretary of State Delbert Hosemann's Response in Opposition to Motion for Preliminary Injunction (Docket No. 92), and to Brief of Secretary of State Delbert Hosemann in Opposition to Motion for Preliminary Injunction (Docket No. 93), and all of the grounds set forth therein, filed by Secretary of State Delbert Hosemann in the above captioned action.

This the  8th  day of August, 2014.

               s/Danny Welch_____
              Danny Welch, MSB #7087
              SIMPSON COUNTY BOARD ATTORNEY
              224 North Main Street
              Mendenhall, MS  39114
              (601) 847-2539

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served, via this Court's ECF filing system, a copy of the foregoing on all counsel who have entered their appearances in this action to date.

SO CERTIFIED, this  8th  day of August, 2014.

                                              s/Danny Welch
                                        DANNY WELCH, MSB #7087

county-truethevotejoinder.md