

# TYNER LAW FIRM, P.A.

Mitchell H. Tyner, Sr.
mtyner@tynerlawfirm.com

Licensed: Mississippi
Louisiana
Texas
District of Columbia

August 7, 2014

Donna J. Johnson
Lauderdale County Circuit Clerk
P. O. Box 1005
Meridian, MS 39302

    **RE:**    United States Senate Race
                 2014 Republican Primary & Runoff Election Materials
                 Election Challenge---Preservation of Election Materials

Dear Ms. Johnson:

    After reviewing the election materials from the primary on June 3, 2014 and the runoff election held on June 24, 2014, United States Senate candidate, Chris McDaniel has made the decision to challenge the election results. The challenge was filed with the Mississippi Republican Party Executive Committee on August 4, 2014.

    Due to the challenge, it will be necessary for you to maintain all the election materials, including all chain of custody information, safely secured.

    Thank you for your assistance with keeping these records safely and securely until the challenge has been completely adjudicated.

                                   Sincerely,

                                   TYNER LAW FIRM, P.A.

                                   Mitchell H. Tyner, Sr.

**EXHIBIT "1"**

*Integrity in Law*

5750 I-55 North • Jackson, MS 39211-2638 • Phone: (601) 957-1113 • Fax: (601) 957-6554 • www.tynerlawfirm.com