

# TRUE the VOTE

## INCIDENT REPORT

**NAME** Ellen Swensen

**DATE** July 7, 2014

Witness: Susan Morse

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** n/a

**POLLING PLACE NAME** Leake County, MS Circuit Court

**ADDRESS** 101 Court Square

**CITY** Carthage  **STATE** MS  **ZIP** 39051

**COUNTY** Leake

Please complete the fields below using your notes.

**POLL SUPERVISOR** Leake Co Circuit Clerk: Kathy G. Henderson

**ASST POLL SUPERVISOR** n/a

**CLERK 1 NAME** n/a    **CLERK 2 NAME** n/a

**CLERK 3 NAME** n/a    **CLERK 4 NAME** n/a

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7/7/2014   11:00 am - 1:10 pm

EXHIBIT P3 10



# TRUE the VOTE

**TYPE OF INCIDENT** Refusal of Request to Inspect Poll Book and

**DESCRIPTION OF INCIDENT** Access to ~~the~~ Electronic Voting Records

See attached.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** [signature]   7/7/14
             Susan Meere   7/7/14

Mail To:
**True the Vote
P.O. Box 27378
Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

<u>Refusal of Request to Inspect Poll Book and Access to Electronic Voting Records</u>

page 1 of 2
Swenson

<u>Attachment: Description of Incident</u>

11am Upon meeting the Circuit Clerk Kathy Hinderson, Susan Morse and I requested electronic copies of the list of Republican voters who voted in person and via absentee ballot and the same lists for Democratic voters for both the June 3, 2014 primary and June 24, 2014 run-off elections. I inserted that we were requesting these in Excel or other non-pdf format and that we would like it emailed. Ms Henderson asked us to write down everything we were requesting and Susan wrote out the request, also including a request to view the Absentee Ballot Applications, the Absentee Ballot Request Forms, the Absentee Ballot Envelopes and the Poll Book for June 24, 2014.

Ms Henderson said she had to call and check on our rights to access. Susan gave her the memo from Atty Hogue dated July 6, 2014, which Ms. Henderson made a copy of.

Noon Ms. Henderson called us back to the desk for an 'update', and said she had talked to the AG office about our attorney letter.

page 2 of 2
Swenson

Description of Incident, (con't)
_____

In reference to the Poll Books, Ms. Henderson said that they could be inspected since they are public records but they were 'tied up' with the candidate reps. She added that the AG wants to give us redacted Poll Books.

I said that the NVRA allows access to dates of birth and also that we did not want to pay for redaction.

12:15 pm  We agreed to take a break while Ms. Henderson recontacted the AG.

1 pm  We returned to the Clerk's office and, in reference to the Poll Books, Ms. Henderson said that we could come back after the candidate reps are done with them but the AG still requires them to be redacted. She asked that we hand write a Public Records Request (since she has no forms) to request both the Poll Books and electronic copies of voting records. Ms. Henderson stated that the electronic records may take a couple days because her data person is out. She was also unsure if we would be given access to the electronic records.

1:10 pm  Susan told Ms. Henderson that we need to call our attorney and will come back.

Susan Price    Ellen Swensen