

# TRUE the VOTE

## INCIDENT REPORT

**NAME:** Susan Morse

**DATE:** July 7, 2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #:**

**POLLING PLACE NAME:** Leake County Circuit Court, Mississippi

**ADDRESS:** 101 Court Square

**CITY:** Carthage   **STATE:** MS   **ZIP:** 39051

**COUNTY:** Leake

Please complete the fields below using your notes.

**POLL SUPERVISOR:** Leake Co. Circuit Clerk, Kathy D. Henderson

**ASST POLL SUPERVISOR:** n/a

**CLERK 1 NAME:** n/a   **CLERK 2 NAME:** n/a

**CLERK 3 NAME:** n/a   **CLERK 4 NAME:** n/a

**OFFENDER POSITION:** n/a

**DATE/TIME OF INCIDENT:** July 7, 2014

Continue to Second Page

PLAINTIFF'S EXHIBIT



# TRUE the VOTE

**TYPE OF INCIDENT:** Request for AG opinion in writing.

**DESCRIPTION OF INCIDENT:**
At 4:15 p.m. I went back into Clerk's office & ask Ms. Henderson for a writing of A.G.'s opinion refusing us to inspect the Ballot Box documents & poll books. She said you want something in writing? I told her yes I did & she could write it for us & state what the AG told her to tell us. She responded & said, I'm not writing that, but will ask the AG to write it for you. But if you are asking for a written opinion letter that could take a long time. Let me see if I can get something for you.

**REMEDY OR ACTION TAKEN:**
(letter maybe)
8/14 Later she called me & said she was re-thinking the AG issue & she would give me a number to call him myself if I wanted to.
I did not call her back as I received the msg. late in the afternoon of 5 p.m.

I certify and affirm that the above information is true and correct.

**SIGNATURE:** Susan Merie

Mail To:
True the Vote
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
Info@truethevote.org

Public Records Request

July 7, 2014

To: Leake County, Circuit Court, Mississippi

From: Susan Morse, TrueTheVote, Citizen

Re: Request for Public Records as follows:

1. Lists of all Republican Voters who voted in the June 3, 2014 primary, by precinct
   - in person on election day
   - Via absentee ballot

2. Lists of all Democrat Voters who voted in the June 3, 2014 primary, by precinct
   - in person on election day
   - Via absentee ballot

3. Lists of all Democrat Voters who voted in the June 24th, 2014 Runoff, by precinct
   - in person on election day
   - Via absentee Ballot

4. Lists of all Republican Voters who voted in June 24th runoff, by precinct
   - in person on election day
   - Via absentee ballot

Public Records Request - Pg 2                July 7, 2014

Format -
 Please provide the above requested lists/
documents in #1-4 above as follow:

- non PDF format (Excel, preferred)
- emailed to taylor@truethevote.org

For questions contact v.pullen@entouch.net
n you can reach Susan Morse at (408) 482-4663

Susan Morse
July 7, 2014