BEIRNE, MAYNARD & PARSONS, L.L.P.

601 POYDRAS STREET
SUITE 2200
NEW ORLEANS, LOUISIANA 70130-6097

(504) 586-1241
FAX (504) 584-9142

L. EADES HOGUE, PARTNER
DIRECT DIAL 504-584-9431
EMAIL: EHOGUE@BMPLLP.COM

June 25, 2014

Joe Nosef
Chairman
Mississippi Republican Party
415 Yazoo Street
Jackson, MS 39201

Re:   **Request to delay primary runoff election certification pending independent
review of absentee balloting**

Dear Chairman Nosef,

Mississippi and all of America have watched this primary runoff devolve into the type of election that causes distrust for our Republic's most sacred process -- free and fair elections. Specifically, the absentee ballot process has been turned into an early voting mechanism not protected by either law or precedent. This subversion sought to remove the oversight of the poll watchers by creating a get-out-the-vote machine without scrutiny.

On behalf of my client, True the Vote, a voters' rights organization, founded to inspire and equip volunteers across the nation for involvement at every stage of our electoral process and to actively protect the rights of legitimate voters, regardless of their political party affiliation, I write to advise you that my client is confident that violations of Mississippi and federal law have occurred and request that you take action to preserve the integrity of this important election. Section 23-15-571 of the Mississippi Code (1972) allows poll watchers who are qualified electors in the relevant precinct, as well as poll watchers appointed by a candidate, to challenge voter qualifications. True the Vote believes that concerned citizens, including poll watchers, who fit in both of the above-described categories, have been denied the ability to challenge absentee voter qualifications in compliance with the provisions of § 23-15-643, "an official shall announce the name of the voter and shall give any person present an opportunity to challenge in like manner and for the same cause as if the voter could have been challenged had he presented himself personally in such precinct to vote."

The systematic refusal to allow qualified poll watchers the ability to be present, to examine absentee voter qualifications and challenge where appropriate, creates an inappropriate cloud on any result of this important election. In order to avoid this result and potential state and federal legal challenge to the results, we request that you preserve the absentee ballots in their envelopes until there is an opportunity to examine the absentee voter list and make appropriate

2004687v.1 IMANAGE 111634     BEIRNE, MAYNARD & PARSONS, L.L.P.
AUSTIN • BATON ROUGE • DALLAS • HOUSTON • NEW ORLEANS • SAN ANTONIO



DEFENDANT'S
EXHIBIT
1

June 25, 2014
Page 2

challenges. Furthermore, we request that you not certify this election until this matter can be satisfactorily resolved.

To restate, in order to avoid potential state and federal legal challenges we request that you preserve all absentee ballot applications, absentee ballots and accompanying mailing envelopes until the challenges to them can be resolved. Additionally, I request that you allow my client immediate access to these same public documents for its inspection and use in ensuring that the citizens of Mississippi are being afforded a fair and transparent election process.

Due to the urgent nature of this matter I request that you respond to me no later than Friday, June 27, 2014 by reply email to ehogue@bmplllp.com and to True the Vote President, Catherine Engelbrecht, at Catherine@TruetheVote.org confirming that you have taken the necessary steps to preserve the requested documents and stayed any certification thereof.

Yours sincerely,

L. Eades Hogue

LEH/pmd
cc:     Catherine Engelbrecht, True the Vote
        Joe Nosef, Chairman
        Thad Cochran, Senator
        Chris McDaniel, Senator

1955454v.1 IMANAGE 660069

June 25, 2014
Page 3

| Brad Prewitt | Pontotoc Repub. Executive Committee Rep. | District 1 |
| Chris Brown | Monroe Repub. Executive Committee Rep. | District 1 |
| Keith Heard | Lowndes Repub. Executive Committee Rep. | District 1 |
| Nan Lott | Lowndes Repub. Executive Committee Rep. | District 1 |
| Andrew Stephenson | Lafayette Repub. Executive Committee Rep. | District 1 |
| Dale Dunigan | Tate Repub. Executive Committee Rep. | District 1 |
| Ellen Jernigan | Desoto Repub. Executive Committee Rep. | District 1 |
| Clayton Stanley | Alcorn Repub. Executive Committee Rep. | District 1 |
| Geneise Hitt | Calhoun Repub. Executive Committee Rep. | District 1 |
| Mindy Maxwell | Lafayette Repub. Executive Committee Rep. | District 1 |
| Merle Flowers | Desoto Repub. Executive Committee Rep. | District 1 |
| Glenn McCullough | Lee Repub. Executive Committee Rep. | District 1 |
| Jay Weir | Lee Repub. Executive Committee Rep. | District 1 |
| Henry Barbour | Yazoo Repub. Executive Committee Rep. | District 2 |
| James Herring | Madison Repub. Executive Committee Rep. | District 2 |
| Lydia Chassaniol | Montgomery Repub. Executive Committee Rep. | District 2 |
| Tim Timbs | Sunflower Repub. Executive Committee Rep. | District 2 |
| Webster Franklin | Tunica Repub. Executive Committee Rep. | District 2 |

