

**FOR IMMEDIATE RELEASE**

**CONTACT:**
Logan Churchwell
media@truethevote.org

# TRUE THE VOTE FILES MOTION FOR RESTRAINING ORDER AGAINST MISSISSIPPI REPUBLICAN PARTY

*Destruction of Absentee Ballot Documents, Double Voting and Discarded Legal Votes Found Statewide*

**JACKSON, MS. -- July 9, 2014:** True the Vote (TTV), the nation's leading voters' rights and election integrity organization, today filed a motion with the Jackson Division of the U.S. District Court, requesting temporary restraining order and injunctive relief be issued against the Mississippi Republican Party and all defendants to prevent further tampering, redaction, or destruction of voter records by Defendants or their agents.

"Defendant county commissioners have continued to violate federal law by preventing access to election records. Now, we think we know why," said True the Vote founder, **Catherine Engelbrecht.** "If the affidavits we now have regarding the **destruction of election documents** and other similarly stunning findings are true, then no Mississippian, no American, can trust the results of this election."

True the Vote will be providing the Court with dozens of full detailed affidavit reports, containing stunning evidence of election subversion, including:

- ✓ Destruction of voters' absentee ballot applications and mandatory envelopes;
- ✓ Illegal alteration of poll books;
- ✓ Cross-over and double voting;
- ✓ Absentee ballots marked "Accepted" but unopened.

"Based on all we have seen -- and all we have not been allowed to see -- we now believe that unless the Court steps in, illegal voting will go unchallenged, voters' rights will be diluted, voters' trust will be violated - and an unlawful and inaccurate election may be certified by the State of Mississippi," said **Engelbrecht**.

TTV's motion was filed in the United States District Court for the Southern District of Mississippi, Jackson Division.



DEFENDANT'S EXHIBIT 4



A copy of the motion has been made available here.

*True the Vote (TTV) is an IRS-designated 501(c)(3) voters' rights organization, founded to inspire and equip volunteers for involvement at every stage of our electoral process. TTV empowers organizations and individuals across the nation to actively protect the rights of legitimate voters, regardless of their political party affiliation. For more information, please visit www.truethevote.org.*

###