*CERTIFIED ...* 
This 27 day of July 20 14
Clint W. Langley, Circuit Clerk
Jefferson Davis County, Mississippi
By [signature] D.C.
Min. Book ___ Page ___


COPY

| County: Jeff Davis | | | Republican Poll Book | | | | | Precinct: | 12 - South Prentiss 12 A |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Report No: E-004 |

Election : 2014 June Primary

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Date of Birth / Regn. Date | Voter ID | CONG / SUPR | SEN / JCJ | REP / SCHB | 06/03/2014 | ID Num / Bar Code | 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ALLEN, ALFREDA<br>859 TYRONE DR, PRENTISS, MS 39474 | N | 2 | ———<br>02/10/2006 | 750002063 | USH03<br>01 | SS41<br>01 | SH91<br>SB1 | | 583038041 | |
| 2 | ALLEN, BARBARA<br>2142 ST STEPHENS RD, PRENTISS, MS 39474 | N | 2 | ———<br>10/07/1992 | 5758628 | USH03<br>01 | SS41<br>01 | SH91<br>SB1 | | 583038042 | |
| 3 | ALLEN, MAGGIE LENTEN<br>2142 ST STEPHENS RD, PRENTISS, MS 39474 | N | 2 | ———<br>09/25/1985 | 5758462 | USH03<br>01 | SS41<br>01 | SH91<br>SB1 | | 583038043 | |
| 4 | ALLEN, MAYA L<br>34 ALCEE CIR, PRENTISS, MS 39474 | N | 2 | ———<br>05/29/2006 | 5000120385 | USH03<br>01 | SS41<br>01 | SH90<br>SB1 | | 583038044 | |
| 5 | ALLEN, TEHERA JILL<br>22 ALCEE CIR, PRENTISS, MS 39474 | N | 2 | ———<br>06/06/1991 | 5757754 | USH03<br>01 | SS41<br>01 | SH90<br>SB1 | | 583038045 | |
| 6 | ALLISON, JAMES H<br>1363 JOHN ST, PRENTISS, MS 39474 | N | 2 | ———<br>10/13/2011 | 5751078 | USH03<br>01 | SS41<br>01 | SH91<br>SB1 | | 583038046 | |
| 7 | ANDERSON, GARY<br>1641 AMANDA ST, PRENTISS, MS 39474 | N | 2 | ———<br>10/02/1992 | 5758630 | USH03<br>01 | SS41<br>01 | SH91<br>SB1 | | 583038047 | |
| 8 | ANDERSON, TERESA H<br>1641 AMANDA ST, PRENTISS, MS 39474 | N | 2 | ———<br>01/29/2007 | 5764085 | USH03<br>01 | SS41<br>01 | SH91<br>SB1 | | 583038048 | |
| 9 | ANDREWS, REBECCA M<br>1642 BUDD ST, PRENTISS, MS 39474 | N | 2 | ———<br>06/26/2007 | 775043936 | USH03<br>01 | SS41<br>01 | SH91<br>SB1 | Voted | 583038049 | |
| 10 | ARD, DENISE<br>586 GRANBY RD, PRENTISS, MS 39474 | N | 2 | ———<br>04/28/1989 | 5751590 | USH03<br>01 | SS41<br>01 | SH91<br>SB1 | | 583038050 | |
| 11 | ARD, JESSIE RAY JR<br>586 GRANBY RD, PRENTISS, MS 39474 | N | 2 | ———<br>04/10/1995 | 5752187 | USH03<br>01 | SS41<br>01 | SH91<br>SB1 | | 583038051 | |
| 12 | ARRINGTON, JO DRAKE<br>1220 LINDA AVE, PRENTISS, MS 39474 | N | 2 | ———<br>05/06/1985 | 5758389 | USH03<br>01 | SS41<br>01 | SH91<br>SB1 | | 583038052 | |

DEFENDANT'S EXHIBIT 6

Statewide Election Management System        Page : 1



| County: Jeff Davis | | | | | | | | Precinct: | 12 - South Prentiss 12 A |
|---|---|---|---|---|---|---|---|---|---|
| | Republican Poll Book | | | | | | | | |
| | | | | | | | | | Report No: E-004 |
| Election : 2014 June Primary | | | | | | | | | |

| No. | Voter Name | Show HAVA ID | Ballot Style | Date of Birth | Voter ID | CONG | SEN | REP | 06/03/2014 | ID Num | 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Address | | | Regn. Date | | SUPR | JCJ | SCHB | | Bar Code | |
| 13 | AULTMAN, MATTHEW A | N | 2 | ████████ | 775100899 | USH03 | SS41 | SH91 | | 583038053 | |
| | 820 LAFAYETTE ST, PRENTISS, MS 39474 | | | 09/04/2008 | | 01 | 01 | SB1 | | | |



| County: Jeff Davis | | | | | | | | Precinct: | 12 - South Prentiss 12 B |
|---|---|---|---|---|---|---|---|---|---|

