| County : Jeff Davis | | Unofficial Voting List | | | Date : 07/15/2014 Report No : VR-028 | |
|---|---|---|---|---|---|---|
| Precincts : All  Status : All | Registration Period Till : 7/15/2014 | Election : 06/03/2014 - 2014 June Primary | Period Till : 06/03/2014 | | | |

| Voter ID Election Participation Date | Voter Name | Residential/Mailing Address | City | Precinct | Eff Regn Date | Party |
|---|---|---|---|---|---|---|
| 5762740 | ABRAM, ALICE LEE | P O BOX 1953, PRENTISS, MS 39474 | PRENTISS | Mt Carmel 42 | 06/04/1985 | D |
| 6/3/2014(D) | | | | | | |
| 5752631 | ABRAM, STEPHEN ERIC | P O BOX 1953, PRENTISS, MS 39474 | PRENTISS | Mt Carmel 42 | 10/04/2000 | D |
| 6/3/2014(D) | | | | | | |
| 5754429 | ADAMS, ANGIE R | P.O. BOX 368, BASSFIELD, MS 39421 | BASSFIELD | Bassfield 31 | 06/10/1985 | D |
| 6/3/2014(D) | | | | | | |
| 5763071 | ADAMS, LEVATOR  JR | 188 SHORT CHAPEL LOOP, CARSON, MS 39427 | CARSON | Green'S Creek 23 | 06/17/1995 | D |
| 6/3/2014(D) | | | | | | |
| 5757672 | ADAMS, ROBERT L | P.O.BOX 1372, PRENTISS, MS 39474 | PRENTISS | North West Prentiss 53 | 07/19/2004 | D |
| 6/3/2014(D) | | | | | | |
| 775010266 | ADDISON, MARVEL S JR | 892 OAK GROVE RD, PRENTISS, MS 39474 | PRENTISS | North West Prentiss 53 | 10/06/2006 | D |
| 6/3/2014(D) | | | | | | |
| 5759221 | ALLDAY, MARY  STEPUENS | 15 STEPHENS LP., CARSON, MS 39427 | CARSON | Bassfield 26 | 07/07/1995 | R |
| 6/3/2014(R) | | | | | | |
| 575111078 | ALLISON, JAMES H | P. O. BOX 100, PRENTISS, MS 39474 | PRENTISS | South Prentiss 12 | 10/13/2011 | D |
| 6/3/2014(D) | | | | | | |

Statewide Election Management System                                                                                                        Page : 1

DEFENDANT'S EXHIBIT 7

| County : Jeff Davis | | Unofficial Voting List | | | Date : 07/15/2014 Report No : VR-028 | |
|---|---|---|---|---|---|---|
| Precincts : All  Status : All   Registration Period Till : 7/15/2014 | | | Election : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 June Primary' | | Period Till : 06/24/2014 | |
| **Voter ID** **Election Participation Date** | **Voter Name** | **Residential/Mailing Address** | **City** | **Precinct** | **Eff Regn Date** | **Party** |
| 5762740 | ABRAM, ALICE LEE | P O BOX 1953, PRENTISS, MS 39474 | PRENTISS | Mt Carmel 42 | 06/04/1985 | D |
| 6/24/2014(D) | | | | | | |
| 5752631 | ABRAM, STEPHEN ERIC | P O BOX 1953, PRENTISS, MS 39474 | PRENTISS | Mt Carmel 42 | 10/04/2000 | D |
| 6/24/2014(D) | | | | | | |
| 5762167 | ADAMS, PATRICIA D | 186 SHORT CHAPEL LP, CARSON, MS 39427 | CARSON | Green'S Creek 23 | 03/24/1987 | R |
| 6/24/2014(R) | | | | | | |
| 5759221 | ALLDAY, MARY STEPUENS | 15 STEPHENS LP., CARSON, MS 39427 | CARSON | Bassfield 26 | 07/07/1995 | R |
| 6/24/2014(R) | | | | | | |
| 1416017 | AMASON, MARY J | 180 E. GRANBY ROAD, PRENTISS, MS 39474 | PRENTISS | North East Prentiss 43 | 04/09/2013 | R |
| 6/24/2014(R) | | | | | | |
| 5754770 | ANDERSON, CECIL G | 291 ANDERSON RD, BASSFIELD, MS 39421 | BASSFIELD | Bassfield 31 | 04/22/1985 | R |
| 6/24/2014(R) | | | | | | |
| 5763457 | ANDERSON, DEBORAH A | 318 SAM DURR RD., MT OLIVE, MS 39119 | MT OLIVE | Clem 41 | 10/05/2001 | D |
| 6/24/2014(D) | | | | | | |
| 5762901 | ANDERSON, GLENN EDWARD | P.O. BOX 54, PRENTISS, MS 39474 | PRENTISS | North East Prentiss 43 | 08/02/1988 | R |
| 6/24/2014(R) | | | | | | |