IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRUE THE VOTE, *et al*.                                                                                    PLAINTIFFS

V.                                                          CIVIL ACTION NO.: 3:14-CV-532-NFA

THE HONORABLE DELBERT HOSEMANN,
in his official capacity, as Secretary of State for the
State of Mississippi, *et al*.,                                                                            DEFENDANTS

**SUPPLEMENTAL JOINDER OF LAUDERDALE COUNTY
MISSISSIPPI ELECTION COMMISSION
TO SECRETARY OF STATE DELBERT HOSEMANN'S
RESPONSE IN OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION AND BRIEF
OF SECRETARY OF STATE DELBERT HOSEMANN
IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

COMES NOW Defendant, Lauderdale County Mississippi Election Commission ("Lauderdale Commission") through counsel, and files this its Supplemental Joinder to the Response in Opposition Plaintiff's Motion for Temporary Restraining Order [ECF No. 92] and Joinder to Memorandum in Opposition to Plaintiff's Motion for Temporary Restraining Order [ECF No. 93] filed by the Honorable Delbert Hosemann in his capacity as Secretary of State for the State of Mississippi ("the Secretary").

1.      The Lauderdale Commission incorporates its original Joinder filed on August 8, 2014.  *See* ECF No. 101.

2.      The Lauderdale Commission hereby supplements its original Joinder by providing as Exhibit "2" hereto, the Affidavit of Lauderdale County Circuit Clerk Donna

Jill Johnson.  In her affidavit, the Circuit Clerk authenticates the letter submitted as Exhibit "1" to the Lauderdale Commission's original Joinder.  The subject letter (dated August 7, 2014) was received by the Circuit Clerk from counsel for candidate Chris McDaniel via certified mail on August 8, 2014.  In the letter, Candidate McDaniel's counsel advises the Circuit Clerk that "Chris McDaniel has made the decision to challenge the election results."  *See* Exhibits "1" and "2."  Counsel for Chris McDaniel also reminds the Circuit Clerk of the necessity that she maintain "all of the election materials" "safely and securely" until his election contest has been finally decided.  *Id.*

This the 13th  day of August, 2014.

                                        Respectfully submitted,

                                        **LAUDERDALE COUNTY MISSISSIPPI**
                                        **ELECTION COMMISSION, DEFENDANT**

BY:   /s/ Lee Thaggard
        Lee Thaggard (MSB #9442)
        Robert T. Bailey (MSB #102270)
        BARRY, PALMER, THAGGARD,
            MAY & BAILEY, LLP
        Post Office Box 2009
        Meridian, MS 39302-2009
        Telephone: 601-693-2393

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

All counsel of record

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

None.

Respectfully submitted this the 13th day of August, 2014.

/s/ Lee Thaggard
Lee Thaggard

F:\MyFiles\Wpdocs\23145\Motions\Joinder.PI.Supp.wpd