IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRUE THE VOTE, *et al.*                                                      PLAINTIFFS

V.                          CIVIL ACTION NO.: 3:14-CV-532-NFA

THE HONORABLE DELBERT HOSEMANN,
in his official capacity, as Secretary of State for the
State of Mississippi, *et al.*,                              DEFENDANTS

STATE OF MISSISSIPPI

COUNTY OF LAUDERDALE

### AFFIDAVIT OF DONNA JILL JOHNSON

COMES NOW the undersigned, Donna Jill Johnson, being duly sworn, states on her oath as follows:

1. I am over the age of 21 years, have personal knowledge and am competent to testify regarding the matters contained herein. I am the duly elected Circuit Clerk for Lauderdale County, Mississippi. In my capacity as Circuit Clerk, I am also the County Registrar as specified by Mississippi Code § 23-15-211.

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter which I received by certified mail on August 8, 2014. The letter (dated August 7, 2014 ) was from Candidate Chris McDaniel's counsel wherein he advises that "Chris McDaniel has made the decision to challenge the election results." *See* Exhibit "A." Candidate McDaniel's counsel also states as follows in the letter:

Exhibit "2"

Due to the challenge, it will be necessary for you to maintain all the election materials, including all chain of custody information safely secured.

Thank you for your assistance with keeping these records safely and securely until the challenge has been completely adjudicated.

*See* Exhibit "A."

    3.    This concludes my Affidavit.

_____
Donna Jill Johnson

SWORN TO AND SUBSCRIBED BEFORE ME, this the 13th day of August, 2014.

_____
NOTARY PUBLIC

My Commission Expires:
1-13-2016

(SEAL)

*State of Mississippi, Lauderdale County*
*Lynn Story*
*ID No 10728*
*NOTARY PUBLIC*
*Comm Expires January 13, 2016*



# TYNER LAW FIRM, P.A.

Mitchell H. Tyner, Sr.
mtyner@tynerlawfirm.com

Licensed: Mississippi
Louisiana
Texas
District of Columbia

August 7, 2014

Donna J. Johnson
Lauderdale County Circuit Clerk
P. O. Box 1005
Meridian, MS 39302

**RE:** United States Senate Race
2014 Republican Primary & Runoff Election Materials
Election Challenge---Preservation of Election Materials

Dear Ms. Johnson:

After reviewing the election materials from the primary on June 3, 2014 and the runoff election held on June 24, 2014, United States Senate candidate, Chris McDaniel has made the decision to challenge the election results. The challenge was filed with the Mississippi Republican Party Executive Committee on August 4, 2014.

Due to the challenge, it will be necessary for you to maintain all the election materials, including all chain of custody information, safely secured.

Thank you for your assistance with keeping these records safely and securely until the challenge has been completely adjudicated.

Sincerely,

**TYNER LAW FIRM, P.A.**

Mitchell H. Tyner, Sr.



*Integrity in Law*

5750 I-55 North • Jackson, MS 39211-2638 • Phone: (601) 957-1113 • Fax: (601) 957-6554 • www.tynerlawfirm.com