IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § § § § § § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § § § § § § § § § § § § § § § § § § § § | Cause No. 3:14-cv-00532-NFA |
| Defendants. | | |

**PLAINTIFFS' TRUE THE VOTE, ET.AL.'S OMNIBUS RESPONSE
TO THE COUNTY DEFENDANTS' MOTIONS FOR PARTIAL
<u>SUMMARY JUDGMENT</u>**

TO THE HONORABLE DISTRICT COURT:

Plaintiffs True the Vote, et al. file this Memorandum of Law in Response to the County Defendants' Motions for Summary Judgment on the National Voter Registration Act ("NVRA") claims. *See* Docs. 79, 80, 81, 82, 85, 86, 89, 102 and 103.

Whether the records requested in this suit must be produced under the NVRA is a question of law on which no material facts are in dispute.  The County Defendants' summary judgment evidence does not controvert Plaintiffs' factual allegations, but confirms Plaintiffs made requests for voter rolls, voter pollbooks, absentee ballot applications and envelopes and federal postcard applications (collectively the "voter records") prior to and following the now-contested 2014 Republican Primary Run-Off Election and were denied access to complete records.

The NVRA's Public Disclosure Provision requires that the Requested Records be made available to the public for inspection and, where available, photocopying, because they are "records concerning the implementation of programs or activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters."  42 U.S.C. § 1973gg-6(i).  Defendants have denied Plaintiffs access to these records in violation of the NVRA, relying on Mississippi state law.  The NVRA applies to the County Defendants as arms of the State and the requested voter records.  It requires County officials in control of the subject records to make the records available to the general public, including voter birth date information.

While Plaintiffs may typically need to provide notice of an NVRA violation before brining suit, no notice was required under the facts of this case.  First, Plaintiffs requested

access to records prior to a federal election.  Therefore, Plaintiffs were not required to give pre-suit notice of an NVRA violation.  Second, even assuming notice was required, it would have been futile under the circumstances of this case.  Plaintiffs ask the Court to follow other courts in holding that the NVRA pre-suit notice should be construed to give effect to its practical purposes, which not be served here because Mississippi plainly refuses to comply with the alleged NVRA violation.

Plaintiffs submit the attached Memorandum in Support of their Motion for Summary Judgment detailing the grounds supporting summary judgment along with the following exhibits:

| EXHIBIT 1 | Excerpts from July 24, 2014 Evidentiary Hearing |
| --- | --- |
| EXHIBIT 2 | Declaration of Catherine Engelbrecht |
| EXHIBIT 3 | Declaration of Julia Hoenig and Incident Reports |
| EXHIBIT 4 | Declaration of Mike Rowley and Incident Reports |
| EXHIBIT 5 | Declaration of Jeanne Webb and Incident Reports |
| EXHIBIT 6 | Declarations of John Hobson and Karen Hobson and Incident Reports |
| EXHIBIT 7 | Declaration of Sandy Steinbacher and Incident Reports |
| EXHIBIT 8 | July 8, 2014 Letter from Madison County Circuit Clerk |
| EXHIBIT 9 | Declaration of Roberta Swank and Incident Reports |
| EXHIBIT 10 | Declaration of Melinda Kinley and Incident Reports |
| EXHIBIT 11 | Declaration of Ruth Wall and Incident Reports |

| EXHIBIT 12 | Declaration of Susan Morse and Incident Reports |
| EXHIBIT 13 | Declaration of Roy Nicholson |
| EXHIBIT 14 | Declaration and Affidavit of Phil Harding |
| EXHIBIT 15 | July 26, 2014 E-Mail Correspondence from Amanda Frusha |
| EXHIBIT 16 | Press Release from The Honorable Delbert Hosemann |
| EXHIBIT 17 | Attorney General Opinion No. 94-0699 dated November 2, 1994 |
| EXHIBIT 18 | E-Mail Correspondence from Kimberley Turner |
| EXHIBIT 19 | Mississippi Encyclopedia Election Law Section 7 |
| EXHIBIT 20 | Mississippi Encyclopedia Election Law Section 9 |

Based on the uncontroverted evidence cited herein and under the plain meaning of the NVRA, the County Defendants are not entitled to judgment as a matter of law.

Dated: August 15, 2014

Respectfully Submitted,

*L. Eades Hogue*

Joseph M. Nixon – *pro hac vice*                    L. Eades Hogue
Texas State Bar No. 15244800                       Mississippi State Bar No. 2498
jnixon@bmpllp.com                                   Louisiana State Bar No. 1960
Kristen W. McDanald – *pro hac vice*               ehogue@bmpllp.com
Texas State Bar No. 24066280                       BEIRNE, MAYNARD & PARSONS, LLP
kmcdanald@bmpllp.com                                Pan-American Life Center
Kelly H. Leonard – *pro hac vice*                   601 Poydras Street
Texas State Bar No. 24078703                        Suite 2200
kleonard@bmpllp.com                                 New Orleans, LA 70130
BEIRNE, MAYNARD & PARSONS, LLP                      (504) 586-1241 Tel.
1300 Post Oak Blvd, Suite 2500                      (504) 584-9142 Fax
Houston, Texas  77056                               **Lead Counsel**
(713) 623-0887   Tel.
(713) 960-1527   Fax

James E. "Trey" Trainor, III. – *pro hac vice*
Texas State Bar No. 24042052
ttrainor@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, TX 78701
(512) 623-6700   Tel.
(512) 623-6701   Fax

*Counsel for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2014 a copy of the forgoing instruments and its exhibits were served on The Honorable Delbert Hosemann, The Republican Party of Mississippi; The Copiah County Mississippi Election Commission; the Hinds County, Mississippi Election Commission; the Jefferson Davis County, Mississippi Election Commission; the Lauderdale County, Mississippi Election Commission, the Leake County Mississippi Election Commission; the Madison County, Mississippi Election Commission; the Rankin County, Mississippi Election Commission;  and the Simpson County, Mississippi Election Commission via the Court's ECF e-file service.  Plaintiffs have served the remaining Defendants, who have not yet registered to the Court's ECF system for this matter, via United States Postal Service, in accordance with Federal Rules of Civil Procedure.

*/s/  L. Eades Hogue*