## Vickie Hariel

| | |
|---|---|
| **From:** | Donna Jill Johnson <circuitclerk@lauderdalecounty.org> |
| **Sent:** | Monday, July 07, 2014 8:51 AM |
| **To:** | Donna Jill Johnson |
| **Subject:** | FW: Monday 930am |

-----Original Message-----
From: Kim Turner [mailto:Kim.Turner@sos.ms.gov]
Sent: Monday, July 07, 2014 8:50 AM
To: Donna Jill Johnson
Subject: RE: Monday 930am

Both the Cochran and McDaniel campaigns have served notice of an intention to review the ballot boxes pursuant to Section 23-15-911, Miss. Code Ann.
The required three (3) days' notice was provided to both candidates - Senator Cochran's son received written notice on July 3 and Senator McDaniel's mother received written notice also on July 3. Notice is therefore not an issue today. Please remember:
    1.    If your county has NOT certified its election results to the State Party Executive Committee, neither Cochran nor McDaniel may review the contents of the ballot boxes.
    2.    A review of the ballot boxes is LIMITED to either the candidate (i.e., Senator Cochran and Senator McDaniel) or a designated representative only. Citizens for Cochran is a political action committee and has no legal right to review the ballot boxes unless an individual affiliated with this committee is Senator Cochran's designated representative. If more than one person per candidate has come to your office to review the ballot boxes, it is within your discretion to allow these additional people to review the ballot boxes.
    3.    A ballot box examination must be completed within 12 days AFTER your county certified its election results to the State Party Executive Committee. If you certified your election results immediately after the election (on June 25), then today is the only day either candidate may review the ballot boxes.
    4.    Your office is charged with the security of these ballot boxes. Either the Circuit Clerk or a deputy must keep watch during the entire process.
    5.    The election commission is not entitled to be present. The executive committees are not entitled to be present.
    6.    As the Circuit Clerk, you are entitled to provide guidelines to each candidate for the orderly review of the contents of the ballot boxes.
    7.    There is absolutely NO DUPLICATION OF THE CONTENTS OF THE BALLOT BOXES. No copies may be made by either candidate. No cell phone pictures may be taken by either candidate. No video may be made of the examination of the ballot boxes by either candidate. Neither candidate may "bring in a copier and additional personnel" to make copies.
    8.    Pollbooks are NOT included within the contents of the ballot boxes. Section 23-15-591, Miss. Code Ann., specifies what are the contents of the ballot boxes.
    9.    Senator Cochran sometime this week-end sent a second letter to all circuit clerk offices. This is a PROPER public records request for a copy of each pollbook for the Republican Primary Runoff Election on June 24, the Republican Primary Election on June 3 and the Democratic Primary Election on June 3. As stated in his letter, provide to Mr. Garriga an ESTIMATE of the total cost of producing the copies, with dates of birth REDACTED, and send the estimate. Once Mr. Garriga forwards payment to your office of the estimate cost, then you must produce and provide the copies. Please refer to your county's public record policy to know the exact period of time by which you must respond to Mr. Garriga. Most policies provide 7 days - If you don't know your county policy, contact your county attorney.

Hawley, Amanda and I are in the office so if any conflict arises or you have a question, please contact us or the Attorney General's Office.

Kimberly P. Turner, Esq.
Assistant Secretary of State, Elections Division

Office of the Mississippi Secretary of State
401 Mississippi Street
Post Office Box 135
Jackson, Mississippi 39205
Direct Dial: (601) 359-5137
E.mail: kim.turner@sos.ms.gov

-----Original Message-----
From: Donna Jill Johnson [mailto:circuitclerk@lauderdalecounty.org]
Sent: Monday, July 07, 2014 7:41 AM
To: Kim Turner
Subject: Monday 930am

Got another fax........fixing to send to all.....Would a conference call benefit, plus email ?

dj

-----Original Message-----
From: Kim Turner [mailto:Kim.Turner@sos.ms.gov]
Sent: Sunday, July 06, 2014 4:09 PM
To: Donna Jill Johnson
Subject: Re: Monday 930am

Sure. I'll work on something tonight and will email to you from my phone later to circulate.

Sent from my iPhone

On Jul 6, 2014, at 2:15 PM, "Donna Jill Johnson"
<circuitclerk@lauderdalecounty.org<mailto:circuitclerk@lauderdalecounty.org>
> wrote:

Both groups are expected in all 82 offices Monday at 9:30am. Would you like to do a simplified list of "do and don't list" so we hope to be on the same page?

See attached faxed correspondence.

dj
<DOC070614canvass-07062014141139.pdf>

The information contained in this email is not an official opinion. You should not consider anything in this email from the Mississippi Secretary of State's Office to be legal advice.

The information contained in this email and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachments for any purpose, nor disclose all or any part of the contents to any other person.

---

The information contained in this email is not an official opinion. You should not consider anything in this email from the Mississippi Secretary of State's Office to be legal advice.

The information contained in this email and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachments for any purpose, nor disclose all or any part of the contents to any other person.