IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § § § § § § § § § § | |
| Plaintiffs, | § § | Cause No. 3:14-cv-00532-HTW-LRA |
| v. | § § | |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## SUMMARY JUDGMENT EXHIBITS – VOLUME 3

| Exhibit | Description |
|---|---|
| 5 | Declaration of Jeanne Webb and Incident Reports |
| 6 | Declaration of John Hobson and Karen Hobson and Incident Reports |
| 7 | Declaration of Sandy Steinbacher and Incident Reports |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § § § § § § § § § § | |
| Plaintiffs, | § § | Cause No. 3:14-cv-00532-HTW-LRA |
| v. | § § | |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § § § § § § § § § § § § § § § § § § § | |
| Defendants. | | |

## **DECLARATION**

### By: Jeanne Webb

1.      I, Jeanne Webb, verify under penalty of perjury under the laws of the United States of America that the following is true and correct. *See* 28 U.S.C. § 1746.

2.      In the days following the June 24 Republican Primary Run-Off Election, I was part of a group of True the Vote volunteers who requested access to voting records from the Circuit Clerks of Rankin and Copiah Counties.  The purpose of the request was to determine whether or not voters who had voted in the

EXHIBIT 5

Democratic Primary unlawfully double voted in the Republican Primary Run-Off Election and whether any other irregularities had occurred during the Election.

3.     I made an oral request for voter pollbooks and absentee ballot applications in person at the Copiah County Circuit Clerk's office on July 7, 2014.  Citing to Mississippi statute 23-15-911, Circuit Clerk Edna E. Stevens did not allow us to review unredacted records.

4.     At Ms. Stevens request, I documented my oral request for records in a written "public information request."  I made the request to Edna E. Stevens, the Circuit Clerk of Copiah County.  In the request, I asked for a list of all republican and democratic voters who voted in person on election day or via absentee ballot in their respective primary and run-off elections.  I further requested absentee ballot applications and envelopes and voter pollbooks.

5.     I also made a request for records from the Rankin County Circuit Clerk's office on July 7, 2014.

6.     I made an oral request for voter pollbooks from Circuit Clerk Becky Boyd.

7.     Ms. Boyd denied us full access to voter pollbooks, but allowed public inspection of voter pollbooks only if the records were redacted of voter birthdates at a cost of $.50/page or $20/hour.

8.     Based on my experience, I was unable to access or inspect complete voter records within Rankin and Copiah Counties.

9.     Attached to this declaration are true and correct copies of the incident reports I completed regarding my visits to the Copiah and Rankin County Circuit Clerks' offices.  The incident reports are filled out in my own handwriting and I recognize the writings as ones I completed based on their appearance, contents and substance.  Included in the incident report regarding Copiah County is a true and correct copy of my written records request.  I recognize it too as a document filled out in my own handwriting and a correct copy of the request I completed based on its appearance, contents and substance.

10.     The attached incident reports were prepared by me to describe the events that occurred during my visits.  I made the reports immediately after the events

described therein and when those events were fresh in my memory.   Upon
completing the reports, I gave it to True the Vote to maintain in its records.

11.   Further, declarant sayeth not.

Signed on this the ___6___ day of August, 2014.

Jeanne M. Webb   3:06 PM 8/6/14

Jeanne Webb



**TRUE** *the* **VOTE**

## INCIDENT REPORT

**NAME** JEANNE WEBB

**DATE** 7 - 7 - 2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** NA

**POLLING PLACE NAME** Copiah County Circuit Clerk

**ADDRESS** 100 Caldwell Dr, Hazelhurst, Ms 39083

**CITY** Hazelhurst    **STATE** Ms    **ZIP** 39083

**COUNTY** Copiah

Please complete the fields below using your notes.

**POLL SUPERVISOR** Circuit Clerk of Edna E Stevens

**ASST POLL SUPERVISOR** Deputy Wanda

**CLERK 1 NAME** NA    **CLERK 2 NAME** NA

**CLERK 3 NAME** NA    **CLERK 4 NAME** NA

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7/7/14 approx. 3:45P

Continue to Second Page

EXHIBIT 5-A



**TRUE *the* VOTE**

**TYPE OF INCIDENT** | DENIAL of Access of June 2014 Election Absentee Ballots and Poll Books

**DESCRIPTION OF INCIDENT** | @ approx 3:45 pm on 7/7/14 arrived at Copiah County Court House, I spoke with Circuit Clerk Edna E. Stevens, I advised her I was a private individual and would like to review the Absentee Ballots of the June 24th Special Election. I was advised there was a group who was there who had just reviewed the ballots, she had just sealed the box and was NOT sure if she could unseal the box, there might be a possible time frame involved. She stated she had to call the Secretary of State to find out, but was tied up with the group reviewing the Poll Books and needed to be there to redact the DOB. She stated I could leave a Public Information Request of need material and she con't...

**REMEDY OR ACTION TAKEN** | would call me tomorrow or I could call her. Edna also quoted statue 23-15-911 and stated she needed to contact the Secretary of State to verify if we could review the absentee ballots & poll books.

attachment: ② papers handwritten public/Information Request

I certify and affirm that the above information is true and correct.

**SIGNATURE** | Jeanne M Webb    7/7/2014

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**

To: Edna E Stevens          (A) 3:45p
    Copia County            (D) 4:20p
    Circuit Clerk of Court

From   Jeanne Webb
       (c) (813) 373-4988

Re:  Public Information Request.
     Regarding June 3rd Primary Election
     '&'      June 24th Runoff Election.

I am ~~Jw~~ a private citizen, I am requesting
~~the below listed items as a Public Information~~
Request.
Please Advise Me when items will be available and
any expense incurred. Thank You.

   The following in Electronic File Format (preferrably Excel)
   if available Jw. please email to taylorphillips1@gmail.com

#1  June 3rd Primary (By Precinct)
(A) List of ALL Republican Voters who voted by Precinct
       - In Person on Election Day
       - Via absentee ballot

(B) List of all Democratic Voters who Voted by Precinct
       - In Person on Election Day
       - Via Absentee Ballot
                    Pg 1 of 2 pgs

Public Information Request ( con't . . . )     p 2-2

#2    Electronic File from the June 24th 2014 Runoff
                                    (By Precinct)

(A)  List of all Republicans Voters who voted by Precinct
     —  In Person on Election Day
     —  Via absentee ballot


(B)  List of all Democratic Voters who voted by
     Precinct
     —  In Person on Election Day
     —  Via absentee ballot

#3   We would like to inspect the following
     from the June 24th Runoff:


(A)  Absentee Ballot Applications
(B)  Absentee Ballot Request Forms
(C)  Absentee Ballot Envelopes
(D)  Poll Books


Thank you.


