IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § § § § § § § § § § | |
| Plaintiffs, | § § | Cause No. 3:14-cv-00532-HTW-LRA |
| v. | § § | |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## SUMMARY JUDGMENT EXHIBITS – VOLUME 4

| Exhibit | Description |
|---------|-------------|
| 8 | July 8, 2014  Letter from Madison County Circuit Clerk |
| 9 | Declaration of Roberta Swank and Incident Reports |
| 10 | Declaration of Melinda Kinley and Incident Reports |
| 11 | Declaration of Ruth Wall and Incident Reports |

# LEE WESTBROOK
## MADISON COUNTY CIRCUIT CLERK

lee@madison-co.com

P.O. Drawer 1626   •   Canton, MS 39046   •   Phone: 601-859-4365   •   601-352-2049   •   Fax: 601-859-8555

July 8, 2014

Eades L. Hogue
Beirne, Maynard & Parsons, LLP
601 Poydras Street
New Orleans, LA 70130-6097

Re:   Voter Registration Records
      Madison County, Mississippi

Dear Sir:

I have received a copy of your memorandum to Catherine Engelbrecht, True the Vote dated July 6, 2014. I have no information or an address for Ms. Engelbrecht; so, my response will be directed to you.

Please be advised that the Madison County Election Commissioners have not input the voter history for the June 3, 2014 Primary election nor the June 24, 2014 Primary run-off election. You may purchase a photocopy of the Madison County poll books (with the birth date redacted). The are 6,107 pages for the Republican poll book. And, 6,107 pages for the Democratic poll book. The fee to photocopy this information is 25¢ per page.

When we receive your request along a detailed description of exactly what you want, we will begin to photocopy the poll books.

Sincerely,

Lee Westbrook
Madison County Circuit Clerk

EXHIBIT 8

BEIRNE, MAYNARD & PARSONS, L.L.P.

601 POYDRAS STREET

SUITE 2200

NEW ORLEANS, LOUISIANA 70130-6097

## MEMORANDUM

**TO:**   Catherine Engelbrecht, True the Vote

**FROM:**   Eades L. Hogue

**DATE:**   July 6, 2014

**RE:**   Access to voter registration records under federal law

Your volunteers who will be going to the offices across Mississippi tomorrow should know that they have a right to inspect all voter registration documents, including dates of birth, under Section 8 of the National Voter Registration Act of 1993[1].

Absentee ballot applications are required to be maintained by the State pursuant to 42 USC 1974[2]. An absentee ballot application is a relevant voter registration document that you should be allowed to review. Any address information contained on the absentee ballot applications could have been used by the state to update voter registration lists. Accordingly, since the state could use the absentee ballot applications to update registrants' addresses, they should be subject to public inspection under the National Voter Registration Act of 1993.

---

[1] Public disclosure of voter registration activities (1) Each State shall maintain for at least 2 years and shall make available for public inspection and, where available, photocopying at a reasonable cost, all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters, except to the extent that such records relate to a declination to register to vote or to the identity of a voter registration agency through which any particular voter is registered.   (2) The records maintained pursuant to paragraph (1) shall include lists of the names and addresses of all persons to whom notices described in subsection (d)(2) of this section are sent, and information concerning whether or not each such person has responded to the notice as of the date that inspection of the records is made. 42 U.S.C. 1973gg-6(i).

[2] Every officer of election shall retain and preserve, for a period of twenty-two months from the date of any general, special, or primary election of which candidates for the office of President, Vice President, presidential elector, Member of the Senate, Member of the House of Representatives, or Resident Commissioner from the Commonwealth of Puerto Rico are voted for, all records and papers which come into his possession relating to any application, registration, payment of poll tax, or other act requisite to voting in such election, except that, when required by law, such records and papers may be delivered to another officer of election and except that, if a State or the Commonwealth of Puerto Rico designates a custodian to retain and preserve these records and papers at a specified place, then such records and papers may be deposited with such custodian, and the duty to retain and preserve any record or paper so deposited shall devolve upon such custodian. Any officer of election or custodian who willfully fails to comply with this section shall be fined not more than $1,000 or imprisoned not more than one year, or both. 42 U.S.C. 1974.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § § § § § § § § § § § § | |
|     Plaintiffs, | § § | Cause No. 3:14-cv-00532-HTW-LRA |
| v. | § § | |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § § § § § § § § § § § § § § § § § § § | |
|     Defendants. | | |

## **DECLARATION**

### By: Roberta Swank

1.    I, Roberta Swank, verify under penalty of perjury under the laws of the United States of America that the following is true and correct. *See* 28 U.S.C. § 1746.

