## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

TRUE THE VOTE, *et al.*                    )
    Plaintiffs,                          )
                                         )
v.                                         )          Civil Action No.
                                         )          3:14-cv-532 NFA
THE HONORABLE DELBERT HOSEMANN,            )
in his official capacity, as Secretary of State for the )
State of Mississippi, *et al.,*            )
    Defendants.                          )

_____

### COPIAH COUNTY MISSISSIPPI ELECTION COMMISSION'S  JOINDER IN SECRETARY OF STATE DELBERT HOSEMANN'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

_____

COMES NOW, Defendant, Copiah County Mississippi Election Commission, by and through counsel, and hereby joins in the Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment (Docket No. 113), and all of the grounds set forth therein filed by Secretary of State Delbert Hosemann  in the above captioned action.

This the ___18th___ day of August, 2014.

Respectfully submitted,

**COPIAH COUNTY, MISSISSIPPI ELECTION COMMISSION**

BY: ___/s/ Elise B. Munn_____
       ELISE B. MUNN, MSB #9654
       COPIAH COUNTY BOARD ATTORNEY

Elise B. Munn, MSB #9654
BERRY & MUNN, P.A.
336 W. Gallatin Street
P.O. Drawer 768
Hazlehurst, MS 39083
Telephone:  601-894-4150
Facsimile:   601-894-4717

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been filed with the Clerk of Court using the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action to date.

This the 18th day of August, 2014.

/s/ Elise B. Munn
    ELISE B. MUNN