IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

TRUE THE VOTE, *et. al.*                                              PLAINTIFFS

VS.                                              CIVIL ACTION NO. 3:14-cv-532-NFA

DELBERT HOSEMANN, *et. al.*                                              DEFENDANTS

### JOINDER OF SIMPSON COUNTY MISSISSIPPI ELECTION COMMISSION TO SECRETARY OF STATE DELBERT HOSEMANN'S RESPONSE IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND BRIEF OF SECRETARY OF STATE DELBERT HOSEMANN IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now, Defendant, SIMPSON COUNTY MISSISSIPPI ELECTION COMMISSION, by and through counsel, and hereby joins in the Secretary of State Delbert Hosemann's Response in Opposition to Motion for Partial Summary Judgment (Docket No. 113), and to Brief of Secretary of State Delbert Hosemann in Opposition to Motion for Partial Summary Judgment (Docket No. 114), and all of the grounds set forth therein, filed by Secretary of State Delbert Hosemann in the above captioned action.

This the __18th__ day of August, 2014.

　　　　　　　　　　　　　　　　　　　__s/Danny Welch_____
　　　　　　　　　　　　　　　　　　　Danny Welch, MSB #7087
　　　　　　　　　　　　　　　　　　　SIMPSON COUNTY BOARD ATTORNEY
　　　　　　　　　　　　　　　　　　　224 North Main Street
　　　　　　　　　　　　　　　　　　　Mendenhall, MS  39114
　　　　　　　　　　　　　　　　　　　(601) 847-2539

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served, via this Court's ECF filing system, a copy of the foregoing on all counsel who have entered their appearances in this action to date.

SO CERTIFIED, this __18th__ day of August, 2014.

                                        s/Danny Welch
                                      DANNY WELCH, MSB #7087

county-truethevotejoinder2.md