**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| **TRUE THE VOTE,** *et al.* | **PLAINTIFFS** |
| vs. | Civil Action No. 3:14-cv-532-NFA |
| **DELBERT HOSEMANN,** *et al.* | **DEFENDANTS** |

**RANKIN COUNTY, MISSISSIPPI ELECTION COMMISSION'S JOINDER IN SECRETARY OF STATE DELBERT HOSEMANN'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, Defendant, Rankin County, Mississippi Election Commission, by and through counsel, and hereby joins in the Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment (Docket 113), and all of the grounds set forth therein filed by Secretary of State Delbert Hosemann in the above captioned action.

DATED, this the 18th day of August, 2014.

        Respectfully submitted,

        **RANKIN COUNTY, MISSISSIPPI**
        **ELECTION COMMISSION**

    BY:    /S/ CRAIG L. SLAY_____
            CRAIG L. SLAY, MSB #10272
            RANKIN COUNTY BOARD ATTORNEY

Rankin County Board of Supervisors
211 E. Government Street, Suite A
Brandon, Mississippi 39042
Telephone:  601.825.9505
Facsimile:  601.825.9602
*cslay@rankincounty.org*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served, via this Court's ECF filing system, a copy of the foregoing on all counsel who have entered their appearances in this action to date.

SO CERTIFIED, this the 18TH day of August, 2014.

/s/ Craig L. Slay
CRAIG L. SLAY