## McDanald, Kristen W.

| | |
|---|---|
| **From:** | Bob Sanders <rsanders@youngwells.com> |
| **Sent:** | Thursday, July 17, 2014 11:50 AM |
| **To:** | Hogue, L. Eades; Nixon, Joe; McDanald, Kristen W.; Leonard, Kelly; Trainor, Trey |
| **Cc:** | Wes Daughdrill; HAROLD PIZZETTA |
| **Subject:** | True The Vote v. Jefferson Davis County Election Commission  -  3:14-cv-532-NFA |
| **Attachments:** | JUNE32014VOTEHistory.pdf; JUNE242014VOTEhistory.pdf |

Counsel,

I have attached two vr-28 reports for the 2014 House and Senate primary and runoff elections in Jefferson Davis County, Mississippi.  Except as noted below, these reports identify the voters who voted in the primaries and the runoff.  Birth date information is not included in the reports, but unique voter identification numbers for every voter are included.  These unique voter identification numbers will easily allow you to distinguish between those voters who happen to have the same name.  My understanding is that this is the reason you wanted the birth date information.

As you know, when your representatives visited the circuit clerk's office they were offered the opportunity to view the hardcopy records with the birth dates of voters obscured.  Your representative declined, and insisted on that they be provided electronic records.  The vr-28 reports are the electronic records.  You may still view those hardcopy records, with birth dates obscured, at any time you wish.

As you may also know, representatives from the McDaniel camp did view the hardcopy records with the birth dates obscured.  As I understand it, they found three voters who voted in the democratic primary, and then voted in the republican runoff.  I believe these three voters are not shown in the vr-28 reports because the electronic system does not routinely capture such information.  But, the electronic information is what you requested.

Please confirm receipt of these reports.

Robert E. Sanders,
Attorney for the Jefferson Davis County, Mississippi Election Commission

**Robert E. Sanders** | Litigation Group | **Young Wells Williams P.A.**

141 Township Ave, Suite 300, Ridgeland, MS 39157 | P.O. Box 6005, Ridgeland, MS 39158-6005
Telephone: 601.948.6100 | Facsimile: 601.355.6136 |www.youngwells.com | rsanders@youngwells.com



This message is intended only for the addressee and may contain PRIVILEGED and CONFIDENTIAL information.  If you are not the intended recipient, please do not use or forward this message.  If received in error, please erase all copies of the message and attachments and notify us immediately.  To ensure compliance with requirements imposed by the IRS, unless explicitly provided otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

EXHIBIT 2