**McDanald, Kristen W.**

▬   ▬   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬   ▬▬▬▬▬▬▬▬▬
▬   ▬▬▬▬▬
▬▬  ▬▬▬▬▬▬▬▬▬

---------- Forwarded message ----------
From: **Joe Nosef** <joe@msgop.org>
Date: Sunday, June 29, 2014
Subject: Information for county chairmen
To: "Julie Patrick (county)" <marshallmsrepublican@gmail.com>
Cc: "Mike Wallace (ec)" <mbw@wisecarter.com>


Julie thanks for the email.

The dates I sent are all part of the law. The main reason we sent the memo is because of 1) the confusion about the impact of the certification process and 2) confusion about the impact of the voter ID law. The certification process begins the review period for irregularities & does not end it. In addition the complaint cannot be filed until we get the information to the SOS and the faster we get it from the counties we can do that. Plus we are required by law to have a meeting on July 1.

Regardless we will get your certified vote when we send it and send it to the SOS. It may not be included in the original total however.

If you have any other questions please let the staff or anyone else know. We really want to make sure everyone is comfortable with the process.

Joe Nosef, Chairman
Mississippi Republican Party
415 Yazoo St
Jackson, MS 39201
601-948-5191


On Jun 29, 2014, at 9:39 PM, "Marshall MS Republican" <marshallmsrepublican@gmail.com> wrote:

> Dear Chairman Nosef,
>
> The Marshall County Executive Committee is concerned with possible voting irregularities and have directed me to not certify the Republican Primary Runoff held on June 24, 2014 until such time that they feel the irregularities have been investigated. We had a meeting set for a vote, regarding these issues for Wednesday, July 2nd. As told to us by our circuit clerk, even under normal circumstances, we had up to 10 days to certify and not less than 6 (after the Voter ID Affidavits deadline). We certified the June 3rd primary the day after Voter ID Affidavit deadline on Wednesday June 11th. I

EXHIBIT 3

want to make it clear that we are in compliance of the law and are not relinquishing our rights as the Republican Executive Committee to these new deadlines.

Sincerely,
Julie Patrick
Chairperson
Marshall County Executive Committee


On Sun, Jun 29, 2014 at 8:10 PM, Joe Nosef <joe@msgop.org> wrote:
**Mississippi Republican Party Memo**

**To: County Chairmen**

**From:**

**Joe Nosef, Chairman MSGOP**
**Mike Wallace, General Counsel MSGOP**

**Re: Process for certification/upcoming deadlines, etc.**

We have received several questions from our county committee members as well as received and observed communication that indicates some confusion regarding the process of vote certification and the impact on potential challenges and review of voting information. In addition, issues related to the new Voter ID law raise questions about how counties and the state executive committee should deal with potential practical timing conflicts created by the new law.

1. County Certification Process: Under Section 23-15-597, each county executive committee should have already met to certify the returns.  If you have not completed that process, you should do so Monday, orTuesday morning at the latest.

There are two reasons for this.  First, section 23-15-911 requires counties to transmit your results to the state committee, and the same statute requires the state committee to meet on Tuesday, July 1 at 2pm, to canvass the results from the 82 counties. The statute left the state committee no discretion about when to meet.

Second, section 23-15-911 allows persons who may want to challenge the results to have access to the ballot boxes only after the county committees have completed the certification process.

This is written in this manner because of a practical reason: the committees need those boxes to complete the work required by statute, and two sets of people can't be working with the ballots at the same time.

Each party has 12 days from county certification to review the poll books and other ballot information. Notice of 3 days is required however in the event one campaign wants to review the materials so that the other campaign may have a representative present. The circuit clerk and not the county party oversees this review.

2.  Impact of new voter ID law:  We will simply use the same process outlined below for dealing with these timing challenges under the new Voter ID law as we used for the state executive

2

committee meeting held after the June 3 primary.  There were no complaints about this process after the first primary, and we need to be consistent with our process.

You should report your results immediately, whether or not your county still has outstanding ballots under the new voter identification act which have not been verified by a voter coming to the courthouse to present his identification.  Since the voter identification act did not amend the time limits in section 23-15-597, the county committees must still complete the certification and transmit the numbers before the state committee meets on Tuesday July 1 at 2pm.

If your county has no unverified ballots under the voter identification act, there is no problem and no additional information to report.

If your county has some unverified ballots, and if voters come to the courthouse with proof of identity after you send your results to the state committee, then simply be sure that your circuit clerk counts any newly verified ballots and transmits the results to the state committee.

The state chairman will include those votes in your county's final totals that will be transmitted to the Secretary of State on Monday, July 7, as required by section 23-15-599.

3.  Challenge Process: Many people have asked questions about the process of challenging the runoff results. Under 23-15-923, a complaint may be filed with the state committee after we finish the process of reporting the vote to the Secretary of State on July 7. Some have said that the meeting on Tuesday July 1 ends the time for which a complaint may be filed but that is not the case.

4.  State Executive Committee meeting:  The purpose of the state executive committee meeting on Tuesday July 1 at 2pm is to simply add the certified totals received from the counties and pass them on to the Secretary of State by the July 7 deadline. This meeting is not a "certification" of any totals and as stated above a complaint may be filed with the committee after the July 7 deadline has passed.

This is basic information but very important so that everyone understands the significance or lack thereof of some of the events of this week. If you notice anything in this memo which you feel is incorrect please let us know so we can correct or explain it. Thanks.

Joe Nosef, Chairman
Mississippi Republican Party
415 Yazoo St
Jackson, MS 39201
601-948-5191

--
**Marshall County Republican Party**

--
**Marshall County Republican Party**