IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| True the Vote, Jan Coln, Brandie Correrro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavis Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) Case No.3:14cv00532-NFA |
| The Honorable Delbert Hosemann, in his Official Capacity as Secretary of State for the State of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County Mississippi, Election Commission | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

**JOINDER OF MADISON COUNTY ELECTION COMMISSION
TO SECRETARY OF STATE DELBERT HOSEMANN'S
RESPONSE IN OPPOSITION TO MOTION FOR
PARTIAL SUMMARY JUDGMENT AND BRIEF OF
SECRETARY OF STATE DELBERT HOSEMANN IN
<u>OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

The Madison County Election Commission ("Defendant" or "MCEC"), through counsel, and hereby joins in the Secretary of State Delbert Hosemann's Response in Opposition to Motion for Partial Summary Judgment (Docket No. 113), and to Brief of Secretary of State Delbert Hosemann in Opposition to Motion for Partial Summary

Judgment (Docket No. 114), and all of the grounds set forth therein, filed by Secretary of State Delbert Hosemann in the above captioned action.

THIS the 19th day of August, 2014.

                                          Respectfully submitted,

                                        /s/ Spence Flatgard
                                        Spence Flatgard (MSB #99381)

Spence Flatgard
Spence Flatgard, Legal Counsel, PLLC
210 East Capitol Street, Suite 1262
Jackson, Mississippi 39201
Telephone:  601-672-5917
Fax:  601-848-1506
sflatgard@flatgardlaw.com

## CERTIFICATE OF SERVICE

I, Spence Flatgard, attorney for Defendant, Madison County, Mississippi Election Commission, hereby certify that I have this day filed the foregoing document with the Clerk of the Court using ECF System which sent notification of such filing to all counsel of record.

THIS the 19th day of August, 2014.

                                  By:    /s/ Spence Flatgard
                                                Spence Flatgard