IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRUE THE VOTE, *et al*.                                                                PLAINTIFFS

V.                                               CIVIL ACTION NO.: 3:14-CV-532-NFA

THE HONORABLE DELBERT HOSEMANN,
in his official capacity, as Secretary of State for the
State of Mississippi, *et al*.,                                                         DEFENDANTS

## JOINDER OF LAUDERDALE COUNTY MISSISSIPPI ELECTION COMMISSION TO SECRETARY OF STATE DELBERT HOSEMANN'S MEMORANDUM IN SUPPORT OF HIS OPPOSED MOTION TO STRIKE DECLARATIONS AND INCIDENT REPORTS

COMES NOW Defendant, Lauderdale County Mississippi Election Commission ("Lauderdale Commission") through counsel, and files this its Joinder to the Memorandum in Support of Secretary of State Delbert Hosemann's Opposed Motion to Strike Declarations and Incident Reports [ECF No. 117] filed by the Honorable Delbert Hosemann in his capacity as Secretary of State for the State of Mississippi ("the Secretary"), and all of the grounds set forth therein filed by Secretary of State Delbert Hosemann in the above captioned action..

This the 19th  day of August, 2014.

Respectfully submitted,

**LAUDERDALE COUNTY MISSISSIPPI ELECTION COMMISSION, DEFENDANT**

BY:   /s/ Lee Thaggard
Lee Thaggard (MSB #9442)
Robert T. Bailey (MSB #102270)
BARRY, PALMER, THAGGARD, MAY & BAILEY, LLP
Post Office Box 2009
Meridian, MS 39302-2009
Telephone: 601-693-2393

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

All counsel of record

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

None.

Respectfully submitted this the 19th day of August, 2014.

/s/ Lee Thaggard
Lee Thaggard