IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRUE THE VOTE, *et al*.                                                                          PLAINTIFFS

V.                                              CIVIL ACTION NO.: 3:14-CV-532-NFA

THE HONORABLE DELBERT HOSEMANN,
in his official capacity, as Secretary of State for the
State of Mississippi, *et al*.,                                                                  DEFENDANTS

### JOINDER OF LAUDERDALE COUNTY MISSISSIPPI ELECTION COMMISSION IN SECRETARY OF STATE DELBERT HOSEMANN'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Defendant, Lauderdale County Mississippi Election Commission ("Lauderdale Commission") through counsel, and files this its Joinder in the Secretary of State Delbert Hosemann's Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment [ECF No. 113], and all of the grounds set forth therein filed by Secretary of State Delbert Hosemann in the above captioned action.

This the 19th day of August, 2014.

                                                         Respectfully submitted,

                                                         **LAUDERDALE COUNTY MISSISSIPPI ELECTION COMMISSION, DEFENDANT**

                                     BY:    /s/ Lee Thaggard
                                                  Lee Thaggard (MSB #9442)
                                                  Robert T. Bailey (MSB #102270)
                                                  BARRY, PALMER, THAGGARD,

                                    MAY & BAILEY, LLP
                                    Post Office Box 2009
                                    Meridian, MS 39302-2009
                                    Telephone: 601-693-2393

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

      All counsel of record

      and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

      None.

      Respectfully submitted this the 19th day of August, 2014.

                                      <u>/s/ Lee Thaggard</u>
                                      Lee Thaggard