# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | | |
|---|---|---|
| TRUE THE VOTE, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | C.A. NO. 3:14-CV-532-NFA |
| | § | |
| THE HONORABLE DELBERT | § | |
| HOSEMANN, in his official capacity | § | |
| as Secretary of State for the State | § | |
| of Mississippi, *et al.*, | § | |
|     Defendants. | § | |

## ORDER

It is hereby **ORDERED** that Defendant Delbert Hosemann's ("Hosemann") Unopposed Motion for Leave to File Sur-Reply Supporting Opposition to Plaintiff's Motion for Preliminary Injunctive Relief [Doc. # 138] is **GRANTED**. Hosemann must file his Sur-Reply as a separate docket entry.

SIGNED at Houston, Texas, this 22nd day of **August, 2014.**

_____
Nancy F. Atlas
United States District Judge