


| Topics | Geography | Library | Data | About the Bureau | Newsroom |
| --- | --- | --- | --- | --- | --- |
| Population, Economy | Maps, Geographic Data | Infographics, Publications | Tools, Developers | Research, Surveys | News, Events, Blogs |

State & County QuickFacts

## Mississippi

| People QuickFacts | Mississippi | USA |
| --- | ---: | ---: |
| Population, 2013 estimate | 2,991,207 | 316,128,839 |
| Population, 2010 (April 1) estimates base | 2,967,299 | 308,747,716 |
| Population, percent change, April 1, 2010 to July 1, 2013 | 0.8% | 2.4% |
| Population, 2010 | 2,967,297 | 308,745,538 |
| Persons under 5 years, percent, 2013 | 6.6% | 6.3% |
| Persons under 18 years, percent, 2013 | 24.7% | 23.3% |
| Persons 65 years and over, percent, 2013 | 13.9% | 14.1% |
| Female persons, percent, 2013 | 51.4% | 50.8% |
| White alone, percent, 2013 (a) | 59.8% | 77.7% |
| Black or African American alone, percent, 2013 (a) | 37.4% | 13.2% |
| American Indian and Alaska Native alone, percent, 2013 (a) | 0.6% | 1.2% |
| Asian alone, percent, 2013 (a) | 1.0% | 5.3% |
| Native Hawaiian and Other Pacific Islander alone, percent, 2013 (a) | 0.1% | 0.2% |
| Two or More Races, percent, 2013 | 1.1% | 2.4% |
| Hispanic or Latino, percent, 2013 (b) | 2.9% | 17.1% |
| White alone, not Hispanic or Latino, percent, 2013 | 57.5% | 62.6% |
| Living in same house 1 year & over, percent, 2008-2012 | 85.6% | 84.8% |
| Foreign born persons, percent, 2008-2012 | 2.2% | 12.9% |
| Language other than English spoken at home, pct age 5+, 2008-2012 | 3.9% | 20.5% |
| High school graduate or higher, percent of persons age 25+, 2008-2012 | 81.0% | 85.7% |
| Bachelor's degree or higher, percent of persons age 25+, 2008-2012 | 20.0% | 28.5% |
| Veterans, 2008-2012 | 207,673 | 21,853,912 |
| Mean travel time to work (minutes), workers age 16+, 2008-2012 | 23.9 | 25.4 |
| Housing units, 2013 | 1,283,165 | 132,802,859 |
| Homeownership rate, 2008-2012 | 69.9% | 65.5% |
| Housing units in multi-unit structures, percent, 2008-2012 | 13.6% | 25.9% |
| Median value of owner-occupied housing units, 2008-2012 | $100,200 | $181,400 |
| Households, 2008-2012 | 1,087,791 | 115,226,802 |
| Persons per household, 2008-2012 | 2.64 | 2.61 |
| Per capita money income in past 12 months (2012 dollars), 2008-2012 | $20,670 | $28,051 |
| Median household income, 2008-2012 | $38,882 | $53,046 |
| Persons below poverty level, percent, 2008-2012 | 22.3% | 14.9% |

| Business QuickFacts | Mississippi | USA |
| --- | ---: | ---: |
| Private nonfarm establishments, 2012 | 58,644[1] | 7,431,808 |
| Private nonfarm employment, 2012 | 895,804[1] | 115,938,468 |
| Private nonfarm employment, percent change, 2011-2012 | 0.9%[1] | 2.2% |
| Nonemployer establishments, 2012 | 199,777 | 22,735,915 |
| Total number of firms, 2007 | 225,977 | 27,092,908 |
| Black-owned firms, percent, 2007 | 18.0% | 7.1% |
| American Indian- and Alaska Native-owned firms, percent, 2007 | 0.3% | 0.9% |
| Asian-owned firms, percent, 2007 | 1.8% | 5.7% |

EXHIBIT 1

| | | |
|---|---:|---:|
| Native Hawaiian and Other Pacific Islander-owned firms, percent, 2007 | 0.0% | 0.1% |
| Hispanic-owned firms, percent, 2007 | 0.8% | 8.3% |
| Women-owned firms, percent, 2007 | 26.9% | 28.8% |
| Manufacturers shipments, 2007 ($1000) | 59,869,456 | 5,319,456,312 |
| Merchant wholesaler sales, 2007 ($1000) | 23,003,585 | 4,174,286,516 |
| Retail sales, 2007 ($1000) | 33,751,407 | 3,917,663,456 |
| Retail sales per capita, 2007 | $11,552 | $12,990 |
| Accommodation and food services sales, 2007 ($1000) | 7,045,097 | 613,795,732 |
| Building permits, 2012 | 6,039 | 829,658 |

| **Geography QuickFacts** | **Mississippi** | **USA** |
|---|---:|---:|
| Land area in square miles, 2010 | 46,923.27 | 3,531,905.43 |
| Persons per square mile, 2010 | 63.2 | 87.4 |
| FIPS Code | 28 | |

1: Includes data not distributed by county.

(a) Includes persons reporting only one race.
(b) Hispanics may be of any race, so also are included in applicable race categories.

D: Suppressed to avoid disclosure of confidential information
F: Fewer than 25 firms
FN: Footnote on this item for this area in place of data
NA: Not available
S: Suppressed; does not meet publication standards
X: Not applicable
Z: Value greater than zero but less than half unit of measure shown

Source U.S. Census Bureau: State and County QuickFacts. Data derived from Population Estimates, American Community Survey, Census of Population and Housing, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits
Last Revised: Tuesday, 08-Jul-2014 06:37:34 EDT

ABOUT US    FIND DATA    BUSINESS & INDUSTRY    PEOPLE & HOUSEHOLDS    SPECIAL TOPICS    NEWSROOM