IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TRUE THE VOTE, et al.**                                                                     **PLAINTIFFS**

v.                                                                 Civil Action No.: 3:14-cv-00532-NFA

**THE HONORABLE DELBERT HOSEMANN,**
in his official capacity as Secretary of State for
the State of Mississippi, et al.                                                               **DEFENDANTS**

---

### AFFIDAVIT

---

STATE OF MISSISSIPPI
COUNTY OF HINDS

PERSONALLY APPEARED BEFORE ME, the undersigned authority in the State and County aforesaid, the within Joseph D. Nosef III, who, after having by me been first duly sworn, did depose and say as follows:

1. My name is Joseph D. Nosef III. I am an adult resident citizen of Hinds County, Mississippi. I have personal knowledge of the events described herein, and am fully competent to testify concerning them.

2. At the 2012 Republican State Convention, Sybil Tribble, one of the plaintiffs in this action, was elected to the State Executive Committee. At that same convention, the newly elected State Executive Committee elected me as Chairman. I continue to serve as Chairman.

3. On the date described by statute, the State Executive Committee met on July 1, 2014. The committee unanimously approved the following resolution:



EXHIBIT 1

The Chairman is authorized to receive from the counties the certified vote totals from the Jun 24, 2014, second primary, to make any updates or corrections as may hereafter be received, and to transmit the tabulated totals to the Secretary of State on July 7, 2014.

Plaintiff Sybil Tribble was in attendance at the July 1 meeting.

4.   On July 7, 2014, I sent to Secretary of State Hosemann the letter required by statute and authorized by the resolution. A true and correct copy of that letter with the tabulated statewide vote is attached as Exhibit 2 to the response of Mississippi Republican Party to motion for temporary restraining order [Dkt. 12].

FURTHER, AFFIANT SAYETH NOT.

_____
JOSEPH D. NOSER, III

SWORN TO AND SUBSCRIBED BEFORE ME, this the 25th day of August, 2014.

_____
NOTARY PUBLIC

My Commission Expires:

1-30-2015

*STATE OF MISSISSIPPI*
*TRACY LATHAM*
*NOTARY PUBLIC*
*ID No. 68654*
*Commission Expires*
*January 30, 2015*
*RANKIN COUNTY*

2