| | |
|---|---|
| **From:** | True The Vote |
| **Date sent** | 07/10/2014 05:07:08 pm |
| **Subject:** | Mississippi GOP attacks it's own voters and True the Vote |

Print This

If you are having trouble viewing this email, view it online.



Dear Norma,

I am writing from Jackson, MS waiting for a plane to take me to Washington, DC for our federal court hearing on Lois Lerner's lost emails.

<u>Before this flight leaves Mississippi, I am making this personal appeal to you for help.</u>

Last week, True the Vote sued the Mississippi Republican Party and several other defendants over their wrongful denial of access to election documents in the primary and run-off between US Senator Thad Cochran and MS Senator Chris McDaniel.

Now, in an unbelievable twist, the Chairman of the Mississippi Republican Party has gone on full attack against us - and against election integrity in the State of Mississippi.

> "My initial reaction is, I thought it was a headline from The Onion," Nosef said in an email, responding to True The Vote's latest court filing. "Now I see how this group has earned their awful reputation."
>
> **Joe Nosef**
> *Breitbart,* July 10, 2014

Chairman Joe Nosef told Breitbart that True the Vote has an "awful reputation" and even went



EXHIBIT 2

so far as to threaten his own voting base with "sanctions" because they had the backbone to stand as plaintiffs in our suit to shed light on this clouded election for the United States Senate.



Jackson, MS. — Joe Nosef, Chairman of the Mississippi Republican Party, issued the following statement today regarding the recent lawsuit filed by True the Vote:

"This out of state group 'True the Vote' continues in its attempts to make a mockery of our legal system. While their legal filings literally make no claim at all against the MSGOP, their public statements indicate otherwise in an effort to mislead Mississippi voters. Their first 'demand' was for the MSGOP to order action by people who don't even work for us. Next, they claimed we were not granting proper access to records that we don't have. And they have now accused us of destroying this same evidence which we still don't have and instead is in the possession of 82 different circuit clerks. **We will not only defend ourselves but will seek sanctions against every single plaintiff** because of this frivolous litigation brought against the MSGOP."

### 

Paid for by the Mississippi Republican Party. Not authorized by any candidate or candidate's committee.

Mississippi Republican Party • 415 Yazoo Street • Jackson, MS 39201 • 601-948-5191

These attacks by the MS GOP come on the heels of True the Vote's sponsoring of experienced election integrity volunteers from around the United States to join Mississippi voters in a collaborative effort to review what should be publicly available documents related to absentee ballots.

We've uncovered evidence of possible criminal misconduct involving the destruction of relevant election documents, double voting, crossover voting and the list goes on. Voters' rights are being sacrificed in the interest of political gamesmanship - it's an outrage.

Yesterday, True the Vote asked the federal court to place a temporary restraining order on both the State and the Mississippi GOP to ensure no more documents are destroyed and to

give citizens a chance to review them.

The lawsuit and the restraining order really both seek the same relief - and it's pretty simple - follow the law and allow citizens the electoral access to which they are legally entitled.

**SUPPORT True *the* Vote**

Had the law been followed to begin with, no lawsuit would have been necessary. Had destruction of documents not been discovered, then the restraining order wouldn't have been necessary.

For Chairman Nosef to threaten me and True the Vote is one thing, I've grown very accustomed to being attacked. To publicly threaten our other plaintiffs, twenty one concerned citizens from Mississippi (Republican voters no less) who only want free and fair elections...that crosses the line. Party leadership, instead of responding in a way that could resolve the lawsuit, attacks it's own voting base. It's .... it's stunning.

> "Joe Nosef has now joined the ranks of Obama, Holder, Lerner, IRS, DOJ, Rep. Ejiah Cummings, and all the rest.
>
> I'm proud to be part of a group of patriots who've come together from all over the country to stand with the voters of Mississippi and tell the truth of our experiences, even when politicos like Mr. Nosef would much prefer if we all just kept quiet. Well, the days of being quiet have come to their end.
>
> Citizens are waking up, asking questions, and demanding answers. Mr. Nosef can say what he will - I'll stick with the truth."
>
> **Catherine Engelbrecht**
> *Breitbart*, July 10, 2014

When good hearted citizens can no longer question their leaders without specious accusations and threats being hurled back at them, we've reached that gut check point when we have to decide whether to cower or press on.

For me, and I believe for you, there is only one choice. Press on.

That said, I now must ask for your financial support to help us stay in the fight. This effort is very expensive. We are facing significant legal bills. If you believe that when we stand together great things are possible then please support our effort in Mississippi.

**Please consider donating $50 or more today.** Any amount you're moved to give will be put to immediate use in our election integrity challenge in Mississippi.

SUPPORT True *the* Vote

We cannot quit now. The stakes are too high. The entrenched political class is comfortable in publicly defaming us because they believe we will give in. Please, don't give them that satisfaction. Help us stand strong by donating whatever you can.

Thank you, again and as always, for your support.

Onward

*[signature]*

Catherine Engelbrecht
Founder, True the Vote

SUPPORT True *the* Vote





| | | |
|---|---|---|
| **Office** 713.401.3550 | **E-Mail** info@truethevote.org |
| **Mail** PO Box 131768<br>Houston, TX 77219-1728 | **Web** www.truethevote.org |