| | |
|---|---|
| **From:** | True The Vote |
| **Date sent:** | 07/23/2014 04:07:27 pm |
| **Subject:** | Going to Court Tomorrow in Mississippi |

Print This

If you are having trouble viewing this email, view it online.



# TRUE the VOTE

Dear Gregg,

On the eve of True the Vote's federal court trial challenging the State of Mississippi and the Mississippi Republican Party over their illegal withholding of public election documents, I am writing to ask for your continued support. Once again, we're preparing to step into the courtroom and stand up for voters' rights across the nation.

**_This fight is not about Senator Cochran, nor is it about Chris McDaniel or any other person. It's not just about Mississippi either. The integrity of elections across the country is at stake in this lawsuit!_**

**SUPPORT True the Vote**

The State of Mississippi and the leaders of the Republican Party played out a statewide scheme to prevent citizens from exercising their legal right to review election documents -- by not allowing access to key pieces of information and by removing the information necessary to confirm voter identity.

Recognizing the national implications of these issues and the certain impact they would have on election integrity throughout the United States if left unchallenged, True the Vote and 21 Mississippi voters sued in federal court to gain access to the voting records -- <u>unredacted</u>.

EXHIBIT 3

Tomorrow morning, our legal team will present witnesses who were denied document access altogether, as well as others who were allowed limited access to documents controlled by prisoners on work release. And, most shocking of all, our attorneys will present individual Mississippi voters -- decorated veterans -- who volunteered to work at the polls and witnessed the destruction of voting records.

The Mississippi Secretary of State, Delbert Hosemann, and other Republican leaders are now siding with Obama and Holder to prevent positive identification of voters. National groups that share roots with ACORN and Project Vote are salivating at the very idea that the GOP is now supporting their efforts.

**We must prevail or hard-fought gains in election integrity will be destroyed!**

**How you can help us**

*Give us a helping hand, volunteer now.*

**Donate**

*or*

**Get Involved**

**Twitter**

With your help, in the last few years True the Vote has engaged in epic battles to defend voters' rights, including a massive audit of recall petition signatures in a union-led attempt to recall Wisconsin Governor Scott Walker. In addition, we filed a successful suit against St. Lucie County, Florida, over illegal election procedures witnessed during the recount election debacle between Congressman Allen West and challenger Patrick Murphy. True the Vote is the tip of the spear for citizen-led election integrity groups all over the country, advocating every day for common-sense election code reforms that protect the sanctity of every American's vote.

Recently, we led a group of election integrity experts in opposing a race-based amendment to the Voting Rights Act that sought to punish a handful of southern states and turn our elections over to Eric Holder and the U.S. Department of Justice.

We are on the front lines every day because we know if our elections are not truly fair, we are not truly free.

Our battle is not without cost. We will spend hundreds of thousands of dollars for legal work in Mississippi, Ohio, Texas, and across this great land.

True the Vote's funding doesn't come from federal grants or the Soros syndicate. We rely on the support of individual Americans who are willing to make an investment in us, and we urgently need your help. Please donate today to support True the Vote's efforts to ensure election integrity - $50, $75 or any amount you can afford. It will be put to immediate use tomorrow in Mississippi - and in all the 'Mississippis'

to come.

**SUPPORT True *the* Vote**

As always, I am both grateful for your support and humbled by your generosity. Working together, we really can true the vote.

Onward,

Catherine Engelbrecht
Founder, True the Vote

| | | |
|---|---|---|
| **TRUE the VOTE** | **Office** 713.401.3550<br>**Mail** PO Box 131768<br>Houston, TX 77219-1728 | **E-Mail** info@truethevote.org<br>**Web** www.truethevote.org |