# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | | |
|---|---|---|
| TRUE THE VOTE, *et al.*,<br>    Plaintiffs, | §<br>§<br>§ | |
| v. | § | C.A. NO. 3:14-CV-532-NFA |
| | § | |
| THE HONORABLE DELBERT<br>HOSEMANN, in his official capacity<br>as Secretary of State for the State<br>of Mississippi, *et al.*,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | |

## **ORDER**

It is hereby **ORDERED** that the Court will hold a telephonic status conference in this case on **October 6, 2014, at 3:00 p.m.**

SIGNED at Houston, Texas, this 4th day of **September, 2014.**

_____
Nancy F. Atlas
United States District Judge