IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TRUE THE VOTE, et al.**                                      **PLAINTIFFS**

**v.**                                        **Civil Action No.: 3:14-cv-00532-NFA**

**THE HONORABLE DELBERT HOSEMANN,**
in his official capacity as Secretary of State for
the State of Mississippi, et al.                                    **DEFENDANTS**

_____

**MOTION FOR ATTORNEYS'
FEES, EXPENSES, AND COSTS**
_____

Pursuant to Fed. R. Civ. P. 54(d) and § 11(c) of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20510(c), the Mississippi Republican Party respectfully moves for an award of attorneys' fees, expenses, and costs.  For the reasons set forth in the memorandum in support of this motion, the Party asks the Court to grant it $82,118.75 in attorneys' fees and $365.39 in expenses, as well as all ordinarily taxable costs.  All fees and expenses requested in the motion were reasonably incurred by the Party in relation to this Court's final judgment dismissing the NVRA claims pursued by the plaintiffs.  [Dkt. 147]  Pursuant to § 11(c), the Party was a prevailing party to that judgment.  Attached hereto as Exhibit 1 in support of the motion is the affidavit of Michael B. Wallace, one of the Party's counsel of record.

Respectfully submitted this the 12th day of September, 2014.

MISSISSIPPI REPUBLICAN PARTY

By: *s/T. Russell Nobile*
T. Russell Nobile (MSB No. 100682)
WISE CARTER CHILD & CARAWAY, P.A.
1105 30th Avenue, Suite 300
Gulfport, Mississippi 39501
Telephone: 228.867.7141
trn@wisecarter.com


Michael B. Wallace (MSB No. 6904)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39202-0651
Telephone: 601.968.5500
mbw@wisecarter.com

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Joseph M. Nixon
Kelly Hunsaker Leonard
Kristen W. McDanald
Lloyd Eades Hogue
BEIRNE, MAYNORD & PARSONS, LLP
1300 Post Oak Blvd., Suite 2500
Houston, Texas  77056
jnixon@bmpllp.com
kleonard@bmpllp.com
kmcdanald@bmpllp.com
ehogue@bmpllp.com

James Edwin Trainor
BEIRNE, MAYNORD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, Texas  78701
ttrainor@bmpllp.com

*Counsel for Plaintiffs*

Robert E. Sanders
YOUNG WELLS WILLIAMS SIMMONS, P.A.
Post Office Box 23059
Jackson, Mississippi  39225-3059
rsanders@youngwells.com

John Wesley Daughdrill, Jr.
YOUNG WELLS WILLIAMS SIMMONS, P.A.
Post Office Box 6005
Ridgeland, Mississippi  39157
wes.daughdrill@youngwells.com

*Counsel for Jefferson Davis County, Mississippi Election Commission*

Harold Edward Pizzetta, III
Justin L. Matheny
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi  39205-0220
hpizz@ago.state.ms.us
jmath@ago.state.ms.us

*Counsel for The Hon. Delbert Hosemann*

Pieter Teeuwissen
PIETER TEEUWISSEN, PLLC
Post Office Box 16787
Jackson, Mississippi  39236
adwoodard@bellsouth.net

*Counsel for Hinds County, Mississippi Election Commission*

Elise Berry Munn
BERRY & MUNN, P.A.
Post Office Drawer 768
Hazlehurst, Mississippi  39083
emunn@berrymunnpa.com

*Counsel for Copiah County, Mississippi Election Commission*

Jeffrey T. Webb
WEBB LAW FIRM, PLLC
Post Office Box 452
Carthage, Mississippi  39051
webblaw@bellsouth.net

*Counsel for Leake County, Mississippi Election Commission*

| | |
|---|---|
| Lee Thaggard<br>BARRY, THAGGARD, MAY & BAILEY, LLP<br>Post Office Box 2009<br>Meridian, Mississippi  39302-2009<br>thaggard@barrypalmerlaw.com<br><br>*Counsel for Lauderdale County,*<br>*Mississippi Election Commission* | Craig Lawson Slay<br>RANKIN COUNTY BOARD OF SUPERVISORS<br>211 East Government Street, Suite A<br>Brandon, Mississippi  39042<br>cslay@rankincounty.org<br><br>*Counsel for Rankin County, Mississippi*<br>*Election Commission* |
| Mike Espy<br>MIKE ESPY, PLLC<br>317 East Capitol Street, Suite 101<br>Jackson, Mississippi  39201<br>mike@mikespy.com<br><br>*Counsel for Madison County,*<br>*Mississippi Election Commission* | Danny Welch, Esq.<br>224 North Main Street<br>Mendenhall, Mississippi 39114<br>Danny_welch@bellsouth.net<br><br>*Counsel for Simpson County,*<br>*Mississippi Election Commission* |

This the 12th day of September, 2014.

*s/T. Russell Nobile*
T. Russell Nobile