**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**TRUE THE VOTE, et al.**                                                                                          **PLAINTIFFS**

**v.**                                                                                        **Civil Action No.:  3:14-cv-00532-NFA**

**THE HONORABLE DELBERT HOSEMANN,**
in his official capacity as Secretary of State for
the State of Mississippi, et al.                                                                            **DEFENDANTS**
_____

**JOINDER OF THE MISSISSIPPI REPUBLICAN PARTY IN**
**MOTION FOR JUDGMENT ON THE PLEADINGS AS TO**
**COUNT THREE OF PLAINTIFFS' AMENDED COMPLAINT**
_____

COMES NOW the Mississippi Republican Party, one of the defendants in this action, sued herein under the name Republican Party of Mississippi, and respectfully joins that portion of the motion filed on September 19, 2014 [Dkt. 151], by Secretary of State Delbert Hosemann in which he seeks judgment on the pleadings, pursuant to Fed.R.Civ.P. 12(c), as to Count 3 of plaintiffs' amended complaint.  The remainder of Secretary Hosemann's motion, seeking dismissal for lack of subject matter jurisdiction, does not apply to the Mississippi Republican Party.  In joining Secretary Hosemann's motion, the Mississippi Republican Party incorporates and relies upon all arguments submitted on its behalf in support of its motion to dismiss or, in the alternative, for summary judgment [Dkt. 87], filed August 6, 2014, as they apply to Count 3 of the complaint.

Respectfully submitted this the 22nd day of September, 2014.

MISSISSIPPI REPUBLICAN PARTY


By:   *s/Michael B. Wallace*
      Michael B. Wallace (MSB No. 6904)
      WISE CARTER CHILD & CARAWAY, P.A.
      Post Office Box 651
      Jackson, Mississippi 39202-0651
      Telephone: 601.968.5500
      mbw@wisecarter.com


      T. Russell Nobile (MSB No. 100682)
      WISE CARTER CHILD & CARAWAY, P.A.
      1105 30th Avenue, Suite 300
      Gulfport, Mississippi 39501
      Telephone: 228.867.7141
      trn@wisecarter.com

**CERTIFICATE OF SERVICE**

  I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Joseph M. Nixon
Kelly Hunsaker Leonard
Kristen W. McDanald
Lloyd Eades Hogue
BEIRNE, MAYNORD & PARSONS, LLP
1300 Post Oak Blvd., Suite 2500
Houston, Texas  77056
jnixon@bmpllp.com
kleonard@bmpllp.com
kmcdanald@bmpllp.com
ehogue@bmpllp.com

James Edwin Trainor
BEIRNE, MAYNORD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, Texas  78701
ttrainor@bmpllp.com

  *Counsel for Plaintiffs*

Harold Edward Pizzetta, III
Justin L. Matheny
OFFICE OF THE ATTORNEY GENERAL
Post Office Box 220
Jackson, Mississippi  39205-0220
hpizz@ago.state.ms.us
jmath@ago.state.ms.us

  *Counsel for The Hon. Delbert*
  *Hosemann*

Pieter Teeuwissen
PIETER TEEUWISSEN, PLLC
Post Office Box 16787
Jackson, Mississippi  39236
adwoodard@bellsouth.net

  *Counsel for Hinds County,*
  *Mississippi Election Commission*

Robert E. Sanders
YOUNG WELLS WILLIAMS SIMMONS, P.A.
Post Office Box 23059
Jackson, Mississippi  39225-3059
rsanders@youngwells.com

John Wesley Daughdrill, Jr.
YOUNG WELLS WILLIAMS SIMMONS, P.A.
Post Office Box 6005
Ridgeland, Mississippi  39157
wes.daughdrill@youngwells.com

  *Counsel for Jefferson Davis County,*
  *Mississippi Election Commission*

Elise Berry Munn
BERRY & MUNN, P.A.
Post Office Drawer 768
Hazlehurst, Mississippi  39083
emunn@berrymunnpa.com

  *Counsel for Copiah County, Mississippi*
  *Election Commission*

Jeffrey T. Webb
WEBB LAW FIRM, PLLC
Post Office Box 452
Carthage, Mississippi  39051
webblaw@bellsouth.net

  *Counsel for Leake County, Mississippi*
  *Election Commission*

| | |
|---|---|
| Lee Thaggard<br>BARRY, THAGGARD, MAY & BAILEY, LLP<br>Post Office Box 2009<br>Meridian, Mississippi  39302-2009<br>thaggard@barrypalmerlaw.com<br><br>*Counsel for Lauderdale County,*<br>*Mississippi Election Commission* | Craig Lawson Slay<br>RANKIN COUNTY BOARD OF SUPERVISORS<br>211 East Government Street, Suite A<br>Brandon, Mississippi  39042<br>cslay@rankincounty.org<br><br>*Counsel for Rankin County, Mississippi*<br>*Election Commission* |
| Mike Espy<br>MIKE ESPY, PLLC<br>317 East Capitol Street, Suite 101<br>Jackson, Mississippi  39201<br>mike@mikespy.com<br><br>*Counsel for Madison County,*<br>*Mississippi Election Commission* | Danny Welch, Esq.<br>224 North Main Street<br>Mendenhall, Mississippi 39114<br>Danny_welch@bellsouth.net<br><br>*Counsel for Simpson County,*<br>*Mississippi Election Commission* |

This the 22nd day of September, 2014.

*s/Michael B. Wallace*
Michael B. Wallace

4