IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TRUE THE VOTE, *et al*.                                                                  PLAINTIFFS

V.                                                            CIVIL ACTION NO.: 3:14-CV-532-NFA

THE HONORABLE DELBERT HOSEMANN,
in his official capacity, as Secretary of State for the
State of Mississippi, *et al*.,                                                          DEFENDANTS

## LAUDERDALE COUNTY MISSISSIPPI ELECTION COMMISSION'S RESPONSE IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS

COMES NOW Defendant, Lauderdale County Mississippi Election Commission ("Lauderdale Commission"), and respectfully files this its Response in support of Plaintiffs' Agreed Motion to Dismiss [ECF No. 156] filed on September 30, 2014. The Lauderdale Commission hereby requests dismissal of this action with prejudice consistent with the terms set forth in the Agreed Motion. [ECF No. 156].

This the 30th day of September, 2014.

                                      Respectfully submitted,

                                      **LAUDERDALE COUNTY MISSISSIPPI ELECTION COMMISSION, DEFENDANT**

                BY:    /s/ Lee Thaggard
                                      Lee Thaggard (MSB #9442)
                                      Robert T. Bailey (MSB #102270)
                                      BARRY, PALMER, THAGGARD,
                                      MAY & BAILEY, LLP
                                      Post Office Box 2009
                                      Meridian, MS 39302-2009
                                      Telephone: 601-693-2393

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

All counsel of record

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

None.

Respectfully submitted this the 30th day of September, 2014.

/s/ Lee Thaggard
Lee Thaggard