IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik §§§§§§§§§§ Plaintiffs, § v. § § The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission Defendants. | Cause No. 3:14-cv-00532-HTW-LRA |

**PLAINTIFFS' RESPONSE TO REPUBLICAN PARTY OF
MISSISSIPPI'S MOTION FOR ATTORNEY FEES, EXPENSES AND COSTS**

TO THE HONORABLE DISTRICT COURT JUDGE:

Plaintiffs True the Vote, et. al. file this response to the Republican Party of Mississippi's ("RPM") Motion for Attorneys' Fees, Expenses, and Costs [Doc. 149] as follows:

# I.
# RESPONSE

The RPM's motion seeks fees as a prevailing party on summary judgment against Counts 1 and 2 brought by Plaintiffs under the National Voter Registration Act.  (*See* Docs. 147, 149, 150).  The Act, in its opening paragraphs stating Congress's findings and purpose for enacting the statute, states the Act was passed to protect the fundamental civil rights of United States citizens to engage in the electoral process, and to promote the integrity of the electoral process.  Because this is a civil rights suit, by the statute's very language, Defendant can only be entitled to attorney fees if this suit was frivolous as a matter of law.  But the RPM already filed and lost a motion for sanctions against Plaintiffs on the same facts, alleging the suit brought against them was frivolous.  (*See* Docs. 67, 147).  Thus the RPM has brought a motion before the Court that has already been asked and answered.  Plaintiffs' suit has not been frivolous, and the Motion for Attorney fees should be denied.

# II.
# RELIEF REQUESTED

Plaintiffs therefore request that this Court enter an order denying an award of attorney fees to the Republican Party of Mississippi, and further request all other relief to which the Court finds them justly entitled.

Respectfully submitted,

/s/    *L. Eades Hogue*

L. Eades Hogue
Mississippi State Bar No. 2498
Louisiana State Bar No. 1960
ehogue@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
Pan-American Life Center
601 Poydras Street
Suite 2200
New Orleans, LA 70130
(504) 586-1241 Tel.
(504) 584-9142 Fax
**Lead Counsel**

Joseph M. Nixon
Texas State Bar No. 15244800
jnixon@bmpllp.com
Kristen W. McDanald
Texas State Bar No. 24066280
kmcdanald@bmpllp.com
Kelly H. Leonard
Texas State Bar No. 24078703
kleonard@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
1300 Post Oak Blvd, Suite 2500
Houston, Texas  77056
(713) 623-0887   Tel.
(713) 960-1527   Fax
(Pro Hac Vice Motions Pending)

James E. "Trey" Trainor, III.
Texas State Bar No. 24042052
ttrainor@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, TX 78701
(512) 623-6700   Tel.
(512) 623-6701   Fax
(Pro Hac Vice Motion Pending)

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2014, this document has been filed and served on all parties who have appeared with the Court's e-file system in accordance with Federal Rules of Civil Procedure and the Court's Local Civil Rules.  A copy has been mailed via U.S. mail to the Yazoo County, Mississippi Election Commission.

/s/    *L. Eades Hogue*

3