---------- Forwarded message ----------
From: **True The Vote** <Info@truethevote.org>
Date: Fri, Sep 5, 2014 at 4:26 PM
Subject: True The Vote This Week
To: kccarol1989@gmail.com

If you are having trouble viewing this email, view it online.

# TRUE THE VOTE THIS WEEK...

## U.S. Senate Knocks IRS for Tactics – Not Intentions

The U.S. Senate Permanent Subcommittee on Investigations released a report in the waning hours of summer recess today attacking the Treasury Inspector General's ongoing investigation into the IRS targeting scandal. As you can expect, TTV was not pleased. "Given Senator Carl Levin's track record leading up to Lois Lerner's 2013 revelation of the targeting scandal, this report's primary author has zero credibility to criticize ongoing efforts to investigate the Internal Revenue Service," True the Vote President **Catherine Engelbrecht** said. "Most investigations into wrongdoing typically involve interviews with apparent victims. The report lists no groups targeted, including True the Vote, that were interviewed. For Sen. Levin, no such action was taken possibly due to Sen. Levin's history of lobbying the IRS to help select its targets." You can read the full press release and brief timeline of events where one senator encouraged the IRS to target groups here. This may be the first move toward new legislation limiting First Amendment freedoms. True the Vote will keep you updated as we have in the past.

## One Last Dispatch from Mississippi

As most of us began our Labor Day weekend, the Federal Court in Mississippi handed down its verdict in our lawsuit against the State of Mississippi and the Republican Party involving election records in the 2014 Republican Senate Primary Run-Off. Essentially, the Court recognized that True the Vote had rightfully sued the Secretary of State and the MSGOP, despite the MS Republican

2

**Exhibit 1**

Party's protestations to the contrary. Consequently, the Court also denied the Party's filing for sanctions against True the Vote and the 21 Mississippi voters who joined our suit as additional plaintiffs against the Party. Though we were pleased by those favorable decisions, we were disappointed in the Court's ruling on the heart of our case which sought access to absentee ballot applications, envelopes, and poll book – all of which are public documents essential in an election audit. True the Vote was told that we had not waited long enough to file suit, and that that the Court believed many of the records sought should not be shared as a matter of public record under federal law.

This entire episode truly encapsulates the current state of dysfunction of our electoral system. On the same day, one lawsuit seeking to access records for further review of an election is dismissed for not waiting long enough -- while another case challenging the outcome of the same election is rejected for having waited too long. The end result does nothing to clear the concerns of a divided electorate in a close contest and only risks further depressing voter participation.

Voter fraud and suppression -- though effectively the same -- are only symptoms of a greater disease. The true challenge before us is the conflict of ownership over America's election systems. For generations, political interests have fine-tuned election policy to consolidate power while acrobatically attempting to build mechanisms that shrug responsibility when challenged.

Despite what may seem to serve as a setback for TTV, this ruling revealed new opportunities in the effort for citizen-led election integrity.

When challenged before the Court, the chief election officer of the State of Mississippi sought to act as if he had no involvement in the

3

election. He failed. In addition, the MS Republican Party tried to retaliate personally against those asking tough questions. They were rejected. The Court opened the door to better defining which election records are considered public under federal law. It also issued a mandate to Congress to continue the work -- an effort ensured only when engaged citizens remain vigilant and strive toward improved electoral integrity.

Election integrity is neither achieved nor defeated in a single court decision. There will never be a "Mission Accomplished" moment. Achievement is measured in improved voting participation and mutual acceptance of electoral outcomes -- regardless of the final score's differential.

These setbacks are....only setbacks. True the Vote's mission -- much like the challenge our forefathers gave us when founding this Republic -- must be pursued with an eye toward the next generation. We believe that preserving the gift of self-governance through free and fair elections must continually be defended, in the polls, in the courts, in the legislature and in local precincts. True the Vote eagerly looks forward to the next challenge.



## **Get Informed, Get Involved**

The time is now to start getting re-engaged for the 2014 election. Every day it becomes clearer that we are on the front lines of an all-out battle to protect the integrity of American elections. It's our duty as citizens to find where we can each make an impact. Election integrity must be preserved and protected before, during, and after votes are cast. So, our job is not limited to simply observing the polls on Election Day.

True the Vote is a nonprofit group; and in order for us to continue our mission, we need donations from those who support our work. No amount is too small to make a real difference. Please consider donating here.



This message was intended for: kccarol1989@gmail.com
You were added to the system August 11, 2014.
For more information click here. Update your preferences
Unsubscribe | Unsubscribe via email

5