# TELEPHONE HEARING MINUTES AND ORDER

**Cause Number**:  3:14cv532

**Style**:  True the Vote, *et al*. v. Hosemann, *et al.,*

**Appearances**:

| Counsel: | Representing: |
|---|---|
| James Trainor/Joseph Nixon/Kelly Leonard Kristen McDanald/Lloyd Hogue | Plaintiffs |
| Harold Pizzetta/Jutin Matheny | Defendant The Honorable Delbert Hosemann |
| Michael Wallace/Thornton Noble | Defendant The Republican Party of Mississippi |
| Elise Munn | Defendant Copiah County, Mississippi Election Commission |
| Pieter Teeuwissen | Defendant Hinds County, Mississippi Election Commission |
| Robert Sanders | Defendant Jefferson Davis County, Mississippi Election Commission |
| Lee Thaggard | Defendant Lauderdale County, Mississippi, Election Commission |
| Spence Flatgard | Defendant Madison County, Mississippi Election Commission |
| Craig Slay | Defendant Rankin County, Mississippi Election Commission |
| Danny Welch | Defendant Simpson County, Mississippi Election Commission |

**Date**:  October 6, 2014          **ERO**: Yes
**Time**: 3:08 p.m. - 3:43 p.m.

**At the hearing the Court made the following rulings**:

Telephone conference held.

Amended Motion to Dismiss [Doc. #158] is GRANTED as to all parties with exception of fee motion filed by The Republican Party of Mississippi. Written order to follow.

The Republican Party of Mississippi has until **October 10, 2014,** to file their Bill of Cost.

Oral argument heard on The Republican Party of Mississippi's fee motion.

**SIGNED** at Houston, Texas this  6th  day of October, 2014.

_____
Nancy F. Atlas
United States District Judge