IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| True the Vote, Jane Coln, Brandie Correro, Chad Higdon, Jennifer Higdon, Gene Hopkins, Frederick Lee Jenkins, Mary Jenkins, Tavish Kelly, Donna Knezevich, Joseph Knezevich, Doris Lee, Lauren Lynch, Norma Mackey, Roy Nicholson, Mark Patrick, Julie Patrick, Paul Patrick, David Philley, Grant Sowell, Sybil Tribble, Laura VanOverschelde, and Elaine Vechorik, <br><br>                Plaintiffs, <br> v. <br><br>The Honorable Delbert Hosemann, in his official capacity as Secretary of State for the State of Mississippi, The Republican Party of Mississippi, Copiah County, Mississippi Election Commission, Hinds County, Mississippi Election Commission, Jefferson Davis County, Mississippi Election Commission, Lauderdale County, Mississippi Election Commission, Leake County, Mississippi Election Commission, Madison County, Mississippi Election Commission, Rankin County, Mississippi Election Commission, Simpson County, Mississippi Election Commission, and Yazoo County, Mississippi Election Commission, <br><br>                Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 3:14-cv-00532-NFA |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has considered the Amended Agreed Motion to Dismiss [Doc. # 158] filed by Plaintiffs and the arguments submitted in writing and orally at the telephone conference held by the Court this day. The Motion is agreed to by all Defendants, with a single exception noted hereafter. The Court concludes that the Motion is well founded and grants the Motion to the extent agreed. It is therefore

**ORDERED** that all claims now pending in this action are **DISMISSED WITH PREJUDICE**.  Each party will bear its own attorneys' fees and costs in connection with this case, except that the Motion for Attorneys' Fees, Expenses, and Costs [Doc. # 149] filed by Defendant The Republican Party of Mississippi as a prevailing party on Counts 1 and 2 of Plaintiffs' First Amended Complaint remains pending for decision.  The Court retains jurisdiction over that issue and will render a ruling in due course.  It is

**FURTHER ORDERED** that Secretary of State Delbert Hosemann's Motion to Dismiss for Lack of Subject Matter Jurisdiction or, Alternatively, for Judgment on the Pleadings as to Count Three of Plaintiffs' Amended Complaint [Doc. # 151] is **DENIED as MOOT.**

Signed this 7th day of **October, 2014**.

_____
Nancy F. Atlas
United States District Judge