

## WISE CARTER
### WISE CARTER CHILD & CARAWAY, P.A.
#### ATTORNEYS AT LAW

LYNDA C. CARTER
lcc@wisecarter.com

JAMES C. SIMPSON, JR.
jcs@wisecarter.com

JANE WALLACE MEYNARDIE
ejm@wisecarter.com

T. RUSSELL NOBILE
trn@wisecarter.com

Gulf Coast Office:
1105 30th Avenue, Ste 300
Gulfport, Mississippi 39501
Phone: 228-867-7141
Fax:  228-867-7142

October 7, 2014

**VIA EMAIL AND ECF SYSTEM**

The Honorable Nancy F. Atlas
United States Courthouse
515 Rusk Street, Room 9015
Houston, Texas  77002-2601

    Re:  <u>True the Vote, et al. v. Delbert Hosemann, et al.</u>; US District Court,
           Southern District of Mississippi; No.: 3:14-cv-00532-NFA

Dear Judge Atlas:

    This letter is in response to the Court's minute entry of today. [Dkt. 164] We have reviewed the relevant statutes regarding taxation of costs. There are no costs under 28 U.S.C. 1920 that the Mississippi Republican Party seeks in this matter. Our claims, therefore, are limited to the fees and expenses delineated in our pending motion and supporting documents. [Dkt. 149 and 150] Accordingly, we will not file a bill of costs as contemplated in the Court's minute entry.

                        Sincerely,

                        WISE CARTER CHILD & CARAWAY

                        */s/ Russ Nobile*
                        T. Russell Nobile

Cc:    All counsel of record

JACKSON: 401 E.CAPITOL ST., HERITAGE BLDG., SUITE 600, JACKSON, MS 39201 • P.O. BOX 651, JACKSON, MS 39205-0651 • PH.601.968.5500  FAX.601.968.5593
GULF COAST: 1105 30TH AVENUE, SUITE 300, GULFPORT, MS 39501-1817 • PH.228.867.7141  FAX.228.867.7142
HATTIESBURG: 601 ADELINE ST., HATTIESBURG, MS 39401 • P.O. BOX 990, HATTIESBURG, MS 39403-0990 • PH.601.582.5551  FAX.601.582.5556
*www.wisecarter.com*