June 25, 2014
Page 4

| | | |
|---|---|---|
| Clarke Reed | Washington Repub. Executive Committee Rep. | District 2 |
| Alex Monsour | Warren Repub. Executive Committee Rep. | District 2 |
| Eric Beidenharm | Warren Repub. Executive Committee Rep. | District 2 |
| Betty Coleman | Washington Repub. Executive Committee Rep. | District 2 |
| Liles Williams | Hinds Repub. Executive Committee Rep. | District 2 |
| Tony Geiger | Hinds Repub. Executive Committee Rep. | District 2 |
| Barbara Rooks Jackson | Hinds Repub. Executive Committee Rep. | District 2 |
| Don Taylor | Copiah Repub. Executive Committee Rep. | District 2 |
| Joe Nosef | Hinds Repub. Executive Committee Rep. | District 3 |
| Bradley R. White | Simpson Repub. Executive Committee Rep. | District 3 |
| James (Pete) Perry | Hinds Repub. Executive Committee Rep. | District 3 |
| Jim Armstrong | Scott Repub. Executive Committee Rep. | District 3 |
| Sally Brown | Lauderdale Repub. Executive Committee Rep. | District 3 |
| Gary Harkins | Rankin Repub. Executive Committee Rep. | District 3 |
| Bobby Peoples | Rankin Repub. Executive Committee Rep. | District 3 |
| Greg Snowden | Lauderdale Repub. Executive Committee Rep. | District 3 |
| Dana Stringer | Rankin Repub. Executive Committee Rep. | District 3 |
| Quinton Dickerson | Madison Repub. Executive Committee Rep. | District 3 |

June 25, 2014
Page 5

| | | |
|---|---|---|
| Flo Boyd | Pike Repub. Executive Committee Rep. | District 3 |
| Veronica Naylor | Madison Repub. Executive Committee Rep. | District 3 |
| John Roberts | Lincoln  Repub. Executive Committee Rep. | District 3 |
| Ashley Skellie | Harrison Repub. Executive Committee Rep. | District 4 |
| Danny Johnson | Hancock Repub. Executive Committee Rep. | District 4 |
| Cheryl Cranford | Forrest Repub. Executive Committee Rep. | District 4 |
| Sue Bush | Forrest Repub. Executive Committee Rep. | District 4 |
| Kay Patterson | Marion Repub. Executive Committee Rep. | District 4 |
| Joe Cloyd | Harrison Repub. Executive Committee Rep. | District 4 |
| Jack Armstrong | Jones Repub. Executive Committee Rep. | District 4 |
| Wayne Tisdale | Hancock Repub. Executive Committee Rep. | District 4 |
| John Parker | Jones Repub. Executive Committee Rep. | District 4 |
| Al Hopkins | Harrison Repub. Executive Committee Rep. | District 4 |
| Vivian Dailey | Jackson Repub. Executive Committee Rep. | District 4 |
| Derek Arrington | Forrest Repub. Executive Committee Rep. | District 4 |
| Sybil Tribble | Wayne Repub. Executive Committee Rep. | District 4 |
| Sue Stedman | Adams County Republican Party Chairperson | |
| Mike Stewart | Alcorn County Republican Party Chairperson | |
| Josh McGee | Attala County Republican Party Chairperson | |
| Liz Redd, Secretary | Bolivar County Republican Party Chairperson | |

June 25, 2014
Page 6

| | |
|---|---|
| A.M. Zeidman | Calhoun County Republican Party Chairperson |
| Ross Bankston | Carroll County Republican Party Chairperson |
| Zach Huffman | Chickasaw County Republican Party Chairperson |
| Shannon Crow | Choctaw County Republican Party Chairperson |
| Janice Straka | Claiborne County Republican Party Chairperson |
| Helen Ann Beeman | Clarke County Republican Party Chairperson |
| Matthew Rose | Clay County Republican Party Chairperson |
| Don Taylor | Copiah County Republican Party Chairperson |
| Jo Lynn Mitchell | Covington County Republican Party Chairperson |
| Kevin Blackwell | DeSoto County Republican Party Chairperson |
| Don Hinton | Forrest County Republican Party Chairperson |
| Harold Leonard | Franklin County Republican Party Chairperson |
| Mark McMillan | George County Republican Party Chairperson |
| I.D. Brown | Greene County Republican Party Chairperson |
| Danny Johnson | Hancock County Republican Party Chairperson |
| Al Hopkins | Harrison County Republican Party Chairperson |
| Pete Perry | Hinds County Republican Party Chairperson |
| Paul Irvin Sr. | Humphreys County Republican Party Chairperson |
| Mary Turner | Itawamba County Republican Party Chairperson |
| Brian Sanderson | Jackson County Republican Party Chairperson |
| Tim Jones | Jasper County Republican Party Chairperson |
| Ruben Smith | Jefferson County Republican Party Chairperson |
| James Dumas | Jefferson Davis County Republican Party Chairperson |
| John Parker | Jones County Republican Party Chairperson |
| Cheryl Sparkman | Kemper County Republican Party Chairperson |
| Geoffrey Yoste | Lafayette County Republican Party Chairperson |
| Cheryl Cranford | Lamar County Republican Party Chairperson |
| Jamie Peavy | Lauderdale County Republican Party Chairperson |
| David Penny | Lawrence County Republican Party Chairperson |
| Billy Boyd | Leake County Republican Party Chairperson |

June 25, 2014
Page 7

| Mike Maynard | Lee County Republican Party Chairperson |
| Michael Haddon | Leflore County Republican Party Chairperson |
| John Roberts | Lincoln County Republican Party Chairperson |
| Mitzi Younger | Lowndes County Republican Party Chairperson |
| John Taylor | Madison County Republican Party Chairperson |
| Kay Patterson | Marion County Republican Party Chairperson |
| Doris Lee | Marshall County Republican Party Chairperson |
| Chris Coker | Monroe County Republican Party Chairperson |