# Republican Poll Book

Report No: E-004

Election : 2014 June Primary

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Date of Birth / Regn. Date | Voter ID | CONG / SUPR | SEN / JCJ | REP / SCHB | 06/03/2014 | ID Num / Bar Code | 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | BAGBY, CAROL M / 1107 JOHN ST, PRENTISS, MS 39474 | N | 2 | 10/17/2007 | 5750510 | USH03 / 01 | SS41 / 01 | SH91 / SB1 | | 583038054 | |
| 15 | BALLARD, DORIS S / 68 ED PARKMAN RD, PRENTISS, MS 39474 | N | 2 | 07/19/2010 | 775180458 | USH03 / 01 | SS41 / 01 | SH90 / SB1 | | 583038055 | |
| 16 | BANES, JUDY S / 1380 DAN ST, PRENTISS, MS 39474 | N | 2 | 05/21/1985 | 5764071 | USH03 / 01 | SS41 / 01 | SH91 / SB1 | voted | 583038056 | voted |
| 17 | BANES, RAYMOND / 1380 DAN ST, PRENTISS, MS 39474 | N | 2 | 10/09/1990 | 5757778 | USH03 / 01 | SS41 / 01 | SH91 / SB1 | voted | 583038057 | voted |
| 18 | BANKS, STEPHANIE M / 1476 SEBRON ST, PRENTISS, MS 39474 | N | 2 | 06/25/2003 | 5758794 | USH03 / 01 | SS41 / 01 | SH91 / SB1 | | 583038058 | |
| 19 | BARNES, CALVIN / 25 ALCEE CIR, PRENTISS, MS 39474 | N | 2 | 09/05/1986 | 5758545 | USH03 / 01 | SS41 / 01 | SH90 / SB1 | | 583038059 | |
| 20 | BARNES, CARNELIUS / 10 SWEET BEULAH PL APT 17, PRENTISS, MS 39474 | N | 2 | 08/29/1988 | 5762093 | USH03 / 01 | SS41 / 01 | SH90 / SB1 | | 583038060 | |
| 21 | BARNES, CONNIE R. / 1420 SECOND ST, PRENTISS, MS 39474 | N | 2 | 05/14/1985 | 5758544 | USH03 / 01 | SS41 / 01 | SH91 / SB1 | | 583038061 | |
| 22 | BARNES, DOROTHY J / 1287 FRED ST, PRENTISS, MS 39474 | N | 2 | 08/06/1985 | 5758543 | USH03 / 01 | SS41 / 01 | SH91 / SB1 | | 583038062 | |
| 23 | BARNES, JANICE L / 1661 MAGNOLIA DR, PRENTISS, MS 39474 | N | 2 | 08/05/1993 | 5757370 | USH03 / 01 | SS41 / 01 | SH91 / SB1 | | 583038063 | |
| 24 | BARNES, JUANITA / 1728 MARY ST APT B, PRENTISS, MS 39474 | N | 2 | 09/17/2008 | 5106095 | USH03 / 01 | SS41 / 01 | SH91 / SB1 | | 583038064 | |
| 25 | BARNES, KONCHETTA M / 1545 SEBRON ST, PRENTISS, MS 39474 | N | 2 | 10/06/2000 | 5763980 | USH03 / 01 | SS41 / 01 | SH91 / SB1 | | 583038065 | |



County: Jeff Davis    **Republican Poll Book**    Precinct: 12 - South Prentiss 12 B

Report No: E-004

Election : 2014 June Primary

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Date of Birth / Regn. Date | Voter ID | CONG / SUPR | SEN / JCJ | REP / SCHB | 06/03/2014 | ID Num / Bar Code | 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | BARNES, LATESHIA DENISE  1661 MAGNOLIA DR, PRENTISS, MS 39474 | N | 2 | 04/28/2011 | 775204838 | USH03 01 | SS41 01 | SH91 SB1 | | 583038066 | |
| 27 | BARNES, LLOYD F  1287 FRED ST, PRENTISS, MS 39474 | N | 2 | 09/09/2004 | 5758817 | USH03 01 | SS41 01 | SH91 SB1 | | 583038067 | |
| 28 | BARNES, PATRICK E  1652 ANNA ST, PRENTISS, MS 39474 | N | 2 | 12/19/2007 | 775075783 | USH03 01 | SS41 01 | SH91 SB1 | | 583038068 | |
| 29 | BARNES, RHONDA N  1661 MAGNOLIA DR, PRENTISS, MS 39474 | N | 2 | 02/28/2008 | 775075274 | USH03 01 | SS41 01 | SH91 SB1 | | 583038069 | |
| 30 | BARNES, ROMANA M  1661 MAGNOLIA DR, PRENTISS, MS 39474 | N | 2 | 09/25/2008 | 575137357 | USH03 01 | SS41 01 | SH91 SB1 | | 583038070 | |
| 31 | BARNES, RONALD B  1545 SEBRON ST, PRENTISS, MS 39474 | N | 2 | 03/30/2000 | 5758799 | USH03 01 | SS41 01 | SH91 SB1 | | 583038071 | |
| 32 | BARNES, SHELLY E  1652 ANNA ST, PRENTISS, MS 39474 | N | 2 | 10/05/1985 | 5758455 | USH03 01 | SS41 01 | SH91 SB1 | | 583038072 | |
| 33 | BARNES, SHIRLEY  10 SWEET BEULAH PL APT 18, PRENTISS, MS 39474 | N | 2 | 06/03/1986 | 5764156 | USH03 01 | SS41 01 | SH90 SB1 | | 583038073 | |
| 34 | BARNES, TATONYA M  1661 MAGNOLIA DR, PRENTISS, MS 39474 | N | 2 | 02/09/2006 | 750002028 | USH03 01 | SS41 01 | SH91 SB1 | | 583038074 | |
| 35 | BARNES, VAN S  1652 ANNA ST, PRENTISS, MS 39474 | N | 2 | 11/05/1985 | 5758454 | USH03 01 | SS41 01 | SH91 SB1 | voted | 583038075 | voted |
| 36 | BARNES, VICTORIA A  1317 FRED ST, PRENTISS, MS 39474 | N | 2 | 04/19/2005 | 5758772 | USH03 01 | SS41 01 | SH91 SB1 | | 583038076 | |
| 37 | BARNES,, VURGIS T  671 E ST STEPHENS RD, PRENTISS, MS 39474 | N | 2 | 10/07/2000 | 5752237 | USH03 01 | SS41 01 | SH90 SB1 | | 583038077 | |