Jeanne M Wiehl
bucksmaster10@tampabay.rr.com
Cell: (813) 373-4988



**Edna E. Stevens**
*Copiah County*
*Circuit Clerk*

P. O. Box 467
Hazlehurst, MS 39083        Phone: 601-894-1241



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Jeanne Webb

**DATE** 7/7/2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Rankin County Clerk of Court

**ADDRESS** 215 E Government St Brandon Ms 39043

**CITY** Brandon     **STATE** Ms     **ZIP** 39043

**COUNTY** Rankin County

Please complete the fields below using your notes.

**POLL SUPERVISOR** Circuit Clerk Rebecca Boyd

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**          **CLERK 2 NAME**

**CLERK 3 NAME**          **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7/7/2014 approx

Continue to Second Page

EXHIBIT 5-B



# TRUE *the* VOTE

**TYPE OF INCIDENT**

**DESCRIPTION OF INCIDENT** ON 7/7/2014 at approx: 1:15 PM while reviewing the Absentee Ballots Envelopes and Application Requests I observed numerous ballots and/or applications which had been Accepted. These forms had issues which violated the statutory requirements for Accepted Absentee Ballots. Present with me at the time were Four Volunteers from the McDaniel campaign. Rob Rall was the Lead Volunteer Cell #(601)-624-9235 address: 4 Lake Barnett Dr. Brandon, Ms 39047. The District #1 manila Envelope Containing Accepted Ballots Envelopes and Applications were being reviewed. A volunteer reviewing Precinct #9 & 10 showed me Multiple applications which had no reason on the application for Voting by absentee ballot; also potential signature differences from application and back of envelope

**REMEDY OR ACTION TAKEN** This Volunteer also showed me Multiple envelopes that had signatures not across the Flap during our discussion about this issue, the Deputy Clerk observing us stated, "it is not a requirement for the witness statement signature to overlap on the Flap of the envelope". The other three Volunteers Continued to show me numerous Numerous similar irregularities. The one Volunteer showed me an Accepted Envelope which had the Ballot still enclosed in the envelope. I, myself found the same irregularities in the applications and ballot envelopes I was reviewing, however I did not have the opportunity to write down the specific Voter immediately information and details on the irregularities because I was asked to ➞ leave by Rankin County Circuit Clerk Rebecca Boyd (601) 825-1466 I certify and affirm that the above information is true and correct. 215 E. Government St. Brandon MS @ approx 2:15pm 39043

**SIGNATURE** Jeanne M Webb 7/7/2014

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Julia Haenig / Jeanne Webb

**DATE** 7/7/14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #** Clerk of Court Rankin Cty

**POLLING PLACE NAME**

EXHIBIT 5-C



# TRUE *the* VOTE

**TYPE OF INCIDENT** request for election data

**DESCRIPTION OF INCIDENT**

Rebecca had us fill out request for info, we did for physical records - review ballots AND electronic files for election data. She didn't know if IT dept could provide this + will check on that + get back w/ us.

She also said:
- poll books cannot be looked out until BD redacted, she confirmed this w/ SOS on phone while we were there

> 7,000 pg Rep      .50/pg or $20/hr ⎫ for hardcopy she will
> 7,000 pg Dem                        ⎬ charge

**REMEDY OR ACTION TAKEN**

When we left, we spoke w/ 4 McDaniel volunteers who were waiting to see ballot box. Cochran people expected too. Rebecca would not allow us to join the 2 campaigns, even if they are willing. Not enough space. She said we could come back but she wouldn't narrow down time or day b/c she didn't know how many days they would need. But McDaniel people welcomed us to join them: their contact info:

Rob Rall   601-624-9235   rob@actionmarinems.com — they said they were unsure of what they are doing! They will call when they are thru w/ records - but they plan on staying until ~~McDaniel~~ Cochran people are thru.

I certify and affirm that the above information is true and correct

**SIGNATURE** *Julia Hoenig*

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**



**TRUE** *the* **VOTE**

## INCIDENT REPORT

**NAME**   JEANNE WEBB

**DATE**   7-8-2014

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**   CLERK OF COURT RANKIN County

**POLLING PLACE NAME**

**ADDRESS**   215 E GOVERNMENT St BRANDON, Ms 39043

**CITY**   BRANDON   **STATE**   Ms   **ZIP**   39043

**COUNTY**   RANKIN

Please complete the fields below using your notes.

**POLL SUPERVISOR**   Circuit Clerk Rebecca Boyd

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT**   7/8/2014   approx 9:30Am between
9 05/Am - 11 AM

Continue to Second Page

EXHIBIT 5-D

INCIDENT REPORT

Date: July 8, 2014


On July 8, 2014 between the hours of 9:05am and 11am, Gregg Prentice and I were in Circuit Clerk Rebecca Boyd's office.  During this time period Mr Prentice and I were asking Ms Boyd questions about the election process, I asked a question about the large stack of  ballots which  we had observed on July 7, 2014 while sitting at the same table with the McDaniel Campaign volunteers who were reviewing material from the June 24, 2014 Special Election. (Rob Rall, team leader for the McDaniel volunteers advised me prior to opening a secured ballot box, Labeled:  PRIMARY RUNOFF BALLOTS & ABSENTEE BALLOTS, AFFADAVITS (AFFADAVITS REJECTED), he inspected the box, Mr. Rall stated the front red plastic seal #000655 was not pulled tight and a person could reach their hand and forearm into the box. The box had an opening in the back which had a piece of plastic tape over the opening with a seal which crossed over the box and seal.  The seal # was 294133.  I did observe the back seal intact, the front seal was open.  I did observe another box which was in a similar condition.  The front seal was still secured on this box and I could open the top of the box and place my hand and forearm into the box.  The box which had been opened, contained the affidavit envelopes, two absentee ballots, and a stack of rejected affidavit envelopes and large stack of accepted ballots.  When the McDaniel group and Gregg Prentice; Julia Hoenig; Mike Rowley and myself counted these ballots the tally was Cochran (691) ballots; McDaniel (464) ballots and (1) non vote totaling (1156) ballots.) Circuit Clerk Boyd explained that paper ballots are only used for absentee voting or affidavit voting, during days of elections voters use electronic voting equipment.  NOTE:  The 1156 ballots had not been folded in a manner in which they could have been placed in an absentee envelope or an affidavit envelope,  only approximately 10-20 ballots had been folded in half, however even these ballots would not have fit in either envelopes.