2.    In the days following the June 24 Republican Primary Run-Off Election, I was part of a group of True the Vote volunteers who requested access to voting records from Yazoo County. The purpose of my request was to determine whether

EXHIBIT 9

or not voters who had voted in the Democratic Primary unlawfully double voted in the Republican Primary Run-Off Election and whether any other irregularities had occurred during the Election.

3.      I made a request at the Yazoo County Circuit Clerk's office on July 7, 2014 for voter records.  Robert Coleman is the Circuit Clerk for Yazoo County.

4.      I was unable to inspect the records without paying for the redaction of those records.

5.      Attached to this declaration is a true and correct copy of the incident report I completed regarding my request for records from Yazoo County.  The report is filled out in my own handwriting and I recognize the writing as a true and correct copy of the reports I completed based on its appearance, contents and substance.

6.      The attached incident report was prepared by me to describe the events that occurred during my visit to Yazoo County.  I made the report immediately after the events described therein and when those events were fresh in my memory.  Upon completing the report, I gave it to True the Vote to maintain in its records.

7.      Further, declarant sayeth not.

        Signed on this the _____ day of August, 2014.

                                                _____
                                                Roberta Swank



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Roberta Swink / Erin Anderson

**DATE** 7-7-14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** Yazoo County Circuit Clerk

**ADDRESS** 211 East Broadway

**CITY** Yazoo City   **STATE** MS   **ZIP**

**COUNTY** Yazoo

Please complete the fields below using your notes

**POLL SUPERVISOR** Circuit Clerk — Robert Coleman

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**   **CLERK 2 NAME**

**CLERK 3 NAME**   **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7-7-14

Continue to Second Page

EXHIBIT 9-A



**TRUE** *the* **VOTE**

**TYPE OF INCIDENT** Request for Voter Data to review election materials
(Absentee ballots, poll books) from primary & runoff

**DESCRIPTION OF INCIDENT** Spoke to woman at circuit clerks office. She said
Robert Coleman, Circuit Clerk, was out all week for statewide training meeting. Coleman
is person who can make final decisions. We can request data when Coleman returns.
Request must be made in writing. Data can be put on 25 drawers, due to size. Must pay
for county employee time to redact. For hard copy cost is $1 per page. There would be
approximately 700 pages. She called in people from the McDaniel and Cochran campaigns
who were reviewing documents. Cochran's rep asked who we were and where we
were from. He accused us of being w/ the McDaniel campaign. All said we could not
review docs because we did not have "credentials". They said we could have
looked at documents before the records use "locked". I asked if certification
triggered lock, but did not get a clear answer. County commissioners and
candidates were reviewing documents last week and this week. We are "locked out"
now. Said if would be easier to get from SOS.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**

Mail To:
True the Vote
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | § § § § § § § § § § | |
| Plaintiffs, | § § | Cause No. 3:14-cv-00532-HTW-LRA |
| v. | § § | |
| The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## **DECLARATION**

### By: Melinda Kinley

1.    I, Melinda Kinley, verify under penalty of perjury under the laws of the United States of America that the following is true and correct. *See* 28 U.S.C. § 1746.

2.    In the days following the June 24 Republican Primary Run-Off Election, I was part of a group of True the Vote volunteers who requested access to voting records from Hinds County. The purpose of my request was to determine whether

EXHIBIT 10

or not voters who had voted in the Democratic Primary unlawfully double voted in the Republican Primary Run-Off Election and whether any other irregularities had occurred during the Election.

3.   I made a request at the Hinds County circuit clerk's office on July 7, 2014 and July 8, 2014 for voter pollbooks and absentee ballot applications and envelopes. Election Commissioner Cochran and Ms. Ruth Wall were present when I made the request.

4.   In writing, I requested access to inspect absentee ballot applications and envelopes, absentee request forms and voter pollbooks from Barbara Dunn, the Hinds County Circuit Clerk.   I was unable to inspect and copy the records I requested.

5.   Attached to this declaration is true and correct copy of a written request for records made to Hinds County signed by me. The request is filled out in Jan Loar's handwriting while Melinda Kinley, Ruth Wall and Sharon Quinn tried to dictate the correct wording for this Open Records request. It is signed by me and I turned the request into the records office. I recognize the document as a true and correct copy of the request I signed based on its appearance, contents and substance. I recognize my signature on this document.

6.   Also attached to this declaration are true and correct copies of the incident reports I completed regarding my requests for records from Hinds County.  The reports are filled out in my own handwriting and I recognize the writings as true and correct copies of the reports I completed based on their appearance, contents and substance.

7.   The attached incident reports were prepared by me to describe the events that occurred during my visits to Hinds County.  I made the reports immediately after the events described therein and when those events were fresh in my memory. Upon completing the reports, I gave them to True the Vote to maintain in its records

8.   Further, declarant sayeth not.

Signed on this the 5th day of August, 2014.