According to Circuit Clerk Boyd the procedure for the absentee ballots and the affidavit ballots is, once the ballots are completed by the elector, the ballots are placed in the appropriate envelopes and sealed. The envelopes are then given to the Election Commission Board who then opens the envelopes and removes the ballots.  If this is the procedure where did these accepted ballots which had no folds in them come from??

Circuit Clerk Boyd agreed to provide Gregg and I copies of the Poll Books from the June 2014 Elections.

Circuit Clerk Boyd told an inmate trustee who was working in the office to go to the Supervisor of Elections office to pick up a package for her.  Note the Supervisor of Elections office was in a building next door.  While the inmate trustee was away, Circuit Clerk Boyd advised Gregg and I , we would not be able to see the date of birth information.  When the inmate trustee returned to the office he was carrying two Poll Books, one blue binder for the democrats and one red binder for the republicans. NOTE:  the Poll Books,  where not sealed in an envelope or secured in any type container, just open for the inmate trustee to review the names and addresses and date of birth information of the electors listed in the Polls Books.

Page 2 of 2

When Circuit Clerk Boyd received the two Poll Books, which contained last names starting with the Letter A from Precinct #115, she opened the Red Poll Book and took a white-out stick and whited out all the date of birth's on the first page of the Poll Book so Gregg and I would not see the date of birth information.

NOTE:  This was the Official Poll Book, which Circuit Clerk Boyd altered.

I certify and affirm that the above information is true and correct.

Jeanne M. Webb

*Jeanne M Webb 7/8/2014*
*July 8, 2014*

*Witness: Gregg Prentice*

County: Rankin

# Republican Poll Book

Election : 2014 Primary Election

Precinct:

115 - South Richland

Report No : E-004

| No. | Voter Name<br>Address | Show HAVA ID | Ballot Style | Date of Birth<br>Regn. Date | Voter ID | SUPR | CONG | SEN | JCJ | SCHB | REP<br>06/03/2014 | ID Num<br>Bar Code | 06/24/2014 |
|-----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1 | ABBOTT, DEANA MARIE<br>126 EDWARDS AVE, RICHLAND, MS 39218 | N | 3 | 12/13/2013 | 575102223 | USH03 | 01 | SS35 | 01 | SH62 | | 582830971 | |
| 2 | ABERNATHY, DIXIE GWEN<br>1932 HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 3 | 04/03/1987 | 6728218 | USH03 | 01 | SS35 | 01 | SH62 | | 582830972 | |
| 3 | ABERNATHY, JOHNNIE SUE<br>173 LAWSON LN, RICHLAND, MS 39218-0 | N | 3 | 10/05/1990 | 6730368 | USH03 | 01 | SS35 | 01 | SH62 | AB Vote | 582830973 | |
| 4 | ABERNATHY, WESLEY J<br>173 LAWSON LN, RICHLAND, MS 39218-0 | N | 3 | 10/05/1990 | 6729367 | USH03 | 01 | SS35 | 01 | SH62 | Voted | 582830974 | Voted CAT |
| 5 | AARON, SHALLA DENICE<br>201 PARKDALE PL, RICHLAND, MS 39218 | N | 3 | 06/23/2011 | 575207929 | USH03 | 01 | SS30 | 01 | SH62 | Voted | 582830975 | Voted CAT |
| 6 | ABT, ARNOLD BRUCE<br>107 MENDENHALL AVE, RICHLAND, MS 39218-0 | N | 3 | 12/01/2004 | 6731253 | USH03 | 01 | SS35 | 01 | SH62 | | 582830976 | |
| 7 | ACY, JUDY S<br>1898 CLEARY RD, FLORENCE, MS 39073-0 | N | 3 | 01/04/1985 | 6721991 | USH03 | 01 | SS35 | 01 | SH62 | AB Vote | 582830977 | |
| 8 | ACY, ROGER DALE<br>1898 CLEARY RD, FLORENCE, MS 39073-0 | N | 3 | 01/04/1985 | 6812252 | USH03 | 01 | SS35 | 01 | SH62 | AB Vote | 582830978 | AB Vote |
| 9 | ADAMS, AMY HESTER<br>112 BRADFORD PL, RICHLAND, MS 39218-0 | N | 3 | 05/15/1991 | 6807370 | USH03 | 01 | SS35 | 01 | SH62 | | 582830979 | |
| 10 | ADAMS, BARBARA<br>1352 OLD HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 3 | 11/04/2008 | 6786490 | USH03 | 01 | SS35 | 01 | SH62 | Voted | 582830980 | |
| 11 | ADAMS, GARRY J C II<br>112 BRADFORD PL, RICHLAND, MS 39218-0 | N | 3 | 10/06/2000 | 6788500 | USH03 | 01 | 01 | 01 | 1 | | 582830981 | JT |
| 12 | ADAMS, JESSIE A<br>233 SOUTHRIDGE RD, RICHLAND, MS 39218 | N | 3 | 08/26/2008 | 575058103 | USH03 | 01 | 01 | 01 | 1 | | 582830982 | |