Melinda Kinley



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** *Melinda Kinley*

**DATE** *7-7-2014*

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME**

**ADDRESS**

**CITY**     **STATE**     **ZIP**

**COUNTY** *Hinds*

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**     **CLERK 2 NAME**

**CLERK 3 NAME**     **CLERK 4 NAME**

**OFFENDER POSITION** *Elections Office*

**DATE/TIME OF INCIDENT**

Continue to Second Page

EXHIBIT 10-A



# TRUE *the* VOTE

## TYPE OF INCIDENT

## DESCRIPTION OF INCIDENT

Boxes of Democratic Poll Books from the 2014 Primary + Runoff were sitting in open boxes on the floor. Bill Billingsly pulled out a pole book to + flipped through it to show us how voters voted in both elections. My concern - books in open boxes sitting on floor in Conference Room. 2 doors (1 from hallway + 1 from elections office) that people could go in + out.

## REMEDY OR ACTION TAKEN

I certify and affirm that the above information is true and correct.

## SIGNATURE

Melinda Kinley   Ruth Wall
Sharon Ohira
Jan Loos

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** Melinda Kinley

**DATE** 7-8-14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME**

**ADDRESS**

**CITY**　　　　　**STATE**　　　　　**ZIP**

**COUNTY** Hinds

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**　　　　　**CLERK 2 NAME**

**CLERK 3 NAME**　　　　　**CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT**

Continue to Second Page

EXHIBIT 10-B



# TRUE *the* VOTE

**TYPE OF INCIDENT**

**DESCRIPTION OF INCIDENT**

*to the examination Room from the hallway*

The door was a revolving door for the press + other people who were in + out of the room for at least the 1st 3 hours.

We were NOT Allowed in Room at all.

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**    Milinda Finley , Ruth Wall

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** *Melinda Kinley*

**DATE** *7-7-2014*

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME**

**ADDRESS**

**CITY** | **STATE** | **ZIP**

**COUNTY** HINDS

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME** | **CLERK 2 NAME**

**CLERK 3 NAME** | **CLERK 4 NAME**

**OFFENDER POSITION** *Bill Billingsly - Volunteer for Chris McDaniels campaign, Member of Election Board of Madison County*

**DATE/TIME OF INCIDENT**

Continue to Second Page

EXHIBIT 10-C



# TRUE *the* VOTE

**TYPE OF INCIDENT**

**DESCRIPTION OF INCIDENT**

Bill Billingsly told us "Citizens can't participate in
the examination process. Only the McDaniels & Cochran
people."

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**   Melinda Rintey, Ruth Wall
Sharon Rubin, Jan Lan

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**



## TRUE *the* VOTE

**INCIDENT REPORT**

**NAME**  Melinda Kinley

**DATE**  7-8-14

Please complete the fields below using the notes from your notebook as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME**

**ADDRESS**

**CITY**          **STATE**          **ZIP**

**COUNTY**  Hinds

Please complete the fields below using your notes

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**          **CLERK 2 NAME**

**CLERK 3 NAME**          **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT**

Continue to Second Page

**EXHIBIT 10-D**



## TRUE *the* VOTE

**TYPE OF INCIDENT**

**DESCRIPTION OF INCIDENT**

*See Attached*

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE**    *Melerdee Finley , Ruth Wall*

Mail To:
**True the Vote
P.O. Box 27378
Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

①

7-8-14

Barbara Dunn - Circuit Clerk - Hinds County


B. Dunn walked out of the examination room &
Ruth Wall & I met her. Complimented her blue
dress, etc. We introduced ourselves & Ruth
told her we were with True the Vote. We chit
chatted a little bit about random things.


B. Dunn brought up the Circuit Clerks conference
that she would be leaving for the next morning.
It was going to be in Bay St. Louis. She was
taking her daughter. (are tax payers paying for this?)
B. Dunn said "I'm leaving town tommorow for
the circuit clerk convention on the coast and I
am looking forward to it. I'm tired of all this.
It's like a bunch of kids fighting. I won't be
here so someone ~~else so~~ else can take of this
while I am gone."   Ruth said "Will someone
else be in charge?"   B. Dunn said "someone in
her office will answer the questions & get what
they need."


Ruth & I asked if it was true that only 2
people from each ~~can~~ party were allowed to
be in the examination room. B. Dunn made a
quizical face (a face that said Why not?) I ~~said~~
asked if she could find out what the rule is for

②

this. She very quickly said "Oh, its too crowded in there. There is not enough room."