County: Rankin

**R**

**Poll Book**

**)14 Primary Election**

Precinct: 115 - South Richland

Report No: E-004   B

Statewide Election Management System

| No. | Voter Name / Address | Show HAVA ID | Ba St | Voter ID | CONG SUPR | SEN JC3 | REP SCHB | 06/03/2014 | ID Num Bar Code | 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| 378 | BURLESON, ERICA LEANNE / 1544 CHELSEA LN, RICHLAND, MS 39218 | N | 3 | 775038083 | USH03 01 | SS35 | SH62 | | 582831348 | |
| 379 | BURLESON, TYSON GENE / 1544 CHELSEA LN, RICHLAND, MS 39218 | N | 3 | 6776115 | USH03 01 | SS35 | SH62 | | 582831349 | |
| 380 | BURLISON, JERRY WAYNE / 126 LEXINGTON AVE, RICHLAND, MS 39218-0 | N | 3 | 6791764 | USH03 01 | SS35 | SH62 1 | Voted | 582831350 | Voted |
| 381 | BURNETT, ARTHUR ROBERT / 1744 CLEARY RD, FLORENCE, MS 39073 | N | | 575151536 | USH03 01 | SS35 | SH62 1 | | 582831351 | |
| 382 | BURNETT, PATRICIA ANN / 1744 CLEARY RD, FLORENCE, MS 39073 | N | | 575300724 | USH03 01 | SS35 | SH62 1 | | 582831352 | |
| 383 | BURNEY, ALVA JEANETTE / 876 N CHURCH ST, FLORENCE, MS 39073 | N | | 6800020 | USH03 01 | SS35 | SH62 | | 582831353 | |
| 384 | BURNEY, AMY MELISA / 220 TAMI AVE, FLORENCE, MS 39073 | N | 3 | 1433816 | USH03 01 | SS35 | SH62 | | 582831354 | |
| 385 | BURNHAM, BILLY JOE / 104 HUMMINGBIRD LN, RICHLAND, MS 39218-0 | N | 3 | 6730044 | USH03 01 | SS30 | SH62 1 | | 582831355 | |
| 386 | BURNS, ANNA CLAIRE / 210 SPELL DR, RICHLAND, MS 39218 | N | 3 | 575203737 | USH03 01 | SS30 | SH62 1 | AB Voted | 582831356 | |
| 387 | BURNS, CHARITY NICHOLE / 207 ORIOLE AVE, RICHLAND, MS 39218 | N | 3 | 575125031 | USH03 01 | SS30 | SH62 | | 582831357 | |
| 388 | BURNS, CHARLES BERRY / 1822 CLEARY RD, FLORENCE, MS 39073-0 | N | 3 | 6724926 | USH03 01 | SS35 | SH62 1 | Voted | 582831358 | AB Voted |
| 389 | BURNS, FREDERICK CLAY / 210 SPELL DR, RICHLAND, MS 39218 | N | 3 | 6729818 | USH03 01 | SS30 | SH62 1 | AB Voted | 582831359 | AB Voted |

Statewide Election Management System

Repoll Book

Primary Election

Precinct: 115 - South Richland

Report No. E-004

| No. | Voter Name | Address | Show HAVA ID | Ballot Style | Voter ID | SUPR | CONG | SEN | JCI | REP | SCHB 06/03/2014 | ID Num Bar Code 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 501 | COLE, BRYAN A | 507 FLEETWOOD CV, RICHLAND, MS 39218-0 | N | 3 | 5807730 | USH03 | 01 | SS35 | 1 | SH62 | | 582831471 |
| 502 | COLE, SAMANTHA DIGGS | 507 FLEETWOOD CV, RICHLAND, MS 39218-0 | N | 3 | 5728120 | USH03 | 01 | SS35 | | SH62 1 | | 582831472 |
| 503 | COLEMAN, JAMES B JR | 907 OLD HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 3 | 5730832 | USH03 | 01 | SS30 | | SH62 | | 582831473 |
| 504 | COLEMAN, LATOYA | 127 BRADFORD PL, RICHLAND, MS 39218-0 | N | 3 | 5729316 | USH03 | 01 | SS35 | 1 | SH62 | | 582831474 |
| 505 | COLEMAN, PEGGY D | 127 BRADFORD PL, RICHLAND, MS 39218-0 | N | 3 | 5730644 | USH03 | 01 | SS35 | 1 | SH62 | | 582831475 |
| 506 | COLLIER, NESHOMBIA AYONA | 1613 CHAPELRIDGE DR, RICHLAND, MS 39218 | N | 3 | 5082982 | USH03 | 01 | SS35 | 1 | SH62 | | 582831476 |
| 507 | COLLINS, DARIUS MARCELL | 317 BULLOCK CIR, RICHLAND, MS 39218 | N | 3 | 5296618 | USH03 | 01 | SS35 | 1 | SH62 | Voted AB | 582831477 |
| 508 | COLLINS, HARVEY H III | 1904 CLEARY RD, FLORENCE, MS 39073 | N | 3 | 5720885 | USH03 | 01 | SS35 | 1 | SH62 | | 582831478 |
| 509 | COLVIN, KAREN PENDERGRASS | 111 RHEMANN BLVD, RICHLAND, MS 39218 | N | 3 | 5285216 | USH03 | 01 | SS35 | | SH62 | | 582831479 |
| 510 | COLVIN, PAUL DAVID | 111 RHEMANN BLVD, RICHLAND, MS 39218 | N | 3 | 5285179 | USH03 | 01 | SS35 | | SH62 | | 582831480 |
| 511 | COMANS, ANGELA KAY | 172 RUSSELL ST, FLORENCE, MS 39218 | N | 3 | 725097 | 01 | 01 | SS35 | | SH62 | | 582831481 |
| 512 | COMPTON, TANYA | 311 WASHINGTON AVE, RICHLAND, MS 39218 | N | 3 | 5145588 | USH03 | 01 | SS35 | | SH62 | | Voted AB 582831482 |

Statewide Election Management System

County: Rankin

# Democratic Primary Election — 1 Book

Precinct: 115 - South Richland

Report No : E-004

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Voter ID | CONG / SUPR | SEN / JCJ | REP / SCHB | ID Num Bar Code 06/03/2014 — 06/24/2014 |
|---|---|---|---|---|---|---|---|---|
| 1 | ABBOTT, DEANA MARIE — 126 EDWARDS AVE, RICHLAND, MS 39218 | N | 1 | ...02223 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830971 |
| 2 | ABERNATHY, DIXIE GWEN — 1932 HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 1 | 28218 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830972 |
| 3 | ABERNATHY, JOHNNIE SUE — 173 LAWSON LN, RICHLAND, MS 39218-0 | N | 1 | 30368 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830973 |
| 4 | ABERNATHY, WESLEY J — 173 LAWSON LN, RICHLAND, MS 39218-0 | N | 1 | 29367 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830974 |
| 5 | ABRON, SHALLA DENICE — 201 PARKDALE PL, RICHLAND, MS 39218 | N | 1 | 5207929 | USH03 / 01 | SS30 / 01 | SH62 / 1 | 582830975 |
| 6 | ABT, ARNOLD BRUCE — 107 MENDENHALL AVE, RICHLAND, MS 39218-0 | N | 1 | 731253 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830976 |
| 7 | ACY, JUDY S — 1898 CLEARY RD, FLORENCE, MS 39073-0 | N | 1 | 721991 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830977 |
| 8 | ACY, ROGER DALE — 1898 CLEARY RD, FLORENCE, MS 39073-0 | N | 1 | 3812252 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830978 |
| 9 | ADAMS, AMY HESTER — 112 BRADFORD PL, RICHLAND, MS 39218-0 | N | 1 | 6807370 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830979 |
| 10 | ADAMS, BARBARA — 1352 OLD HWY 49 SOUTH, RICHLAND, MS 39218-0 | N | 1 | 6786490 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830980 |
| 11 | ADAMS, GARRY J C II — 112 BRADFORD PL, RICHLAND, MS 39218-0 | N | 1 | 6788500 | USH03 / 01 | SS35 / 01 | SH62 / 1 | 582830981 |
| 12 | ADAMS, JESSIE A — 233 SOUTHRIDGE RD, RICHLAND, MS 39218 | N | 1 | 575058103 | USH03 / 01 | SS30 / 01 | SH62 / 1 | 582830982 |