B. Dunn said we could bring 2 chairs where we had been standing for 3 hours. (Ruth & I were told 1st thing in the morning that when they finished examining 1 box, they would let us start looking at the box. So - we stood outside the door & waited & waited!) B. Dunn also offered us water.

I was told earlier by Bill Billingsly that he would hand us the box they were examining when they were done. This bothered me so I asked B. Dunn if it was alright for him to do this. My exact question was "When Bill gives us the boxes of ballots to examine, can we go down the hall & sit at the table to look at them?" She said "Yes".

Ruth asked "Do we need to bring them to you 1st so you can release them to us, or do we just go & sit at the table & go through them?" She said "Yes, that's fine." I said "I just want to make sure we are doing the right thing" & Ruth said "Yes, we don't want to get in trouble."

③

This really bothered me thinking that anyone could do this & walk out the building with them. I couldn't believe Bill would just hand them to me in the hall & no one would be supervising us. I asked B. Dunn "So, it's O.K. for Bill to just hand them off to us without signing anything?" B. Dunn said "Yes, just be sure to bring them back to my office when you are finished." I said "Your office means going through those glass doors & just giving them to someone in there?" She said "Yes". Ruth said "Is that where Zack is?" B. Dunn said "Yes". Ruth said - "So we'll just come in & put them on the counter?"

I said once again "So, it's O.K to take the Ballots from Bill, walk down the hall to the Table & sit & look through the ballots?" B. Dunn said "Yes, OK, well I will have 1 of my people sitting with you."

B. Dunn said "I can't wait to go to the beach because this was a ... (something about busy time with the Run off, etc.)

(2) From and after July 1, 2008, no person may qualify as a candidate for more than one (1) municipal office if the election for those offices occurs on the same day. If a person takes the steps necessary to qualify for more than one (1) office, the appropriate executive committee or election commissioner shall determine the last office for which the person qualified and the person shall be considered to be qualified as a candidate for that office only and the person shall be notified of this determination.

SOURCES: Laws, 2007, ch. 604, § 1, eff September 10, 2007 (the date the United States Attorney General interposed no objection under Section 5 of the Voting Rights Act of 1965, to the addition of this section.)

## ARTICLE 29.
## ELECTION CONTESTS.

### Subarticle A.
### General Provisions

## § 23-15-911. Control of ballot boxes and their contents after general or primary elections; examinations by candidates or their representatives.

(1) When the returns for a box and the contents of the ballot box and the conduct of the election thereat have been canvassed and reviewed by the county election commission in the case of general elections or the county executive committee in the case of primary elections, all the contents of the box required to be placed and sealed in the ballot box by the managers shall be replaced therein by the election commission or executive committee, as the case may be, and the box shall be forthwith resealed and delivered to the circuit clerk, who shall safely keep and secure the same against any tampering therewith. At any time within twelve (12) days after the canvass and examination of the box and its contents by the election commission or executive committee, as the case may be, any candidate or his representative authorized in writing by him shall have the right of full examination of said box and its contents upon three (3) days' notice of his application therefor served upon the opposing candidate or candidates, or upon any member of their family over the age of eighteen (18) years, which examination shall be conducted in the presence of the circuit clerk or his deputy who shall be charged with the duty to see that none of the contents of the box are removed from the presence of the clerk or in any way tampered with. Upon the completion of said examination the box shall be resealed with all its contents as theretofore. And if any contest or complaint before the court shall arise over said box, it shall be kept intact and sealed until the court hearing and another ballot box, if necessary, shall be furnished for the precinct involved.

(2) The provisions of this section allowing the examination of ballot boxes shall apply in the case of an election contest regarding the seat of a member of the State Legislature. In such a case, the results of the examination shall be reported by the applicable circuit clerk to the Clerk of the House of Representatives or the Secretary of the Senate, as the case may be.

SOURCES: Derived from 1972 Code § 23-3-23 [Codes, 1942, § 3169; Laws, 1935, ch. 19; repealed by Laws, 1986, ch. 495, § 333]; en, Laws, 1986, ch. 495, § 279; Laws, 1987, ch. 499, § 10; Laws, 2000, ch. 450, § 4, eff from and after August 7, 2000 (the date the United States Attorney General interposed no objection under Section 5 of the Voting Rights Act of 1965 to the amendment of this section.)

## § 23-15-913. Judges to be available to hear and resolve election day disputes.

The judges listed and selected to hear election disputes as provided in Section 23-15-951, Mississippi Code of 1972, shall be available on election day to immediately hear and resolve any election day disputes. The rules for filing pleadings shall be relaxed to carry out the purposes of this section. The judges selected shall perform no other judicial duties on election day. The Supreme Court shall send judges to the sites of disputes but no judge shall hear a dispute in the district, subdistrict or county in which he was elected nor shall any judge hear any dispute in which any potential conflict may arise. Each judge shall be fair and impartial and shall be assigned on that basis.