County: Rankin

Democratic Poll Book — 4 Primary Election

Precinct: 115 - South Richland
B
Report No: E-004

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Voter ID | CONG SUPR | SEN JC3 | REP SCHB | 06/03/2014 | ID Num Bar Code | 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| 138 | BALL, PATRICIA A / 117 PINE PARK DR, FLORENCE, MS 39073 | N | 1 | 6788779 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831108 | |
| 139 | BALL, SHEILA DENISE / 526 CHAPELRIDGE DR, RICHLAND, MS 39218 | N | 1 | 75285520 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831109 | |
| 140 | BALLENGER, DANNY J / 291 BLAINE ST, RICHLAND, MS 39218 | N | 1 | 75013053 | USH03 / 01 | SS30 / 01 | SH62 / 1 | | 582831110 | |
| 141 | BANNER, AMY LYNN / 331 ADAMS ST, RICHLAND, MS 39218 | N | 1 | 75532603 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831111 | |
| 142 | BANTA, SARAH ANN / 121 COPPER LN, RICHLAND, MS 39218-6048 | N | 1 | 6784835 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831112 | |
| 143 | BANYARD, KRISTY / 1613 CHAPELRIDGE DR, RICHLAND, MS 39218 | N | 1 | 75221557 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831113 | |
| 144 | BARBER, JESSICA / 114 COPPER LN, RICHLAND, MS 39218 | N | 1 | 590743 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831114 | |
| 145 | BARLOW, CLAYTON DWAYNE / 305 PLAINVIEW CIR, RICHLAND, MS 39218 | N | 1 | 600735 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831115 | |
| 146 | BARLOW, JENNIFER DIANE / 305 PLAINVIEW CIR, RICHLAND, MS 39218 | N | 1 | 5125090 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831116 | |
| 147 | BARLOW, PEGGY RUTH / 858 N CHURCH ST, FLORENCE, MS 39073 | N | 1 | 724648 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831117 | |
| 148 | BARNES, GEORGE EDWARD JR / 213 PREWITT CIR, RICHLAND, MS 39218-0 | N | 1 | 01320 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831118 | |
| 149 | BARNES, LILLIAN L / 213 PREWITT CIR, RICHLAND, MS 39218-0 | N | 1 | 91290 | USH03 / 01 | SS35 / 01 | SH62 / 1 | | 582831119 | |

County: Rankin

Den... oll Book

Primary Election

Precinct: 115 - South Richland

Report No: E-004   B

| No. | Voter Name / Address | Show HAVA ID | Ballot Style | Voter ID | SUPR CONG | SEN | JCJ | REP | SCHB 06/03/2014 | ID Num Bar Code 06/24/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| 378 | BURLESON, ERICA LEANNE<br>1544 CHELSEA LN, RICHLAND, MS 39218 | N | 1 | 75038083 | USH03 | 01 | SS35 | 01 | SH62 1 | 582831348 |
| 379 | BURLESON, TYSON GENE<br>1544 CHELSEA LN, RICHLAND, MS 39218 | N | 1 | 75776115 | USH03 | 01 | SS35 | 01 | SH62 1 | 582831349 |
| 380 | BURLISON, JERRY WAYNE<br>126 LEXINGTON AVE, RICHLAND, MS 39218-0 | N | 1 | 75791764 | USH03 | 01 | SS35 | 01 | SH62 1 | 582831350 |
| 381 | BURNETT, ARTHUR ROBERT<br>1744 CLEARY RD, FLORENCE, MS 39073 | N | 1 | 75151536 | USH03 | 01 | SS35 | 01 | SH62 1 | 582831351 |
| 382 | BURNETT, PATRICIA ANN<br>1744 CLEARY RD, FLORENCE, MS 39073 | N | 1 | 75300724 | USH03 | 01 | SS35 | 01 | SH62 1 | 582831352 |
| 383 | BURNEY, ALVA JEANETTE<br>876 N CHURCH ST, FLORENCE, MS 39073 | N | 1 | 800020 | USH03 | 01 | SS35 | 01 | SH62 1 | 582831353 |
| 384 | BURNEY, AMY MELISA<br>220 TAMI AVE, FLORENCE, MS 39073 | N | 1 | 433816 | USH03 | 01 | SS35 | 01 | SH62 1 | 582831354 |
| 385 | BURNHAM, BILLY JOE<br>104 HUMMINGBIRD LN, RICHLAND, MS 39218-0 | N | 1 | 730044 | USH03 | 01 | SS30 | 01 | SH62 1 | 582831355 |
| 386 | BURNS, ANNA CLAIRE<br>210 SPELL DR, RICHLAND, MS 39218 | N | 1 | 5203737 | USH03 | 01 | SS30 | 01 | SH62 1 | 582831356 |
| 387 | BURNS, CHARITY NICHOLE<br>207 ORIOLE AVE, RICHLAND, MS 39218 | N | 1 | 5125031 | USH03 | 01 | SS30 | 01 | SH62 1 | 582831357 |
| 388 | BURNS, CHARLES BERRY<br>1822 CLEARY RD, FLORENCE, MS 39073-0 | N | 1 | 24926 | USH03 | 01 | SS35 | 01 | SH62 1 | 582831358 |
| 389 | BURNS, FREDERICK CLAY<br>210 SPELL DR, RICHLAND, MS 39218 | N | 1 | 29818 | USH03 | 01 | SS30 | 01 | SH62 1 | 582831359 |