SOURCES: Laws, 1999, ch. 301, § 15, eff from and after January 15, 1999 (the date the United States Attorney



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME**  *Melinda Kinky*

**DATE**  *7-7-14*

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME**

**ADDRESS**

**CITY**     **STATE**     **ZIP**

**COUNTY**  *Hinds*

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**     **CLERK 2 NAME**

**CLERK 3 NAME**     **CLERK 4 NAME**

**OFFENDER POSITION**  *Election Office*

**DATE/TIME OF INCIDENT**

Continue to Second Page

EXHIBIT 10-E



# TRUE *the* VOTE

## TYPE OF INCIDENT

## DESCRIPTION OF INCIDENT

(conference)
Wanted to look at Absentee Ballots. Connie Cochran took us to back room where there was an open box of Ballots ~~allegedly~~ sitting on table. She saw them & said we could look at them. They were random ballots - some had envelopes attached, and I thought I saw a 2003 date on ~~the~~ one of them. We said we wanted the ballots from the 2014 Run Off election. She said we could NOT look at them until the election was certified. Maybe that afternoon, maybe tommorow.

## REMEDY OR ACTION TAKEN

I certify and affirm that the above information is true and correct.

## SIGNATURE   *Melinda Kinley, Ruth Wall, Sharon Owen*
*Jim Lou*

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** *Melinda Kinley*

**DATE** *1-7-14*

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME**

**ADDRESS**

**CITY**          **STATE**          **ZIP**

**COUNTY** *Hinds*

Please complete the fields below using your notes.

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**          **CLERK 2 NAME**

**CLERK 3 NAME**          **CLERK 4 NAME**

**OFFENDER POSITION** *Grace - lady in office   Bill Billingsly - Volunteer for McDaniels campaign*

**DATE/TIME OF INCIDENT**

Continue to Second Page

EXHIBIT 10-F



**TRUE** *the* **VOTE**

## TYPE OF INCIDENT

## DESCRIPTION OF INCIDENT
(primary + Runoff 2014)

Wanted to get electronic info from Connie Cochran. Bill left room & came back & said Connie at lunch (11:20) & would be back in 30 min. We waited. after 45 mins., Ruth Wall went to ask Grace (lady working in office) if Connie was back. Grace said "She just went to lunch". Ruth asked "When will she be back?" Grace said "Oh, a probably an hour or so."

Ruth Wall w/TTV was the one who asked "Grace" if Connie was back from lunch & Grace said, "No, she just left." RW

## REMEDY OR ACTION TAKEN

I certify and affirm that the above information is true and correct.

## SIGNATURE
Melinda Kinley, Ruth Wall, Jim Law
Sharon Quinn

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

Open / Public Records Request

July 7, 2014

Run Off Election — GOP
Cochran / McDaniel
As of June 24, 2014

Please provide the following
from the June 24th, 2014 Run-Off

1.) Absentee Ballot Application
2.) Absentee Ballot Request Forms
3.) Absentee Ballot Envelopes
4.) Poll Books

Thank you so much!
Melinda Kinty

**FILED**

JUL - 7 2014

BARBARA DUNN CIRCUIT CLERK

BY _____ D.C.

HINDS

EXHIBIT 10-G

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

True the Vote, Jane Coln, Brandie Correro, §
Chad Higdon, Jennifer Higdon, Gene §
Hopkins, Frederick Lee Jenkins, Mary §
Jenkins, Tavish Kelly, Donna Knezevich, §
Joseph Knezevich, Doris Lee, Lauren Lynch, §
Norma Mackey, Roy Nicholson, Mark §
Patrick, Julie Patrick, Paul Patrick, David §
Philley, Grant Sowell, Sybil Tribble, Laura §
VanOverschelde, and Elaine Vechorik §
§
  Plaintiffs, §
§  Cause No. 3:14-cv-00532-HTW-LRA
v. §
§
The Honorable Delbert Hosemann, in his §
official capacity as Secretary of State for the §
State of Mississippi, The Republican Party of §
Mississippi, Copiah County, Mississippi §
Election Commission, Hinds County, §
Mississippi Election Commission, Jefferson §
Davis County, Mississippi Election §
Commission, Lauderdale County, §
Mississippi Election Commission, Leake §
County, Mississippi Election Commission, §
Madison County, Mississippi Election §
Commission, Rankin County, Mississippi §
Election Commission, Simpson County, §
Mississippi Election Commission, and Yazoo §
County, Mississippi Election Commission §
§
  Defendants. §

## DECLARATION

### By: Ruth Wall

1. I, Ruth Wall, verify under penalty of perjury under the laws of the United States of America that the following is true and correct. *See* 28 U.S.C. § 1746.