Statewide Election Management System

County: Rankin

*[handwritten: Dunlop Absentee Votes]*
*[handwritten: Precinct #115]*

**Public Access Report**

Date: 07/08/2014
Report No: BP-013

Elections : 06/24/2014 - Run Off Election for '6/3/2014 - 2014 Primary Election'

| Voter ID | Precinct | Ballot ID | Name | Address | Receive Date |
|---|---|---|---|---|---|
| 6812252 | 115 - South Richland | 750160987 | ACY, ROGER DALE | 1898 CLEARY RD FLORENCE, MS 39073 | 06/17/2014 |
| 6729818 | 115 - South Richland | 750168807 | BURNS, FREDERICK CLAY | 210 SPELL DR RICHLAND, MS 39218 | 06/20/2014 |
| 6788499 | 115 - South Richland | 750168801 | BURNS, STACY ELLIS *[handwritten: Bad Voted]* | 210 SPELL DR RICHLAND, MS 39218 | 06/20/2014 |
| 6720885 | 115 - South Richland | 750160989 | COLLINS, HARVEY H III *[handwritten: Absentee Voted]* | 1904 CLEARY RD FLORENCE, MS 39073 | 06/17/2014 |
| 575324359 | 115 - South Richland | 750166351 | DAVIS, AMY *[handwritten: Voted AB 2 oth]* | 208 PREWITT CIR RICHLAND, MS 39218 | 06/19/2014 |
| 6728359 | 115 - South Richland | 750155379 | HALL, SHIRLEY C *[handwritten: "Absentee 2nd only"]* | 269 MONTEREY RD RICHLAND, MS 39218 | 06/17/2014 |
| 1445579 | 115 - South Richland | 500127373 | IVEY, LEEANN FRANCES | 182 TAZAN AVE FLORENCE, MS 39073 | 06/17/2014 |
| 6729528 | 115 - South Richland | 750127916 | NAPPER, JAMES LYNN | 130 SIMS DR RICHLAND, MS 39218 | 06/17/2014 |
| 6807369 | 115 - South Richland | 750127892 | NAPPER, SYLVIA C | 130 SIMS DR RICHLAND, MS 39218 | 06/17/2014 |
| 6807362 | 115 - South Richland | 750166735 | PHILLIPS, AUBREY CLYDE SR | 351 SCARBROUGH CIR RICHLAND, MS 39218 | 06/19/2014 |
| 6786631 | 115 - South Richland | 750166729 | PHILLIPS, FLORA M | 351 SCARBROUGH CIR RICHLAND, MS 39218 | 06/19/2014 |
| 6730781 | 115 - South Richland | 750160776 | REDFERN, RICHARD | 1030 OLD HWY 49 SOUTH RICHLAND, MS 39218 | 06/17/2014 |
| 85261 | 115 - South Richland | 750168061 | STUTZMAN, RONALD EARL | 406 BULLOCK CIR RICHLAND, MS 39218 | 06/20/2014 |
| 6826723 | 115 - South Richland | 750161007 | SULLIVAN, CYNTHIA JEAN | 104 HIGHPOINTE PL RICHLAND, MS 39218 | 06/17/2014 |
| 6811962 | 115 - South Richland | 750161015 | SULLIVAN, WILLIAM PATRICK | 104 HIGHPOINTE PL RICHLAND, MS 39218 | 06/17/2014 |
| 6728521 | 115 - South Richland | 750166707 | WILSON, BILLY WAYNE | 275 SPARKMAN ST RICHLAND, MS 39218 | 06/19/2014 |
| 6827517 | 115 - South Richland | 750166710 | WILSON, SHIRLEY A | 275 SPARKMAN ST RICHLAND, MS 39218 | 06/19/2014 |

Count : 17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

True the Vote, Jane Coln, Brandie Correro, §
Chad Higdon, Jennifer Higdon, Gene §
Hopkins, Frederick Lee Jenkins, Mary §
Jenkins, Tavish Kelly, Donna Knezevich, §
Joseph Knezevich, Doris Lee, Lauren Lynch, §
Norma Mackey, Roy Nicholson, Mark §
Patrick, Julie Patrick, Paul Patrick, David §
Philley, Grant Sowell, Sybil Tribble, Laura §
VanOverschelde, and Elaine Vechorik §
§
    Plaintiffs, §
                                §            Cause No. 3:14-cv-00532-HTW-LRA
v. §
§
The Honorable Delbert Hosemann, in his §
official capacity as Secretary of State for the §
State of Mississippi, The Republican Party of §
Mississippi, Copiah County, Mississippi §
Election Commission, Hinds County, §
Mississippi Election Commission, Jefferson §
Davis County, Mississippi Election §
Commission, Lauderdale County, §
Mississippi Election Commission, Leake §
County, Mississippi Election Commission, §
Madison County, Mississippi Election §
Commission, Rankin County, Mississippi §
Election Commission, Simpson County, §
Mississippi Election Commission, and Yazoo §
County, Mississippi Election Commission §
§
    Defendants.

## DECLARATION

### By: John Hobson

1.    I, John Hobson, verify under penalty of perjury under the laws of the United States of America that the following is true and correct. *See* 28 U.S.C. § 1746.

2.    In the days following the June 24 Republican Primary Run-Off Election, I was part of a group of True the Vote volunteers who requested access to voting records from Lauderdale County. The purpose of my request was to determine whether or not voters who had voted in the Democratic Primary unlawfully double

EXHIBIT 6

voted in the Republican Primary Run-Off Election and whether any other irregularities had occurred during the Election.

3.      I made an oral request at the Lauderdale County circuit clerk's office on July 7, 2014 for voter pollbooks and absentee ballot applications and envelopes. Election Commissioner, Wallace Heggie, was present at the time I made the request.  I made the request, along with my wife Karen Hobson, to Donna Johnson, the Circuit Clerk of Lauderdale County.

4.      My wife and I were denied access to absentee ballot applications and envelopes and voter pollbooks after showing the Circuit Clerk a copy of True the Vote's attorney memorandum detailing that we were entitled to such records under the National Voter Registration Act.

5.      In refusing us access to the records we requested, the clerk's office showed us a copy of Mississippi Code section 23-15-911.

6.      Attached to this declaration is true and correct copy of an incident report I completed regarding my request for records from Lauderdale County.  The report is filled out in my own handwriting and I recognize the writing as a true and correct copy of the report I completed based on its appearance, contents and substance.

7.      The attached incident report was prepared by me to describe the events that occurred during my visit to Lauderdale County.  I made the report immediately after the events described therein and when those events were fresh in my memory. Upon completing the report, I gave it to True the Vote to maintain in its records

8.      Further, declarant sayeth not.

Signed on this the _5th_ day of August, 2014.

_John Hobson_
John Hobson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § § § § § § § § § § | |
| Plaintiffs, v. | § § § § | Cause No. 3:14-cv-00532-HTW-LRA |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § § § § § § § § § § § § § § § § § § § | |
| Defendants. | | |

## DECLARATION

By: Karen Hobson

1.     I, Karen Hobson, verify under penalty of perjury under the laws of the United States of America that the following is true and correct. *See* 28 U.S.C. § 1746.