2. In the days following the June 24 Republican Primary Run-Off Election, I was part of a group of True the Vote volunteers who requested access to voting records from Hinds County on July 7 and July 8, 2014. The purpose of my request was to determine whether or not voters who had voted in the Democratic Primary

EXHIBIT 11

unlawfully double voted in the Republican Primary Run-Off Election and whether any other irregularities had occurred during the Election.

3.      As a member of the True The Vote team consisting of Ruth Wall, Melinda Kinley, Sharon Quinn and Jan Loar, we composed a written Open Records Request made in handwriting by Jan Loar and signed by Melinda Kinley with all four members of our team in agreement.  This request was presented to Zach in the Hinds County circuit clerk's office on July 7, 2014, for voter pollbooks and absentee ballot applications and envelopes.  After Zach processed this request, it was handed back to us.  We then gave the request to Bill Billingsly who then gave our request to Election Commissioner Connie Cochran, who said she was responsible for providing the data listed in our request.

4.      I (we) requested access to inspect absentee ballot applications and envelopes, absentee request forms and voter pollbooks from Barbara Dunn, the Hinds County Circuit Clerk.  I (we) were not given access to inspect such records on July 7 or July 8 or any day thereafter.

5.      Attached to this declaration are true and correct copies of the incident reports I completed regarding my requests for records from Hinds County.  The reports are filled out in my own handwriting and I recognize the writings as true and correct copies of the reports I completed based on their appearance, contents and substance.

6.      The attached incident reports were prepared by me to describe the events that occurred during my visits to Hinds County on July 7 and July 8, 2014.  I made the reports on July 7 and July 8 immediately after the events described therein and when those events were fresh in my memory.  Upon completing the reports, I gave them to True the Vote to maintain in its records.

7.      Further, declarant sayeth not.

Signed on this the _5th_ day of August, 2014.

_Ruth Wall_
Ruth Wall



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** *Ruth Wall*

**DATE** *7/8/14*

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** *Hinds County Court House*

**ADDRESS**

**CITY** *Jackson*     **STATE** *MS*     **ZIP**

**COUNTY** *Hinds*

Please complete the fields below using your notes

**POLL SUPERVISOR**

**ASST POLL SUPERVISOR**

**CLERK 1 NAME**     **CLERK 2 NAME**

**CLERK 3 NAME**     **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** *all day*

Continue to second Page

EXHIBIT 11-A



# TRUE *the* VOTE

**TYPE OF INCIDENT** *Refusal to see obis*

**DESCRIPTION OF INCIDENT** *See attached sheet*

**REMEDY OR ACTION TAKEN**

I certify and affirm that the above information is true and correct.

**SIGNATURE** *Ruth Wall*
*Melinda Kinley*

Mail To:
**True the Vote**
**P.O. Box 27378**
**Houston, Texas 77227**

Scan and E-mail to:
**info@truethevote.org**

Incident Report - Hinds County
Tuesday, July 8, 2014
Ruth Wall

Melinda Kinley & I arrived 9:25a at the Circuit Clerk's office. Bill Billingsly, volunteer for McDaniel's campaign, was walking out of Clerk's ofc & stated they were about to begin examining the ballots in the conference room. Told us that we could not see the absentee docs or be in exam room because state law says only 2 reps for each candidate were allowed. Bill agreed that when they were finished he could bring the docs back to Clerk & then we could see them. He volunteered to call Melinda & said it might be an hour or so before they were finished. We saw Pete Perry (Cochran's rep) walk by to exam room. We "hung out" standing by exam room door watching who entered & left. There were 4 men & 1 woman (5) around central table. At one point Perry left & returned carrying 2 white boxes, which we were later told contained rejection ballots & military ballots, etc. Often there were 5 or more additional people walking in & out & some of them gathered down the hall in front of Clerk's ofc by a long table.

About 10:30a or so a female reporter from local channel 12 & FOX Entertainment Ch. 40 arrived & set up camera on tripod in hall

We were told later office & woman if it is true that only 2 reps from both parties were allowed in exam room. A lady named Re Secha confirmed this was true.

Incident Report - Hinds Cnty ②
7/8/2014 - Ruth Wall

in front of us. We asked her affiliation & she told us WLBT & said she's been covering the story "from the beginning." This reporter was allowed to go in & out of the exam room while review was conducted & she even filmed inside the room. She also set up camera outside the room in the hall & interviewed one of the young men who went in & out (who had also been "observing" us.) Reporter interviewed Bill Billingsley in the hall & we moved aside so as not to be seen or to interfere. Later we asked reporter when the filming would appear on news & she said "It was already on the noon broadcast but would also be on at 5 or 6p. She had easy access to the people in the exam room & apparently filmed inside the room too.