2.     In the days following the June 24 Republican Primary Run-Off Election, I was part of a group of True the Vote volunteers who requested access to voting records from Lauderdale County.  The purpose of my request was to determine

whether or not voters who had voted in the Democratic Primary unlawfully double voted in the Republican Primary Run-Off Election and whether any other irregularities had occurred during the Election.

3.      I made an oral request at the Lauderdale County circuit clerk's office on July 7, 2014 for voter pollbooks and absentee ballot applications and envelopes. Election Commissioner, Wallace Heggie, was present at the time I made the request.  I made the request, along with my husband John Hobson, to Donna Johnson, the Circuit Clerk of Lauderdale County.

4.      My husband and I were denied access to absentee ballot applications and envelopes and voter pollbooks after showing the Circuit Clerk a copy of True the Vote's attorney memorandum detailing that we were entitled to such records under the National Voter Registration Act.

5.      In refusing us access to the records we requested, the clerk's office showed us a copy of Mississippi Code section 23-15-911.

6.      Attached to this declaration is true and correct copy of an incident report I completed regarding my request for records from Lauderdale County.  The report is filled out in my own handwriting and I recognize the writing as a true and correct copy of the report I completed based on its appearance, contents and substance.

7.      The attached incident report was prepared by me to describe the events that occurred during my visit to Lauderdale County.  I made the report immediately after the events described therein and when those events were fresh in my memory. Upon completing the report, I gave it to True the Vote to maintain in its records

8.      Further, declarant sayeth not.

Signed on this the 5th day of August, 2014.

Karen Hobson



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME**  John + Karen Hobson

**DATE**  11-4-14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME**  Circuit Clerk's Office

**ADDRESS**  500 Constitution

**CITY** Meridian   **STATE** MS   **ZIP** 39302

**COUNTY** Lauderdale Co. - Mississippi

Please complete the fields below using your notes.

**POLL SUPERVISOR** Circuit Clerk — Donna Jill Johnson

**ASST POLL SUPERVISOR**

**CLERK 1 NAME** Tina Moore   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT**  2:50 pm

Continue to Second Page

EXHIBIT 6-A



**TRUE** *the* **VOTE**

June 3            June 14

**TYPE OF INCIDENT**  Primary  +  Runoff  Election  Data Request

**DESCRIPTION OF INCIDENT**

Returned to this office to see Circuit Clerk to find out if TTV could get these records electronically. Ms. Johnson said she believed she could comply + email them week of July 14.

Note: Re viewing of Absentee Ballot materials, she (Ms Johnson) revealed that she just found out today that we couldn't review them. The Circuit Clerk also said she wasn't sure how much personal voter info would be included in the docs... No "DNA" for sure!

**REMEDY OR ACTION TAKEN**

We wrote personal check for $100⁰⁰ to pay for electronic data to be sent in a week or so. (Receipt is attached) The Circuit Cler

I certify and affirm that the above information is true and correct.

**SIGNATURE**  Karen Holben

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org



# TRUE the VOTE

## INCIDENT REPORT

**NAME** John & Karen Hobson

**DATE** 7/7/14

Please complete the fields below using the notes from your activities as a poll watcher

county    Lauderdale

**PRECINCT/WARD #:**

**POLLING PLACE NAME**

**ADDRESS** 500 Constitution

**CITY** Meridian   **STATE** MS   **ZIP** 39301

**COUNTY** Lauderdale

Please complete the fields below using your notes

**POLL SUPERVISOR** ELECTION COMMISSIONER, DISTRICT ONE — Wallace Heggie

**ASST POLL SUPERVISOR** Election Commissioner, DISTRICT unknown — Awanto unknown

**CLERK 1 NAME** office clerical staff-   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7/7/14 @ 11:45 AM

Continue to Second Page

EXHIBIT 6-B



**TRUE** *the* **VOTE**

| TYPE OF INCIDENT | *Republican June 24th Senate Runoff* |
|---|---|

*Refused Access ~~from~~ to Absentee Ballots from*

**DESCRIPTION OF INCIDENT**

- *Requested ~~Access~~ to review absentee ballots & envelopes*
- *Refused access after providing atty. memo to Wallace*
- *Refusal based on MS code of 1972, ~~or~~ revised 23-15-911 (2013)*
  *#1 - allows "any candidate of his representative authorized*
  *in writing ... shall have the right to full examination"*
- *Note: Awana & McDaniel reps. were allowed access to*
  *election materials.*

**REMEDY OR ACTION TAKEN**

- *Reported via phone to Command Center @ Noon*
- *Continue to pursue electronic records request*
  *with district clerk*

I certify and affirm that the above information is true and correct

| SIGNATURE | *John Hobson    Karen Bilbrew* |
|---|---|

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

**FOCUS™** Terms | Search Within Original Results (1 - 1) | **Go** Advanced...

View Tutorial

View Full

◁ **1** of 1 ▷
Return to Results | Book Browse
**Miss. Code Ann. § 23-15-911** (Copy w/ Cite)    Pages: **2**

*Miss. Code Ann. § 23-15-911*

MISSISSIPPI CODE of 1972

*** Current through the 2013 Regular Session and 1st and 2nd Extraordinary Sessions ***

TITLE 23. ELECTIONS
CHAPTER 15. MISSISSIPPI ELECTION CODE
ARTICLE 29. ELECTION CONTESTS
A. GENERAL PROVISIONS

Miss. Code Ann. § 23-15-911 (2013)

§ 23-15-911. Control of ballot boxes and their contents after general or primary elections; examinations by candidates or their representatives

(1) When the returns for a box and the contents of the ballot box and the conduct of the election thereat have been canvassed and reviewed by the county election commission in the case of general elections or the county executive committee in the case of primary elections, all the contents of the box required to be placed and sealed in the ballot box by the managers shall be replaced therein by the election commission or executive committee, as the case may be, and the box shall be forthwith resealed and delivered to the circuit clerk, who shall safely keep and secure the same against any tampering therewith. At any time within twelve (12) days after the canvass and examination of the box and its contents by the election commission or executive committee, as the case may be, any candidate or his representative authorized in writing by him shall have the right of full examination of said box and its contents upon three (3) days' notice of his application therefor served upon the opposing candidate or candidates, or upon any member of their family over the age of eighteen (18) years, which examination shall be conducted in the presence of the circuit clerk or his deputy who shall be charged with the duty to see that none of the contents of the box are removed from the presence of the clerk or in any way tampered with. Upon the completion of said examination the box shall be resealed with all its contents as theretofore. And if any contest or complaint before the court shall arise over said box, it shall be kept intact and sealed until the court hearing and another ballot box, if necessary, shall be furnished for the precinct involved.