We stood outside exam room for several hours waiting for them to bring out some docs for our review as we had been told by Billingsly earlier.

* [ INSERT - See Incident report by Melinda Kinley regarding our meet w/ Clerk Barbara Dunn during this time period. ]

Melinda had been texting Catherine & Vickie regularly as events occurred. Greg & Catherine appeared after noon during Barbara Dunn's

Incident Report - Hines Cnty     ③
7/8/2014 - Ruth Wall

Lunch hour. We informed them of all these
events. Greg & Melinda went into Dunn's
office area & spoke to LeDecha McKinley who
is the person Barbara Dunn has appointed
to handle her ofc while Dunn goes to the
Circuit Clerk's convention starting tomorrow
Wed July 9. LeDecha gave them a printed
copy of an email message from the
Secy of State ofc regarding procedure for
who could see the docs, etc.

✱ [Insert: Catherine Englebrecht took cell phone
pictures of the 3 pages & also took the printed
version with her. See Catherine for details]

We were with Catherine & Greg when Bill
Billingsly left for lunch & met them and us.
Then Barbara Dunn arrived from lunch.
Greg explained to her what docs we were
attempting to review. Melinda & Catherine wrote
on a small slip of paper "Absentee
applications & Envelopes and all Federal
Postcard Applications (FPCA) submitted
since June 2012." Greg gave Barbara Dunn
this paper request & Barbara said she would
go to her office & call the Attorney General
for direction. Greg & Catherine left & we
waited about 45 min or so.
     Then Pete Perry + another man who

Incident Report - Hines Cnty
7/8/2014 - Ruth Wall

④

would not give his name but later stated
he was part of Cochran campaign came
to us. Perry said that State law
says no one other than the candidates
or their reps are allowed to examine
the absentee ballots until 20 days after
the election. This period is so they
parties (candidates) could "CONTEST" the election.
If any 3rd party were allowed to view/
review the ballot info, it could cause
a court to throw out the contest. So
neither True The Vote nor anyone else can
see these docs. We asked for a copy
of the law and Perry gladly made a
copy & brought it to us. See attached
sheet for law: Mississippi Election Code,
p.155, Revised 1/2009

We were gathering our belongings
to leave shortly thereafter when Pete Perry
went into Clerk's office & came back out
with the small paper request we had given
Barbara Dunn (see page 2 of these notes with
stars in margin & Perry said we could
not have access to the absentee apps & envelopes
for June 24 runoff due to 20 day wait period
before they become public docs. Perry did say
we could probably get Dunn's ofc to find
the FPCA's from June 2012 on. He said

Incident Report – Hines Cnty
7/8/2014 – Ruth Wall

⑤

Mississippi Atty Genl who confirmed what we were being told.

So as we prepared to leave, Election Commissioner Connie Cochran walked by & said she was working on our previous day's request for electronic files (Excel) but it was a hectic day & she said she would send them to us at the email addresses given her ( Taylor Phillips + Melinda Kinley ).

*[handwritten margin notes:]*
*Absentee Applications & Envelopes and all Federal Postcard Applications (FPCA) omitted since June 2012*

*Given to Barbara done by Greg Phillips. This paper was returned to us by Pete Perry*

...n may qualify as a candidate for more than one (1) municipal office if the ...me day. If a person takes the steps necessary to qualify for more than one ...ittee or election commissioner shall determine the last office for which ...e considered to be qualified as a candidate for that office only and the ...ion.

...September 10, 2007 (the date the United States Attorney General ...the Voting Rights Act of 1965, to the addition of this section.)

## ARTICLE 29.
### ...ECTION CONTESTS.

#### Subarticle A.
#### General Provisions

...tents after general or primary elections; examinations by candidates

...nts of the ballot box and the conduct of the election thereat have been ...on commission in the case of general elections or the county executive ...ll the contents of the box required to be placed and sealed in the ballot ...n by the election commission or executive committee, as the case may ...d delivered to the circuit clerk, who shall safely keep and secure the ...y time within twelve (12) days after the canvass and examination of the ...ion or executive committee, as the case may be, any candidate or his ...by him shall have the right of full examination of said box and its contents upon three (3) days' notice of his application therefor served upon the opposing candidate or candidates, or upon any member of their family over the age of eighteen (18) years, which examination shall be conducted in the presence of the circuit clerk or his deputy who shall be charged with the duty to see that none of the contents of the box are removed from the presence of the clerk or in any way tampered with. Upon the completion of said examination the box shall be resealed with all its contents as theretofore. And if any contest or complaint before the court shall arise over said box, it shall be kept intact and sealed until the court hearing and another ballot box, if necessary, shall be furnished for the precinct involved.