(2) The provisions of this section allowing the examination of ballot boxes shall apply in the case of an election contest regarding the seat of a member of the State Legislature. In such a case, the results of the examination shall be reported by the applicable circuit clerk to the Clerk of the House of Representatives or the Secretary of the Senate, as the case may be.

**HISTORY:** SOURCES: Derived from 1972 Code § 23-3-23 [Codes, 1942, § 3169; Laws, 1935, ch. 19; repealed by Laws, 1986, ch. 495, § 333]; en, Laws, 1986, ch. 495, § 279; Laws, 1987, ch. 499, § 10; Laws, 2000, ch. 450, § 4, eff from and after August 7, 2000 (the date the United States Attorney General interposed no objection under Section 5 of the Voting Rights Act of 1965 to the amendment of this section).

View Full

◁ **1** of 1 ▷
Return to Results | Book Browse

## Wallace Heggie

LAUDERDALE COUNTY, MISSISSIPPI
ELECTION COMMISSIONER, DISTRICT ONE

P.O. Box 1005
Meridian, MS 39302-1005
Office: (601) 484-3981
Cell: (601) 917-1020
Fax: (601) 482-9734

First Floor
500 Constitution Avenue
Meridian, MS 39301
wheggie@lauderdalecounty.org

## Wallace Heggie

LAUDERDALE COUNTY, MISSISSIPPI
ELECTION COMMISSIONER, DISTRICT ONE

First Floor
500 Constitution Avenue
Meridian, MS 39301
wheggie@lauderdalecounty.org

P.O. Box 1005
Meridian, MS 39302-1005
Office: (601) 484-3981
Cell: (601) 917-1020
Fax: (601) 482-9734



## DONNA JILL JOHNSON

Lauderdale County
Circuit Clerk

P.O. Box 1005
Meridian, MS 39302-1005
circuitclerk@lauderdalecounty.org

Phone: 601.482.9731
Fax: 601.482.9734
Cell: 601.479.2626

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

True the Vote, Jane Coln, Brandie Correro,  §
Chad Higdon, Jennifer Higdon, Gene         §
Hopkins, Frederick Lee Jenkins, Mary       §
Jenkins, Tavish Kelly, Donna Knezevich,    §
Joseph Knezevich, Doris Lee, Lauren Lynch, §
Norma Mackey, Roy Nicholson, Mark          §
Patrick, Julie Patrick, Paul Patrick, David §
Philley, Grant Sowell, Sybil Tribble, Laura §
VanOverschelde, and Elaine Vechorik        §
                                           §
        Plaintiffs,                        §
v.                                         §      Cause No. 3:14-cv-00532-HTW-LRA
                                           §
The Honorable Delbert Hosemann, in his     §
official capacity as Secretary of State for §
the State of Mississippi, The Republican   §
Party of Mississippi, Copiah County,       §
Mississippi Election Commission, Hinds     §
County, Mississippi Election Commission,   §
Jefferson Davis County, Mississippi        §
Election Commission, Lauderdale County,    §
Mississippi Election Commission, Leake     §
County, Mississippi Election Commission,   §
Madison County, Mississippi Election       §
Commission, Rankin County, Mississippi     §
Election Commission, Simpson County,       §
Mississippi Election Commission, and Yazoo §
County, Mississippi Election Commission    §
                                           §
        Defendants.

## DECLARATION

By: Sandi Steinbacher

1.      I, Sandi Steinbacher, verify under penalty of perjury under the laws of the
United States of America that the following is true and correct. *See* 28 U.S.C. §
1746.

2.      In the days following the June 24 Republican Primary Run-Off Election, I
was part of a group of True the Vote volunteers who requested access to voting
poll books from the Circuit Clerk of Madison County. The purpose of the request

EXHIBIT 7

was to determine whether or not voters who had voted in the Democratic Primary unlawfully double voted in the Republican Primary Run-Off Election and whether any other irregularities had occurred during the Election.

3.      I made an oral request for the records in person at the clerk's office on July 7, 2014 for voter rolls. I requested access to voter rolls, absentee ballot applications, and voter pollbooks from Circuit Clerk Lee Westbrook, but was denied access to the complete set records we requested under Mississippi law.

4.      The clerk's office later advised that, even if the records would be made available, the records would have to be redacted of voter birthdates as a cost of $.25 per page.

5.      Based on my experience, I was unable to access or inspect complete voter pollbooks, voter rolls and absentee ballot applications within Madison County.

6.      Attached to this declaration is a true and correct copy of the incident report I completed regarding my visit to the Madison County Circuit Clerk's office.  The incident report is filled out in my own handwriting and I recognize the writing as one I completed based on its appearance, contents and substance.

7.      The attached incident report was prepared by me to describe the events that occurred during my visit.  I made the report immediately after the events described therein and when those events were fresh in my memory.  Upon completing the report, I gave it to True the Vote to maintain in its records.

8.      Further, declarant sayeth not.

Signed on this the ___6___ day of August, 2014.

Sandi Steinbacher



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Sandra Steinbacker / Angela Morrison, Mary Kathryn Armstrong

**DATE** 07/07/14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Madison County Courthouse

**ADDRESS** 128 W. North St., Canton, MS 39046

**CITY** Canton   **STATE** MS   **ZIP** 39046

**COUNTY** Madison

Please complete the fields below using your notes.

Circuit Clerk
**POLL SUPERVISOR** Lee Westbrook

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 9:45 AM

Continue to Second Page

EXHIBIT 7-A



# TRUE the VOTE

**TYPE OF INCIDENT** Did not have required credentials

**DESCRIPTION OF INCIDENT** - not allowed to bring in any electronic devices
- Have to give written notice to get voter rolls, takes 7-10 days to receive
- 25 ¢/page, 6676 pages each GOP & Democrat, need check
- They will redact date of birth, we showed letter from attorney, employee needed lawyer from New Orleans, we mentioned that it is a national law
- told by circuit clerk we must give written notice of intent to look @ absentee ballots
- written notice must be delivered to count showing both parties/campaign have been notified
- told we must be certified/credentialed to look at ballots - certificate of service from Secretary of State
- McDaniel & Cochran campaigns were in the room where poll books were being inspected
- we left and Mary Kathryn went in by herself, did not get any new information

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** [signature]

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
**info@truethevote.org**