(2) The provisions of this section allowing the examination of ballot boxes shall apply in the case of an election contest regarding the seat of a member of the State Legislature. In such a case, the results of the examination shall be reported by the applicable circuit clerk to the Clerk of the House of Representatives or the Secretary of the Senate, as the case may be.

**SOURCES:** Derived from 1972 Code § 23-3-23 [Codes, 1942, § 3169; Laws, 1935, ch. 19; repealed by Laws, 1986, ch. 495, § 333]; en, Laws, 1986, ch. 495, § 279; Laws, 1987, ch. 499, § 10; Laws, 2000, ch. 450, § 4, eff from and after August 7, 2000 (the date the United States Attorney General interposed no objection under Section 5 of the Voting Rights Act of 1965 to the amendment of this section.)

## § 23-15-913. Judges to be available to hear and resolve election day disputes.

The judges listed and selected to hear election disputes as provided in Section 23-15-951, Mississippi Code of 1972, shall be available on election day to immediately hear and resolve any election day disputes. The rules for filing pleadings shall be relaxed to carry out the purposes of this section. The judges selected shall perform no other judicial duties on election day. The Supreme Court shall send judges to the sites of disputes but no judge shall hear a dispute in the district, subdistrict or county in which he was elected nor shall any judge hear any dispute in which any potential conflict may arise. Each judge shall be fair and impartial and shall be assigned on that basis.

**SOURCES:** Laws, 1999, ch. 301, § 15, eff from and after January 15, 1999 (the date the United States Attorney



# TRUE *the* VOTE

## INCIDENT REPORT

**NAME** *Ruth Wall*

**DATE** 7/7/14

Please complete the fields below using the notes from your activities as a poll watcher

**PRECINCT/WARD #**

**POLLING PLACE NAME** *Hinds Court House*

**ADDRESS** *316 S. President*

**CITY** *Jackson*    **STATE** *MS*    **ZIP** *39201*

**COUNTY** *Hinds*

Please complete the fields below using your notes.

**POLL SUPERVISOR** *McDaniels Campaign Volunteer Bill and Billingsly*

**ASST POLL SUPERVISOR** *Elections Commissioner Connie Cochran*

**CLERK 1 NAME**    **CLERK 2 NAME**

**CLERK 3 NAME**    **CLERK 4 NAME**

**OFFENDER POSITION**

**DATE/TIME OF INCIDENT** 7/7/14

Continue to Second Page

EXHIBIT 11-B

*Ruth Wall*
*Pg 2*



**TRUE the VOTE**

**TYPE OF INCIDENT** Weren't given immediate access to absentee ballots

**DESCRIPTION OF INCIDENT** Bill Billingsley stated that we couldn't see June 24 runoff ballot info until it was certified later today or Tuesday. Said the 2 parties need to see them first & then we would have access. Said room tomorrow would be crowded but we were welcome to come & he would give us the list after they were finished, if Cochran's people didn't need us. Later Bill was helpful in giving us info on how to file open records request to be present for viewing the docs & getting electronic files we requested. He asked "Zach" in clerk Barbara Dunn's ofc to assist in our written request, which he did. We presented the request from Zach to Billingsley who would give to Election Commissioner Connie Cochran upon

**REMEDY OR ACTION TAKEN** her return from lunch. When we returned from lunch, Connie & Bill were together. Connie said "I can't give you today the electronic file (Excel sheet) of June 3 Primary ballots because election must first be "CLOSED" by Pete Perry, Chmn of Hinds Cnty Repub Party." then she would gladly give to us! She said "I could probably get it for you tomorrow Tues afternoon." She agreed to provide file emailed to Taylor Phillips & Melinda Kinley (TTV). She gave us her cell # & took Melinda's #. Connie is married to Thad's younger brother. Connie said her report might not show whether voter voted in person or absentee; but she will TRY to get that info for us Tuesday. Connie explained procedure → (over)

I certify and affirm that the above information is true and correct.

**SIGNATURE** Ruth Wall, Sharon Quin
Melinda Kinley
Jan Loar

Mail To:
**True the Vote**
P.O. Box 27378
Houston, Texas 77227

Scan and E-mail to:
info@truethevote.org

for system of absentee ballots: Said rejected
absentee ballots are kept in vault. all ballots
of any kind MUST be kept 21 mos. Poll
workers have final word if an absentee ballot
is accepted or rejected, per the SOS ofc or,
connie said, maybe the AG. after election
is closed + after 21 mos, ballots are
then taken to warehouse for several years.

Ruth Wall
P-3